# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. MISKE, JR.,        (1)<br>JOHN B. STANCIL,                  (2)<br>DAE HAN MOON,                  (5)<br>PRESTON M. KIMOTO,          (6)<br>JARRIN K. YOUNG,              (11)<br>DELIA FABRO-MISKE,         (12)<br>JASON K. YOKOYAMA,       (13)<br><br>Defendants. | Case No. 19-cr-00099-DKW-KJM<br><br>**SCHEDULING ORDER** |

## **SCHEDULING ORDER**

The Court sets the following deadlines in this case, superseding all prior scheduling orders unless otherwise specified below:

1. Motions to suppress shall be due on or before **September 15, 2023**. Responses to motions to suppress shall be due on or before **September 29, 2023**. Replies shall be due on or before **October 6, 2023**. A hearing on any motions to suppress will be held on **October 13, 2023** in Aha Kupono at 10:00 a.m. Absent leave of Court, which must be sought at least one (1) week prior to the filing of any brief, no motion to suppress or response thereto shall be longer than twenty (20)

pages and no reply shall be longer than ten (10) pages.  Further, at least one (1) week prior to the September 15, 2023 deadline set forth above, the parties shall meet and confer to determine whether any proposed motion to suppress can be resolved without the Court's assistance.  Finally, any motion to suppress, or response thereto, shall state whether an *evidentiary* hearing is requested.

2. Proposed juror questionnaires shall be due on or before **August 21, 2023**.[1]  Proposed juror questionnaires shall include a list of potential witnesses and attorneys that may be called by or appear on behalf of each party.[2]  The parties shall meet-and-confer at least one (1) week prior to said deadline in order to determine whether there is agreement on any proposed questions and/or a global list of potential witnesses and attorneys.

3. Motions in limine shall be due on or before **November 13, 2023**.  Responses to motions in limine shall be due on or before **November 27, 2023**.  No reply is permitted without prior leave of Court.  A hearing on any motions in limine will be held on **December 8, 2023** in Aha Kupono at 10:00 a.m.  All

---

[1] The Court presently intends to mail-out an ability-to-serve questionnaire by August 17, 2023.
[2] The list of potential witnesses and attorneys shall be provided in the following form:

| Name | Employment | Location (City & State) |
|------|------------|-------------------------|
|      |            |                         |
|      |            |                         |

motions in limine and responses must comply with the page-limit set forth in the undersigned's Order Regarding General Practice and Trial Procedures, which is available on the Court's website.  Further, at least one (1) week prior to the November 13, 2023 deadline set forth above, the parties shall meet-and-confer to determine whether any proposed motion in limine can be resolved without the Court's assistance.

Finally, so it is clear, all other deadlines set by the assigned U.S. Magistrate Judge in this case, and not directly superseded by the terms of this Order, shall remain in full force and effect.

IT IS SO ORDERED.

Dated: April 14, 2023 at Honolulu, Hawai'i.



Derrick K. Watson
Chief United States District Judge