# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:19-cr-00099-DKW-KJM-2 |
| CASE NAME: | United States of America v. (02) John B. Stancil |
| ATTYS FOR PLA: | *Mark A. Inciong<br>*Michael David Nammar |
| ATTYS FOR DEFT: | (02) *Walter J. Rodby<br>(02) *Terry L. Fujioka-Lilley |

| | | | |
|---|---|---|---|
| JUDGE: | Kenneth J. Mansfield | REPORTER: | C6 - FTR |
| DATE: | 07/10/2023 | TIME: | 10:00 - 11:10 |

COURT ACTION: EP: [885] MOTION TO RECONSIDER ORDER OF DETENTION PENDING TRIAL [ECF 351]; TO ORDER TEMPORARY RELEASE; TO ORDER RELEASE FROM PUNITIVE DETENTION; AND/OR TO MODIFY THE CONDITIONS OF DETENTION TO PERMIT (02) JOHN B. STANCIL TO PREPARE FOR TRIAL held.

Defendant is present and in custody.

Arguments heard.

[885] Motion to Reconsider Order of Detention Pending Trial [Ecf 351]; to Order Temporary Release; to Order Release from Punitive Detention; and/or to Modify the Conditions of Detention to Permit (02) John B. Stancil to Prepare for Trial taken under advisement.

Defendant is remanded to the custody of the U.S. Marshal Service.

*Submitted by: BA, Courtroom Manager*