|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>JUL 13 2023<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff - Appellee,<br><br>    v.<br><br>JARRIN K. YOUNG,<br><br>            Defendant - Appellant. | No. 23-977<br><br>D.C. No. 1:19-cr-00099-DKW-KJM-11<br>District of Hawaii, Honolulu<br><br>ORDER |

Before: TALLMAN, IKUTA, and COLLINS, Circuit Judges.

Appellant appeals from the district court's pretrial detention order. We dismiss appellant's appeal as untimely.

On April 7, 2023, the district court affirmed the magistrate judge's order detaining him pending trial. Under Federal Rule of Appellate Procedure 4(b)(1)(A), appellant was required to file his notice of appeal within 14 days. He failed to do so. Because the government properly objected to appellant's untimely notice of appeal, we must dismiss. *See United States v. Sadler*, 480 F.3d 932, 940 (9th Cir. 2007) (holding that Fed. R. App. P. 4(b) is an "inflexible claim-processing" rule which requires dismissal when the government properly raises the untimeliness).

**DISMISSED.**