CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

W. KEAUPUNI AKINA #11565
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email:  Keaupuni.Akina@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | | ) | CR. NO. 19-00099-DKW |
|---|---|---|---|
| | | ) | |
| Plaintiff, | | ) | NOTICE OF APPEARANCE |
| | | ) | ON BEHALF OF THE |
| vs. | | ) | UNITED STATES; |
| | | ) | CERTIFICATE OF SERVICE |
| MICHAEL J. MISKE, JR., | (01) | ) | |
| aka "Bro," | | ) | |
| JOHN B. STANCIL, | (02) | ) | |
| KAULANA FREITAS, | (03) | ) | |
| aka "Shorty," | | ) | |
| LANCE L. BERMUDEZ, | (04) | ) | |
| aka "Hammah," | | ) | |
| DAE HAN MOON, | (05) | ) | |
| aka "Dayday," | | ) | |
| PRESTON M. KIMOTO, | (06) | ) | |
| MICHAEL J. BUNTENBAH, | (07) | ) | |
| aka "Mike B," | | ) | |

| | | |
|---|---|---|
| HARRY K. KAUHI, | (08) | ) |
|    aka "Harry Boy," | | ) |
| NORMAN L. AKAU III, | (09) | ) |
| HUNTER J. WILSON, and | (10) | ) |
| JARRIN K. YOUNG, | (11) | ) |
| | | ) |
| Defendants. | | ) |
| | | ) |

## NOTICE OF APPEARANCE ON BEHALF OF THE UNITED STATES

COMES NOW, Assistant United States Attorney W. KeAupuni Akina, and hereby enters his appearance before the U.S. District Court, District of Hawaii, on behalf of the United States for the above-captioned case.

DATED: August 17, 2023, at Honolulu, Hawaii.

                                            CLARE E. CONNORS
                                            United States Attorney
                                            District of Hawaii

                                        By */s/ W. KeAupuni Akina*
                                              W. KEAUPUNI AKINA
                                              Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

<u>Served Electronically through CM/ECF</u>:

| | |
|---|---|
| Lynn E. Panagakos, Esq. | lynnpanagakos@yahoo.com |
| Michael J. Kennedy, Esq. | michael@mjkennedylaw.com |
| Attorneys for Defendant | |
| MICHAEL J. MISKE, JR. | |
| | |
| Walter J. Rodby, Esq. | attorneyrodby@msn.com |
| Terri L. Fujioka-Lilley | terri@bfl.law |
| Attorneys for Defendant | |
| JOHN B. STANCIL | |
| | |
| William C. Bagasol, Esq. | attorneybagasol@outlook.com |
| Attorney for Defendant | |
| KAULANA FREITAS | |
| | |
| Birney B. Bervar, Esq. | bbb@bervar-jones.com |
| Attorney for Defendant | |
| LANCE L. BERMUDEZ | |
| | |
| Matthew D. Mannisto, Esq. | MannistoLaw@gmail.com |
| Attorney for Defendant | |
| DAE HAN MOON | |
| | |
| Cynthia A. Kagiwada, Esq. | c_kagiwada@hotmail.com |
| Attorney for Defendant | |
| PRESTON M. KIMOTO | |

| | |
|---|---|
| David Hendrickson, Esq. | david@themilitarydefenselawyer.com |
| Nicole E. Springstead-Stolte, Esq. | nicole@sbbllaw.com |
| Gary K. Springstead, Esq. | gary@sbbllaw.com |
| Heath M. Lynch, Esq. | heath@sbbllaw.com |
| Kathryn M. Springstead, Esq. | kathy@sbbllaw.com |
| Tessa K. Muir, Esq. | tessa@sbbllaw.com |

Attorneys for Defendant
MICHAEL J. BUNTENBAH

Mark R. Zenger, Esq.                           mrz@richardsandzenger.com
Attorney for Defendant
HARRY K. KAUHI

Ronald Richards, Esq.                          ron@ronaldrichards.com
Leighton K. Lee, Esq.                          leighton@hawaiilaw.org
Jessica Turk, Esq.                             jessica.h.turk@gmail.com
Attorneys for Defendant
NORMAN L. AKAU III

Andrew M. Kennedy, Esq.                        Andrew@kona-lawyer.com
Attorney for Defendant
HUNTER J. WILSON

William L. Shipley, Jr., Esq.                  808Shipleylaw@gmail.com
Attorney for Defendant
JARRIN K. YOUNG

DATED: August 17, 2023, at Honolulu, Hawaii.

      */s/ Alaina Benson*
      U.S. Attorney's Office
      District of Hawaii