CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

MICHAEL NAMMAR
MARK A. INCIONG      CA BAR #163443
W. KEAUPUNI AKINA #11565
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:  Michael.Nammar@usdoj.gov
        Mark.Inciong@usdoj.gov
        KeAupuni.Akina@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 19-00099-01 DKW |
|---|---|
| Plaintiff, | ) |
| vs. | ) UNITED STATES' RESPONSE TO<br>) DEFENDANT MICHAEL J. MISKE,<br>) JR.'S MOTION TO SUPPRESS<br>) EVIDENCE DERIVED FROM |
| MICHAEL J. MISKE, JR.,   (01) | ) SEARCH WARRANT 17-00909 [ECF<br>) NO. 970]; CERTIFICATE OF |
| Defendant. | ) SERVICE<br>)<br>) |

UNITED STATES' RESPONSE TO DEFENDANT MICHAEL J. MISKE, JR.'S
MOTION TO SUPPRESS EVIDENCE DERIVED FROM
SEARCH WARRANT 17-00909

In his motion to suppress evidence and fruits derived from Search Warrant #17-00909, Miske seeks to exclude at trial any evidence seized as a result of the search of his boat, the Boston Whaler 370 Outrage, "Painkiller."

The United States does not intend to, and will not, introduce at trial any evidence obtained as a result of the execution of Search Warrant #17-00909. However, in making that decision, the Government in no way agrees with or concedes to any of the allegations or arguments made in support of Miske's motion to suppress evidence and fruits of Search Warrant #17-00909.

Accordingly, the government respectfully requests that this Court deny Miske's motion as moot.

DATED: September 29, 2023, at Honolulu, Hawaii.

        Respectfully Submitted,

        CLARE E. CONNORS
        United States Attorney
        District of Hawaii

          */s/ Mark A. Inciong*
By_____
    MICHAEL NAMMAR
    MARK A. INCIONG
    W. KEAUPUNI AKINA
    Assistant U.S. Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date noted below, the true and correct copy of the foregoing was served electronically through CM/ECF:

Lynn Panagakos, Esq.
Michael Kennedy, Esq.

Attorneys for Defendant
MICHAEL J. MISKE, JR.

DATED: September 29, 2023, at Honolulu, Hawaii.

*/s/ Dawn Aihara*
_____