MARCIA A. MORRISSEY
Law Office of Marcia A. Morrissey
11400 W. Olympic Blvd., Suite 1500
Los Angeles, CA 90065
Telephone: 310-399-3259
Email: morrisseyma@aol.com

DONOVAN ASAO ODO
Law Office of Donovan A. Odo LLLC
P.O. Box 939
Aiea, HI 96701
Telephone:  808-554-3490
Email: donovan.a.odo@gmail.com

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cr. No. 1-19-CR-00099 DJK-KJM |
| Plaintiff, | DELIA FABRO-MISKE'S MOTION IN LIMINE NO. 15 RE: CELL PHONE DOWNLOADS |
| vs. | |
| DELIA FABRO-MISKE (12), | |
| Defendant. | |

Delia Fabro-Miske, by her counsel, Marcia A. Morrissey and Donovan A. Odo, move in limine that cell phone downloads be precluded (1) absent identification of relevance; (2) on hearsay grounds; because such evidence denies the accused the right to confront and cross-examine witnesses; and (3) because the

contents of cell phones have not been designated as co-conspirator statements.

      The cell phone downloads and reports thereof contain thousands of phone calls, emails, text messages, photographs, internet history and videos. Counsel are unable to draft appropriate motions regarding such evidence unless the government identifies the cell phones it intends to introduce and the specific content of any such cell phone. In addition, we seek notice as to any cell phone content that the government contends constitute statements of co-conspirators, so the the admissibility of such evidence may be determined by this Court. Fed. R. Evid. 801(d)(2)(E). Some cell phones may contain references to unnoticed "other crimes," "bad acts" evidence, e.g., the use of marijuana. Fed. R. Evid. 404(b). Further, the majority of evidence from cell phones is of no apparent relevance, in that it does not tend to prove any crime charged in the Third Superseding Indictment. Fed. R. Evid. 403; *see also United States v. Curtin,* 489 F. 3d 935, 964 (9th Cir. 2007).

      While some cell phone information, such as texting or calling at times relevant to the charged offenses, may be relevant, the vast majority of it is not.

//

//

//

The first step in resolving this issue is for the government to designate specific cell phone evidence that it intends to use in its case-in-chief, so that any legal issues presented by such evidence can be identified and raised by defense counsel and ultimately resolved by the Court before trial.

Dated: November 13, 2023           Respectfully submitted,

*/s/ Marcia A. Morrissey*
MARCIA A. MORRISSEY

*/s/ Donovan A. Odo*
DONOVAN A. ODO

Attorneys for Defendant
DELIA FABRO-MISKE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically served through CM/ECF on the following on November 13, 2023:

| | |
|---|---|
| MICHAEL D. NAMMAR, ESQ. | michael.nammar@usdoj.gov |
| MARK A. INCIONG, ESQ. | mark.inciong@usdoj.gov |
| W. KEAUPUNI AKINS | KeAupuni.Aking@usdoj.gov |
| LYNN E. PANAGAKOS, ESQ. | lynnpanagakos@yahoo.com |
| MICHAEL J. KENNEDY, ESQ. | michael@mjkennedylaw.com |
| WALTER J. RODBY, ESQ. | attorneyrodby@msn.com |
| TERRI L. FUJIOKA-LILLEY, ESQ. | terri@bflwlaw.com |
| WILLIAM L. SHIPLEY, JR., ESQ. | 808Shipleylaw@gmail.com |

DATED: November 13, 2023.                 */s/ Marcia A. Morrissey*
                                          Marcia A. Morrissesy

                                          Attorney for Defendant
                                          Delia Fabro-Miske