Law Office of Walter J. Rodby
WALTER J. RODBY (5594)
733 Bishop Street, Suite 2050A
Honolulu, Hawai'i 96813
Tel.: (808) 232-6313
Email: AttorneyRodby@msn.com

BFL Law LLP
TERRI L. FUJIOKA-LILLEY (9590)
75-127 Lunapule Road, Suite 8B
Kailua-Kona, Hawai'i 96740
Tel.: (808) 345-7662
Email: terri@bfl.law

Attorneys for Defendant John Stancil (02)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN B. STANCIL (02)<br><br>Defendant. | CR. NO. 19-00099-DKW-KJM<br><br>DEFENDANT JOHN B. STANCIL'S MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL; CERTIFICATE OF SERVICE |

DEFENDANT JOHN B. STANCIL'S MOTION FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL

Defendant John B. Stancil moves for the withdrawal and substitution of his counsel, Terri Fujioka-Lilley. This motion is based on the *Ex Parte* Declarations of Counsel, filed concurrently herewith. These declarations are being filed *Ex Parte* pursuant to District of Hawaiʻi Criminal Local Rule 5.2(a)(7) and District of Hawaiʻi CJA Plan, Section XI.E.3.

DATED: November 17, 2023, Honolulu, Hawaiʻi

*Walter J. Rodby*
WALTER J. RODBY
*Terri L. Fujioka-Lilley*
TERRI L. FUJIOKA-LILLEY
Counsel for JOHN B. STANCIL (02)

---

## CERTIFICATE OF SERVICE

I, Terri L. Fujioka-Lilley, hereby certify that a true and correct copy of this filing has been duly served on all counsel of record through the court's electronic filing system.

DATED: Honolulu, Hawaiʻi, November 17, 2023

/s/ Terri L. Fujioka-Lilley
TERRI L. FUJIOKA-LILLEY

1