CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

MICHAEL D. NAMMAR
MARK A. INCIONG       CA BAR #163443
W. KEAUPUNI AKINA #11565
Assistant U.S. Attorneys
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:        Michael.Nammar@usdoj.gov
               Mark.Inciong@usdoj.gov
               KeAupuni.Akina@usdoj.gov
Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. MISKE, JR.,         (01)<br>    aka "Bro,"<br>JOHN B. STANCIL,                  (02)<br>DELIA FABRO-MISKE, and      (12)<br><br>Defendants. | CR. NO. 19-00099 DKW-KJM<br><br>UNITED STATES' WITNESS LIST;<br>CERTIFICATE OF SERVICE<br><br><br>DATE:      January 8, 2024<br>TIME:      9:00 a.m.<br>JUDGE:    Hon. Derrick K. Watson |

UNITED STATES' WITNESS LIST

COMES NOW the United States of America, by and through the undersigned attorneys, and hereby submits the following list of witnesses that the United States may call in the above-captioned case.

The United States reserves the right to add or substitute witnesses and call any witnesses disclosed by the defense or who may become necessary by way of rebuttal or impeachment.

DATED:  January 5, 2024, at Honolulu, Hawaii.

CLARE E. CONNORS
United States Attorney
District of Hawaii

By      */s/ Mark A. Inciong*
        MICHAEL D. NAMMAR
        MARK A. INCIONG
        W. KEAUPUNI AKINA
        Assistant U.S. Attorneys

|  | **Name of Witness** | **Agency/Title** | **Location** |
|---|---|---|---|
| 1. | Catherine Abang | | Oahu |
| 2. | DJ Jay Ablan | | Oahu |
| 3. | Frank Abreu | TSA/SA | |
| 4. | Murray Acosta | HSI/Special Agent | Oahu |
| 5. | Mark Adams | Honolulu Fire Department | Oahu |
| 6. | Keoni Adric | | Oahu |
| 7. | Gail Adviento | | Oahu |
| 8. | Carlton Agena | | Oahu |
| 9. | Mark Agnirf | | Oahu |
| 10. | Jaclyn Ah Key | HPD/Police Officer | Oahu |
| 11. | Hunter Ah Loo | HPD/Police Officer | Oahu |
| 12. | James Ah New | HPD/Police Officer | Oahu |
| 13. | Jacqueline Ahsam | | |
| 14. | Neil K. Ah Yat | HPD/Detective | Oahu |
| 15. | Henry Ahn | | Oahu |
| 16. | Anson Ahsing | HPD/Police Officer | Oahu |
| 17. | Elaine Aiolupotea | HPD/Police Officer | Oahu |
| 18. | Andrew Akana | | Oahu |
| 19. | Ashlin Akau | | Oahu |
| 20. | Jameson Akau | HPD/Police Officer | Oahu |
| 21. | Josiah Akau | | Oahu |
| 22. | Norman Akau | | BOP |
| 23. | Kaimi Alencastre | | Oahu |
| 24. | Jordan Alencastre | | Oahu |
| 25. | David Alices, Jr. | HPD/Police Officer | Oahu |
| 26. | Yesenia Almazo (Last Name is now Ivy) | | North Carolina |
| 27. | Kaloea Almeida | | Oahu |
| 28. | Kassandra Alvarez | | |
| 29. | Audrey Andrade | | Oahu |
| 30. | Cody Andrade | | Oahu |
| 31. | Jerry Andrade | Steven Thompson incident | |
| 32. | John Andrade, III | | Oahu |

| | | | |
|---|---|---|---|
| 33. | Aaron James Andrews | Honolulu Fire Department | Oahu |
| 34. | Lynn Antolin | FDIC-OIG/Special Agent | California |
| 35. | Terri Antwine | IRS Court Witness Coordinator | Missouri |
| 36. | Frederick Apo | HPD/Police Officer | Oahu |
| 37. | Jamie Aqui | | Oahu |
| 38. | Richard Aqui | | Oahu |
| 39. | Laurie K. Arakawa | HPD/Secretary | Oahu |
| 40. | Richard Arango | | Oahu |
| 41. | Colan Aranio | | |
| 42. | Charles Ariola | | Oahu |
| 43. | Elgin Arquero | HPD/Police Officer | Oahu |
| 44. | Michael Van Arson | FBI | |
| 45. | Earl Asato | FBI/Special Agent | Oahu |
| 46. | Syed "Julio" Ashraf | | Oahu |
| 47. | Sandy Atkins | | California |
| 48. | Wesley Au Hong | HPD/Police Officer | Oahu |
| 49. | Francisco Avila | Montebello PD/Investigator | California |
| 50. | Nader Awanda | | Oahu |
| 51. | Bryan Azer | IRS/Special Agent | Washington |
| 52. | Loralyn B Bacani | | Oahu |
| 53. | Mark Bacani | | Oahu |
| 54. | Samuel Y. Bain | HPD/Police Officer | Oahu |
| 55. | Lito Baldado II | | Oahu |
| 56. | Garrick Baligad | HPD/SIS Tech | Oahu |
| 57. | Danny Bamber, MD | | Oahu |
| 58. | James L. Barlow | ATF/Firearms Enforcement Officer | West Virginia |
| 59. | Veronica Barrios | | Oahu |
| 60. | Brian Bascar | HPD/Police Officer | Oahu |
| 61. | David Bass | | Idaho |
| 62. | Bernadette Batangan | | Oahu |
| 63. | Jesse Bates | | |
| 64. | Sanjay Battan | IRS/Special Agent | Washington |
| 65. | Dixon Bautista | | Oahu |
| 66. | Rommel S. Baysa | HPD/Police Officer | Oahu |

| | | | |
|---|---|---|---|
| 67. | Mark Becker | | |
| 68. | August C. Belden | HPD/Police Officer | Oahu |
| 69. | Geralynn Benanua | HPD/Police Officer | Oahu |
| 70. | Erik Bennett | Former ATF/Current TSA | North Carolina |
| 71. | Keith Ben-Rajab | HPD/Police Officer | Oahu |
| 72. | Kathleen Berg | | Oahu |
| 73. | Stephen Berg | | Oahu |
| 74. | Lance Bermudez | | BOP |
| 75. | Malia Bettencourt | | Oahu |
| 76. | Thomas Billins | HPD/Police Officer | Oahu |
| 77. | Pomai S. Bird | | |
| 78. | Brian Bluight | IRS/Special Agent | Georgia |
| 79. | Charmaine Bode | | Oahu |
| 80. | Christopher Boehm | | Oahu |
| 81. | Mark Bolian | | |
| 82. | Brent Bonnell | HPD/Police Officer | Oahu |
| 83. | Scottie Botelho | | Oahu |
| 84. | Michael Botha | | Montana |
| 85. | William Boudra | | |
| 86. | Laurie Boulden | | |
| 87. | Chris Bourne | | Oahu |
| 88. | Brandon Boatmen | EPA | |
| 89. | Brian Bowers | | Oahu |
| 90. | Jordan Brant | | Oahu |
| 91. | Mike Brashears | | |
| 92. | Socrates Bratakos | | Oahu |
| 93. | Alan Brissette | HPD/Police Officer | Oahu |
| 94. | Andrew Brito | HPD/Detective | Oahu |
| 95. | Esther Brown | | Oahu |
| 96. | Patrick Bryan | | CO |
| 97. | Rebecca Bryant | HPD/Police Officer | Oahu |
| 98. | Patrick Buckley, Jr. | | Oahu |
| 99. | Michael Buntenbah aka "Michael Malone" | | Oahu |
| 100. | Deborah Burr | EMS/Custodian of Records | Oahu |
| 101. | Shane M. Busby | | Texas |
| 102. | Alfredo Cabael | | Utah |

