THE LAW OFFICE OF WALTER J. RODBY LLC
WALTER J. RODBY, SBN 5594
733 Bishop Street, Ste. 2302
Honolulu, HI 96813
Telephone: (808) 545-5490
attorneyrodby@msn.com

THE LAW OFFICE OF CAROLINE M. ELLIOT
CAROLINE M. ELLIOT, SBN 11541
P.O. Box 3254
Honolulu, HI 96801
Telephone: (808) 570-6003
cme@carolineelliot.com

*Attorneys for John B. Stancil (02)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. MISKE, JR. (01),<br>JOHN B. STANCIL (02),<br>DELIA FABRO-MISKE (12),<br><br>Defendants. | CR. NO. 19-00099-DKW-KJM<br><br>DEFENDANT'S JOINT WITNESS LIST |

**DEFENDANTS' JOINT WITNESS LIST**

Defendants Michael J. Miske, Jr., John B. Stancil, and Delia Fabro-Miske

offer the following witness list for the trial in these matters.  The Defendants

1

reserve the right to add or substitute witnesses and call any witnesses disclosed by the Government or who may become necessary by way of rebuttal or impeachment.

1. James Abalos
2. Kylee Acidera
3. Joe Adams
4. Thomas Kulani Adolpho Sr.
5. Kanae Ah Loo
6. Randy Aiwohi
7. Josiah Akau
8. Gavin Ako
9. Paige Altonn
10. Michael Anderson
11. Brian Aquino
12. Faithy Aquino
13. Kris Aviero
14. Allen Badua
15. Aldhen Bala
16. Kevin Balatico

17. Robert Baltch
18. Michael Barbera
19. Aida Batol
20. Teddy Batol
21. Anthony Bee
22. Douglas Bell
23. Edward Belmares
24. Sandra Billington
25. Rick Blangiardi
26. Keone Blomfield
27. Leon Bohtello
28. Ron Brandvold
29. Keoni Bryant
30. Kevin Buck
31. Alejandro Damaso Bueno
32. Dan Brisken
33. Erin Bunda
34. Robert Burns
35. Jonathon Bynes
36. Kealii Cantere

37. Richard Carvalho
38. Koali Castillo
39. Jacob Celeschi
40. Kaleena Cervates
41. Benjamin Chee-Kiaaina
42. Paul "Makani" Christensen
43. Sean Chavez
44. Gabriel Chong
45. Matthew Yoneo Choy
46. Kellene M. Chun
47. Dean Chung
48. Vernon Clarke Sr.
49. Bruce Colburn, Jr.
50. Dallas Collier
51. Bruce Coppa
52. Richard Criccio
53. Frank Crivello
54. Timothy Cusack
55. Custodian of Records, Central Pacific Bank
56. Custodian of Records, WalMart

57. Dustin Dawson
58. Darlene Dela Cruz
59. Gabby Dela Pena
60. Joseph James Demark
61. Kerwin Demello
62. Nainoa Demello
63. Sheena Napua Diaz
64. Thomas Duggin
65. Chad Duncan
66. Ernest Durante
67. Roman Dycus
68. Stanley P. Edwards
69. James L. Eschle, PhD
70. John Estebelio
71. Alexa Ellen
72. Jacob Faasu
73. Ikaika Feeney
74. Dustin Ferrentino-Raymond
75. Freda Fields
76. Joyce Fonoti

77. Benjamin Holmes Fortson
78. Heather Freeman
79. Denny Freitas
80. Kaimana Freitas
81. Louis Freitas
82. Christopher French
83. Brian Fujikane
84. Lisa Funai-Cook
85. Taylor Ikaika Garcia
86. Shane Gardner
87. David Gauer
88. Sara Gibboney
89. Krystal Goo
90. Russel Gouveia
91. Paul Grable
92. Kelii Grace
93. Josh Green
94. Rayshawn Griffith
95. David Gushie
96. Quincy Guzman

97. Carmen Guzman-Simpliciano
98. Shawn Harrington
99. Scott Harvey
100. David Hilton
101. Hamo Hodges
102. Hussein Hosair
103. Jak Hu
104. Isaac Hufanga
105. Sitaleki Hufanga
106. Edward Hume
107. Mike Inter
108. Kyle Ito
109. Erick Itoman
110. Anthony Ivester
111. Brad Ivester
112. Francis Ivester
113. Kelii Ivester
114. Makoa Kaaiawaawa
115. Amery Kahale-Sugimura
116. Jonathan Alika Kamalu

