# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 19-00099 DKW-KJM |
| CASE NAME: | USA v. (01) Michael J. Miske, Jr. |
| ATTYS FOR PLA: | Mark A. Inciong<br>Michael David Nammar<br>William KeAupuni Akina<br>Aislinn Affinito |
| ATTYS FOR DEFT: | (01) Lynn E. Panagakos<br>(01) Michael Jerome Kennedy |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Derrick K. Watson | REPORTER: | Gloria Bediamol |
| DATE: | 1/22/2024 | TIME: | 8:30 am - 11:30 am |

COURT ACTION: EP: Hearing on [1264] Defendant Michael J. Miske, Jr.'s Motion For Dismissal of Jury and to Begin Jury Selection Anew and Jury Trial (Day 1) held.

Defendant (1) Michael J. Miske, Jr. present, in custody.

FBI agent Tom Palmer present.

Without the presence of the jurors, oral arguments heard on [1264] Defendant Michael J. Miske, Jr.'s Motion for Dismissal of Jury and to Begin Jury Selection Anew.

For reasons as stated on the record, [1264] Defendant Michael J. Miske, Jr.'s Motion for Dismissal of Jury and to Begin Jury Selection Anew is DENIED.

[8:50] 18 jurors present.

Opening statements made by Government and Defendant Michael J. Miske, Jr.

Further Jury Trial (Day 2) set for 1/23/2024 at 8:30 a.m. in Aha Kupono before Chief Judge Derrick K. Watson.

Defendant (1) Michael J. Miske, Jr. is remanded to the custody of the U.S. Marshals Services.

Submitted by: Tammy Kimura, Courtroom Manager