MICHAEL J. KENNEDY
Law Offices of Michael Jerome Kennedy, PLLC
Nevada State Bar #10103; California State Bar #193901
333 Flint Street, Reno NV 89501
775-221-7100 (office); 775-233-0914 (mobile)
Email: michael@mjkennedylaw.com
LYNN E. PANAGAKOS   7696
841 Bishop Street, Suite 2201
Honolulu, Hawai`i  96813
Telephone: (808) 542-9943
E-mail:  lynnpanagakos@yahoo.com

*Attorneys for Michael J. Miske, Jr. (01)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>       vs.<br><br>MICHAEL J. MISKE, JR. (01),<br><br>                    Defendant. | CR. NO. 19-00099-DKW-KJM<br><br>**DEFENDANT MICHAEL J. MISKE, JR.'S THIRD SUPPLEMENTAL EXHIBIT LIST; CERTIFICATE OF SERVICE** |

**DEFENDANT'S THIRD SUPPLEMENTAL EXHIBIT LIST**

Mr. Miske respectfully submits his third supplemental exhibit list.[1]

DATED: January 28, 2024

*/s/ Michael J. Kennedy*
MICHAEL J. KENNEDY
*/s/ Lynn E. Panagakos*
LYNN E. PANAGAKOS
Counsel for Defendant
MICHAEL J. MISKE, JR (01)

---

[1] Mr. Miske reserves the right to add to, delete from, or otherwise modify this list during the course of trial.  See ECF No. 1272, PageID.11971, n.1.

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| UNITED STATES OF AMERICA v. MICHAEL J. MISKE JR. et al. | THIRD SUPPLEMENTAL EXHIBIT LIST CR. NO. 19-00099 DKW |
|---|---|

| Presiding Judge: Hon. Derrick K. Watson | Plaintiff's Attorneys: Mark A. Inciong, Michael D. Nammar, W. KeAupuni Akina | Defense Attorneys: Lynn Panagakos, Michael Kennedy |
|---|---|---|
| Trial Date: January 8, 2024 | Court Reporter: | Courtroom Deputy: Tammy Kimura |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9010-084 | | | | Extraction Report re Signal New Managers Thread (1B533) |
| 9010-085 | | | | Extraction Report re Signal New Managers Thread (1B533) |
| 9010-086 | | | | Extraction Report re Signal New Sales Thread (1B533) |
| 9010-087 | | | | Extraction Report re Signal New Fume Thread (1B533) |
| 9010-088 | | | | Extraction Report re Signal Company Wide Thread (1B533) |
| 9010-089 | | | | Extraction Report re Signal Company Wide Sales Team Thread re Coronavirus treatment (1B533) |
| 9010-090 | | | | Extraction Report re Signal Office Channel (1B533) |
| 9010-091 | | | | Extraction Report re Whatsapp Company Wide Thread (1B533) |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9010-092 | | | | Extraction Report re Whatsapp Manager Thread (1B533) |
| 9010-093 | | | | Screenshot of Slack Conversation with photograph of clamshell (1B532) |
| 9010-094 | | | | Screenshot of conversation with photograph of Oahu Termite fumigation (1B533) |
| 9010-095 | | | | Screenshot of Signal conversation with job site photographs (1B533) |
| 9010-096 | | | | Screenshot of Signal conversation with job site photographs (1B533) |
| 9010-097 | | | | Screenshot of Signal conversation with job site photographs (1B533) |
| 9010-098 | | | | Photograph of fumigation with placard (1B530) |
| 9010-099 | | | | Photograph of fumigation with placard (1B530) |
| 9010-100 | | | | Photograph of fumigation with placard (1B530) |
| 9010-101 | | | | Video File – Preston Kimoto leading meeting (1B533) |
| 9010-102 | | | | Video File – Fumigation (1B530) |
| 9010-103 | | | | Video File – Fumigation (1B530) |
| 9010-104 | | | | Photograph of fumigation with placard and Kamaaina Truck (1B530) |
| 9010-105 | | | | Video File - KHON2 News video of incident at Malanai Street |
| 9010-106 | | | | HFD Report, Incident 2018-0038503; 00367840 |

CERTIFICATE OF SERVICE

    I, Lynn E. Panagakos, hereby certify that a true and correct copy of this document this filing has been duly served on all counsel of record through the court's electronic filing system.

    DATED: Honolulu, Hawai`i, January 28, 2024.

                                /s/ Lynn E. Panagakos
                                LYNN E. PANAGAKOS