CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

MICHAEL D. NAMMAR
MARK A. INCIONG     CA BAR #163443
W. KEAUPUNI AKINA #11565
Assistant U.S. Attorneys
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:      Michael.Nammar@usdoj.gov
            Mark.Inciong@usdoj.gov
            Keaupuni.Akina@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | CR. NO. 19-00099 DKW |
|---|---|
| Plaintiff, | |
| vs. | GOVERNMENT'S FIRST SUPPLEMENTAL EXHIBIT LIST; CERTIFICATE OF SERVICE |
| MICHAEL J. MISKE, JR.,     (01) aka "Bro," | |
| Defendant. | |

GOVERNMENT'S FIRST SUPPLEMENTAL EXHIBIT LIST

The Government hereby submits its first supplemental exhibit list, attached hereto, in the above-captioned matter. The Government reserves the right to add to, delete from, or otherwise modify this list during the course of the trial.

DATED: January 29, 2024, at Honolulu, Hawaii.

                              CLARE E. CONNORS
                              United States Attorney
                              District of Hawaii


By   */s/ W. KeAupuni Akina*
       MICHAEL D. NAMMAR
       MARK A. INCIONG
       W. KEAUPUNI AKINA
       Assistant U.S. Attorneys

═══════════════════════════════════════════════════════════

# UNITED STATES DISTRICT COURT

# DISTRICT OF HAWAII

═══════════════════════════════════════════════════════════

**UNITED STATES OF AMERICA**  **FIRST SUPP. EXHIBIT LIST**

       v.  **CR. NO. 19-00099 DKW**

**MICHAEL J. MISKE JR. et al.,**

| Presiding Judge:<br>Derrick K. Watson | Plaintiff's Attorneys:<br>Mark A. Inciong<br>Michael D. Nammar<br>W. KeAupuni Akina | Defense Attorneys:<br>Lynn Panagakos<br>Michael Kennedy |
|---|---|---|
| **Trial Date**<br>January 8, 2024 | **Court Reporter:** | **Courtroom Deputy:**<br>Tammy Kimura |

| EXH. NO. | DESCRIPTION | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|
| 1-13 | Google Map of 1150 Sand Island Parkway | | |
| 1-15A | Downtown Honolulu Overhead | | |
| 1-15B | Capitol Place Overhead | | |
| 1-15C | Oahu Map | | |
| 1-21A | Photograph of Queen Emma Street | | |
| 1-843A | Photograph of Hawaii's Best Ballots at KTPC | | |
| 1-985A | Wayne Miller phone 1B307 | | |
| 1-985B | Extraction of 1B307 | | |
| 1-1078 | Photograph of Blaine Kaakimaka | | |
| 1-1079 | Photograph of Justin Wilcox aka Justin Kaanoi aka Alii | | |
| 1-1080 | Photograph of Sam Kuaana | | |

| EXH. NO. | DESCRIPTION | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|
| 1-1081 | Photograph of Victor "Dusky" Toledo | | |
| 1-1082 | Photograph of Tory Winward | | |
| 7-23 | Jefferson Elementary Overhead | | |
| 9-293 | Makana Pacific Proposal for Annett & Jonathan Snook dated April 11, 2017 for $224,944 (changed description) | | |
| 9-488.1 | Structural Fumigation Manuals for Vikane (various years) | | |
| 9-726 | 2019 941 Employment Tax Return Q1 Oahu Termite & Pest Management (wrong description, renamed) | | |
| 9-753 | 2019 940 Tax Return Kamaaina Plumbing & Renovation LLC (wrong description, renamed) | | |
| 9-850 | 2016 940 (Final) Tax Return Da Poke Shack Honolulu (wrong description, renamed) | | |
| 9-851 | 2016 941 Q4 Tax Return Da Poke Shack Honolulu (wrong description, renamed) | | |
| 9-852 | 2016 941 Q3 Tax Return Da Poke Shack Honolulu (wrong description, renamed) | | |
| 9-855 | 2017 941 Q2 Tax Return Makana Pacific Development LLC (wrong description, renamed) | | |
| 9-856 | 2018 941 Q2 Tax Return Makana Pacific Development LLC (wrong description, renamed) | | |
| 9-857 | 2018 941 Q1 Tax Return Makana Pacific Development LLC (wrong description, renamed) | | |

| EXH. NO. | DESCRIPTION | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|
| 9-858 | 2017 941 Q3 Tax Return Makana Pacific Development LLC (wrong description, renamed) | | |
| 9-859 | 2018 941 Q3 Tax Return Makana Pacific Development LLC (wrong description, renamed) | | |
| 9-1180 | Reserved | | |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on the following counsel on the date and in the manner described below:

<u>Served Electronically through CM/ECF:</u>

| | |
|---|---|
| Lynn Panagakos, Esq.<br>Michael Jerome Kennedy, Esq. | Attorneys for Defendant<br>MICHAEL J. MISKE, JR. |

DATED:  January 29, 2024, at Honolulu, Hawaii.

<u>/s/ W. KeAupuni Akina</u><br>U.S. Attorney's Office<br>District of Hawaii