MICHAEL J. KENNEDY
Law Offices of Michael Jerome Kennedy, PLLC
Nevada State Bar #10103; California State Bar #193901
333 Flint Street, Reno NV 89501
775-221-7100 (office); 775-233-0914 (mobile)
Email: michael@mjkennedylaw.com
LYNN E. PANAGAKOS   7696
841 Bishop Street, Suite 2201
Honolulu, Hawai`i  96813
Telephone: (808) 542-9943
E-mail:  lynnpanagakos@yahoo.com

*Attorneys for Michael J. Miske, Jr. (01)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      vs.<br><br>MICHAEL J. MISKE, JR. (01),<br><br>            Defendant. | CR. NO. 19-00099-DKW-KJM<br><br>**DEFENDANT MICHAEL J. MISKE, JR.'S FOURTH SUPPLEMENTAL EXHIBIT LIST; CERTIFICATE OF SERVICE** |

## DEFENDANT'S FOURTH SUPPLEMENTAL EXHIBIT LIST

Mr. Miske respectfully submits his fourth supplemental exhibit list.[1]

DATED: January 29, 2024

 */s/ Michael J. Kennedy*
 MICHAEL J. KENNEDY
 */s/ Lynn E. Panagakos*
 LYNN E. PANAGAKOS
 Counsel for Defendant
 MICHAEL J. MISKE, JR (01)

---

[1] Mr. Miske reserves the right to add to, delete from, or otherwise modify this list during the course of trial.  See ECF No. 1272, PageID.11971, n.1.

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| UNITED STATES OF AMERICA | THIRD SUPPLEMENTAL |
| v. | EXHIBIT LIST |
| MICHAEL J. MISKE JR. et al. | CR. NO. 19-00099 DKW |

| Presiding Judge: Hon. Derrick K. Watson | Plaintiff's Attorneys: Mark A. Inciong, Michael D. Nammar, W. KeAupuni Akina | Defense Attorneys: Lynn Panagakos, Michael Kennedy |
|---|---|---|
| Trial Date: January 8, 2024 | Court Reporter: | Courtroom Deputy: Tammy Kimura |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 8003-003 | | | | 1B423 - Complete Contacts Extraction Report |
| 8009-040 | | | | 1B308 – Complete Contacts Extraction Report |
| 8010-067 | | | | 1B415 – Complete Contacts Extraction Report |
| 9011-084 | | | | FBI 302 – Report of January 25, 2024 interview of Wayne Miller |

CERTIFICATE OF SERVICE

I, Lynn E. Panagakos, hereby certify that a true and correct copy of this document this filing has been duly served on all counsel of record through the court's electronic filing system.

DATED: Honolulu, Hawai`i, January 29, 2024.

/s/ Lynn E. Panagakos
LYNN E. PANAGAKOS