MICHAEL J. KENNEDY
Law Offices of Michael Jerome Kennedy, PLLC
Nevada State Bar #10103; California State Bar #193901
333 Flint Street, Reno NV 89501
775-221-7100 (office); 775-233-0914 (mobile)
Email: michael@mjkennedylaw.com
LYNN E. PANAGAKOS   7696
841 Bishop Street, Suite 2201
Honolulu, Hawai`i  96813
Telephone: (808) 542-9943
E-mail:  lynnpanagakos@yahoo.com

*Attorneys for Michael J. Miske, Jr. (01)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. MISKE, JR. (01),<br><br>Defendant. | CR. NO. 19-00099-DKW-KJM<br><br>**DEFENDANT MICHAEL J. MISKE, JR.'S FIFTH SUPPLEMENTAL EXHIBIT LIST; CERTIFICATE OF SERVICE** |

**DEFENDANT'S FIFTH SUPPLEMENTAL EXHIBIT LIST**

Mr. Miske respectfully submits his fifth supplemental exhibit list.[1]

DATED: January 30, 2024

*/s/ Michael J. Kennedy*
MICHAEL J. KENNEDY
*/s/ Lynn E. Panagakos*
LYNN E. PANAGAKOS
Counsel for Defendant
MICHAEL J. MISKE, JR (01)

---

[1] Mr. Miske reserves the right to add to, delete from, or otherwise modify this list during the course of trial.  See ECF No. 1272, PageID.11971, n.1.

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| UNITED STATES OF AMERICA | FIFTH SUPPLEMENTAL |
| v. | EXHIBIT LIST |
| MICHAEL J. MISKE JR. et al. | CR. NO. 19-00099 DKW |

| **Presiding Judge:** Hon. Derrick K. Watson | **Plaintiff's Attorneys:** Mark A. Inciong, Michael D. Nammar, W. KeAupuni Akina | **Defense Attorneys:** Lynn Panagakos, Michael Kennedy |
|---|---|---|
| **Trial Date:** January 8, 2024 | **Court Reporter:** Gloria Bediamol | **Courtroom Deputy:** Tammy Kimura |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9011-085 | | | | KTPC Transaction Report, Jan. – Dec. 2013, Wages |
| 9011-086 | | | | June 2013 KTPC FHB Acct. #8340 Statement |
| 9011-087 | | | | July 2013 KTPC FHB Acct. #8340 Statement |
| 9011-088 | | | | August 2013 KTPC FHB Acct. #8340 Statement |
| 9011-089 | | | | September 2013 KTPC FHB Acct.#8340 Statement |
| 9011-090 | | | | IRS – IRMF Transcript – Wayne Miller 2013 |

CERTIFICATE OF SERVICE

I, Lynn E. Panagakos, hereby certify that a true and correct copy of this document this filing has been duly served on all counsel of record through the court's electronic filing system.

DATED: Honolulu, Hawai`i, January 30, 2024.

/s/ Lynn E. Panagakos
LYNN E. PANAGAKOS