MICHAEL J. KENNEDY
Law Offices of Michael Jerome Kennedy, PLLC
Nevada State Bar #10103; California State Bar #193901
333 Flint Street, Reno NV 89501
775-221-7100 (office); 775-233-0914 (mobile)
Email: michael@mjkennedylaw.com
LYNN E. PANAGAKOS   7696
841 Bishop Street, Suite 2201
Honolulu, Hawai`i  96813
Telephone: (808) 542-9943
E-mail:  lynnpanagakos@yahoo.com

*Attorneys for Michael J. Miske, Jr. (01)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| UNITED STATES OF AMERICA, | CR. NO. 19-00099-DKW-KJM |
|---|---|
| Plaintiff, | |
| vs. | **DEFENDANT MICHAEL J. MISKE, JR.'S SIXTH SUPPLEMENTAL EXHIBIT LIST; CERTIFICATE OF SERVICE** |
| MICHAEL J. MISKE, JR. (01), | |
| Defendant. | |

### DEFENDANT'S SIXTH SUPPLEMENTAL EXHIBIT LIST

Mr. Miske respectfully submits his sixth supplemental exhibit list.[1]

DATED: January 31, 2024.

 */s/ Michael J. Kennedy*
 MICHAEL J. KENNEDY
 */s/ Lynn E. Panagakos*
 LYNN E. PANAGAKOS
 Counsel for Defendant
 MICHAEL J. MISKE, JR (01)

---

[1] Mr. Miske reserves the right to add to, delete from, or otherwise modify this list during the course of trial.  See ECF No. 1272, PageID.11971, n.1.

## UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| UNITED STATES OF AMERICA | SIXTH SUPPLEMENTAL |
| v. | EXHIBIT LIST |
| MICHAEL J. MISKE JR. et al. | CR. NO. 19-00099 DKW |

| **Presiding Judge:**<br>Hon. Derrick K. Watson | **Plaintiff's Attorneys:**<br>Mark A. Inciong<br>Michael D. Nammar<br>W. KeAupuni Akina | **Defense Attorneys:**<br>Lynn Panagakos<br>Michael Kennedy |
|---|---|---|
| **Trial Date:**<br>January 8, 2024 | **Court Reporter:**<br>Gloria Bediamol | **Courtroom Deputy:**<br>Tammy Kimura |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9000-031 | | | | Transcript of Exhibit 1-0865, Recording of April 28, 2017 Interview of Ashlyn Akau |
| 9011-091 | | | | 1B415 (Wayne Miller cellphone) – Notes Extraction Report |
| 9011-092 | | | | 1B415 – Timeline Extraction Report, 8085896244 (MAI) |
| 9011-093 | | | | 1B415 – Extraction Report, MMS messages from 8085896244 (MAI) |
| 9011-094 | | | | 1B415 – Extraction Report, MMS message from 808589644 (MAI) |
| 9011-095 | | | | 1B415 – Timeline Extraction Report, 8085896244 (MAI) |
| 9011-096 | | | | 1B307 – (Wayne Miller cellphone) – Notes Extraction Report, March 2018 |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9011-097 | | | | 1B307 – Notes Extraction Report, April 2018 |
| 9011-098 | | | | 1B307 – Timeline Extraction Report, Probation Officer Tarama |
| 9011-099 | | | | 1B415 – Extraction Report, MMS Message to 8087819071 |
| 9011-100 | | | | Photo of Wayne Miller and family |
| 9128-006 | | | | $425,000 Cashier's Check dated June 11, 2016, from Kama'aina Holdings to John Perell |

CERTIFICATE OF SERVICE

I, Lynn E. Panagakos, hereby certify that a true and correct copy of this document this filing has been duly served on all counsel of record through the court's electronic filing system.

DATED: Honolulu, Hawai`i, January 31, 2024.

/s/ Lynn E. Panagakos
LYNN E. PANAGAKOS