MICHAEL J. KENNEDY
Law Offices of Michael Jerome Kennedy, PLLC
Nevada State Bar #10103; California State Bar #193901
333 Flint Street, Reno NV 89501
775-221-7100 (office); 775-233-0914 (mobile)
Email: michael@mjkennedylaw.com
LYNN E. PANAGAKOS   7696
841 Bishop Street, Suite 2201
Honolulu, Hawai`i  96813
Telephone: (808) 542-9943
E-mail:  lynnpanagakos@yahoo.com

*Attorneys for Michael J. Miske, Jr. (01)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                   Plaintiff,<br><br>    vs.<br><br>MICHAEL J. MISKE, JR. (01),<br><br>                               Defendant. | CR. NO. 19-00099-DKW-KJM<br><br>**DEFENDANT MICHAEL J. MISKE, JR.'S SEVENTH SUPPLEMENTAL EXHIBIT LIST; CERTIFICATE OF SERVICE** |

## DEFENDANT'S SEVENTH SUPPLEMENTAL EXHIBIT LIST

Mr. Miske respectfully submits his seventh supplemental exhibit list.[1]

DATED: February 1, 2024.

*/s/ Michael J. Kennedy*
MICHAEL J. KENNEDY
*/s/ Lynn E. Panagakos*
LYNN E. PANAGAKOS
Counsel for Defendant
MICHAEL J. MISKE, JR (01)

---

[1] Mr. Miske reserves the right to add to, delete from, or otherwise modify this list during the course of trial.  See ECF No. 1272, PageID.11971, n.1.

# UNITED STATES DISTRICT COURT
# DISTRICT OF HAWAII

| UNITED STATES OF AMERICA | SEVENTH SUPPLEMENTAL |
|---|---|
| v. | EXHIBIT LIST |
| MICHAEL J. MISKE JR. et al. | CR. NO. 19-00099 DKW |

| Presiding Judge: | Plaintiff's Attorneys: | Defense Attorneys: |
|---|---|---|
| Hon. Derrick K. Watson | Mark A. Inciong<br>Michael D. Nammar<br>W. KeAupuni Akina | Lynn Panagakos<br>Michael Kennedy |
| **Trial Date:**<br>January 8, 2024 | **Court Reporter:**<br>Gloria Bediamol | **Courtroom Deputy:**<br>Tammy Kimura |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9008-008 | | | | 1B491 (Kaulana Frietas cellphone) – Extraction Report, Instant Messages with 8088594683 |
| 9008-009 | | | | 1B491 -- Extraction Report, Instant Messages with 8083432114 |
| 9011-101 | | | | Google Earth Aerial Photo of Drive up to Waikupanaha St. |
| 9011-102 | | | | Google Earth Street view photo of Drive up to Waikupanaha St. |
| 9011-103 | | | | Google Earth Street view photo of Waikupanaha St. |
| 9011-104 | | | | Google Earth Street view photo of Waikupanaha St., side fence |
| 9011-105 | | | | Google Earth Street view photo of Waikupanaha St., side fence |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9011-106 | | | | Google Earth Street view photo of Waikupanaha St., front of property |
| 9011-107 | | | | Text message from MM to Mai regarding memorial flowers; 00046305 |
| 901-108 | | | | 1B307 (Miller cellphone) – Timeline Extraction Report re 8084506012 (Dusk) |
| 9011-109 | | | | 1B307 – Extraction Report, Instant Message from 8085896244 |
| 9011-110 | | | | 1B307-- Image Extraction Report, IMG_0972.png |
| 9011-111 | | | | 1B307-- Image Extraction Report, 5003.jpg |
| 9011-112 | | | | 1B307-- Image Extraction Report, IMG_1344.jpg |
| 9011-113 | | | | 1B415 (Miller cellphone) – Video Extraction Report |
| 9011-114 | | | | 1B415 – 8/22/2017 Video File embedded in extraction report, IMG_0147.MOV |
| 9011-115 | | | | 1B415 – 8/22/2017 Video File embedded in extraction report, IMG_0148.MOV |
| 9011-116 | | | | 1B415 – 8/22/2017 Video File embedded in extraction report, IMG_0149.MOV |
| 9051-026 | | | | IRS Memorandum of January 29, 2024 Interview of Sara Tufele |
| 9051-027 | | | | IRS Memorandum of January 31, 2024 Interview of Sara Tufele |
| 9221-105 | | | | 1B533 – Video File – Maunalua Bay |

CERTIFICATE OF SERVICE

I, Lynn E. Panagakos, hereby certify that a true and correct copy of this

document this filing has been duly served on all counsel of record through the

court's electronic filing system.

DATED: Honolulu, Hawai`i, February 1, 2024.


/s/ Lynn E. Panagakos
LYNN E. PANAGAKOS