MICHAEL J. KENNEDY
Law Offices of Michael Jerome Kennedy, PLLC
Nevada State Bar #10103; California State Bar #193901
333 Flint Street, Reno NV 89501
775-221-7100 (office); 775-233-0914 (mobile)
Email: michael@mjkennedylaw.com
LYNN E. PANAGAKOS   7696
841 Bishop Street, Suite 2201
Honolulu, Hawai`i  96813
Telephone: (808) 542-9943
E-mail:  lynnpanagakos@yahoo.com

*Attorneys for Michael J. Miske, Jr. (01)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>    vs.<br><br>MICHAEL J. MISKE, JR. (01),<br><br>                              Defendant. | CR. NO. 19-00099-DKW-KJM<br><br>**DEFENDANT MICHAEL J. MISKE, JR.'S EIGHTH SUPPLEMENTAL EXHIBIT LIST; CERTIFICATE OF SERVICE** |

### DEFENDANT'S EIGHTH SUPPLEMENTAL EXHIBIT LIST

Mr. Miske respectfully submits his eighth supplemental exhibit list.[1]

DATED: February 4, 2024.

*/s/ Michael J. Kennedy*
MICHAEL J. KENNEDY
*/s/ Lynn E. Panagakos*
LYNN E. PANAGAKOS
Counsel for Defendant
MICHAEL J. MISKE, JR (01)

---

[1] Mr. Miske reserves the right to add to, delete from, or otherwise modify this list during the course of trial.  See ECF No. 1272, PageID.11971, n.1.

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| UNITED STATES OF AMERICA v. MICHAEL J. MISKE JR. et al. | EIGHTH SUPPLEMENTAL EXHIBIT LIST CR. NO. 19-00099 DKW |
|---|---|

| **Presiding Judge:** Hon. Derrick K. Watson | **Plaintiff's Attorneys:** Mark A. Inciong, Michael D. Nammar, W. KeAupuni Akina | **Defense Attorneys:** Lynn Panagakos, Michael Kennedy |
|---|---|---|
| **Trial Date:** January 8, 2024 | **Court Reporter:** Gloria Bediamol | **Courtroom Deputy:** Tammy Kimura |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9012-016 | | | | Google Map with distance from 940 Queen Street to Prospect & Alapai Street |
| 9012-017 | | | | Google Map with distance from 940 Queen Street to Sheridan Community Park |
| 9012-018 | | | | Google Map with distance from 940 Queen Street to Hoolai Street |
| 9051-028 | | | | Apple iCloud (Backup) Extraction Report re Photo of Dually F450 Truck |
| 9051-029 | | | | Apple iCloud (Backup) Extraction Report re Screenshot of texts with Maile T |
| 9051-030 | | | | Navy Fed Credit Union, Wayne Miller Acct., ******0366, wire information and excerpts of statements re $927.63 deposits and transfers to loan |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9051-031 | | | | 1B415 (Wayne Miller cellphone) Timeline (5) Extraction Report re Instant Messages with 8085896244 (Mai) |
| 9051-032 | | | | 1B307 (Wayne Miller cellphone) Timeline (41) Extraction Report re Instant Messages with 8085896244 |
| 9051-033 | | | | 1B307 – Timeline (44) Extraction Report (44) re Instant Messages with 8085896244 |
| 9051-034 | | | | 1B307 -- Timeline (23) Extraction Report re Instant Messages with 8085896244 |
| 9051-035 | | | | 1B415 – Timeline (50) Extraction Report re Instant Messages with 8085896244 (Mai) |
| 9051-036 | | | | 1B415 – Timeline (9) Extraction Report re Instant Messages with 8085896244 (Mai) |
| 9051-037 | | | | Photo of Michael Miske, Maile Tufele and son |
| 9051-038 | | | | 1B532 -- Extraction Report re Image of Tufele and Nila |
| 9051-039 | | | | 1B415 – Extraction Report re Conversation – Instant Messages (5) with 8085896244 (Mai) |
| 9051-040 | | | | IRS – IRMF Transcript – Wayne Miller 2014 |
| 9051-041 | | | | IRS – IRMF Transcript – Wayne Miller 2015 |
| 9051-042 | | | | IRS – IRMF Transcript – Wayne Miller 2016 |
| 9051-043 | | | | IRS – IRMF Transcript – Wayne Miller 2017 |
| 9051-044 | | | | IRS – IRMF Transcript – Wayne Miller 2018 |
| 9051-045 | | | | FBI Collected Item Log with 9/11/2019 email from Tufele and attachments |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9051-046 | | | | Tufele Birthday Invitation |
| 9051-047 | | | | Disneyland photo of Tufele and son |
| 9051-048 | | | | Halloween photo of JD |
| 9051-049 | | | | Christmas photo of JD |
| 9051-050 | | | | FBI Collected Item Log with 9/20/2019 email from Tufele and attachments |
| 9051-051 | | | | Photo of male and boy |
| 9051-052 | | | | FDC Trulincs emails between Tufele and Miller |

CERTIFICATE OF SERVICE

I, Lynn E. Panagakos, hereby certify that a true and correct copy of this document this filing has been duly served on all counsel of record through the court's electronic filing system.

DATED: Honolulu, Hawai`i, February 4, 2024.

/s/ Lynn E. Panagakos
LYNN E. PANAGAKOS