MICHAEL J. KENNEDY
Law Offices of Michael Jerome Kennedy, PLLC
Nevada State Bar #10103; California State Bar #193901
333 Flint Street, Reno NV 89501
775-221-7100 (office); 775-233-0914 (mobile)
Email: michael@mjkennedylaw.com
LYNN E. PANAGAKOS   7696
841 Bishop Street, Suite 2201
Honolulu, Hawai`i  96813
Telephone: (808) 542-9943
E-mail:  lynnpanagakos@yahoo.com

*Attorneys for Michael J. Miske, Jr. (01)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>MICHAEL J. MISKE, JR. (01),<br><br>        Defendant. | CR. NO. 19-00099-DKW-KJM<br><br>**DEFENDANT MICHAEL J. MISKE, JR.'S TENTH SUPPLEMENTAL EXHIBIT LIST; CERTIFICATE OF SERVICE** |

**DEFENDANT'S TENTH SUPPLEMENTAL EXHIBIT LIST**

Mr. Miske respectfully submits his tenth supplemental exhibit list.[1]

DATED: February 13, 2024.

*/s/Michael J. Kennedy*
 MICHAEL J. KENNEDY
 */s/ Lynn E. Panagakos*
 LYNN E. PANAGAKOS
 Counsel for Defendant
 MICHAEL J. MISKE, JR (01)

---

[1] Mr. Miske reserves the right to add to, delete from, or otherwise modify this list during the course of trial.  See ECF No. 1272, PageID.11971, n.1.

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| UNITED STATES OF AMERICA | TENTH SUPPLEMENTAL |
|---|---|
| v. | EXHIBIT LIST |
| MICHAEL J. MISKE JR. et al. | CR. NO. 19-00099 DKW |

| Presiding Judge: Hon. Derrick K. Watson | Plaintiff's Attorneys: Mark A. Inciong, Michael D. Nammar, W. KeAupuni Akina | Defense Attorneys: Lynn Panagakos, Michael Kennedy |
|---|---|---|
| Trial Date: January 8, 2024 | Court Reporter: Gloria Bediamol | Courtroom Deputy: Tammy Kimura |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9000-033 | | | | 5/15/17 Ashlin Akau Informant Agreement |
| 9000-034 | | | | Informant Checklist |
| 9000-035 | | | | 5/17/17 BATFE Memo re CI Initial Suitability Determination |
| 9000-036 | | | | 7/11/17 BATFE Memo re CI Continuing Suitability Review |
| 9000-037 | | | | 10/12/17 BATFE Memo re CI 90 day review |
| 9000-038 | | | | 1/8/18 Informant Agreement |
| 9000-039 | | | | 1/8/18 BATFE Memo re CI Continuing Suitability Review |
| 9000-040 | | | | 4/13/18 BATFE Memo re CI 90 day review |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9000-041 | | | | 7/19/18 BATFE Memo re CI Continuing Suitability Review Reflecting No Changes in Information |
| 9000-042 | | | | 10/19/18 BATFE Memo re CI 90 day review |
| 9000-043 | | | | 1B350 (Jacob Smith cellphone) Timeline Extraction re 8083581387 (Ash) |
| 9012-014a | | | | 9012-014-0001; Photograph of dropped Pins; 00046364 |
| 9012-014b | | | | 9012-014-0002; Photograph of dropped Pins; 00046365 |
| 9012-019 | | | | DEA Report of Investigation re Acquisition of Exhibit N-10 on 8/27/18 |
| 9051-032a | | | | 1B415 (Wayne Miller cellphone) Timeline (5) Extraction Report re Instant Messages with 8085896244 (Mai); Redacted |

CERTIFICATE OF SERVICE

I, Lynn E. Panagakos, hereby certify that a true and correct copy of this document this filing has been duly served on all counsel of record through the court's electronic filing system.

DATED: Honolulu, Hawai`i, February 13, 2024.

/s/ Lynn E. Panagakos
LYNN E. PANAGAKOS