MICHAEL J. KENNEDY
Law Offices of Michael Jerome Kennedy, PLLC
Nevada State Bar #10103; California State Bar #193901
333 Flint Street, Reno NV 89501
775-221-7100 (office); 775-233-0914 (mobile)
Email: michael@mjkennedylaw.com
LYNN E. PANAGAKOS   7696
841 Bishop Street, Suite 2201
Honolulu, Hawai`i  96813
Telephone: (808) 542-9943
E-mail:  lynnpanagakos@yahoo.com

*Attorneys for Michael J. Miske, Jr. (01)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| UNITED STATES OF AMERICA, | CR. NO. 19-00099-DKW-KJM |
|---|---|
| Plaintiff, | **DEFENDANT MICHAEL J. MISKE, JR.'S TWELFTH SUPPLEMENTAL EXHIBIT LIST; CERTIFICATE OF SERVICE** |
| vs. | |
| MICHAEL J. MISKE, JR. (01), | |
| Defendant. | |

**DEFENDANT'S TWELFTH SUPPLEMENTAL EXHIBIT LIST**

Mr. Miske respectfully submits his twelfth supplemental exhibit list.[1]

DATED: February 20, 2024.

 */s/ Michael J. Kennedy*
 MICHAEL J. KENNEDY
 */s/ Lynn E. Panagakos*
 LYNN E. PANAGAKOS
 Counsel for Defendant
 MICHAEL J. MISKE, JR (01)

---

[1] Mr. Miske reserves the right to add to, delete from, or otherwise modify this list during the course of trial.  See ECF No. 1272, PageID.11971, n.1.

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| UNITED STATES OF AMERICA | TWELFTH SUPPLEMENTAL |
| v. | EXHIBIT LIST |
| MICHAEL J. MISKE JR. et al. | CR. NO. 19-00099 DKW |

| **Presiding Judge:**<br>Hon. Derrick K. Watson | **Plaintiff's Attorneys:**<br>Mark A. Inciong<br>Michael D. Nammar<br>W. KeAupuni Akina | **Defense Attorneys:**<br>Lynn Panagakos<br>Michael Kennedy |
|---|---|---|
| **Trial Date:**<br>January 8, 2024 | **Court Reporter:**<br>Gloria Bediamol | **Courtroom Deputy:**<br>Tammy Kimura |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 5004-043 | | | | CPB Signature Card re Kamaaina Holdings LLC Account *3741; 00082148 |
| 6022 | | | | Photographs of 1998 Lexus Sedan searched 12/20/16; 00267426 - 00267556 |
| 6023 | | | | Photographs of 1088 Bishop Street, Unit 1502; 0026818 - 00268530 |
| 9008-072 | | | | Maunakea Hotel Proposal Sept 2013 |
| 9008-073 | | | | Extraction Report re Instant Messages with 8084395220 |
| 9008-074 | | | | United Fishing Agency LTD check to Kamaaina Holdings LLC and Wire Transfer Request; 00258552, 00292982 |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9008-075 | | | | Checks from Kamaaina Holdings 1/09/2015; 00071269 United Fishing Agency LTD check to Kamaaina Holdings LLC; 00071593 |
| 9008-076 | | | | Checks from Kamaaina Holdings 2/11/2015; 00071305 United Fishing Agency LTD check to Kamaaina Holdings LLC; 00071622 |
| 9008-077 | | | | March 2015 United Fishing Agency LTD check to Kamaaina Holdings LLC, 00071659 and Wire Transfer Request, 00072918; Checks from Kamaaina Holdings 3/11/2015, 00071342 |
| 9008-078 | | | | April 2015 United Fishing Agency LTD check to Kamaaina Holdings LLC, 00071692; Checks from Kamaaina Holdings 4/10/2015, 00071697 |
| 9008-079 | | | | May 2015 United Fishing Agency LTD check to Kamaaina Holdings LLC and Deposit; 00073818 |
| 9008-080 | | | | June 2015 United Fishing Agency LTD check to Kamaaina Holdings LLC and Deposit; 00073823 |
| 9008-081 | | | | July 2015 CPB Wire Transfer Request Form; 00129064 |
| 9008-082 | | | | August 2015 United Fishing Agency LTD check to Kamaaina Holdings LLC and Deposit, 00073853; Checks from Kamaaina Holdings 8/06/2015, 00073866; Wire Transfer Request Form; 1B546-FOLDER 006-000140 |
| 9008-083 | | | | Hawaii Partners Spreadsheet of auto purchases; 00070639 |
| 9008-084 | | | | FD-302 re 12/14/23 Kaulana Freitas interview; 00453007 |
| 9008-085 | | | | Photograph of Kaulana Freitas at Caleb's Celebration of Life Ceremony |

