CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

MICHAEL D. NAMMAR
MARK A. INCIONG      CA BAR #163443
W. KEAUPUNI AKINA #11565
Assistant U.S. Attorneys
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:        Michael.Nammar@usdoj.gov
                   Mark.Inciong@usdoj.gov
                   Keaupuni.Akina@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>MICHAEL J. MISKE, JR.,        (01)<br>        aka "Bro,"<br><br>        Defendant. | CR. NO. 19-00099 DKW<br><br>GOVERNMENT'S FOURTH SUPPLEMENTAL EXHIBIT LIST; CERTIFICATE OF SERVICE |

GOVERNMENT'S FOURTH SUPPLEMENTAL EXHIBIT LIST

The Government hereby submits its fourth supplemental exhibit list, attached hereto, in the above-captioned matter. The Government reserves the right to add to, delete from, or otherwise modify this list during the course of the trial.

DATED:  February 20, 2024, at Honolulu, Hawaii.

CLARE E. CONNORS
United States Attorney
District of Hawaii


By    */s/ Mark A. Inciong*
MICHAEL D. NAMMAR
MARK A. INCIONG
W. KEAUPUNI AKINA
Assistant U.S. Attorneys

===============================================================

## UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

===============================================================

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **FOURTH SUPP. EXHIBIT LIST** |
| **v.** | **CR. NO. 19-00099 DKW** |
| **MICHAEL J. MISKE JR. et al.,** | |

| Presiding Judge: | Plaintiff's Attorneys: | Defense Attorneys: |
|---|---|---|
| Derrick K. Watson | Mark A. Inciong<br>Michael D. Nammar<br>W. KeAupuni Akina | Lynn Panagakos<br>Michael Kennedy |
| **Trial Date**<br>January 8, 2024 | **Court Reporter:** | **Courtroom Deputy:**<br>Tammy Kimura |

| EXH.<br>NO. | DESCRIPTION | DATE<br>OFFERED | DATE<br>ADMITTED |
|---|---|---|---|
| 1-115A | Catherine Abang HPD 252 | | |
| 1-115B | Chris Yamaguchi Follow-Up | | |
| 1-219A | Overhead – Keolu Shopping Center | | |
| 1-632 | Freitas iphone 6 | 2/16/2024 | 2/16/2024 |
| 1-1098 | Video - Black GMC Denali Truck IMG_5049.MOV | | |
| 2-145 | Caleb Miske Autopsy Report | | |
| 4-128 | Photograph of vehicle registration of silver Toyota Camry | | |
| 6-82 | Hazmat Elite ID | | |
| 6-83 | Chloropicrin reading | | |
| 6-84 | Chloropicrin reading chart | | |

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing document was served on the following

counsel on the date and in the manner described below:

<u>Served Electronically through CM/ECF:</u>

Lynn Panagakos, Esq.                    Attorneys for Defendant
Michael Jerome Kennedy, Esq.            MICHAEL J. MISKE, JR.

DATED:  February 20, 2024, at Honolulu, Hawaii.

<u>*/s/ Kari Sherman*          </u>
U.S. Attorney's Office
District of Hawaii