MICHAEL J. KENNEDY
Law Offices of Michael Jerome Kennedy, PLLC
Nevada State Bar #10103; California State Bar #193901
333 Flint Street, Reno NV 89501
775-221-7100 (office); 775-233-0914 (mobile)
Email: michael@mjkennedylaw.com
LYNN E. PANAGAKOS   7696
841 Bishop Street, Suite 2201
Honolulu, Hawai`i  96813
Telephone: (808) 542-9943
E-mail:  lynnpanagakos@yahoo.com

*Attorneys for Michael J. Miske, Jr. (01)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL J. MISKE, JR. (01),<br><br>　　　　　　　Defendant. | CR. NO. 19-00099-DKW-KJM<br><br>**DEFENDANT MICHAEL J. MISKE, JR.'S THIRTEENTH SUPPLEMENTAL EXHIBIT LIST; CERTIFICATE OF SERVICE** |

**DEFENDANT'S THIRTEENTH SUPPLEMENTAL EXHIBIT LIST**

　　Mr. Miske respectfully submits his thirteenth supplemental exhibit list.[1]

DATED: February 20, 2024.

　*/s/Michael J. Kennedy*
　MICHAEL J. KENNEDY
　*/s/ Lynn E. Panagakos*
　LYNN E. PANAGAKOS
　Counsel for Defendant
　MICHAEL J. MISKE, JR (01)

---

[1] Mr. Miske reserves the right to add to, delete from, or otherwise modify this list during the course of trial.  See ECF No. 1272, PageID.11971, n.1.

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| UNITED STATES OF AMERICA | THIRTEENTH SUPPLEMENTAL |
|---|---|
| v. | EXHIBIT LIST |
| MICHAEL J. MISKE JR. et al. | CR. NO. 19-00099 DKW |

| **Presiding Judge:** Hon. Derrick K. Watson | **Plaintiff's Attorneys:** Mark A. Inciong<br>Michael D. Nammar<br>W. KeAupuni Akina | **Defense Attorneys:** Lynn Panagakos<br>Michael Kennedy |
|---|---|---|
| **Trial Date:** January 8, 2024 | **Court Reporter:** Gloria Bediamol | **Courtroom Deputy:** Tammy Kimura |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 7100-008a | | | | 7100-008-0019, Excerpt of HPD Report 17-127072; Photograph of Valet tag; 00197930 |
| 7100-011 | | | | HPD Report 17-082282; 00197762 |
| 9008-089a | | | | [00:01:35] Excerpt of Video File - Caleb's Celebration of Life Ceremony |

CERTIFICATE OF SERVICE

    I, Lynn E. Panagakos, hereby certify that a true and correct copy of this document this filing has been duly served on all counsel of record through the court's electronic filing system.

    DATED: Honolulu, Hawai`i, February 20, 2024.

    /s/ Lynn E. Panagakos
    LYNN E. PANAGAKOS