MICHAEL J. KENNEDY
Law Offices of Michael Jerome Kennedy, PLLC
Nevada State Bar #10103; California State Bar #193901
333 Flint Street, Reno NV 89501
775-221-7100 (office); 775-233-0914 (mobile)
Email: michael@mjkennedylaw.com
LYNN E. PANAGAKOS   7696
841 Bishop Street, Suite 2201
Honolulu, Hawai`i  96813
Telephone: (808) 542-9943
E-mail:  lynnpanagakos@yahoo.com

*Attorneys for Michael J. Miske, Jr. (01)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL J. MISKE, JR. (01),<br><br>　　　　　　　Defendant. | CR. NO. 19-00099-DKW-KJM<br><br>**DEFENDANT MICHAEL J. MISKE, JR.'S FOURTEENTH SUPPLEMENTAL EXHIBIT LIST; CERTIFICATE OF SERVICE** |

## DEFENDANT'S FOURTEENTH SUPPLEMENTAL EXHIBIT LIST

Mr. Miske respectfully submits his fourteenth supplemental exhibit list.[1]

DATED: February 21, 2024.

 */s/ Michael J. Kennedy*
 MICHAEL J. KENNEDY
 */s/ Lynn E. Panagakos*
 LYNN E. PANAGAKOS
 Counsel for Defendant
 MICHAEL J. MISKE, JR (01)

---

[1] Mr. Miske reserves the right to add to, delete from, or otherwise modify this list during the course of trial.  See ECF No. 1272, PageID.11971, n.1.

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| UNITED STATES OF AMERICA v. MICHAEL J. MISKE JR. et al. | FOURTEENTH SUPPLEMENTAL EXHIBIT LIST CR. NO. 19-00099 DKW |
|---|---|

| **Presiding Judge:** Hon. Derrick K. Watson | **Plaintiff's Attorneys:** Mark A. Inciong  Michael D. Nammar  W. KeAupuni Akina | **Defense Attorneys:** Lynn Panagakos  Michael Kennedy |
|---|---|---|
| **Trial Date:** January 8, 2024 | **Court Reporter:** Gloria Bediamol | **Courtroom Deputy:** Tammy Kimura |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 5003-12a | | | | Excerpt from Oahu Termite Training Video part 4 |
| 6000-002 | | | | 6/30/17 FBI Collected Item Log re Search Warrant Executed on White 2000 Toyota Sienna Minivan; 00015785 |
| 6000-003 | | | | FBI-302 re 6/28/17 White 2000 Toyota Sienna Minivan; 00019326 |
| 6000-004 | | | | FD-302 re 6/29/17 White 2000 Toyota Sienna Minivan; 00025181 |
| 6001-004 | | | | Administrative Worksheet re Boston Whaler 370 Outrage; 00025037 |
| 6001-005 | | | | FD-302 re 9/01/17 re Boston Whaler 370 Outrage canvass cover; 00019681 |
| 6001-006 | | | | FD-302 re 8/09/17 re Boston Whaler 370 Outrage; 00022677 |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 6001-007 | | | | FD-302 re 5/10/18 re 1B173, 1B174, 1B175, 1B176; 00292692 |
| 6002-003 | | | | FD-302 re 12/13/16 re 3255 Kalihi St, Unit A; 00011047 |
| 6016a | | | | FD-302 re 9/11/18 re Ford Crown Victoria Sedan; 00032849 |
| 6022a | | | | FD-302 re 12/20/16 re 1998 Lexus Four Door Sedan; 00010627 |
| 6023a | | | | FD-302 re 8/14/18 re 1088 Bishop Street, Apt. 1502; 00030330 |
| 9405-004 | | | | DHS Report of Investigation re 2/19/24 Follow up Interview of Majid Modaresi |
| 9416-020 | | | | 281-HN-4528089 Serial 578<br>05/04/2017 FD-1036 HPD Report 17-082602 |
| 9416-021 | | | | 281-HN-4528089 Serial 578<br>05/04/2017 FD-1036 HPD Report 17-083982 |
| 9416-022 | | | | 281-HN-4528089 Serial 578<br>05/04/2017 FD-1057 HPD 04/06/17 traffic stop of Jacob Smith |
| 9416-023 | | | | 369C-HN-2209814 Serial 27<br>02/08/2018 FD-302 of Darren Iwamoto |
| 9416-024 | | | | Photograph of Chloropicrin box<br>at 940 Queen Street –<br>Bates 00324862 |
| 9416-025 | | | | Photograph of Chloropicrin box with lid open<br>at 940 Queen Street –<br>Bates 00324863 |

3

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9416-026 | | | | Photograph of Chloropicrin tub removed from box at 940 Queen Street – Bates 00324864 |
| 9416-027 | | | | Photograph of Chloropicrin bottle removed from tub at 940 Queen Street – Bates 00324878 |

CERTIFICATE OF SERVICE

I, Lynn E. Panagakos, hereby certify that a true and correct copy of this document this filing has been duly served on all counsel of record through the court's electronic filing system.

DATED: Honolulu, Hawai`i, February 21, 2024.

/s/ Lynn E. Panagakos
LYNN E. PANAGAKOS