MICHAEL J. KENNEDY
Law Offices of Michael Jerome Kennedy, PLLC
Nevada State Bar #10103; California State Bar #193901
333 Flint Street, Reno NV 89501
775-221-7100 (office); 775-233-0914 (mobile)
Email: michael@mjkennedylaw.com
LYNN E. PANAGAKOS   7696
841 Bishop Street, Suite 2201
Honolulu, Hawai`i  96813
Telephone: (808) 542-9943
E-mail:  lynnpanagakos@yahoo.com

*Attorneys for Michael J. Miske, Jr. (01)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL J. MISKE, JR. (01),<br><br>　　　　　　　Defendant. | CR. NO. 19-00099-DKW-KJM<br><br>**DEFENDANT MICHAEL J. MISKE, JR.'S FIFTEENTH SUPPLEMENTAL EXHIBIT LIST; CERTIFICATE OF SERVICE** |

### DEFENDANT'S FIFTEENTH SUPPLEMENTAL EXHIBIT LIST

Mr. Miske respectfully submits his fifteenth supplemental exhibit list.[1]

DATED: February 22, 2024.

 */s/ Michael J. Kennedy*
 MICHAEL J. KENNEDY
 */s/ Lynn E. Panagakos*
 LYNN E. PANAGAKOS
 Counsel for Defendant
 MICHAEL J. MISKE, JR (01)

---

[1] Mr. Miske reserves the right to add to, delete from, or otherwise modify this list during the course of trial.  See ECF No. 1272, PageID.11971, n.1.

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| UNITED STATES OF AMERICA | FIFTEENTH SUPPLEMENTAL |
|---|---|
| v. | EXHIBIT LIST |
| MICHAEL J. MISKE JR. et al. | CR. NO. 19-00099 DKW |

| Presiding Judge: Hon. Derrick K. Watson | Plaintiff's Attorneys: Mark A. Inciong, Michael D. Nammar, W. KeAupuni Akina | Defense Attorneys: Lynn Panagakos, Michael Kennedy |
|---|---|---|
| Trial Date: January 8, 2024 | Court Reporter: Gloria Bediamol | Courtroom Deputy: Tammy Kimura |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9108-003 | | | | DHS Report of Investigation re Follow Up Interview of Dr. Wynn Wakuzawa 2/07/24; 00480098 |
| 9108-004 | | | | 11/10/23 Expert Testimony of Wynn Wakuzawa, M.D. |
| 9108-005 | | | | CV of Wynn Wakuzawa, M.D. |
| 9159-005 | | | | CHS Reporting Document 3/04/16; 00008012 |
| 9159-006 | | | | 4/19/16 FBI Electronic Communication re Roger Uson HPD Reports from 3/22/11; 00008146 |
| 9159-007 | | | | HPD Report 11-104075; 00008148 |
| 9159-008 | | | | 11/20/18 FD-302 re Patient Medical Information; 00030815 |
| 9290-002 | | | | 1/13/11 HPD Handwritten Statement of Richard MacGuyer 11-015848 |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9290-008 | | | | 1/13/2011 HPD Incident Report 11-015847 |
| 9324-002 | | | | 1/13/11 HPD Incident Report 11-015848 |
| 9324-003 | | | | 8/5/2010 HPD Handwritten Statement of Jacqueline Ahsam 11-015848 |
| 9324-004 | | | | 8/5/2010 HPD Handwritten Statement of Andrew Akana 11-015848 |
| 9324-005 | | | | 1/13/2011 HPD Photographic Report 11-015848 |
| 9341-002 | | | | DHS Report of Investigation re 1/03/22 Subpoena Service and Interview of CPL Nicholas Schlapak; 00403565 |
| 9405-005 | | | | FD-302 re 7/24/19 Interview with Jacob Smith; 00186219 |
| 9405-006 | | | | Kaiser Permanente Medical Records re Majid Modaresi; 00402167 |
| 9405-007 | | | | DHS Report of Investigation re Service of Patient Authorization to Release Medical Information to Kaiser Permanente on 1/11/23; 00406432 |
| 9405-008 | | | | DOH Report of Investigation re 3/20/23 Interview of Lindsey Lau; 00412132 |
| 9405-009 | | | | FD-302 re HPD Report 16-035488 Assault of Majid Modaresi 10/24/18; 00030378 |
| 9405-010 | | | | HPD Report 16-035488; 00030379 |
| 9410-003 | | | | Docket Search return for 02/2005 Michael Miske Traffic Violation Case 5877137MO |
| 9410-004 | | | | 01/02/2024 Case view of Michael Miske Traffic Violation Case 5877137MO; 00456722 |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9410-005 | | | | 11/17/2005 Notice of Entry of Judgement Michael Miske Traffic Violation Case 5877137MO ; 00456721 |
| 9410-006 | | | | 02/22/2024 Homeland ROI for HPD Major Kurt Kendro |

CERTIFICATE OF SERVICE

    I, Lynn E. Panagakos, hereby certify that a true and correct copy of this document this filing has been duly served on all counsel of record through the court's electronic filing system.

    DATED: Honolulu, Hawai`i, February 22, 2024.

                                      /s/ Lynn E. Panagakos
                                      LYNN E. PANAGAKOS