MICHAEL J. KENNEDY
Law Offices of Michael Jerome Kennedy, PLLC
Nevada State Bar #10103; California State Bar #193901
333 Flint Street, Reno NV 89501
775-221-7100 (office); 775-233-0914 (mobile)
Email: michael@mjkennedylaw.com
LYNN E. PANAGAKOS   7696
841 Bishop Street, Suite 2201
Honolulu, Hawai`i  96813
Telephone: (808) 542-9943
E-mail:  lynnpanagakos@yahoo.com

*Attorneys for Michael J. Miske, Jr. (01)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. MISKE, JR. (01),<br><br>Defendant. | CR. NO. 19-00099-DKW-KJM<br><br>**DEFENDANT MICHAEL J. MISKE, JR.'S SIXTEENTH SUPPLEMENTAL EXHIBIT LIST; CERTIFICATE OF SERVICE** |

### DEFENDANT'S SIXTEENTH SUPPLEMENTAL EXHIBIT LIST

Mr. Miske respectfully submits his sixteenth supplemental exhibit list.[1]

DATED: February 26, 2024.

*/s/ Michael J. Kennedy*
MICHAEL J. KENNEDY
*/s/ Lynn E. Panagakos*
LYNN E. PANAGAKOS
Counsel for Defendant
MICHAEL J. MISKE, JR (01)

---

[1] Mr. Miske reserves the right to add to, delete from, or otherwise modify this list during the course of trial.  See ECF No. 1272, PageID.11971, n.1.

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| UNITED STATES OF AMERICA | SIXTEENTH SUPPLEMENTAL |
| v. | EXHIBIT LIST |
| MICHAEL J. MISKE JR. et al. | CR. NO. 19-00099 DKW |

