CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

MICHAEL D. NAMMAR
MARK A. INCIONG     CA BAR #163443
W. KEAUPUNI AKINA #11565
Assistant U.S. Attorneys
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:      Michael.Nammar@usdoj.gov
            Mark.Inciong@usdoj.gov
            KeAupuni.Akina@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | CR. NO. 19-00099 DKW-KJM |
|---|---|
| Plaintiff, | UNITED STATES' SECOND SUPPLEMENTAL WITNESS LIST; CERTIFICATE OF SERVICE |
| vs. | |
| MICHAEL J. MISKE, JR.,     (01) aka "Bro," | DATE:   January 8, 2024 TIME:   8:30 a.m. JUDGE:  Hon. Derrick K. Watson |
| Defendant. | |

UNITED STATES' SECOND SUPPLEMENTAL WITNESS LIST

COMES NOW the United States of America, by and through the undersigned attorneys, and hereby submits the following second supplemental list of witnesses that the United States may call in the above-captioned case.

The United States reserves the right to add or substitute witnesses and call any witnesses disclosed by the defense or who may become necessary by way of rebuttal or impeachment.

DATED:  February 26, 2024, at Honolulu, Hawaii.

                CLARE E. CONNORS
                United States Attorney
                District of Hawaii

By    */s/ Mark A. Inciong*
          MICHAEL D. NAMMAR
          MARK A. INCIONG
          W. KEAUPUNI AKINA
          Assistant U.S. Attorneys

# UNITED STATES DISTRICT COURT
# DISTRICT OF HAWAII

| UNITED STATES OF AMERICA | SECOND SUPPLEMENTAL WITNESS LIST |
|---|---|
| v. | |
| MICHAEL J. MISKE, JR. | CR. NO. 19-00099 DKW |

| No. | Name of Witness | Agency/Title | Location |
|---|---|---|---|
| 1. | Chris Cecil | | Texas |
| 2. | Brian O'Connor, MD | | Oahu |
| 3. | Timothy Terlaje, DDS | | Oahu |

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the date and by the method of service noted below, the true and correct copy of the foregoing was served on the following at their last known address:

<u>Served Electronically through CM/ECF:</u>

| | |
|---|---|
| Lynn Panagakos, Esq.<br>Michael J. Kennedy, Esq. | Attorneys for Defendant<br>MICHAEL J. MISKE, JR. |

DATED: February 26, 2024, at Honolulu, Hawaii.

*/s/ Kari Sherman*
U.S. Attorney's Office
District of Hawaii