MICHAEL J. KENNEDY
Law Offices of Michael Jerome Kennedy, PLLC
Nevada State Bar #10103; California State Bar #193901
333 Flint Street, Reno NV 89501
775-221-7100 (office); 775-233-0914 (mobile)
Email: michael@mjkennedylaw.com
LYNN E. PANAGAKOS   7696
841 Bishop Street, Suite 2201
Honolulu, Hawai`i  96813
Telephone: (808) 542-9943
E-mail:  lynnpanagakos@yahoo.com

*Attorneys for Michael J. Miske, Jr. (01)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. MISKE, JR. (01),<br><br>Defendant. | CR. NO. 19-00099-DKW-KJM<br><br>**DEFENDANT MICHAEL J. MISKE, JR.'S SEVENTEENTH SUPPLEMENTAL EXHIBIT LIST; CERTIFICATE OF SERVICE** |

**DEFENDANT'S SEVENTEENTH SUPPLEMENTAL EXHIBIT LIST**

  Mr. Miske respectfully submits his seventeenth supplemental exhibit list.[1]

DATED: February 28, 2024.

 */s/ Michael J. Kennedy*
 MICHAEL J. KENNEDY
 */s/ Lynn E. Panagakos*
 LYNN E. PANAGAKOS
 Counsel for Defendant
 MICHAEL J. MISKE, JR (01)

---

[1] Mr. Miske reserves the right to add to, delete from, or otherwise modify this list during the course of trial.  See ECF No. 1272, PageID.11971, n.1.

# UNITED STATES DISTRICT COURT
# DISTRICT OF HAWAII

| UNITED STATES OF AMERICA | SEVENTEENTH SUPPLEMENTAL |
| v. | EXHIBIT LIST |
| MICHAEL J. MISKE JR. et al. | CR. NO. 19-00099 DKW |

| **Presiding Judge:** Hon. Derrick K. Watson | **Plaintiff's Attorneys:** Mark A. Inciong; Michael D. Nammar; W. KeAupuni Akina | **Defense Attorneys:** Lynn Panagakos; Michael Kennedy |
|---|---|---|
| **Trial Date:** January 8, 2024 | **Court Reporter:** Gloria Bediamol | **Courtroom Deputy:** Tammy Kimura |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9143-019 | | | | DHS Report of Investigation re 2/26/24 Interview of Cody Andrade |
| 9418-004 | | | | Expert Testimony of Raymond Wee |
| 9418-005 | | | | CV of Raymond Wee |
| 9418-006 | | | | 2/27/24 IRS Memorandum of Interview of Dr. Raymond Wee |
| 9422-001 | | | | FBI Collected Item Log re Collection of Thumb Drive from Jody Peter; KINNEY_DB_000311 |
| 9422-002 | | | | DHS Report of Investigation re 1/24/23 Interview of HPD Corporal Jody Peter; 00408618 |
| 9422-003 | | | | HPD Incident Report 22-023408; KINNEY_DB_001881 |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9423-001 | | | | 11/10/23 Expert Testimony of Firearms Enforcement Officer James L. Barlow |
| 9423-002 | | | | CV of James L. Barlow |
| 9423-003 | | | | 5/16/18 Firearms Technology Criminal Branch Report of Technical Examination |

CERTIFICATE OF SERVICE

I, Lynn E. Panagakos, hereby certify that a true and correct copy of this document this filing has been duly served on all counsel of record through the court's electronic filing system.

DATED: Honolulu, Hawai`i, February 28, 2024.

/s/ Lynn E. Panagakos
LYNN E. PANAGAKOS