MICHAEL J. KENNEDY
Law Offices of Michael Jerome Kennedy, PLLC
Nevada State Bar #10103; California State Bar #193901
333 Flint Street, Reno NV 89501
775-221-7100 (office); 775-233-0914 (mobile)
Email: michael@mjkennedylaw.com
LYNN E. PANAGAKOS   7696
841 Bishop Street, Suite 2201
Honolulu, Hawai`i  96813
Telephone: (808) 542-9943
E-mail:  lynnpanagakos@yahoo.com

*Attorneys for Michael J. Miske, Jr. (01)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| UNITED STATES OF AMERICA, | CR. NO. 19-00099-DKW-KJM |
|---|---|
| Plaintiff, | **DEFENDANT MICHAEL J. MISKE, JR.'S EIGHTEENTH SUPPLEMENTAL EXHIBIT LIST; CERTIFICATE OF SERVICE** |
| vs. | |
| MICHAEL J. MISKE, JR. (01), | |
| Defendant. | |

**DEFENDANT'S EIGHTEENTH SUPPLEMENTAL EXHIBIT LIST**

Mr. Miske respectfully submits his eighteenth supplemental exhibit list.[1]

DATED: February 29, 2024.

*/s/Michael J. Kennedy*
MICHAEL J. KENNEDY
*/s/ Lynn E. Panagakos*
LYNN E. PANAGAKOS
Counsel for Defendant
MICHAEL J. MISKE, JR (01)

---

[1] Mr. Miske reserves the right to add to, delete from, or otherwise modify this list during the course of trial.  See ECF No. 1272, PageID.11971, n.1.

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| UNITED STATES OF AMERICA | EIGHTEENTH SUPPLEMENTAL |
| v. | EXHIBIT LIST |
| MICHAEL J. MISKE JR. et al. | CR. NO. 19-00099 DKW |

| Presiding Judge:<br>Hon. Derrick K. Watson | Plaintiff's Attorneys:<br>Mark A. Inciong<br>Michael D. Nammar<br>W. KeAupuni Akina | Defense Attorneys:<br>Lynn Panagakos<br>Michael Kennedy |
|---|---|---|
| Trial Date:<br>January 8, 2024 | Court Reporter:<br>Gloria Bediamol | Courtroom Deputy:<br>Tammy Kimura |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9036-010 | | | | Video File – Google Street view of the M Nightclub front entrance |
| 9036-011 | | | | Video File – Google Street view of the M Nightclub interior |
| 9036-012 | | | | Video File – Google Street view of the M Nightclub patio |
| 9036-013 | | | | Video File – Google Street view of the M Nightclub patio, exterior |
| 9036-014 | | | | Video File – Google Street view of the M Nightclub interior, side patio exit |
| 9424-001 | | | | HPD Report 10-359501 re Brandon Shephard; 00188156 |
| 9424-002 | | | | DHS Report of Investigation re 2/29/24 Follow up Interview with Brandon Shepard |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9425-001 | | | | DHS Report of Investigation re 1/03/23 Interview of CPL Tyler Chin; 00403568 |
| 9425-002 | | | | HPD Report 16-317712; 00391536 |
| 9425-003 | | | | HPD Report 17-391969; 00212086 |
| 9425-004 | | | | HPD Report 17-374701; 00198809 |
| 9425-005 | | | | HPD Report 16-317625; 00192134 |
| 9425-006 | | | | HPD Report 14-413195; 00188838 |
| 9425-007 | | | | HPD Report 17-391969; 00043832 |
| 9425-008 | | | | HPD Report 17-391969; 00043650 |

CERTIFICATE OF SERVICE

I, Lynn E. Panagakos, hereby certify that a true and correct copy of this document this filing has been duly served on all counsel of record through the court's electronic filing system.

DATED: Honolulu, Hawai`i, February 29, 2024.

/s/ Lynn E. Panagakos
LYNN E. PANAGAKOS