CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

MICHAEL D. NAMMAR
MARK A. INCIONG     CA BAR #163443
W. KEAUPUNI AKINA #11565
Assistant U.S. Attorneys
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:      Michael.Nammar@usdoj.gov
            Mark.Inciong@usdoj.gov
            Keaupuni.Akina@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | CR. NO. 19-00099 DKW |
|---|---|
| Plaintiff, | |
| vs. | GOVERNMENT'S EIGHTH SUPPLEMENTAL EXHIBIT LIST; CERTIFICATE OF SERVICE |
| MICHAEL J. MISKE, JR.,     (01) aka "Bro," | |
| Defendant. | |

GOVERNMENT'S EIGHTH SUPPLEMENTAL EXHIBIT LIST

The Government hereby submits its eighth supplemental exhibit list, attached hereto, in the above-captioned matter. The Government reserves the right to add to, delete from, or otherwise modify this list during the course of the trial.

DATED: March 5, 2024, at Honolulu, Hawaii.

>	CLARE E. CONNORS
>	United States Attorney
>	District of Hawaii
>
>	By   */s/ Mark A. Inciong*
>	MICHAEL D. NAMMAR
>	MARK A. INCIONG
>	W. KEAUPUNI AKINA
>	Assistant U.S. Attorneys

# UNITED STATES DISTRICT COURT
# DISTRICT OF HAWAII

**UNITED STATES OF AMERICA**  **EIGHTH SUPP. EXHIBIT LIST**

v.  CR. NO. 19-00099 DKW

**MICHAEL J. MISKE JR. et al.,**

| **Presiding Judge:** Derrick K. Watson | **Plaintiff's Attorneys:** Mark A. Inciong<br>Michael D. Nammar<br>W. KeAupuni Akina | **Defense Attorneys:** Lynn Panagakos<br>Michael Kennedy |
|---|---|---|
| **Trial Date** January 8, 2024 | **Court Reporter:** | **Courtroom Deputy:** Tammy Kimura |

| EXH. NO. | DESCRIPTION | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|
| 9-1233 | Emails dated September 28, 2019 between Michael Miske and John Perell | | |
| 9-1234 | Emails dated May-June 2016 between Joe Adams and John Perell | | |
| 9-1235 | Unsecured Promissory Note | | |
| 7310A | Grand Jury Testimony of Ahmed Chergui 9/26/18 (pp. 1, 15, 16, 17, 23, 24) | | |

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on the following counsel on the date and in the manner described below:

Served Electronically through CM/ECF:

| | |
|---|---|
| Lynn Panagakos, Esq. | Attorneys for Defendant |
| Michael Jerome Kennedy, Esq. | MICHAEL J. MISKE, JR. |

DATED: March 5, 2024, at Honolulu, Hawaii.

*/s/ Kari Sherman*
U.S. Attorney's Office
District of Hawaii