CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

MICHAEL D. NAMMAR
MARK A. INCIONG     CA BAR #163443
W. KEAUPUNI AKINA #11565
Assistant U.S. Attorneys
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:      Michael.Nammar@usdoj.gov
            Mark.Inciong@usdoj.gov
            Keaupuni.Akina@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA,        | CR. NO. 19-00099 DKW |
|---|---|
| Plaintiff,                       |  |
| vs.                              | GOVERNMENT'S ELEVENTH SUPPLEMENTAL EXHIBIT LIST; CERTIFICATE OF SERVICE |
| MICHAEL J. MISKE, JR.,     (01)  |  |
| aka "Bro,"                       |  |
| Defendant.                       |  |

GOVERNMENT'S ELEVENTH SUPPLEMENTAL EXHIBIT LIST

The Government hereby submits its eleventh supplemental exhibit list, attached hereto, in the above-captioned matter. The Government reserves the right to add to, delete from, or otherwise modify this list during the course of the trial.

DATED: March 26, 2024, at Honolulu, Hawaii.

                                        CLARE E. CONNORS
                                      United States Attorney
                                        District of Hawaii

By  */s/ Mark A. Inciong*
      MICHAEL D. NAMMAR
      MARK A. INCIONG
      W. KEAUPUNI AKINA
      Assistant U.S. Attorneys

## UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

**UNITED STATES OF AMERICA**        **ELEVENTH SUPP. EXHIBIT LIST**

         **v.**        **CR. NO. 19-00099 DKW**

**MICHAEL J. MISKE JR. et al.,**

| **Presiding Judge:**<br>Derrick K. Watson | **Plaintiff's Attorneys:**<br>Mark A. Inciong<br>Michael D. Nammar<br>W. KeAupuni Akina | **Defense Attorneys:**<br>Lynn Panagakos<br>Michael Kennedy |
|---|---|---|
| **Trial Date**<br>January 8, 2024 | **Court Reporter:** | **Courtroom Deputy:**<br>Tammy Kimura |

| EXH. NO. | DESCRIPTION | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|
| 4-138A | Excerpt of January 3, 2013, HPD interview of Michael Galmiche | | |
| 4-143 | Certified August 31, 2012 Vehicle Registration – Porsche 4DSD; license No. MJMII | | |
| 9-1239 | Inspector's Narrative Report dated May 13, 2011 | | |
| 9-1240 | Deed for 6659 Hawaii Kai Drive dated August 14, 2014 | | |
| 9-1241 | Statement by Jacqueline Ahsam dated January 13, 2011 | | |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on the following counsel on the date and in the manner described below:

<u>Served Electronically through CM/ECF:</u>

| | |
|---|---|
| Lynn Panagakos, Esq.<br>Michael Jerome Kennedy, Esq. | Attorneys for Defendant<br>MICHAEL J. MISKE, JR. |

DATED:  March 26, 2024, at Honolulu, Hawaii.

<u>/s/ Kari Sherman</u>
U.S. Attorney's Office
District of Hawaii