| 103. | Elgin Calles | | Oahu |
|---|---|---|---|
| 104. | Shauna Camacho-Lane | | Oahu |
| 105. | Stacy Campbell | FBI/Forensic Biologist | Virginia |
| 106. | R. "Juan" Camuy | Montebello PD/Detective | California |
| 107. | Chesiree Canite | | Oahu |
| 108. | Pearl Calistro | | |
| 109. | Jorge Cano | | Oahu |
| 110. | Brian Canubida | HPD/Police Officer | Oahu |
| 111. | Isaiah Carbowell | | Oahu |
| 112. | Ron Cardinal | | |
| 113. | Jennifer Cardiff | FBI/Special Agent | Oahu |
| 114. | Nicholas Carignan | | Oahu |
| 115. | Norman Carlbom | | Oahu |
| 116. | Tina Carlson | IRS/ Special Agent | Wisconsin |
| 117. | Michael Carmona | FBI/Special Agent | California |
| 118. | Daymon K.P. Carr | HPD/Police Officer | Oahu |
| 119. | JW Carrell III | HPD/Police Officer | Oahu |
| 120. | Marino Carriera | HPD/Police Officer | Oahu |
| 121. | Kevin Carey | | |
| 122. | Jeffrey Carter | CBP/CBPO | Oahu |
| 123. | Barry Castle | | Oahu |
| 124. | Adelle Castellano | | |
| 125. | Gary Castle | | Oahu |
| 126. | Tricia Castro | | Oahu |
| 127. | Tracy Chan | | |
| 128. | Chloe Chang | | Oahu |
| 129. | Ernest Chang | HPD/ Police Officer | Oahu |
| 130. | Robert Chang | HPD/Police Officer | Oahu |
| 131. | Rose Chang | SOH Dept. of Agriculture | Oahu |
| 132. | Thomas Chang | HPD/Police Officer | Oahu |
| 133. | Yun Chang | | Oahu |
| 134. | Wayne Chann | IRS/Special Agent | Oahu |
| 135. | David Chapman | | Oahu |
| 136. | Michael Char | | Oahu |
| 137. | Sean Chaves | | Oahu |
| 138. | Ahmed Chergui | | Oahu |

| | | | |
|---|---|---|---|
| 139. | Natalie Chien, DDS | | Oahu |
| 140. | Tyler Chin | HPD/Police Officer | Oahu |
| 141. | Robert Chinen | HPD/Police Officer | Oahu |
| 142. | Christopher Ching | | |
| 143. | Glenn Ching | | Oahu |
| 144. | Pua Ching | | Oahu |
| 145. | Victor Ching | | Oahu |
| 146. | Lori Chong | HPD/Police Officer | Oahu |
| 147. | Benson Choo | | Oahu |
| 148. | Cydney Chu | | Oahu |
| 149. | Dani Chu | | Oahu |
| 150. | Terrence Chu | HSI/Special Agent | Oahu |
| 151. | Eileen Chun | | Oahu |
| 152. | Kellene Chun | | Maui |
| 153. | Shannon Chun (aka Lau) | HPD/Police Officer | Oahu |
| 154. | Joseph Claude-Adams | | Oahu |
| 155. | Rachel Clay | FBI/Document Analyst | Virginia |
| 156. | Chris Clayton | | California |
| 157. | Tori Clegg | | Oahu |
| 158. | Cristian Cobos | Special Agent | |
| 159. | Mark Cobb Adams | HPD/Police Officer | Oahu |
| 160. | Elaine Aragon Codilla | | Oahu |
| 161. | Rose Colquitt | State of Hawaii DHS/CPS | Oahu |
| 162. | Bryan "Scott" Compton | | California |
| 163. | Karina Concepcion | | Mainland |
| 164. | Jerrilyn Conway | FBI/Biologist | New Mexico |
| 165. | Jacob Cook | | |
| 166. | Matthew Cosbie | | Oahu |
| 167. | Sean P. Costigan | HPD/Police Officer | Oahu |
| 168. | Dara Covarrubias | | Oahu |
| 169. | Rick Crago | | Oahu |
| 170. | Charles Crowder | HPD Ofc. | Oahu |
| 171. | Mark Cruz | | Oahu |
| 172. | Kaipo Cullen | | Oahu |
| 173. | Patrick Cullen | | Oahu |

| 174. | Margaret Curran (nee Waldron) | FBI/Forensic Biologist | Virginia |
|------|-------------------------------|------------------------|----------|
| 175. | Custodian of Records | AATS | |
| 176. | Custodian of Records | Actus Lend Lease | |
| 177. | Custodian of Records | Aloha Films | |
| 178. | Custodian of Records | American Savings Bank | |
| 179. | Custodian of Records | Ashta Chemicals, Inc. | |
| 180. | Custodian of Records | ATF | |
| 181. | Custodian of Records | AT&T | |
| 182. | Custodian of Records | Bank of Hawaii | |
| 183. | Custodian of Records | Barclay Bank | |
| 184. | Custodian of Records | Central Pacific Bank | |
| 185. | Custodian of Records | City & County of Honolulu, Department of Motor Vehicles | |
| 186. | Custodian of Records | City & County of Honolulu, Department of Planning & Permitting | |
| 187. | Custodian of Records | County of Hawaii, Department of Public Works, Building Division | |
| 188. | Custodian of Records | Cortevea Agriscience | |
| 189. | Custodian of Records | Douglas Products | |
| 190. | Custodian of Records | Dow AgroSciences | |
| 191. | Custodian of Records | Egami & Ichikawa | |
| 192. | Custodian of Records | Environmental Protections Agency | |
| 193. | Custodian of Records | Fidelity National Title & Escrow | |
| 194. | Custodian of Records | Finance Factors | |
| 195. | Custodian of Records | First Foundation (formerly Pacific Rim Bank) | |
| 196. | Custodian of Records | First Hawaiian Bank | |
| 197. | Custodian of Records | Google | |
| 198. | Custodian of Records | Hawaii Bureau of Conveyances | |

| | | | |
|---|---|---|---|
| 199. | Custodian of Records | Hawaii Central Federal Credit Union | |
| 200. | Custodian of Records | Hawaii Department of Commerce and Consumer Affairs – Contractors Licensing Board | |
| 201. | Custodian of Records | Hawaii Department of Commerce and Consumer Affairs – Business Registration | |
| 202. | Custodian of Records | Hawaii Department of Commerce and Consumer Affairs – Pest Control Board | |
| 203. | Custodian of Records | Hawaii Department of Health | |
| 204. | Custodian of Records | Hawaii State Federal Credit Union | |
| 205. | Custodian of Records | Hawaiian Financial Federal Credit Union (formerly Hawaiian Tel Federal Credit Union) | |
| 206. | Custodian of Records | HawaiiUSA Federal Credit Union | |
| 207. | Custodian of Records | Honolulu Fire Department | |
| 208. | Custodian of Records | HPD Communication Division | |
| 209. | Custodian of Records | ILWU Maui | |
| 210. | Custodian of Records | Kaiser Permanente | |
| 211. | Custodian of Records | Kuwale PNL | |
| 212. | Custodian of Records | Manheim | |
| 213. | Custodian of Records | Navy Federal Credit Union | |
| 214. | Custodian of Records | Nordic PCL | |
| 215. | Custodian of Records | Peak Power Solar | |
| 216. | Custodian of Records | Social Security Administration | |