117. Kanoelani Marie Kane

118. Clint Kaneko

119. Jorge Kano

120. Naioa Kapu

121. Robert Kato

122. Curt Kekuna

123. Kayla Keoho

124. Lei Kepa

125. Sonny Kham-Souk

126. Min Kim

127. Shane Kaeo Kim

128. Kurt Kipapa

129. Jordan K.N. Kipi

130. Aaron Kirk

131. Carl Gavin Koa

132. Burton Kong

133. Sam Kua'ana

134. Cindy Lai

135. Richard Lam

136. Rick Largo

137. Allen Lau
138. Melissa Lau
139. Roger Lau
140. Josh Lee
141. Todd Liddy
142. Ian Lind
143. Charles Loomis
144. Mamo London
145. Chaunce Lovette
146. Sonjie Lu
147. Harold Luke
148. Pinky Luke
149. Joyce Lunas
150. Mamo Lundin
151. Tim Lyons
152. Richard MacGuyer
153. Taylor Maluna
154. Terrance Manago
155. Hughford Manalo
156. Tami Manning

157. Brady Marinas
158. Brian P.K. Marinas
159. Paul Bernard Marinas
160. Alexis Marquez
161. Alonzo Marquez
162. Jeffrey Scott Martin
163. Kinji Martin
164. Benton Marumoto
165. Ian Mateo
166. Chavele Matias
167. Jacob M. "Jake" Matthews
168. Jason Mau
169. Shawn Meador
170. Joseph Mercado
171. Mecca Monson-Gere
172. John Mook
173. Kawae Mook
174. Edward Morishima
175. Mark Morita
176. Stacey Murray

177. Kanani Poland

178. Brittany Paulos

179. Joshua Nishi

180. Joey Nishimura

181. Joshua Nishimura

182. Kurt Nozal

183. Charles Ohyoung

184. Jonah Ortiz

185. Brandon Ota

186. Wesley Otani

187. Walter Ozaki

188. Chester Pacquing

189. Ian Paez

190. Kaipo Pagan

191. Sharome Pahia

192. Jay Park

193. Christopher Patten-Makua

194. Johnalynn Pedro

195. Terry Pennington

196. John Perez

197. George Perry

198. Clayton Quidachay

199. Sidney Quintal

200. Quintin Quzman

201. Brian Ramos

202. Ikaika Ramos

203. Ello Randolf

204. Dana Marie Rapoza

205. Justin Rasquero

206. Kalio Resep

207. Brandon Rivera

208. Edward Rivera

209. Enrique Rivera

210. Richard Rivera

211. Erika Robertson

212. Thomas Rogers

213. Imiloa Sakai-Giddeons

214. Deborah Salas

215. Janet Salas

216. Trey Samoa

217. Kai Santos
218. Kalei Santos
219. Teili "Tatee" Scanlan
220. Mike Schmidt
221. Bradley Shinagawa
222. Steve Silva
223. Joseph Simpliciano
224. Brian Simpson
225. Jill Slade
226. Bob Smith
227. Cody Stancil
228. John Suster
229. Justin Taanoi
230. Kawika Tahare
231. Cory Takata
232. Keanu Tanuvasa
233. Jean Tangaro
234. Reid Takara
235. Reid Tatsuguchi
236. Allen Tavares

237. Joseph Tavares, Jr.
238. Graham Taylor
239. Marc Taylor
240. Frances "Kawika" Tehare
241. Ryan Teramoto
242. Chris Texeira
243. Dyamin Thomas
244. Kevin Thomas
245. Charles "Nainoa" Thompson
246. Joan Toledo
247. Victor Toledo, Sr.
248. Michael Tom
249. Mitchell Tomei
250. Michael Torres
251. Wes Trias
252. Cody Tristler
253. Eric Tsuji
254. Christian Viernes
255. Lorange Vierra
256. Fritz Villages

257. Michael Vitolo

258. Aaron Washington

259. Turquoise White

260. Ron Wilkinson

261. Barry Williams

262. Bob Williams

263. Chris Williams

264. Patrick Winchester

265. Benedict "Ben" Wong

266. Ginger Xyaphet

267. Julian Yates

268. Alan Yee

269. Keenan Frank Young

270. Shawn Young

271. Dyamin Young-Toledo

272. Mihae Yu

273. Brian Zablan

274. Kalani Zutemeister

DATED: January 5, 2024 in Honolulu, Hawai`i.

| | |
|---|---|
| */s/ Michael J. Kennedy*<br>MICHAEL J. KENNEDY<br>*/s/ Lynn E. Panagakos*<br>LYNN E. PANAGAKOS<br>Counsel for MICHAEL J. MISKE, JR (01) | */s/ Walter J. Rodby*<br>WALTER J. RODBY<br>*/s/ Caroline M. Elliot*<br>CAROLINE M. ELLIOT<br>Counsel for JOHN B. STANCIL (02) |

*/s/ Marcia A. Morrissey*
MARCIA A. MORRISSEY
*/s/ Donovan A. Odo*
DONOVAN A. ODO
Counsel for DELIA FABRO-MISKE (12)

---

### CERTIFICATE OF SERVICE

I, Caroline M. Elliot, hereby certify that a true and correct copy of the foregoing has been duly served on all counsel of record through the court's electronic filing system.

DATED: Honolulu, Hawai`i, January 5, 2024.

*/s/ Caroline M. Elliot*
CAROLINE M. ELLIOT