3

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9008-086 | | | | 12/18/18 Kamaaina Termite and Pest Control Mauna Kea Proposal; 00480149 |
| 9008-087 | | | | Mauna Kea Structural Fumigation Agreement; 00480170 |
| 9008-088 | | | | 3/18/20 Email from Mike Miske to Jayson Okazaki re Fumigation Proposal; 00480147 |
| 9008-089 | | | | Video File - Caleb's Celebration of Life Ceremony |
| 9034-002 | | | | FD-302 re 9/25/18 Interview of William Meredith; 00030373 |
| 9054-009 | | | | HPD Statement of Lovelyn Duarte; 00194711 |
| 9054-010 | | | | HPD Report 16-479618; 00194790 |
| 9054-011 | | | | HPD 16-479618 Transcript of Telephone Conversation Between Officer Marc Cobb-Adams and Lovelyn Duarte; 00194815 |
| 9054-012 | | | | Photographs from HPD report 16-479618; 00194703 |
| 9084-003 | | | | DHS Report of Investigation re 10/31/23 Interview of Adrian Jennison; 00438676 |
| 9086-005 | | | | HPD Report 16-479618; 00194728 |
| 9086-006 | | | | Photographs from HPD Report 16-479618; 00194625 |
| 9145-010 | | | | DHS Report of Investigation re 2/01/24 Follow Up Interview with HPD Sergeant Jared Spiker |
| 9287-005 | | | | DHS Report of Investigation re 2/02/24 Follow-up Interview of Alexander Kim; 00480009 |
| 9330-002 | | | | DHS Report of Investigation re 1/31/24 Interview of Sarah Gomez; 00480007 |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9412-001 | | | | 2/26/18 FBI Import Form re Laboratory Receipt of evidence; 00272066 |
| 9412-002 | | | | FD-302 re 2/24/18 re Transport to Quantico; 00272073 |
| 9412-003 | | | | Sentinel Evidence Details; 00272081 |
| 9412-004 | | | | FD-302 re 2/22/18 re Timothy Pickle meeting with Scott Kapfer; 00272071 |
| 9412-005 | | | | FD-302 re 2/24/18 re meeting at Richmond International Airport with Timothy Pickle; 00272073 |
| 9413-001 | | | | DHS Report of Investigation re 2/8/24 Interview of HFD Captain Brandon Vierra; 00480109 |
| 9413-002 | | | | HDF Report 2017-0021429; 00416697 |
| 9414-001 | | | | 11/10/23 Expert Testimony of Scott Sanderson, MD |
| 9414-002 | | | | CV of Scott Sanderson, MD |
| 9414-003 | | | | 2/05/24 Expert Testimony of Scott Sanderson, MD |
| 9415-001 | | | | FD-302 re 1/23/18 Interview of Stephen Mark Wheeler; 00271993 |
| 9415-002 | | | | FD-302 re 1/23/18 Interview of Stephen Wheeler; 00272036 |
| 9415-003 | | | | FD-302 re 1/23/18 Interview of Stephen Wheeler; 00272040 |
| 9415-004 | | | | Handwritten notes re 1/23/18 Interview of Stephen Wheeler; 00272007 |
| 9415-005 | | | | Photographs attached to FD-302s of Stephen Wheeler |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9416-001 | | | | 369C-HN-2209814 Serial 1<br>09/18/2017 FD-1057 Opening Weapons of Mass Destruction EC Report |
| 9416-002 | | | | 369C-HN-2209814 Serial 3<br>09/26/2017 FD-1036 re: Email - Does not meet watchlisting standard |
| 9416-003 | | | | 369C-HN-2209814<br>10/06/2017 re: 1B9 evidence chain of custody - Coffee Can |
| 9416-004 | | | | 369C-HN-2209814<br>10/06/2017 Handwritten notes by Scott Kapfer |
| 9416-005 | | | | 369C-HN-2209814 Serial 4<br>10/10/2017 FD-302 Photos of evidence containing chloropicrin |
| 9416-006 | | | | 369C-HN-2209814 Serial 5<br>10/11/2017 FD-1087 Receipt and Packaging of Chloropicrin |
| 9416-007 | | | | 369C-HN-2209814 Serial 10<br>10/19/2017 FD-1036 re: HPD Police Report |
| 9416-008 | | | | 369C-HN-2209814 Serial 11<br>10/20/2017 FD-1036 re: Other - Site Safety and Health Plan |
| 9416-009 | | | | 369C-HN-2209814 Serial 14<br>10/31/2017 FD-1057 HN SABT Response to HPD evidence turnover |
| 9416-0010 | | | | 369C-HN-2209814 Serial 15<br>11/14/2017 FD-302 re: 11/2/2017 Conference Call between FBI Weapons of Mass Destruction Directorate and FBI Laboratory Division |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9416-011 | | | | 369C-HN-2209814 Serial 16<br>11/30/2017 FD-1036 re: UNET Email |
| 9416-012 | | | | 369C-HN-2209814 Serial 17<br>01/11/2018 FD-1036 and Attached Email and 20171229 HFD Report |
| 9416-013 | | | | 369C-HN-2209814<br>01/12/2018 Email from Kapfer to Brian Clifford re: Package Info |
| 9416-014 | | | | 369C-HN-2209814 Serial 19<br>01/17/20180 FD-1087 re: Receipt and Packaging of Evidence |
| 9416-015 | | | | 369C-HN-2209814 Serial 20<br>01/22/2018 FD-1036 Email re: 10 Day Rule |
| 9416-016 | | | | 369C-HN-2209814 Serial 28<br>02/08/2018 FD-302 of Darryl Hee |
| 9416-017 | | | | 369C-HN-2209814 Serial 31<br>02/23/2018 FD-1121 re: FBI Lab exam request |
| 9416-018 | | | | 369C-HN-2209814 Serial 38<br>05/24/2018 FD-302 of Brandon Uehara |
| 9416-019 | | | | 369C-HN-2209814 Serial 39<br>06/07/2018 FD-302 of Mark Adams |

CERTIFICATE OF SERVICE

I, Lynn E. Panagakos, hereby certify that a true and correct copy of this document this filing has been duly served on all counsel of record through the court's electronic filing system.

DATED: Honolulu, Hawai`i, February 20, 2024.

/s/ Lynn E. Panagakos
LYNN E. PANAGAKOS