| **Presiding Judge:** Hon. Derrick K. Watson | **Plaintiff's Attorneys:** Mark A. Inciong<br>Michael D. Nammar<br>W. KeAupuni Akina | **Defense Attorneys:** Lynn Panagakos<br>Michael Kennedy |
|---|---|---|
| **Trial Date:** January 8, 2024 | **Court Reporter:** Gloria Bediamol | **Courtroom Deputy:** Tammy Kimura |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9036-008a | | | | Excerpt of Audio File [0:00 – 0:32]; 00188252 |
| 9036-008b | | | | Excerpt of Audio File [1:41 – 2:57]; 00188252 |
| 9036-008c | | | | Excerpt of Audio File [4:22 – 5:07]; 00188252 |
| 9036-008d | | | | Excerpt of Audio File [5:08 – 5:28]; 00188252 |
| 9036-008e | | | | Excerpt of Audio File [5:35 – 05:51]; 00188252 |
| 9036-008f | | | | Excerpt of Audio File [5:52 – 6:57]; 00188252 |
| 9036-008g | | | | Excerpt of Audio File [7:43 – 7:48]; 00188252 |
| 9036-008h | | | | Excerpt of Audio File [8:29 – 8:35]; 00188252 |
| 9036-008i | | | | Excerpt of Audio File [9:09 – 9:32]; 00188252 |
| 9036-008j | | | | Excerpt of Audio File [9:49 – 9:52]; 00188252 |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9036-008k | | | | Excerpt of Audio File [10:07 – 10:12]; 00188252 |
| 9036-008l | | | | Excerpt of Audio File [10:34 – 11:00]; 00188252 |
| 9036-008m | | | | Excerpt of Audio File [12:48 – 13:16]; 00188252 |
| 9036-008n | | | | Excerpt of Audio File [13:25 – 13:38]; 00188252 |
| 9036-008o | | | | Excerpt of Audio File [19:59 – 20:04]; 00188252 |
| 9036-008p | | | | Excerpt of Audio File [26:17 – 26:23]; 00188252 |
| 9036-008q | | | | Excerpt of Audio File [26:34 – 26:55]; 00188252 |
| 9036-008r | | | | Excerpt of Audio File [31:35 – 31:54]; 00188252 |
| 9036-008s | | | | Excerpt of Audio File [34:02 – 34:08]; 00188252 |
| 9036-008t | | | | Excerpt of Audio File [38:28 – 38:37]; 00188252 |
| 9036-009 | | | | HPD Incident Report 14-010-547; 00188810 |
| 9047-009 | | | | Facebook posts between Shane Busby and Elaine Tia Anne; 00001871 |
| 9047-010 | | | | Facebook posts between Shane Busby and Elaine Tia Anne; 00001872 |
| 9047-011 | | | | Facebook posts between Shane Busby and Geraldine Craig; 00001873 |
| 9047-012 | | | | Facebook posts between Shane Busby and Stephanie Santiago; 00001875 |
| 9047-013 | | | | Facebook posts between Shane Busby and Emily Angelique; 00001876 |
| 9047-014 | | | | Facebook posts between Shane Busby and Zack Stewart; 00001877 |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9047-015 | | | | Facebook posts with Shane Busby; 00001878 |
| 9085-008 | | | | DHS Report of Investigation re 2/25/24 Interview of Joshua Joyce |
| 9092-002 | | | | 2/22/23 DHS Report of Investigation re Interview of Crisoforo Perez |
| 9119-006 | | | | DHS Report of Investigation re 12/7/23 Telephonic Interview of Enterprise Mobility Risk Specialist Shauna Camacho-Lane; 00453557 |
| 9143-008 | | | | DHS Report of Investigation re 12/14/22 Interview of Steven and Lea Thompson; 00403628 |
| 9143-009 | | | | DHS Report of Investigation re 1/13/23 Interview of August Belden; 00406595 |
| 9143-010 | | | | DHS Report of Investigation re 1/13/23 Interview of Charlyn Manuel; 00406653 |
| 9143-011 | | | | DHS Report of Investigation re 11/21/23 Interview of Bronson Tokioka; 00441541 |
| 9143-012 | | | | DHS Report of Investigation re 11/29/23 Interview of David and Gail Thompson; 00441544 |
| 9143-013 | | | | DHS Report of Investigation re 11/22/23 Interview of Jordan Kaimipono Alencastre |
| 9143-014 | | | | DHS Report of Investigation re 2/25/24 Follow up Interview with Steven Thompson |
| 9143-015 | | | | DHS Report of Investigation re 2/16/24 Interview of Chris Yamaguchi; 00480346 |
| 9143-016 | | | | NCIC re Catherine Abang; 00399002 |
| 9143-017 | | | | CJIS re Cody Andrade; 00384883 |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9143-018 | | | | NCIC re Elaine Miyamoto; 00399419 |
| 9274-002 | | | | DHS Report of Investigation re 1/13/2023 Interview of Sharie Souza; 00406609 |
| 9326-002 | | | | CV of Janelle Kalir, MD |
| 9326-003 | | | | 11/10/23 Expert Testimony of Janelle Kalir, MD |
| 9326-004 | | | | 2/21/24 Expert Testimony of Janelle Kalir, MD |
| 9405-011 | | | | DHS Report of Investigation re 2/21/24 Interview of Afshan Modaresi |
| 9405-012 | | | | 2/19/23 All Access Ortho Medical Records re Majid Modaresi |
| 9405-013 | | | | DHS Report of Investigation re 1/04/23 Interview of Nader Awawda; 00403579 |
| 9405-014 | | | | DHS Report of Investigation re 2/07/24 Interview of Nader Awanda; 00480254 |
| 9417-001 | | | | CV of Chad Moore, PhD |
| 9417-002 | | | | 11/10/23 Expert Testimony of Chemist Chad L. Moore |
| 9417-003 | | | | Laboratory Division Supporting Documentation Envelope; 00412556 |
| 9417-004 | | | | FBI Laboratory Case Record Report, Lab # 2018-00618; 00412825 |
| 9417-005 | | | | FBI Laboratory Case Record Report, Lab # 2018-00618; 00272125 |
| 9418-001 | | | | 9/07/23 IRS Memorandum of Interview with Dave Bass; 00456346 |

5

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9418-002 | | | | 2/24/24 IRS Memorandum of Interview with Dave Bass |
| 9418-003 | | | | 9/06/23 IRS Memorandum of Interview with Francis Tulu |
| 9419-001 | | | | 9/08/23 IRS Memorandum of Interview of Mark Bolian; 00456397 |
| 9420-001 | | | | Closing Report re 06-175313, Yvonne Pacarro Withdrawal of Complaint; 00380841 |
| 9420-002 | | | | DHS Report of Investigation re 1/23/24 Interview of Ricksson Pacarro; 00479999 |
| 9420-003 | | | | HPD Incident Report 06-175313; 00380844 |
| 9421-001 | | | | 5/30/23 IRS Memorandum of Conversation re Dan Punch; 00471111 |

CERTIFICATE OF SERVICE

    I, Lynn E. Panagakos, hereby certify that a true and correct copy of this document this filing has been duly served on all counsel of record through the court's electronic filing system.

    DATED: Honolulu, Hawai`i, February 26, 2024.

                                       /s/ Lynn E. Panagakos
                                       LYNN E. PANAGAKOS