| | | | |
|---|---|---|---|
| 217. | Custodian of Records | Territorial Savings Bank | |
| 218. | Custodian of Records | T-Mobile | |
| 219. | Custodian of Records | Turtle Bay | |
| 220. | Custodian of Records | United Truck Rentals | |
| 221. | Custodian of Records | University of Nations | |
| 222. | Custodian of Records | Verizon | |
| 223. | Custodian of Records | Wells Fargo | |
| 224. | Mary Grace Dacuycuy | | |
| 225. | Joel A.F. Dadoy | HPD/Police Officer | Oahu |
| 226. | Kimberly Dahl | | |
| 227. | Kawika Dahlin | | Oahu |
| 228. | Jarren Dang | SOH Dept. of Agriculture | Oahu |
| 229. | James "Jim" Daniels | IRS/Special Agent | Washington |
| 230. | Robert Dasigo | | Oahu |
| 231. | Clarence "Kaleo" Davis | | Oahu |
| 232. | Joelyn De Caires | HPD/Police Officer | Oahu |
| 233. | Veronica Demello | HPD/SIS Tech | Oahu |
| 234. | Wade Deguzman | | Oahu |
| 235. | Derek Dela Cruz | HPD/Police Officer | Oahu |
| 236. | Sheena Diaz | | Oahu |
| 237. | Peter Dickerman | IRS/Special Agent | Colorado |
| 238. | Lisa Diercks | FBI Computer Scientist | Oahu |
| 239. | William DiTuro | DEA/Special Agent | Island of Barbados |
| 240. | Randolph Doctorello | | Oahu |
| 241. | Steven Donohue | | BOP |
| 242. | Nolan Dorado | HPD/Evidence Custodian | Oahu |
| 243. | Scott Dresch | IRS/Special Agent | Washington |
| 244. | Cameron Dudoit-Kamai | | Oahu |
| 245. | Dave Duffin | | |
| 246. | Roland Dumani | | |
| 247. | Stanley Edwards | | Oahu |
| 248. | David Egami | | Oahu |
| 249. | Wynton El | FBI/Special Agent | Oahu |
| 250. | Jasmina Eliza | HPD/Police Officer | Oahu |

| 251. | William Ellis | HPD/Police Officer | Oahu |
|---|---|---|---|
| 252. | Jeff Endervelt | | |
| 253. | Nalani Epstein | | Tennessee |
| 254. | Matthew Erwin | IRS | Vancouver |
| 255. | Kelvin Espirtu | HPD K9/Cpl. | Oahu |
| 256. | Abraham Estocado | | Oahu |
| 257. | Matthew Fabry | | California |
| 258. | Neal Fajardo | HPD/Police Officer | Oahu |
| 259. | Thomas Farr | HI Motor Veh. Divison | Oahu |
| 260. | Bridie Farley | HPD/Police Officer | Oahu |
| 261. | Ryan Faulkner | HSI/Special Agent | HI Island |
| 262. | Jacob Fears | HPD/Police Officer | Oahu |
| 263. | Lani Fernandez | | Oahu |
| 264. | Casey Ferreira | Honolulu Fire Department | Oahu |
| 265. | Victoria Fickle | SOH Dept. of Agriculture | Oahu |
| 266. | Mark Fiesta | HPD/Police Officer | Oahu |
| 267. | Greg Fisher | TSA | |
| 268. | Michael Fisher | HPD/Police Officer | Oahu |
| 269. | Onofre Florentino | | Oahu |
| 270. | Patrick Fo | HPD/Police Officer | Oahu |
| 271. | Benjamin Forston | | Oahu |
| 272. | Steven Foth | | Oahu |
| 273. | Kelii FosterAquichesir | | |
| 274. | Dave Francisco | | Oahu |
| 275. | Larry Francisco | | Oahu |
| 276. | Xavier Francisco | | Oahu |
| 277. | Carrie Fraser | | Oahu |
| 278. | William Fraser | | Oahu |
| 279. | Heather Freeman | | Oahu |
| 280. | Kameron Freeman | HPD/Police Officer | Oahu |
| 281. | Levon Freeman | HPD/Police Officer | Oahu |
| 282. | Edward "Denny" Freitas, Jr. | | Nevada |
| 283. | Kaulana Freitas | | Oahu |
| 284. | Jack Frisbee | | Oahu |
| 285. | Roy Frisbee | | Oahu |

| | | | |
|---|---|---|---|
| 286. | Tarama Fuatagavi | US Probation/Probation Officer | Oahu |
| 287. | Kristel Fuentes | DCCA/Investigator | California |
| 288. | Aine Fujikawa | | Oahu |
| 289. | Kevin Fujioka | HPD/Detective | Oahu |
| 290. | Jeffrey Gamueda | | Oahu |
| 291. | Kawai Mook Garcia | | Honolulu |
| 292. | Michael Garcia | HPD/Police Officer | Oahu |
| 293. | Paul Geering | IRS/Special Agent | California |
| 294. | Jennifer Geiger | SSA | Oahu |
| 295. | Norman Gentry | | |
| 296. | Benjamin George | IRS/Special Agent | Washington |
| 297. | Paul Gheering | | Colorado |
| 298. | Michael A.K. Goeas | HPD/Police Officer | Oahu |
| 299. | Walter Goedicke | | Oahu |
| 300. | Allen Gomes | | Oahu |
| 301. | Sarah Gomez-Akamu | | |
| 302. | Sonja Gonzaga | | Oahu |
| 303. | Gabriel Gonzales | (HPD SSD/Lt.) | Oahu |
| 304. | Kim Gonzales | | |
| 305. | Lucia Gonzalez | HPD/Police Officer | Oahu |
| 306. | Donna Goo | | Oahu |
| 307. | Rodney Goo | | Oahu |
| 308. | Timothy Goodrich | | Oahu |
| 309. | Michael Gorn | FBI/Document Analyst | Virginia |
| 310. | Michael Goto | | Oahu |
| 311. | Raymon Gragg | IRS | Portland |
| 312. | Carl Grantham | HPD/Police Officer | Oahu |
| 313. | Harvey Green | | Oahu |
| 314. | Lei Ana Green | | Oahu |
| 315. | Rae Green | | Oahu |
| 316. | Jarom "Jay" Gregory | IRS | Portland |
| 317. | John H. Gregory | | Oahu |
| 318. | Babette Grout | CBP/IT Specialist | California |
| 319. | Yigie Guan | | Oahu |
| 320. | Myron Guerrero | | Oahu |

| | | | |
|---|---|---|---|
| 321. | Peter Guerrero | State of Hawaii DPS/Sheriff | Oahu |
| 322. | Jim Gusukuma | | Oahu |
| 323. | Jose Guzman | HPD/Police Officer | Oahu |
| 324. | Cisco Habon | | Oahu |
| 325. | Hagerty Insurance Custodian of Record | | |
| 326. | Douglas Halepaska | FBI/Physical Scientist | Virginia |
| 327. | Charles Hall | | Oahu |
| 328. | Jason Hall | | |
| 329. | Susan Halvorson | | Oahu |
| 330. | Bryce Hamamoto | HPD/Police Officer | Oahu |
| 331. | Arthur Hansen | | Oahu |
| 332. | Thomas J. Harris | HPD/SIS Tech | Oahu |
| 333. | Jamie Harrison | IRS/Special Agent | California |
| 334. | Brad Heatherly | HPD K9/Sgt. | Oahu |
| 335. | Patrick Hengsbach | | Oahu |
| 336. | Jared Hester | | |
| 337. | Hawaiian Financial Credit Union | | Oahu |
| 338. | HFD Custodian of Records | | Oahu |
| 339. | Kirk Hidaro | | Oahu |
| 340. | Carol Higa | | |
| 341. | Derek Higa | | Oahu |
| 342. | Sheri-Ann Higa | | Oahu |
| 343. | Charmaine Higashi | HPD/SIS Tech | Oahu |
| 344. | Donovan Ho | | |
| 345. | Kevin Hoffman | SOH Dept. of Agriculture | Oahu |
| 346. | Erik Hokama | HPD/Police Officer | Oahu |
| 347. | Shaun Honma | HPD/Police Officer | Oahu |
| 348. | Lance Hookano | | Oahu |
| 349. | Jim Horton | | Oahu |
| 350. | James Howard | | Oahu |
| 351. | Christopher M. Hsia | HPD/Police Officer | Oahu |
| 352. | Wayne Hudson | HPD/Police Officer | Oahu |
| 353. | Brianna Hueu | | Oahu |
| 354. | Sean Hughes | HPD/Police Officer | Oahu |
| 355. | Zianna Hulama-Salas | | Oahu |

| 356. | Edward Hume | | Washington |
|---|---|---|---|
| 357. | Eileen Hurtt | | Oahu |
| 358. | Tuan Anh Huynh | | Oahu |
| 359. | Ian Ibrao | HPD/Police Officer | Oahu |
| 360. | Clyde Ida | | |
| 361. | Michelle Igawa | | Oahu |
| 362. | Brandon Ige | EMT | Oahu |
| 363. | Jacqueline Ignacio | FBI/Forensic Biologist | Virginia |
| 364. | Abby Ihrig | IRS | Portland |
| 365. | Raynor Ikehara | HPD/Police Officer | Oahu |
| 366. | Raena Inn | | Oahu |
| 367. | Ryno Irwin | | Oahu |
| 368. | Vasai Isala, Jr. | HPD/Police Officer | Oahu |
| 369. | Lenora Ishihara | HPD/Police Officer | Oahu |
| 370. | John Ishikawa | HPD/Police Officer | Oahu |
| 371. | Cody Ishimoto | | |
| 372. | Candace Ito | | Oahu |
| 373. | Craig Ito | | Oahu |
| 374. | Craig Ivester | | Nevada |
| 375. | Christ Iwamura | | Oahu |
| 376. | Claude L. Izuka | HPD/Police Officer | Oahu |
| 377. | Austin Jackson | FBI/Special Agent | Oahu |
| 378. | Bryn James | | |
| 379. | Shi-Yen Jeng | FBI/Special Agent | Oahu |
| 380. | Adrian Jennison | | Oahu |
| 381. | Bertie Johnson | | |
| 382. | Karl Nathan Johnson | FBI/Special Agent | Arizona |
| 383. | Patty Johnson | | |
| 384. | Rory Johnson | FBI/Special Agent | Alaska |
| 385. | Pete Jones | HPD K9/ Cpl. | Oahu |
| 386. | Richard Jones | DEA/Former Special Agent | Oahu |
| 387. | Robert Jones | HPD/Police Officer | Oahu |
| 388. | Julie Jordan | EPA/Management and Program Analyst | California |
| 389. | Ashtyn Joseph | | Oahu |
| 390. | William Joshua | | Local |
| 391. | Joshua Joyce | | Florida |

| 392. | David Kaahanui | | Oahu |
|---|---|---|---|
| 393. | Jospeh Kacic | IRS/Special Agent | California |
| 394. | Isaiah Kaeo-Cash | | Oahu |
| 395. | Viranousith Khamvongsa | IRS | Oahu |
| 396. | Donna Kahi Kahakui | EPA/Former Special Agent | Oahu |
| 397. | Kaiolohia Kahoonei | | Oahu |
| 398. | Nova Kaio | | Oahu |
| 399. | Ryan H.I. Kaio | HPD/Police Officer | Oahu |
| 400. | Ramsey Kakuda | | Oahu |
| 401. | Kekia Kalama | | Honolulu |
| 402. | Carl Kalani | HPD/Police Officer | Oahu |
| 403. | Shereese Kalawa | | Oahu |
| 404. | Janelle Kalir | | Oahu |
| 405. | Dutchie Kaluna | | Oahu |
| 406. | Frederick Kaluna, Jr. | | Oahu |
| 407. | Ann Kam | SOH Dept. of Agriculture | Oahu |
| 408. | Cyrus Kam | FBI/Special Agent | Texas |
| 409. | Dane Kamalu | | Oahu |
| 410. | Troy Kamekona, Jr. | HPD/Police Officer | Oahu |
| 411. | Dominique Kawika Kamae | | Oahu |
| 412. | Alexander Kamm | | Oahu |
| 413. | Detrich Kamakani | HPD/Police Officer | Oahu |
| 414. | Kaden Kanae | | Oahu |
| 415. | Andrea Kaneakua | | HI Island |
| 416. | John Kaneko | | Oahu |
| 417. | Harry Kansaki | | Oahu |
| 418. | Noriko Kansaki | | Oahu |
| 419. | Sean Kaolelopono | HPD/Police Officer | Oahu |
| 420. | Scott Kapfer | FBI/Special Agent | Colorado |
| 421. | Adam Kapp | SSA/OIG | Oahu |
| 422. | Larry Kapu | | Oahu |
| 423. | Remoun Karlous | IRS/Special Agent | Washington |
| 424. | Denice Kashiwai | HPD/Police Officer | Oahu |
| 425. | Brenden Kau | | Oahu |
| 426. | Harry Kauhi | | BOP |
| 427. | Keith Kawai | | Oahu |
| 428. | Jason Kawakami | | Oahu |

| 429. | Shannon Kawakami | HPD/Police Officer | Oahu |
|---|---|---|---|
| 430. | Rosie Kawamata | FBI SA | Oahu |
| 431. | Dean Kawamoto | HPD/Police Officer | Oahu |
| 432. | Yariko Kawamoto | | Oahu |
| 433. | Chad Keanu | | |
| 434. | Aine Kendro | CPB Officer | Oahu |
| 435. | Kurt Kendro | HPD/Police Officer | Oahu |
| 436. | Kayla Keoho | | Oahu |
| 437. | Lance Keoho | | Oahu |
| 438. | Gabe Keown | FBI SA | Oahu |
| 439. | Kreig Kepa | | Oahu |
| 440. | Terril Khari | HPD/Police Officer | Oahu |
| 441. | Chivas Kiaaina | | |
| 442. | Sheena Kikko | | |
| 443. | Alexander Kim | | Oahu |
| 444. | Andrew Kim | | Oahu |
| 445. | Annie Kim | | Oahu |
| 446. | Bruce Kim | | Oahu |
| 447. | Bruce KK Kim | HPD/Police Officer | Oahu |
| 448. | Chong Kim | | Oahu |
| 449. | Hyong Kim | HPD/Police Officer | Oahu |
| 450. | Reyna Yara Kim | | Oahu |
| 451. | Shane Kaeo Kim | | Oahu |
| 452. | Stefan Kim | | Oahu |
| 453. | Young Ho "Tony" Kim | | Oahu |
| 454. | Devin Kimoto | | Oahu |
| 455. | Preston Kimoto | | BOP |
| 456. | Wayne Kimoto | HPD/Police Officer | Oahu |
| 457. | Stacey Kimura | Steven Thompson incident | |
| 458. | Kiki King | | Oahu |
| 459. | Robert B. King | HPD/Police Officer | Oahu |
| 460. | Lindsey Kinney | | Oahu |
| 461. | Dean Kirby | DEA/ Chemist | California |
| 462. | Stephen Kishida | Honolulu Fire Department (retired) | Oahu |
| 463. | Kerry Kitteringham | | Oahu |
| 464. | Grant Knorr | FBI/Special Agent | Washington |
| 465. | Casey Knott | | Seattle |

| 466. | Dr. Masahiko Kobayashi | | |
|---|---|---|---|
| 467. | Calvin Koga | | Big Island |
| 468. | Brandord Koholua | | Oahu |
| 469. | Kevin Kong | | Oahu |
| 470. | Jason Kontur | FBI/GPS Expert | DC |
| 471. | Gary Kopis | HPD/Police Officer | Washington |
| 472. | Halie Rose Kritner | | Oahu |
| 473. | Peter Krog | HPD/Police Officer | Oahu |
| 474. | Lee Kumai | | Oahu |
| 475. | Duane Komine | | |
| 476. | Ron Komine | | |
| 477. | Mikel Kunishima | HPD/Police Officer | Oahu |
| 478. | Walter P. Kuper, Jr. | HPD/Police Officer | Oahu |
| 479. | R. Kuroda, MD | | Oahu |
| 480. | Starlynn Kuuana | | Oahu |
| 481. | Icel Kuznetsova | FBI/Physical Scientist | Virginia |
| 482. | Alicia Kvalheim | HPD/Police Officer | Oahu |
| 483. | Arthur Lake | | Oahu |
| 484. | Eric Lalau | HPD/Police Officer | Oahu |
| 485. | Mark Lapena | | Oahu |
| 486. | Andrea Larick | DEA/Chemist | California |
| 487. | John K. Larry | | Oahu |
| 488. | John Larson | HPD/Police Officer | Oahu |
| 489. | Allen Lau | | Oahu |
| 490. | Chad Lau | EMT | Oahu |
| 491. | Lindsey Lau | | Oahu |
| 492. | Victor Lau | HPD/Police Officer | Oahu |
| 493. | Cierra Lauro | | Oahu |
| 494. | John Lauro | | Oahu |
| 495. | Phillip Lavarias | HPD/Police Officer | Oahu |
| 496. | Gerald Lawson | DEA/Special Agent (former) | Oahu |
| 497. | Marc LeBeau | FBI/Forensic Science Advisor | Virginia |
| 498. | Paul Lee | | |
| 499. | Dallas Limihai | | Oahu |
| 500. | Eric Litster | IRS/Special Agent | Washington |
| 501. | Albert F. Lee | HPD/Police Sergeant | Oahu |

| | | | |
|---|---|---|---|
| 502. | Herbert Lee | U.S. Department of Labor/ Auditor (former) | Oahu |
| 503. | Kimberly Lee | HPD/Custodian of Records | Oahu |
| 504. | Lenora Lee | | |
| 505. | Seung Ji Robert Lee | | Oahu |
| 506. | Shauna Lee | | Alaska |
| 507. | Terence Lee | | Oahu |
| 508. | Aaron Lenchanko | Honolulu Fire Department | Oahu |
| 509. | Genevieve Leong | ATF/Special Agent | Oahu |
| 510. | Fayelynn Levi | HPD/Police Officer | Oahu |
| 511. | Chris Lewis | ATF/ Special Agent (retired) | Oahu |
| 512. | Bronson Liana | HPD/Police Officer | Oahu |
| 513. | Gale Linear | HPD/Evidence Custodian | Oahu |
| 514. | Adam Lipka | HPD/Police Officer | Oahu |
| 515. | Tricia Iseri | | Oahu |
| 516. | Brandon K. Liu | HPD/Police Officer | Oahu |
| 517. | Kyle Liu | | Oahu |
| 518. | Jack Long | HPD/Police Officer | Oahu |
| 519. | Adrian Lono | | Oahu |
| 520. | Cindee Lorenzo | HPD/SIS | Oahu |
| 521. | William Loyola | | Oahu |
| 522. | Enoka Lucas | HPD/Police Officer | Oahu |
| 523. | Jake Luedtke | | Oahu |
| 524. | Holly Luiz | FBI/Analyst | Oahu |
| 525. | Carly Lum | FBI/SOS | Oahu |
| 526. | Darrin Lum | HPD/Police Officer | Oahu |
| 527. | Eric Lum | | Oahu |
| 528. | Tammy Lum | | Oahu |
| 529. | Kalen Lyman-Risso | | Oahu |
| 530. | Michael Lynch | HPD/SIS Tech | Oahu |
| 531. | Stanley Ma | | |
| 532. | Richard MacGuyer | | Oahu |
| 533. | Mark MacPherson | IRS/ Special Agent (retired) | Virginia |
| 534. | Keone Madali | | |

| | | | |
|---|---|---|---|
| 535. | Andrew Maddock | HPD/Detective | Oahu |
| 536. | Clifford Maeda | | |
| 537. | Kelly Maeda | IRS/Special Agent | Oahu |
| 538. | Cindy Maglasang | FBI CART Examiner | Oahu |
| 539. | Lyle Maiava | HPD/Police Officer | Oahu |
| 540. | Woody Mamizuka | | Oahu |
| 541. | Jaushlyn Manison | HPD/Police Officer | Oahu |
| 542. | Charlyn Manuel | HPD/Police Officer | Oahu |
| 543. | Samantha K. Marble | FBI | |
| 544. | Paul-James Mariano | HPD/Police Officer | Oahu |
| 545. | Brian Marinas | | Oahu |
| 546. | Marriott Corporation | | |
| 547. | Jeff Marshall | | Oahu |
| 548. | Hayes Marumoto | HPD/Police Officer | Oahu |
| 549. | Annett Martin | | Oahu |
| 550. | Andy Masters | FBI/Special Agent | Oahu |
| 551. | Kevin Masuda | HPD/Police Officer | Oahu |
| 552. | Michael Masutani | | Oahu |
| 553. | Christine Mateo | DEA/Chemist | California |
| 554. | Doryn Matsuda | HPD/SIS Tech | Oahu |
| 555. | Corbin Matsumoto | HPD/Police Officer | Oahu |
| 556. | Rory Matsumoto | | Oahu |
| 557. | Brandon Matsumura | HPD/Police Officer | Oahu |
| 558. | Victoria Matsumura | SOH Dept. of Agriculture | Oahu |
| 559. | Michael Matsutani | | Oahu |
| 560. | Patrick Matthew | IRS/Special Agent | Alaska |
| 561. | Junior Mauafa | HPD/Police Officer | Oahu |
| 562. | TJ McAndrews | FBI | |
| 563. | Stan McCabe | HPD/Police Officer (retired) | Oahu |
| 564. | John McHugh | SOH Dept. of Agriculture | Oahu |
| 565. | Kristal McKenna | | Oahu |
| 566. | Brandy McKibben | IRS/Special Agent | Oregon |
| 567. | Joseph McOmber | | Utah |
| 568. | Shawn Meador | | Oahu |
| 569. | Christopher Meedel | U.S. Coast Guard/Special Agent | Virginia |

| 570. | Dave Melton | | Utah |
|---|---|---|---|
| 571. | Casey Melvin | HPD/Police Officer | Oahu |
| 572. | David Meng | | California |
| 573. | William Merle | | Oahu |
| 574. | Jim Merrell | | |
| 575. | Ricky Mesa | | Oahu |
| 576. | Christian R. Mickelson | IRS/Special Agent | Utah |
| 577. | Shelden Miguel | | HI Island |
| 578. | Keo KK Mika | HPD/Police Officer | Oahu |
| 579. | Ariel Miller | FBI/Special Agent (retired) | Oahu |
| 580. | Keith Miller | | Oahu |
| 581. | Laurence Miller | | Texas |
| 582. | Wayne Miller | | BOP |
| 583. | Peter Milosevic | HPD/Police Officer | Oahu |
| 584. | Wendy Minks | | Utah |
| 585. | James Mitchell | FBI/Special Agent | Florida |
| 586. | Brian Mix | FBI/Special Agent | Texas |
| 587. | Nathan Miyake | IRS | Oahu |
| 588. | Elaine Miyamoto | | Oahu |
| 589. | Landon Miyamura | HPD/Police Officer | Oahu |
| 590. | Jacob Miyashiro | HPD/Detective | Oahu |
| 591. | Russ Mochizuki | FBI/Special Agent | Oahu |
| 592. | Afshan Modaresi | | Oahu |
| 593. | Majid Modaresi | | Oahu |
| 594. | Jonnaven Monalim | | Oahu |
| 595. | Jonathan Mook | | Oahu |
| 596. | Chad L. Moore | FBI/Chemist | Virginia |
| 597. | Siera Precious Marie Moreno | | Oahu |
| 598. | Corey Y. Morgan | HPD/Police Officer | Oahu |
| 599. | Shaun Morita | IRS/Special Agent | HI Island |
| 600. | Jonathan Morris | | Oahu |
| 601. | Michelle Morris | FBI/Forensic Biologist | Virginia |
| 602. | Johnette Moses | HPD/Police Officer | Oahu |
| 603. | Ethan Motta | | Oahu |
| 604. | Oliver Mullins | ATF/Special Agent | Oahu |
| 605. | Esteban Munoz | | California |

| | | | |
|---|---|---|---|
| 606. | Madelyn Munoz | | Oahu |
| 607. | Leslie Ann Murakami | HPD/Police Officer | Oahu |
| 608. | Ted Muraoka | Honolulu Fire Department | Oahu |
| 609. | Brandi Murobayashi | | Mainland |
| 610. | Jesse Meyers | Honolulu Fire Department | Oahu |
| 611. | Moreland Nagal | SSA | Oahu |
| 612. | Patti Nakagawa | | Oahu |
| 613. | Jason Nakamaejo | HPD/Police Officer | Oahu |
| 614. | Carolyn Nakamura | FBI SA | Oahu |
| 615. | John Nakamura | HPD/Police Officer | Oahu |
| 616. | Tia Nakanelua | | |
| 617. | Brandon Nakasato | HPD/Police Officer | Oahu |
| 618. | Theresa Nakayama | | Oahu |
| 619. | James Nebrija | HPD/Police Officer | Oahu |
| 620. | Moreland Negal | | |
| 621. | Wolfgang Newmann | | |
| 622. | Jeremy Ng | | BOP |
| 623. | Phil Nguyen | | Oahu |
| 624. | Timothy Nichols | IRS/CIS | Oahu |
| 625. | Brandon Nihei | HPD/Police Officer | Oahu |
| 626. | Darren Nihei | HPD/Police Officer | Oahu |
| 627. | Scott Nishimoto | SOH Dept. of Agriculture | Oahu |
| 628. | Chris Nitta | MICT/EMT | Oahu |
| 629. | Kurt Nosal | | Oahu |
| 630. | Christopher Nutter | HPD/Police Officer | Oahu |
| 631. | Darcey O'Brien | IRS/SSA | Oregon |
| 632. | Greg Obara | HPD/Police Officer | Oahu |
| 633. | Gregory J. Oblaney | HPD/Police Officer | Oahu |
| 634. | Brian O'Connor, MD | | Oahu |
| 635. | John O'Farrell | | Oahu |
| 636. | Brandon Ogata | HPD/Police Officer | Oahu |
| 637. | Steven Ogata | SOH Dept. of Agriculture | Oahu |
| 638. | Dwayne Ohelo | | Oahu |
| 639. | Scott Okamura | Dept. of Ag. | |
| 640. | Alan Oku, Jr. | HPD/Police Officer | Oahu |

| | | | |
|---|---|---|---|
| 641. | Hugh Okubo | HPD/Forensic Lab Supervisor | Oahu |
| 642. | Shaun Olkowski | | Oahu |
| 643. | James Omerod | HPD | Oahu |
| 644. | John Omerod, Jr. | HPD/Police Officer | Oahu |
| 645. | John P. Omerod | HPD/Police Officer | Oahu |
| 646. | Russell Ontiveros | HPD/Police Officer | Oahu |
| 647. | Adelene Ortiz | | Oahu |
| 648. | Alford Ortiz | | Oahu |
| 649. | Jonah Ortiz | | BOP |
| 650. | Kamehalani Ortiz | Honolulu Fire Department | Oahu |
| 651. | Mike Ornellas | | Oahu |
| 652. | Blaine Osato | FBI/Security Specialist | Oahu |
| 653. | Kristal Oshiro | | Oahu |
| 654. | Thomas M. Otake | | Oahu |
| 655. | Linda Otterstatter | FBI/Physical Scientist | Virginia |
| 656. | Lori Pacarro | | Oahu |
| 657. | Ricksson Pacarro | St. Louis Student Incident | |
| 658. | Yvonne Pacarro | St. Louis Student Incident | |
| 659. | Chester Pacquing | | Oahu |
| 660. | Timothy Paepulae | | Oahu |
| 661. | Joseph Pagan | HPD/Police Officer | Oahu |
| 662. | Elroy Paikai | HPD/Police Officer | Oahu |
| 663. | Thomas Palmer | FBI/Special Agent | Oahu |
| 664. | Neil Pang | HPD/Police Officer | Oahu |
| 665. | Tia Paoa | | New York |
| 666. | William Park | | |
| 667. | Joshua Parker | FBI/Special Agent | Oahu |
| 668. | Anthony Patrick | FBI/Special Agent | North Carolina |
| 669. | Daniel Paulo | | Oahu |
| 670. | Brittany Paulos | | Oahu |
| 671. | J. Paxton | Montebello PD/Detective | California |
| 672. | Angela K. Payne-Vasquez | HPD/Police Officer | Oahu |

| 673. | Sterling Pedro | | Oahu |
|---|---|---|---|
| 674. | Judah Pent | FBI/Special Agent | Florida |
| 675. | Lawrence Peralta | HPD/Police Officer | Oahu |
| 676. | Crisoforo Perez | | Oahu |
| 677. | Chris Perham | IRS/Special Agent | Oregon |
| 678. | John Perrell | | Oahu |
| 679. | Richard Perron | HPD/SIS Tech | Oahu |
| 680. | Kyle Perry | | Oahu |
| 681. | Paul Perry, III | HPD/Police Officer | Oahu |
| 682. | Wayne Pestana | | Oahu |
| 683. | Larry Peterson | | Oahu |
| 684. | Timothy Pickle | FBI | |
| 685. | Gail Pingree | | Oahu |
| 686. | Ron Pinhoo-Goldman | HPD/Police Officer | Oahu |
| 687. | Alonzo Pitt IV | | Oahu |
| 688. | Christina Pitt | | Oahu |
| 689. | Randall Platt | HPD/Police Officer | Oahu |
| 690. | Marcy Plaza | FBI/Biologist | Virginia |
| 691. | Frank Pojsl | HPD/Police Officer | Oahu |
| 692. | Jasmine Mahal Pobre | | Oahu |
| 693. | Chanel Price (formerly "Chanel Matsumoto") | HPD/Police Officer | Oahu |
| 694. | Monica Price | DEA/ Chemist | California |
| 695. | Israel Prieto | HPD/Police Officer | Oahu |
| 696. | Kyle Pudge | IRS/Special Agent | Alaska |
| 697. | Dan Punch | | Louisiana |
| 698. | Ida Quinn | HPD/Police Officer | Oahu |
| 699. | Juan Quintanilla | HPD/Police Officer | Oahu |
| 700. | Jeremy Ramos | | Oahu |
| 701. | Marlene Ramos | | Oahu |
| 702. | Dana Rapoza | | Oahu |
| 703. | Willy Rarangol | | Oahu |
| 704. | Scott Recarte | | |
| 705. | Jordan Reigel | FBI/Special Agent | Oahu |
| 706. | Kiare Reis | | Oahu |
| 707. | Jayword Reylubong | | Oahu |
| 708. | Rebecca Reynolds | FBI/Physical Scientist | Virginia |
| 709. | Kamele Richardson | | |
| 710. | Ed Ripley | | Oahu |

| | | | |
|---|---|---|---|
| 711. | Melissa Ripley | IRS/Special Agent | Oregon |
| 712. | Elizabeth Rivera | | |
| 713. | Peter Rivera | | |
| 714. | Travis Rivera | | Oahu |
| 715. | Charles Roach – Aloha Roach | | Oahu |
| 716. | John Rodrigues | | Oahu |
| 717. | Robert Rodriguez | SSA/ OIG (former) | Oahu |
| 718. | Terrence Rodrigues | | |
| 719. | Kevin Rojas | HPD/Police Officer | Oahu |
| 720. | Jonathan Rojo | | Oahu |
| 721. | Patrick Romero | HPD K9/ Cpl. | Oahu |
| 722. | N. Rousseau-Starr | State of Hawaii DHS/Special Investigator | Oahu |
| 723. | Juan "Johnny" Rubalcaba | | Oahu |
| 724. | Theodore Russell | DEA/Special Agent | Texas |
| 725. | Steve Russo | SOH Dept. of Agriculture | Oahu |
| 726. | Joseph Ryan | HPD/Police Officer | Oahu |
| 727. | Derrick Sagawa | HPD/Police Officer | Oahu |
| 728. | Tyson Sagiao | FBI S/A | Oahu |
| 729. | Glenn Sahara | SOH Dept. of Agriculture | Oahu |
| 730. | Jason Sahara | | Oahu |
| 731. | Christian Sahlen | HPD/Police Officer | Oahu |
| 732. | Sean Saiki | | Oahu |
| 733. | Darrin Sakanoi | FBI/Special Agent | Oahu |
| 734. | Jason Samala | Honolulu Fire Department | Oahu |
| 735. | Jeffrey Sanchez | Honolulu Fire Department | Oahu |
| 736. | Gerry Sandager | | Oahu |
| 737. | Scott Sanderson | | Oahu |
| 738. | Elton Santos | | Oahu |
| 739. | Herbert Sardinha | HPD Sergeant | Oahu |
| 740. | Jeffrey Sarae | HPD/Police Officer | Oahu |
| 741. | Shane Sarai | | Oahu |
| 742. | Marie Saunder | | Oahu |
| 743. | Jason Scags | | |

| | | | |
|---|---|---|---|
| 744. | Tatee Scanlan | | Oahu |
| 745. | Evan Scherman | | Oahu |
| 746. | Nicholas Schlapak | HPD/Police Officer | Oahu |
| 747. | Theresa Schubert | | Oahu |
| 748. | Federick Schultz, Jr. | HPD/Police Officer | Oahu |
| 749. | Jennifer Serino | OIG/Senior Special Agent | California |
| 750. | Social Security Administration | | |
| 751. | Ryan Seto | HPD/Police Officer | Oahu |
| 752. | John Shaw | HPD/Police Officer | Oahu |
| 753. | Brandon Shepard | | Oahu |
| 754. | Phyllis Shimabukuro-Geiser | SOH Dept. of Agriculture | Oahu |
| 755. | Bradley Shinagawa | | Oahu |
| 756. | Lucas Shulman | Special Aget | |
| 757. | Jimmy Shyu | | |
| 758. | Sierra Lehuapiilani Siangco-Ehrnsberger | | Oahu |
| 759. | Brandon Silva | HSI/Special Agent | Oahu |
| 760. | Kayla Silva | | Oahu |
| 761. | Trevor Silva | | Oahu |
| 762. | Wayne Silva | HPD/Police Officer | Oahu |
| 763. | Kekoa Sitarek | | Oahu |
| 764. | Abraham Smith | IRS | New York |
| 765. | Jacob Smith | | BOP |
| 766. | Lincoln Smith | | Oahu |
| 767. | Tiffany Smith | FBI/Biologist | Virginia |
| 768. | Kaleb Snider | | Oahu |
| 769. | Anette Snook | | |
| 770. | Jonathan Snook | | |
| 771. | Joseph Soeka | CCIPS/ Investigative Analyst | Virginia |
| 772. | Stephany Sofos | | Oahu |
| 773. | Nalei Sooto | HPD/Police Officer | Oahu |
| 774. | Jonah Soria | | Oahu |
| 775. | Darren L. Soto | HPD/Police Officer | Oahu |
| 776. | Charlson Souza | | Oahu |
| 777. | Sharie Souza | HPD/Police Officer | Oahu |

| | | | |
|---|---|---|---|
| 778. | Jared J. Spiker | HPD/Police Officer | Oahu |
| 779. | N. Rousseau-Star | Special Investigator HI Dept of Human Services | |
| 780. | Wendell Staszkow | | Oahu |
| 781. | Toy Stech | HPD/SIS Tech | Oahu |
| 782. | Jennifer Steel | | Oahu |
| 783. | Jonathan Stephen (aka Stephan) | | |
| 784. | Les Steward | | |
| 785. | James Stollenmaier | | Oahu |
| 786. | Nadine Stollenmaier | | Oahu |
| 787. | Ryan Strada | | |
| 788. | Bennet Strickland | IRS-CI/Special Agent | North Carolina |
| 789. | James Strombach | HPD/Police Officer | Oahu |
| 790. | Dorota Strugala | | Oahu |
| 791. | Josh Stueckle | FBI | |
| 792. | Darren K. Sunada | HPD/Police Officer | Oahu |
| 793. | Timothy Taboada | | Oahu |
| 794. | Landon Tafaoa | HPD/Police Officer | Oahu |
| 795. | Reid K. Tagomori | HPD/Police Officer | Oahu |
| 796. | Scott Tagupa | | |
| 797. | Jody Taitaiau (aka Peter) | HPD/Police Officer | Oahu |
| 798. | David Takaki | HPD/Police Officer | Oahu |
| 799. | Clayreen Takara | CBP/CBPO | Oahu |
| 800. | Reid Takara | | Oahu |
| 801. | Cory Takata | | Oahu |
| 802. | Daryl M. Takata | HPD/Police Officer | Oahu |
| 803. | Brooks Takenaka | | Oahu |
| 804. | Aaron Takeuchi | HPD/Police Officer | Oahu |
| 805. | Laurie Tamai | | Oahu |
| 806. | Ryan Tamashiro | HPD/Police Officer | Oahu |
| 807. | Tehani Tanabe | | Oahu |
| 808. | Christine Tanaka | | Oahu |
| 809. | Rumiko Taniguchi | HPD/Police Officer | Oahu |
| 810. | Nshan Tashchyan | IRS/Special Agent | California |
| 811. | Samuela Tatofi | | Oahu |
| 812. | Maliu Tauheluhelu | | Oahu |

| 813. | Fateia Taulo, Jr. | | Oahu |
|---|---|---|---|
| 814. | Adrian Taum | | Oahu |
| 815. | Joseph Tauwe Cadelina | | Oahu |
| 816. | Joe Boy Tavares | | Oahu |
| 817. | Van Taylor | | Oahu |
| 818. | Doreen Teramae | HPD/Police Officer | Oahu |
| 819. | Ryan Teramoto | | Oahu |
| 820. | Mark Thiel | | Oahu |
| 821. | Deena Thoemmes | HPD/Police Officer | Oahu |
| 822. | David Thompson | | HI Island |
| 823. | Steven Thompson | | HI Island |
| 824. | Nicholas Tiglao | HPD/Police Officer | Oahu |
| 825. | Gregory Timme | HPD/Police Officer | Oahu |
| 826. | Nehzhelle Timoteo | | Oahu |
| 827. | T-Mobile | | |
| 828. | Jobe Tichy | IRS | Vancouver |
| 829. | Jaynelle Toguchi | HPD/Police Officer | Oahu |
| 830. | Alysa Toguchi | | Oahu |
| 831. | Bronson Tokioka | | Oahu |
| 832. | Teri Lynn Tokunago | | Oahu |
| 833. | John Tolentino | HPD/Police Officer | Oahu |
| 834. | Cindy Tom | FBI | Oahu |
| 835. | Kevin Tomas | | Oahu |
| 836. | Joseph Tomaszek | HPD/Police Officer | Oahu |
| 837. | Bara Tome | IRS/Revenue Agent (former) | Oahu |
| 838. | Lauren Tomihara | | Oahu |
| 839. | Joseph Tomita | HPD/Police Officer | Oahu |
| 840. | Manda Tan aka "Manda Ton" | HPD/SIS Tech | Oahu |
| 841. | Ty K. Torco | ATF/Former Senior Special Agent | Oahu |
| 842. | Kenny C. Toriki | HPD/Police Officer | Oahu |
| 843. | Malo Torres | HPD/SSD /Lt. | Oahu |
| 844. | Michael Torres | | Oahu |
| 845. | Paul R. Torres | HPD/Police Officer | Oahu |
| 846. | Christopher Toshi | HPD/Police Officer | Oahu |
| 847. | Richard Townsend | HPD/Police Officer | Oahu |
| 848. | Anthony Tran | | |

| 849. | Andrew Tranetzki | | Oahu |
|---|---|---|---|
| 850. | Justin Trausch | HPD/Police Officer | Oahu |
| 851. | Jai Troche | | Oahu |
| 852. | Richard Tsugawa | Honolulu Fire Department | Oahu |
| 853. | Neil Tsukayama | Ret. US Probation Off. | Oahu |
| 854. | Derek Tubania | IRS/Special Agent | Oahu |
| 855. | Sara Tufele | | Oahu |
| 856. | Alabandza Tuimalealiifano | | Oahu |
| 857. | F. Tunupopo | HPD/Police Officer | Oahu |
| 858. | Tavo Tupola | HPD/Police Officer | Oahu |
| 859. | Grant Turner | FBI/Special Agent | Virginia |
| 860. | Greg Turner | FBI SA | Oahu |
| 861. | Heidi Turner | FBI/Special Agent | Virginia |
| 862. | Guston Typhoon | | Oahu |
| 863. | Joe Tyrell | | Oahu |
| 864. | J. Upega | | |
| 865. | Ofeina Unga | HPD/Police Officer | Oahu |
| 866. | Christine Uson | | Oahu |
| 867. | Kayleen Uson (nka Rodrigues) | | Oahu |
| 868. | Roger Uson | | Oahu |
| 869. | Daniel Uyeda | | Oahu |
| 870. | Ivan Uyeda | HPD/Police Officer | Oahu |
| 871. | Vivian Valderrama | IRS/Special Agent | California |
| 872. | Michael Van Arsdale | FBI/Special Agent | Virginia |
| 873. | Angela Varnadore | | California |
| 874. | Cristina Venti | | Oahu |
| 875. | Tine "DJ Anit" Viernes | | Oahu |
| 876. | Ben Villaflor | | Oahu |
| 877. | Joseph Villagomez | ATF/Special Agent | Oahu |
| 878. | Chris Viloria | | Oahu |
| 879. | Alyssa Virgillo | FBI/Forensic Biologist | Virginia |
| 880. | John Wadahara | HPD SIS | Oahu |
| 881. | Wynn Wakuzawa, MD | | Oahu |

| | | | |
|---|---|---|---|
| 882. | Shay Walden | Hawaii State Civil Defense (HI-EMA) Canine Unit | Oahu |
| 883. | Kenneth Wall | State of Hawaii DPS/Sheriff | Oahu |
| 884. | Alexander Waseleski, IV | HPD/Police Officer | Oahu |
| 885. | Aaron Watanabe | | |
| 886. | Julie Watanuki | | Oahu |
| 887. | Michael Watkins | | California |
| 888. | Tina Marie Watkins | | |
| 889. | Grace Wauke | | Oahu |
| 890. | John Webb | FBI/Supervisory Physical Scientist | Virginia |
| 891. | Dr. Raymond Wee | | Oahu |
| 892. | Dustin Wen | FBI/ Forensic Accountant | California |
| 893. | Jasmine Weng | | Oahu |
| 894. | Robert Wheeler | | Oahu |
| 895. | Stephen Wheeler | Honolulu Fire Department | Oahu |
| 896. | Glenn White | HSI/Special Agent | Oahu |
| 897. | Kealii White | | Oahu |
| 898. | Karl Will | | |
| 899. | Adam Williams | SOH Dept. of Agriculture | Oahu |
| 900. | Ashley Williams | | Oahu |
| 901. | Franklin Williams | | Oahu |
| 902. | Shane Williams | HPD/Police Officer | Oahu |
| 903. | Carly Wilson | FBI/Special Agent (former) | Oahu |
| 904. | Hunter Wilson | | HI Island |
| 905. | Daniel Wolf | HPD/Police Officer | Oahu |
| 906. | Shayden Wolfe | | Oahu |
| 907. | Aaron "Puka" Wong | | Oahu |
| 908. | Ashley Wong | | Oahu |
| 909. | Colin Wong | HPD/Police Officer | Oahu |
| 910. | Lily Wong | FBI/Forensic Biologist | Virginia |

28

| | | | |
|---|---|---|---|
| 911. | Lyle Wong | SOH Dept. of Agriculture | Oahu |
| 912. | Michael Wong | FBI/HPD/Special Agent/TFO | Oahu |
| 913. | Michael K. Wong | HPD/Police Officer | Oahu |
| 914. | Philip Woo | | Oahu |
| 915. | Joey Woofter | | Oahu |
| 916. | Michael Worden | | Texas |
| 917. | Craig Wyly | IRS/ Special Agent | Oahu |
| 918. | Kwan Xin | | Oahu |
| 919. | Brad Yamada | HPD/Police Officer | Oahu |
| 920. | Chris Yamaguchi | HPD/Police Officer | Oahu |
| 921. | Tania Yamaguchi nka Mahealani Kepa | | Oahu |
| 922. | Derek Yamamoto | HDP K9/Cpl. | Oahu |
| 923. | Ryan Yamashita | HPD/Police Officer | Oahu |
| 924. | Micky Yamatani Shatz | | Oahu |
| 925. | John Yamauchi | | Oahu |
| 926. | Francis Yanagi | HPD/Police Officer | Oahu |
| 927. | Alan Yee | | Oahu |
| 928. | James Yee | HPD/Police Officer | Oahu |
| 929. | Jason K. Yokoyama | | Oahu |
| 930. | Sang Yoon | HPD/Sgt. | |
| 931. | Brian Yoshida | | Oahu |
| 932. | David Yoshida | Honolulu Fire Department | Oahu |
| 933. | Hideko Yoshihara | HPD/Police Officer | Oahu |
| 934. | Michele Yoshiki | HPD/Police Officer | Oahu |
| 935. | Guy Yoshimoto | HPD/Police Officer | Oahu |
| 936. | Lilian Yoshimura | | Oahu |
| 937. | Angela Yoshioka | | Oahu |
| 938. | Ross Yoshioka | | Oahu |
| 939. | Crystal D. Young | IRS/ Revenue Agent | California |
| 940. | Holly Young | FBI/Contractor | West Virginia |
| 941. | Ivan Young | HSI/Special Agent | Oahu |
| 942. | Kaleo Young | Honolulu Fire Department | Oahu |
| 943. | Kelii Young | | Oahu |

| | | | |
|---|---|---|---|
| 944. | Gavin Yuasa | HPD/SIS Tech | Oahu |
| 945. | Jan Yukumoto | EPA/Special Agent | Oahu |
| 946. | Catherine Zapata | | Oahu |
| 947. | Susan Ziegler | DEA/Chemist | Maryland |
| U.S. ATTORNEY'S OFFICE | | | |
| 948. | W. KeAupuni Akina | Assistant U.S. Attorney | Oahu |
| 949. | Clare Connors | United States Attorney | Oahu |
| 950. | Mark Inciong | Assistant U.S. Attorney | Oahu |
| 951. | Wayne Myers | Assistant U.S. Attorney | Oahu |
| 952. | Michael Nammar | Assistant U.S. Attorney | Oahu |
| 953. | Craig Nolan | Assistant U.S. Attorney | Oahu |
| 954. | Micah Smith | Assistant U.S. Attorney | Oahu |
| 955. | Ken Sorenson | Assistant U.S. Attorney | Oahu |

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the date noted below, the true and correct copy of

the foregoing was served on the following at their last known address:

<u>Served Electronically through CM/ECF:</u>

| | |
|---|---|
| Lynn Panagakos, Esq.<br>Michael Jerome Kennedy, Esq. | Attorneys for Defendant<br>MICHAEL J. MISKE, JR. |
| Walter J. Rodby, Esq.<br>Caroline Elliot, Esq. | Attorneys for Defendant<br>JOHN B. STANCIL |
| Marcia Morrissey, Esq.<br>Donovan Odo, Esq. | Attorneys for Defendant<br>DELIA FABRO-MISKE |

DATED:  January 5, 2024, at Honolulu, Hawaii.

/s/ Tiani Kaneakua
U.S. Attorney's Office
District of Hawaii