1               IN THE UNITED STATES DISTRICT COURT

2                  FOR THE DISTRICT OF HAWAII

3
    UNITED STATES OF AMERICA,    )     CRIMINAL NO. 19-00099-DKW
4                                )
              Plaintiff,         )     Honolulu, Hawaii
5                                )
           vs.                   )     January 31, 2024
6                                )
    MICHAEL J. MISKE, JR.,       )
7                                )
              Defendant.         )
8   _____ )

9
                    TRANSCRIPT OF JURY TRIAL (DAY 15)
10            BEFORE THE HONORABLE DERRICK K. WATSON,
            CHIEF UNITED STATES DISTRICT COURT JUDGE
11

12  APPEARANCES:

13  For the Plaintiff:          MARK INCIONG, ESQ.
                                MICHAEL DAVID NAMMAR, ESQ
14                              WILLIAM KE AUPUNI AKINA, ESQ.
                                Office of the United States Attorney
15                              PJKK Federal Building
                                300 Ala Moana Boulevard, Suite 6100
16                              Honolulu, Hawaii  96850

17  For the Defendant:         LYNN E. PANAGAKOS, ESQ.
                                841 Bishop St., Ste 2201
18                              Honolulu, HI 96813

19                              MICHAEL JEROME KENNEDY, ESQ.
                                Law Offices of Michael Jerome
20                              Kennedy, PLLC
                                333 Flint Street
21                              Reno, NV 89501

22  Official Court Reporter:    Gloria T. Bediamol, RPR RMR CRR FCRR
                                United States District Court
23                              300 Ala Moana Boulevard
                                Honolulu, Hawaii 96850
24
     Proceedings recorded by machine shorthand, transcript produced
25   with computer-aided transcription (CAT).

1                          I N D E X

2    GOVERNMENT WITNESSES:                                    PAGE NO.

3
     WAYNE MILLER (CONTINUED EXAMINATION)
4
         RESUMED DIRECT EXAMINATION BY MR. INCIONG            4
5

6    EXHIBITS:                                                PAGE NO.

7
     Exhibit 1-52 was received in evidence                    15
8    Exhibit 1-32 was received in evidence                    16
     Exhibit 1-0551 was received in evidence                  26
9    Exhibit 1-0033 was received in evidence                  29
     Exhibit 2-23 was received in evidence                    33
10   Exhibit 2-24 was received in evidence                    35
     Exhibit 2-101 was received in evidence                   40
11   Exhibit 1-0001 was received in evidence                  72
     Exhibit 1-0002 was received in evidence                  72
12   Exhibit 1-0010 was received in evidence                  75
     Exhibit 1-0015 was received in evidence                  77
13   Exhibit 1-0016 was received in evidence                  78
     Exhibit 1-0017 was received in evidence                  79
14   Exhibit 1-0018 was received in evidence                  80
     Exhibit 1-0020 was received in evidence                  82
15   Exhibit 1-0021 was received in evidence                  83
     Exhibit 1-0021-A was received in evidence                87
16   Exhibit 1-0037 was received in evidence                  92
     Exhibit 1-0061 was received in evidence                  94
17   Exhibit 1-0012 was received in evidence                  96
     Exhibit 1-022 was received in evidence                   98
18   Exhibit 1-0023 was received in evidence                  99
     Exhibit 1-0024 was received in evidence                  100
19   Exhibit 1-0025 was received in evidence                  101
     Exhibit 1-0026 was received in evidence                  102
20   Exhibit 1-0028 was received in evidence                  104
     Exhibit 1-0029 was received in evidence                  105
21   Exhibit 1-0011 was received in evidence                  109
     Exhibit 1-0034 was received in evidence                  128
22   Exhibit 1-0655 was received in evidence                  132
     Exhibit 1-0067 was received in evidence                  139
23   Exhibit 5-23 and 5-23-A were received in evidence        184
     Exhibit 5-26 was received in evidence                    189
24

25

|         |    |                                                          |
|---------|----|----------------------------------------------------------|
|         | 1  | January 31, 2024                          8:33 a.m.      |
| 08:33AM | 2  | THE CLERK:  Criminal Number 19-00099-DKW-KJM, United     |
| 08:33AM | 3  | States of America versus Michael J. Miske, Jr.           |
| 08:33AM | 4  | This case has been called for jury trial, Day 15.        |
| 08:33AM | 5  | Counsel, please make your appearances for the record.    |
| 08:33AM | 6  | MR. INCIONG:  Good morning, Your Honor.  Mark Inciong,    |
| 08:33AM | 7  | Michael Nammar and KeAupuni Akina for the United States.  Also |
| 08:33AM | 8  | present is Kari Sherman and FBI Special Agent Thomas Palmer. |
| 08:33AM | 9  | THE COURT:  Good morning.                                 |
| 08:33AM | 10 | MR. KENNEDY:  Good morning, Your Honor.  Michael          |
| 08:33AM | 11 | Kennedy here with Lynn Panagakos, Michael Miske, and Ashley |
| 08:33AM | 12 | King.  Good morning to you all.                           |
| 08:33AM | 13 | THE COURT:  All right.  Good morning to you all as        |
| 08:33AM | 14 | well.  You may be seated.                                 |
| 08:33AM | 15 | Good morning to our 17 persons on our jury.  When we      |
| 08:33AM | 16 | adjourned yesterday afternoon, we were still in the direct |
| 08:33AM | 17 | examination by Mr. Inciong of Mr. Miller.  We will resume where |
| 08:33AM | 18 | we left off.                                              |
| 08:33AM | 19 | And, Mr. Miller, I will remind you as I did yesterday     |
| 08:33AM | 20 | morning that you remain subject to the same oath that you took |
| 08:33AM | 21 | upon the inception of your testimony.  Do you recall that? |
| 08:34AM | 22 | THE WITNESS:  Yes.                                        |
| 08:34AM | 23 | THE COURT:  Do you agree to that?                         |
| 08:34AM | 24 | THE WITNESS:  Yes.                                        |
|         | 25 | THE COURT:  Okay.  Mr. Inciong, you may resume.          |

|  | 1 | MR. INCIONG:  Thank you, Your Honor. |
|--|---|-------------------------------------|
|  | 2 | WAYNE MILLER, |
|  | 3 | (Resumed the stand.) |
|  | 4 | RESUMED DIRECT EXAMINATION |
| 08:34AM | 5 | BY MR. INCIONG: |
| 08:34AM | 6 | Q    Good morning, Mr. Miller. |
| 08:34AM | 7 | A    Good morning. |
| 08:34AM | 8 | Q    I want to just go back and clarify one thing we discussed |
| 08:34AM | 9 | yesterday in regards to the meeting you had in the Waikiki |
| 08:34AM | 10 | Elementary School, specifically the Thomas Jefferson Elementary |
| 08:34AM | 11 | School parking lot with Mr. Miske and Mr. Otake.  Do you recall |
| 08:34AM | 12 | discussing that? |
| 08:34AM | 13 | A    Yes. |
| 08:34AM | 14 | Q    Did you meet with Mr. Otake and Mr. Miske to discuss the |
| 08:34AM | 15 | Los Angeles cocaine trip on more than one occasion, do you |
| 08:34AM | 16 | recall? |
| 08:34AM | 17 | A    Yeah, I -- I know it was more than once, but I not sure |
| 08:34AM | 18 | how much more than that. |
| 08:34AM | 19 | Q    Okay.  Was the first time in the elementary school parking |
| 08:34AM | 20 | lot? |
| 08:34AM | 21 | A    Yes. |
| 08:34AM | 22 | Q    All right.  Prior to that meeting, had Mr. Otake been your |
| 08:34AM | 23 | lawyer in any capacity prior to that? |
| 08:34AM | 24 | A    No. |
| 08:34AM | 25 | Q    Did you ever feel like he was your lawyer? |

08:34AM   1   A     No.

08:34AM   2   Q     You indicated that one of the things that came out of that

08:35AM   3   meeting was you were told that if you were arrested or

08:35AM   4   approached by law enforcement regarding the LA cocaine trip,

08:35AM   5   you should do something in particular, correct?

08:35AM   6   A     Yes.

08:35AM   7   Q     What was that?

08:35AM   8   A     Immediately let them know that -- that Tommy was my

08:35AM   9   lawyer.

08:35AM  10   Q     Had you had other discussions like that with Mr. Miske

08:35AM  11   about what you should do if ever approached by law enforcement?

08:35AM  12   A     Yeah, he just told -- before like he used to always just

08:35AM  13   tell me like, Hey, even if you get pulled over by one cop or

08:35AM  14   something like that, you never need to talk to them.  You don't

08:35AM  15   never give -- gotta give them your name or nothing.  You just

08:35AM  16   tell them your -- your attorney's name is so and so.

08:35AM  17   Q     Were those private discussions or were there any other

08:35AM  18   people that were present during any of those that you remember?

08:35AM  19   A     Oh, I can't remember.

08:35AM  20   Q     All right.  So where we left off yesterday was you had

08:35AM  21   described how you had this third surgery in Houston and you had

08:36AM  22   been prescribed oxycodone to deal with the pain in the recovery

08:36AM  23   from that.

08:36AM  24   A     Yes.

08:36AM  25   Q     Okay.  Where did you initially go to get that prescription

```
08:36AM   1    for the oxycodone?
08:36AM   2    A    Initially?
08:36AM   3    Q    Yes.
08:36AM   4    A    Well, the doctor I was going to, she sent me to one -- she
08:36AM   5    sent to one pain -- one pain management place, one doctor.
08:36AM   6    Q    Okay.  That was the doctor then that prescribed the
08:36AM   7    oxycodone?
08:36AM   8    A    Yes.
08:36AM   9    Q    Initially remind us what was the prescription or how often
08:36AM  10    and how much were you supposed to take.
08:36AM  11    A    I was -- the highest dose, the little blue ones, I don't
08:36AM  12    know the number, but I was supposed to take one every couple of
08:36AM  13    hours.
08:36AM  14    Q    Did that solve the pain issue for you, that amount?
08:36AM  15    A    I mean I wasn't really -- I wasn't -- at that -- at that
08:36AM  16    point I wasn't really in pain.  You know, I was just -- I was
08:36AM  17    just taking 'em because of the -- because the things you go
08:37AM  18    through when -- when you don't take it.  I couldn't made it
08:37AM  19    through without it.
08:37AM  20    Q    Okay.  So are you saying you became addicted at some point
08:37AM  21    to oxycodone?
08:37AM  22    A    Yes.
08:37AM  23    Q    How quickly did you become addicted after taking it?
08:37AM  24    A    Quick.  I mean, I would say couple of weeks.
08:37AM  25    Q    So what did you do to address that?  How did you deal with
```

08:37AM   1   it?

08:37AM   2   A    I just -- I just kept taking more.

08:37AM   3   Q    What -- what kind of amounts are we talking about?

08:37AM   4   A    From one I went straight to two, three.  In couple weeks I

08:37AM   5   was already taking almost five all at once.

08:37AM   6   Q    And the prescription was to take two at a time?

08:37AM   7   A    No, take one.

08:37AM   8   Q    Take one at a time.

08:37AM   9   A    The prescription was to take one.

08:37AM   10  Q    Okay.  So you were taking five times the amount within

08:37AM   11  just a short period of time?

08:37AM   12  A    Yes.

08:37AM   13  Q    Did it escalate further from there?

08:37AM   14  A    Yeah.  Yeah.

08:37AM   15  Q    Describe it.

08:37AM   16  A    Couple of weeks after that I went up six, seven, eight,

08:38AM   17  nine, all the way to double digits.  The thing just kept

08:38AM   18  progressing all the way.

08:38AM   19  Q    So what was the most number of tablets you took at once

08:38AM   20  while you were taking the oxycodone?

08:38AM   21  A    By -- I would say by 2018, I was already -- I was already

08:38AM   22  above 25 at one time by 2018.

08:38AM   23  Q    Twenty-five tablets at one time?

08:38AM   24  A    Yeah, 25 at once, yeah.  Yeah, it was to the point where

08:38AM   25  it wasn't even doing nothing.  I had to -- I had to stop for

Case 1:19-cr-00099-DKW-KJM     Document 1397     Filed 04/02/24     Page 8 of 204
PageID.13280

8

| | | |
|---|---|---|
| 08:38AM | 1 | one day, and then take 'em -- I had to stop to till the |
| 08:38AM | 2 | withdrawals came, and then take 'em just to -- just to feel |
| 08:38AM | 3 | anything.  Like I was taking so much, it wasn't even -- it |
| 08:38AM | 4 | wasn't even doing nothing. |
| 08:38AM | 5 | Q    So how were you maintaining the supply to take that many? |
| 08:38AM | 6 | That's way more than you were prescribed. |
| 08:38AM | 7 | A    Yeah, I mean, at first the doctor was giving me -- it was |
| 08:38AM | 8 | prescribing me over, I would say almost 200 a month -- 180 |
| 08:39AM | 9 | something a month.  So at first I would go in and -- I would go |
| 08:39AM | 10 | in early, he would give me one prescription couple days early, |
| 08:39AM | 11 | the thing would last a little bit longer, and then after that I |
| 08:39AM | 12 | started buying 'em off the -- off the street. |
| 08:39AM | 13 | Q    Were you ever -- was your prescription cut off or |
| 08:39AM | 14 | terminated by -- |
| 08:39AM | 15 | A    No. |
| 08:39AM | 16 | Q    Did you take other things that were prescribed to you to |
| 08:39AM | 17 | deal with the -- the addiction in any way? |
| 08:39AM | 18 | A    Yeah, they -- they tried to give me other stuff, like -- |
| 08:39AM | 19 | but like the stuff that they was trying to give me, I never |
| 08:39AM | 20 | really -- I never take 'em.  They wasn't -- they tried to give |
| 08:39AM | 21 | me fentanyl patches.  He was -- at one point I was getting |
| 08:39AM | 22 | every -- every pain medication that you could -- that you could |
| 08:39AM | 23 | be prescribed, and he was giving me oxys and the long-lasting |
| 08:40AM | 24 | one at the same time and fentanyl patches. |
| 08:40AM | 25 | Q    Sounds like from what you said earlier this was not really |

08:40AM   1   a pain issue at some point?

08:40AM   2   A     No, it wasn't even -- wasn't even a one pain issue after

08:40AM   3   the first week.

08:40AM   4   Q     So how were you buying these extra pills on the street?

08:40AM   5   A     What was --

08:40AM   6   Q     Where were you getting -- where were you getting them

08:40AM   7   from?

08:40AM   8   A     Yeah, I was just getting 'em from people off the street,

08:40AM   9   like -- like, yeah.

08:40AM   10   Q     How much were you paying for those?

08:40AM   11   A     It was expensive.  I mean, at that point I was -- by 2018,

08:40AM   12   I was already full, I was -- I was spending like two grand a

08:40AM   13   day on -- on pills.  It was expensive.

08:40AM   14   Q     Where were you getting the money to support that habit?

08:40AM   15   A     I was -- I was ripping off people.  I was -- I was back to

08:40AM   16   selling -- back to selling drugs again.

08:40AM   17   Q     Were you employed at all during this time?

08:40AM   18   A     Yes.

08:40AM   19   Q     Was your -- your salary was not paying -- covering that

08:41AM   20   drug habit, I take it?

08:41AM   21   A     No, not at all.

08:41AM   22   Q     So you had the surgery in 2015, correct, late 2015?

08:41AM   23   A     Yes.

08:41AM   24   Q     So this continued for a number of years then?

08:41AM   25   A     Yeah, I had the surgery in 2015, yeah, early 2015, and

08:41AM  1   then I went back again like a little bit later, 2015.

08:41AM  2   Q    All right.  So let me take you back to the end of 2015.

08:41AM  3   So you had --

08:41AM  4   A    Oh, yeah, yeah, late -- end of 2015, I mean.

08:41AM  5   Q    That's when you had the third surgery, correct?

08:41AM  6   A    Yeah, yeah.

08:41AM  7   Q    And this was after the car accident that Caleb Miske and

08:41AM  8   Jonathan Fraser had gotten into?

08:41AM  9   A    Yes.

08:41AM  10  Q    So when you came back from Houston going into 2016, Caleb

08:41AM  11  was still in the hospital?

08:42AM  12  A    Yes.

08:42AM  13  Q    Were you continuing to visit him during that time?

08:42AM  14  A    Yeah, I was there -- I was there every day.

08:42AM  15  Q    What was his condition in the beginning of 2016?

08:42AM  16  A    2016 started getting -- started getting real bad.  Like

08:42AM  17  that's when -- that's when like -- I not too -- I don't

08:42AM  18  remember, but I know the thing started progressing and getting

08:42AM  19  worse --

08:42AM  20  Q    Did you --

08:42AM  21  A    -- infection and everything.

08:42AM  22  Q    Did you know Caleb well?

08:42AM  23  A    Yes.

08:42AM  24  Q    What was your relationship with Caleb?

08:42AM  25  A    Good.  Very good.  If we had volume on that -- on that

08:42AM   1   video that we had yesterday, like that was actually you could

08:42AM   2   hear his voice talking to me.

08:42AM   3   Q    The jet ski video?

08:42AM   4   A    Yes.

08:42AM   5   Q    Okay.  So did you spend -- were you around him a lot at

08:42AM   6   those times at the bay?

08:42AM   7   A    Yes.  Yeah.

08:42AM   8   Q    What did you know about Jonathan Fraser?

08:43AM   9   A    I mean, not much until -- until they started being

08:43AM  10   friends.  I just saw -- from what I heard, like he was always

08:43AM  11   getting into trouble, you know, but like minor, you know,

08:43AM  12   speeding, racing.  And that's all -- that's really all I heard

08:43AM  13   about him.

08:43AM  14   Q    So did Caleb's condition improve or worsen as the year

08:43AM  15   went on in 2016?

08:43AM  16   A    2016 -- okay, try go back to the Fraser question again.

08:43AM  17   You asking me what I knew about him before the -- before the

08:43AM  18   accident?

08:43AM  19   Q    Around the time of the accident.

08:43AM  20   A    Oh, okay, okay.  Yeah.  All right, go ahead.

08:43AM  21   Q    So then we are going to fast-forward a little bit then to

08:43AM  22   early 2016 --

08:43AM  23   A    Okay.

08:43AM  24   Q    -- and Caleb was still in the hospital, correct?

08:43AM  25   A    Yes.

| | | | |
|---|---|---|---|
| 08:43AM | 1 | Q | Was his condition improving or was he getting worse? |
| 08:44AM | 2 | A | Oh, no, it was getting worse.  It was getting worse. |
| 08:44AM | 3 | Q | How bad? |
| 08:44AM | 4 | A | Real bad.  You know, like -- like the infection started |
| 08:44AM | 5 | | coming and -- yeah. |
| 08:44AM | 6 | Q | Were you called to the hospital urgently at sometime in |
| 08:44AM | 7 | | March of 2016? |
| 08:44AM | 8 | A | Yeah.  The day that -- the day that they found out that he |
| 08:44AM | 9 | | only had -- he only had a few hours to live where he was |
| 08:44AM | 10 | | going -- he had no chance of living.  You know, he was just -- |
| 08:44AM | 11 | | he was -- he was about to die. |
| 08:44AM | 12 | Q | Where did you learn that information from? |
| 08:44AM | 13 | A | Well, I don't know if he called me, text me or had |
| 08:44AM | 14 | | somebody call, but once I got the -- once I got the message, I |
| 08:44AM | 15 | | went straight down to the hospital. |
| 08:44AM | 16 | Q | Okay.  So what was the -- what was the mood like at the |
| 08:44AM | 17 | | hospital at that time? |
| 08:44AM | 18 | A | Had people that had -- had -- Miske's close family was |
| 08:45AM | 19 | | there and -- yeah. |
| 08:45AM | 20 | Q | Did you see Mr. Miske there? |
| 08:45AM | 21 | A | Yes. |
| 08:45AM | 22 | Q | Did you have any conversations with him? |
| 08:45AM | 23 | A | Yes. |
| 08:45AM | 24 | Q | What did you just -- what did you two discuss? |
| 08:45AM | 25 | A | So as soon as I got there, he was in the room. |

08:45AM    1    Q    When you say "he was in the room," who was --

08:45AM    2    A    Miske.  Miske was in the room.  He was in the room with

08:45AM    3    his son.  I went inside there.  Everybody -- everybody was

08:45AM    4    around the bed, and Miske, he told me, Hey, let me -- he pulled

08:45AM    5    me to the -- to the room next door, he said, Come on, I gotta

08:45AM    6    talk to you.

08:45AM    7         So he pulled me to the room next door, and he -- yeah,

08:45AM    8    he's crying, he is pouring out what any -- what any dad would

08:45AM    9    do.  You know, he it was emotional for his son, his sone was

08:46AM   10    going to die.  And that's -- he told me, he said, Hey -- he was

08:46AM   11    suicidal too when he told me he said, Hey, I need you.  This

08:46AM   12    kid gotta go, dude.  You know, start -- a hundred percent he

08:46AM   13    gotta go.  He gotta go.  My son is dying, he's going.

08:46AM   14         And so we started hugging each other.  And we was in

08:46AM   15    there for a -- for a few -- for some time, and he told me.  He

08:46AM   16    said, Hey, go -- I had just gotten out of surgery a few months

08:46AM   17    at that time.  He said, Go -- go heal up.  I going to put

08:46AM   18    together some different options, some plans.  Start buying --

08:46AM   19    start buying -- I mean, he is like I know we get some guns, but

08:47AM   20    start buying what you can, get everything you can.  Get --

08:47AM   21    get -- start getting different cars, and go start making some

08:47AM   22    plans with people.

08:47AM   23         Specifically he told me, Go gown to -- go down to the

08:47AM   24    North Shore and see -- what let them know -- let them know what

08:47AM   25    we like do, and start bringing me some options you know.  Go

08:47AM  1  heal up, I going to plan my son's funeral, and we'll -- we'll

08:47AM  2  take care of this after -- after the funeral.

08:47AM  3  Q    Okay.  So when he said "he's gotta go" or "the kid's gotta

08:47AM  4  go," did you know who he was referring to?

08:47AM  5  A    Yeah.

08:47AM  6  Q    Who was he referring to?

08:47AM  7  A    Jon Fraser.

08:47AM  8  Q    When he meant "the kid's gotta go," what did that mean?

08:47AM  9  A    He wanted -- like he wanted to kill 'em, you know.

08:47AM  10  Q    What was your response when he told you those things?

08:47AM  11  A    I -- I agreed with him at that time, you know.

08:47AM  12  Q    So you agreed to start making these plans or preparations?

08:48AM  13  A    Yes.

08:48AM  14  Q    Did Caleb eventually pass away on March 12 of 2016?

08:48AM  15  A    Yes.

08:48AM  16       MR. INCIONG:  Could I show Mr. Miller Exhibit 1-52,

08:48AM  17  please?

08:48AM  18       THE COURT:  Go ahead.

08:48AM  19  BY MR. INCIONG:

08:48AM  20  Q    Mr. Miller, do you recognize the person that's shown in

08:48AM  21  the photo in 1-52?

08:48AM  22  A    Yes.

08:48AM  23  Q    Who is that?

08:48AM  24  A    Caleb Miske.

08:48AM  25  Q    Does that photo accurately show how Caleb Miske

08:48AM   1    appeared --

08:48AM   2    A    Yes.

08:48AM   3    Q    -- when you knew him?

08:48AM   4              MR. INCIONG:  Your Honor, I would move to admit

08:48AM   5    Exhibit 1-52.

08:48AM   6              THE COURT:  Any objection?

08:48AM   7              MR. KENNEDY:  Your Honor, no objection.  But we're --

08:49AM   8    our monitor is off at this time, but I can see it up on the

08:49AM   9    podium's monitor.

08:49AM   10             THE COURT:  All right.  We'll try to get that fixed.

08:49AM   11             Without objection, 1-52 is admitted.

08:49AM   12             You moved to admit 1-52; is that correct?

08:49AM   13             MR. INCIONG:  Yes.

08:49AM   14             THE COURT:  All right.  That exhibit should be

08:49AM   15    admitted.

08:49AM   16             (Exhibit 1-52 was received in evidence.)

08:49AM   17             MR. INCIONG:  Thank you, Your Honor.

08:49AM   18             THE COURT:  You may publish.

08:49AM   19             MR. INCIONG:  Thank you.

08:49AM   20    BY MR. INCIONG:

08:49AM   21    Q    So this is Caleb Miske, Mr. Miller?

08:49AM   22    A    Yes.

08:49AM   23             MR. INCIONG:  May I show Mr. Miller Exhibit 1-32 at

08:49AM   24    this time, please?

08:49AM   25             THE COURT:  Yes.

08:49AM   1   BY MR. INCIONG:

08:49AM   2   Q    Do you recognize the person shown in that picture?

08:49AM   3   A    Yes.

08:49AM   4   Q    Who is that?

08:49AM   5   A    Fraser.

08:49AM   6   Q    Did you know his first name?

08:49AM   7   A    Oh, yeah, Jon -- Jonathan.

08:49AM   8   Q    Does the picture accurately show Mr. Fraser as you knew

08:49AM   9   him to look?

08:49AM   10  A    Yes.

08:49AM   11            MR. INCIONG:  Your Honor, I would move to admit 1-32.

08:49AM   12            MR. KENNEDY:  No objection, Your Honor.

08:49AM   13            THE COURT:  Without objection, 1-32 is admitted.

          14                (Exhibit 1-32 was received in evidence.)

          15            THE COURT:  Has that monitor been --

          16            MR. KENNEDY:  It has not.

          17            THE COURT:  Not yet.

          18            MR. KENNEDY:  But I can see it up on the monitor here,

          19  Your Honor.

08:50AM   20            THE COURT:  All right.  You may publish.

08:50AM   21            MR. INCIONG:  Thank you, Your Honor.

08:50AM   22  BY MR. INCIONG:

08:50AM   23  Q    That is Jonathan Fraser, Caleb Miske's friend?

08:50AM   24  A    Yes.

08:50AM   25  Q    That was the individual that was in the car with him

08:50AM    1    during the accident?

08:50AM    2    A    Yes.

08:50AM    3              MR. INCIONG:  Okay.  We can take that down for the

08:50AM    4    moment.  Thank you.

08:50AM    5    BY MR. INCIONG:

08:50AM    6    Q    Was there a funeral service for Caleb Miske?

08:50AM    7    A    Yes.

08:50AM    8    Q    Did you attend that?

08:50AM    9    A    Yes.

08:50AM   10    Q    After you left the hospital the day that Caleb Miske

08:50AM   11    passed away, did you follow up and make good on what Mr. Miske

08:50AM   12    had requested of you?

08:50AM   13    A    Yes, making up -- making -- giving him options and

08:50AM   14    grabbing -- grabbing the stuff, yes.

08:50AM   15    Q    So what specifically did you do?

08:50AM   16    A    Well, first I went down to the -- I went down to the North

08:50AM   17    Shore.  I started talking to -- started talking to Dusky Boy

08:50AM   18    about 'em and what -- what Miske wanted done.

08:51AM   19    Q    So let me just interrupt you for one second right there.

08:51AM   20    So Dusky Boy is who?

08:51AM   21    A    Dusky Boy Toledo, the guy who you had on the board

08:51AM   22    yesterday.

08:51AM   23              MR. INCIONG:  Okay.  Could we pull up 1-1081, which

08:51AM   24    was admitted yesterday, I believe.

08:51AM   25              And if I could publish that, Your Honor?

| | | |
|---|---|---|
| 08:51AM | 1 | THE COURT: Yes, go ahead. |
| 08:51AM | 2 | MR. INCIONG: Thank you. |
| 08:51AM | 3 | BY MR. INCIONG: |
| 08:51AM | 4 | Q This is Dusky Toledo? |
| 08:51AM | 5 | A Yes. |
| 08:51AM | 6 | Q Okay. So you went up to the North Shore to speak with |
| 08:51AM | 7 | him? |
| 08:51AM | 8 | A Yes. |
| 08:51AM | 9 | Q And what did you speak with Mr. Toledo about? |
| 08:51AM | 10 | A About getting everything together, coming up with one |
| 08:51AM | 11 | plan. I told him -- I told him that Caleb had just died and |
| 08:51AM | 12 | what -- what Mikey wanted done, you know. And so we started |
| 08:52AM | 13 | talking about 'em. He was -- he was game. He was -- he said |
| 08:52AM | 14 | all right, me and him agreed. |
| 08:52AM | 15 | Q Was there anything offered to Mr. Toledo in order to |
| 08:52AM | 16 | become a part of this? |
| 08:52AM | 17 | A Yeah, I mean, I -- I never shoot it to him, but I shoot it |
| 08:52AM | 18 | to him like, Hey, Miske needed one favor, you know, but he said |
| 08:52AM | 19 | as far as -- as far as monetary, never matter. You know, he |
| 08:52AM | 20 | just wanted 'em done basically. And whatever he wanted after, |
| 08:52AM | 21 | just -- |
| 08:52AM | 22 | Q What did that mean, monetary doesn't matter? Explain what |
| 08:52AM | 23 | that means. |
| 08:52AM | 24 | A Yeah, like if -- if he wanted couple hundred grand or |
| 08:52AM | 25 | something after, like he just said, No matter, whatever -- |

08:52AM   1    whatever you need.  Just Miske was like, Whatever you guys

08:52AM   2    need, just let me know.  So money, the price never matter.  He

08:52AM   3    just wanted 'em done.

08:52AM   4    Q    Okay.  So there was going to be a price, though.

08:52AM   5    A    Yeah, but wasn't one set price, you know.  It was more of

08:53AM   6    a favor, and then after the thing was done, he could request

08:53AM   7    whatever he wanted.

08:53AM   8    Q    Okay.  Did you know whether Mr. Toledo and Mr. Miske knew

08:53AM   9    each other?

08:53AM   10   A    Yes.

08:53AM   11   Q    How did they know each other?

08:53AM   12   A    I introduced them.

08:53AM   13   Q    Okay.  So they were familiar with each other?

08:53AM   14   A    Yes.

08:53AM   15   Q    During this conversation with Dusky Toledo, did you have a

08:53AM   16   specific -- a specific plan that was discussed?

08:53AM   17   A    Not -- so this -- not -- at the initial discussion --

08:53AM   18   Q    Okay.

08:53AM   19   A    -- we was just -- we was just talking about 'em, and

08:53AM   20   then -- and then I told him, I said, Hey, grab -- grab

08:53AM   21   everything right now.  We get up to Caleb's funeral.  Caleb's

08:53AM   22   funeral is coming up very soon.  So I said start -- start

08:53AM   23   getting some stuff together.  I said, Just grab -- I know you

08:53AM   24   got plenty -- I told him, I know you get plenty guns and stuff,

08:53AM   25   but he wanted whatever you could find -- whatever you could

08:54AM    1    find at the time.

08:54AM    2    Q    Okay.  So grabbing stuff, you gotta explain what that

08:54AM    3    means.  What does grabbing stuff mean?

08:54AM    4    A    Well, mainly -- mainly guns with him.  Yeah, mainly guns

08:54AM    5    with him.  I did all -- I did all the other stuff that -- that

08:54AM    6    he wanted.

08:54AM    7    Q    Okay.  What other stuff is that?

08:54AM    8    A    Wires, weights, and shit like that, you know.

08:54AM    9    Q    Were these things that you got on your own or were the

08:54AM    10   specific requests made to you?

08:54AM    11   A    Yeah.

08:54AM    12   Q    Which?  Which?

08:54AM    13   A    From Miske, he told me to grab those -- grab those things.

08:54AM    14   Q    Did he give you instructions about where you should obtain

08:54AM    15   those things?

08:54AM    16   A    Yeah, he told me no go -- no go into stores and grab 'em.

08:54AM    17   Like go find them on like Craigslist, swap meet, garage sales,

08:54AM    18   and shit like that.  Like he told me, No walk into -- no walk

08:54AM    19   into Home Depot and grab that.

08:54AM    20   Q    Okay.  So were you able to acquire those things?

08:54AM    21   A    Yes.

08:54AM    22   Q    Did you have additional meetings with Dusky Toledo about

08:55AM    23   this?

08:55AM    24   A    Yes.

08:55AM    25   Q    How much later did that occur?

08:55AM  1  A    A number of times leading up to -- leading up to Caleb's

08:55AM  2  funeral.  I went down there quite a lot.  I was staying -- I

08:55AM  3  was staying in Waipio at the time, so his house was 20-minute

08:55AM  4  drive, maybe less.

08:55AM  5  Q    So were there more specific details discussed at that

08:55AM  6  point?

08:55AM  7  A    Yes.

08:55AM  8  Q    Tell us about those.

08:55AM  9  A    So -- so, yeah, the -- what we discussed was -- was -- so

08:55AM  10  Miske had -- like he was planning on -- on getting close to

08:55AM  11  Fraser, you know.  Like he was planning on getting close to

08:55AM  12  Fraser, he was telling -- he was telling me -- he was telling

08:55AM  13  'em like, Hey, this is what my -- this is what my son would

08:55AM  14  have wanted, you know, me -- us to forgive each other.  He told

08:55AM  15  me that Fraser was calling him uncle again.  You know, so he

08:55AM  16  was getting 'em close to -- he was closing 'em close and --

08:56AM  17  Q    So why was that important?

08:56AM  18  A    So the plan that -- that I had discussed with Dusky -- he

08:56AM  19  lives in the North Shore, it's very -- I don't think they

08:56AM  20  even -- on the way to his house they don't even got a

08:56AM  21  stoplight.  They got like a blinking yield light, yellow light,

08:56AM  22  but they got empty roads down there, pineapple fields, sugar

08:56AM  23  cane fields, tall grass.

08:56AM  24        So the way -- the way Dusky and me was talking about,

08:56AM  25  Dusky had a boat down there.  He had access to boat harbors

08:56AM    1    going off the -- of the bay right from his house.  And he said,

08:56AM    2    Hey, if -- if Miske can -- can just get close to him, bring him

08:56AM    3    down to over here, down there get one road, just one empty

08:56AM    4    road.  They don't even use that road, but surrounded by tall

08:57AM    5    sugar cane, like -- like grass.

08:57AM    6        And he was like, Hey, if you can just bring him down

08:57AM    7    here, we can -- we can be waiting down there in a -- in a car

08:57AM    8    or something like that.  He can just drop him off to us, take

08:57AM    9    him to the -- take him to the -- everything going to be set up

08:57AM   10    already, drop him off at the boat, take him off to the ocean,

08:57AM   11    and then -- and then kill him out there.  That's what -- that

08:57AM   12    was the discussion between -- between us.

08:57AM   13    Q     Okay.  Did you know whether Dusky Toledo had a boat

08:57AM   14    himself that he was going to use for that?

08:57AM   15    A     Yes, he did.  Dusky had a boat.

08:57AM   16    Q     Did you relay on this plan to Mr. Miske?

08:57AM   17    A     Yeah, so -- so when I told -- when I told -- I was telling

08:57AM   18    Miske, I said, Hey, I gotta talk to you.  So -- in person, he

08:57AM   19    was like, Hey meet me -- meet me -- I gotta a message too.

08:58AM   20    Meet me at Outback Steakhouse, we going to meet over there at a

08:58AM   21    certain time, say like 4:00.  So no phones, no -- no -- nothing

08:58AM   22    on you.  Just not your own car.  Just meet me over there

08:58AM   23    exactly at this time.  I just using 4:00 as an example.

08:58AM   24        So, now I gotta go -- I leave my house, jump in a car,

08:58AM   25    switch cars, jump in another car, switch cars, park, and then I

08:58AM  1  was sitting in front of Outback Steakhouse, no phone, no way to

08:58AM  2  get in touch with anybody.  I just got to -- I know he

08:58AM  3  always -- he always -- whatever time he say he going to be

08:58AM  4  there, he going to be there.

08:58AM  5         So I'm sitting at -- on the Chili's bench -- I mean,

08:58AM  6  not Chili's, but Outback in front of the steakhouse just

08:58AM  7  waiting.  Then I see one car just pull up like that and just

08:58AM  8  stop in front of me.  Miske, he don't roll down the windows.

08:59AM  9  He don't beep the horn.  Nothing.  So I'm just staring -- the

08:59AM  10  car is tinted, I'm wondering if that was him.

08:59AM  11         So after a few minutes I knew that that was him

08:59AM  12  because he was just parked right there exactly where I could

08:59AM  13  see him.  So I jump in the car with him.  I take him down

08:59AM  14  there, we agree on this -- I tell him the plan.  We go to the

08:59AM  15  road, that rural road in the middle of the North Shore with

08:59AM  16  the -- with the sugar cane, and I start -- I tell him the plan

08:59AM  17  that -- that Dusky had -- me and Dusky had discussed.

08:59AM  18         And we get out, we stop right there, we start looking

08:59AM  19  around.  No cars was coming through that road.  And -- and I

08:59AM  20  told him the plan, and he liked it.  Like he liked -- he liked

08:59AM  21  the plan.  And I told him the fact that Dusky had one boat.

08:59AM  22  And he was like, I like that.  I like that.  I like that Dusky

09:00AM  23  Boy get one boat.  You know, like to the terms like you not a

09:00AM  24  real G until you get one boat, you know.  And then --

09:00AM  25  Q    You're not a real what?

09:00AM    1    A    G.

09:00AM    2    Q    A G.  What does that mean?

09:00AM    3    A    Like gangsta.  Like you're not a real gangsta until you

09:00AM    4    get one boat.

09:00AM    5    Q    Okay.

09:00AM    6    A    We was discussing the whole -- the whole situation what

09:00AM    7    was going on.  Miske was going to bring him down.  He was going

09:00AM    8    to be close to him, Hey, Uncle, going to meet you over there,

09:00AM    9    jump in with these guys, we're going to go fishing.

09:00AM    10          But at that time we're talking -- we're in the middle

09:00AM    11    of the sugar cane field, we're talking, and -- he wanted -- he

09:00AM    12    wanted to be more involved.  You know, he wanted to -- he liked

09:00AM    13    it, but he wanted to be more involved somehow.  He never like

09:00AM    14    just be the one that dropped him off.  You know, it was like

09:00AM    15    personal for him.

09:01AM    16          But he liked the plan.  You know, he liked -- he liked

09:01AM    17    that Dusky had a boat, because he always used to stress to me,

09:01AM    18    like he always used to tell me, I like that.  You know why?

09:01AM    19    Because no body, no case.  You know, he always used to tell me,

09:01AM    20    you know, how hard it is for them to -- to convict somebody for

09:01AM    21    murder if you got no body.  No body, no case.  Fuck, for all we

09:01AM    22    know -- and if they cannot find the body, they could be in --

09:01AM    23    they could be in Mexico somewhere.

09:01AM    24    Q    Okay.  So he liked in particular the part about that there

09:01AM    25    was a boat involved.

09:01AM  1    A    Yes.

09:01AM  2    Q    Did you later learn whether Mr. Miske had obtained his own

09:01AM  3    boat?

09:01AM  4    A    Yes.

09:01AM  5    Q    How did you find out about that?

09:01AM  6    A    He told me.

09:01AM  7    Q    Did you ever see that boat?

09:01AM  8    A    Yes.

09:01AM  9         MR. INCIONG:  Could we show Mr. Miller Exhibit 1-0551

09:01AM  10   at this time, please?

09:01AM  11   BY MR. INCIONG:

09:02AM  12   Q    Mr. Miller, do you recognize what's shown in that picture?

09:02AM  13   A    Yes.

09:02AM  14   Q    How do you recognize that?

09:02AM  15   A    That's his whaler right there.

09:02AM  16   Q    Is this the boat --

09:02AM  17   A    I've been -- I've been on that boat.

09:02AM  18   Q    This is the boat you're referring to that Mr. Miske

09:02AM  19   acquired after you had this conversation?

09:02AM  20   A    Yes.

09:02AM  21   Q    Does this picture accurately show the boat as you saw it

09:02AM  22   when you were on it on about that time?

09:02AM  23   A    Yes.

09:02AM  24        MR. INCIONG:  Your Honor, I would move to admit

09:02AM  25   1-0551.

09:02AM   1                    THE COURT:  Any objection?

09:02AM   2                    MR. KENNEDY:  No objection, Your Honor.

09:02AM   3                    THE COURT:  Without objection, 1-0551 is admitted.

09:02AM   4    You may publish.

09:02AM   5                    (Exhibit 1-0551 was received in evidence.)

09:02AM   6                    MR. INCIONG:  Thank you, Your Honor.  May I publish?

09:02AM   7                    THE COURT:  Yes.

09:02AM   8    BY MR. INCIONG:

09:02AM   9    Q     So this is the -- what was the name of this boat?

09:02AM  10    A     Painkiller.

09:02AM  11    Q     You've been on -- you've been on that boat?

09:02AM  12    A     Been on his boat.

09:02AM  13    Q     Do you know where Mr. Miske kept that boat after he

09:02AM  14    acquired it?

09:02AM  15    A     At the Ala Moana harbor.  That's where I seen him at, at

09:03AM  16    the harbor.  Whenever we used to go out on 'em, we used to go

09:03AM  17    right there across from Ward.

09:03AM  18    Q     Did Mr. Miske ever explain to you how he purchased the

09:03AM  19    boat or how much he purchased it for?

09:03AM  20    A     Well, this -- the way -- this is MO.  Like he just told me

09:03AM  21    when he bought the boat, he was negotiating with the guy, and

09:03AM  22    he bought the boat for -- I forget what was the price was --

09:03AM  23    hundreds of thousands, though.  But like I don't know exactly,

09:03AM  24    but at the end he told me like, Hey, the guy -- I gave the guy

09:03AM  25    one stuff, I owed him like hundred grand, and that was the last

09:03AM  1    payment, he gave me the papers.  I was like -- you know, he

09:03AM  2    told me he -- he just wen' stiff 'em.  He never even give the

09:03AM  3    last -- he didn't give the guy the last payment, the last

09:03AM  4    hundred grand.

09:03AM  5    Q    Because he had the -- the title?

09:03AM  6    A    Yeah, he had the title.  Like I gave -- like he gave him

09:03AM  7    the initial, and then he owed him like one certain amount of

09:03AM  8    money more, but the guy gave him the papers for the boat.  He

09:04AM  9    was like, Fuck this guy, you know.

09:04AM  10   Q    So when you went back to -- or after you had this

09:04AM  11   conversation with Mr. Miske on this rural road, did you go back

09:04AM  12   to Dusky Toledo and discuss it more with him?

09:04AM  13   A    Yes.

09:04AM  14   Q    Did Dusky Toledo have any issues at that point?

09:04AM  15   A    Yeah, well, when I was telling Dusky, I said, hey, he

09:04AM  16   liked -- he liked the plan, he liked the option, and -- but he

09:04AM  17   would like be more involved.

09:04AM  18        So Dusky wanted to do him.  He said, Hey, if I'm going

09:04AM  19   to -- I'm going to do this -- if I going do this, going be my

09:04AM  20   way, you know what I mean.  Because I don't like -- I don't

09:04AM  21   like more parties being involved.  You know, like if I going do

09:04AM  22   this, it going be -- going to be my way.

09:04AM  23   Q    Okay.  So did that seem to be an option that was going to

09:04AM  24   work out?

09:04AM  25   A    Well, now I'm going -- kind of going back and forth, you

09:04AM   1   know, but that was an option that was still open, you know, but

09:05AM   2   just was different views on 'em.

09:05AM   3   Q    Okay.  Well, when you were still discussing that option,

09:05AM   4   did you have any discussion with other people who would be

09:05AM   5   involved in this plan, specifically in assisting bringing

09:05AM   6   Mr. Fraser up to the North Shore?

09:05AM   7   A    Bringing Fraser up to the North Shore?

09:05AM   8   Q    Yes.

09:05AM   9   A    Oh, it was just -- it was just Miske.  Because he was --

09:05AM   10  he was already getting close with him.  You know, he was

09:05AM   11  telling me, he said, Hey, I already -- I getting close with

09:05AM   12  him.

09:05AM   13          At that time he was like -- around that time he was

09:05AM   14  like he bought him a car.  You know, he was -- he rented couple

09:05AM   15  apartments down there in Hawaii Kai, he bought him a car.  Like

09:05AM   16  he was staying pretty close to him.

09:05AM   17  Q    Okay.  Let me have you look at Exhibit 1-0033, please.

09:06AM   18          Do you recognize who is shown in this photograph?

09:06AM   19  A    Yes.

09:06AM   20  Q    Who is that?

09:06AM   21  A    Norman Akau.

09:06AM   22  Q    Was there any discussions with Norman Akau during this

09:06AM   23  time?

09:06AM   24  A    Yes.

09:06AM   25  Q    What were those about?

09:06AM   1   A    I can't -- I just was asking him and Zeph, one of the two

09:06AM   2   guys, like I -- I was just going around feeling out people, you

09:06AM   3   know.  And I don't know if --

09:06AM   4   Q    Okay.  Well, hold on one second before you get too far

09:06AM   5   ahead.  So who is Zeph?

09:06AM   6   A    One of Norman's close friends, Zeph -- Zeph Salas.

09:06AM   7   Q    All right.  So when you said you were going around asking,

09:06AM   8   asking what?  What does that mean?

09:06AM   9   A    Well, Norman is my cousin, so that's my -- Norman is my

09:06AM  10   blood cousin.

09:06AM  11            MR. INCIONG:  Okay.  Your Honor, may --

09:06AM  12   BY MR. INCIONG:

09:06AM  13   Q    Does this picture accurately show how your cousin

09:06AM  14   Mr. Akau -- Norman Akau appears?

09:06AM  15   A    Yes.

09:06AM  16            MR. INCIONG:  Your Honor, I would move to admit 1-33.

09:07AM  17            THE COURT:  Any objection?

09:07AM  18            MR. KENNEDY:  No objection.

09:07AM  19            THE COURT:  Without objection, 1-33 is admitted.  You

09:07AM  20   may publish.

09:07AM  21            (Exhibit 1-0033 was received in evidence.)

09:07AM  22            MR. INCIONG:  Your Honor, may I publish that?  And may

09:07AM  23   I also place that photo on the face board along with that of

09:07AM  24   Mr. Toledo, Exhibit 1-1081, at this time?

09:07AM  25            THE COURT:  Yes to both.

| | | |
|---|---|---|
| 09:07AM | 1 | MR. INCIONG:  Thank you. |
| 09:07AM | 2 | BY MR. INCIONG: |
| 09:07AM | 3 | Q    So this is your cousin Norman Akau? |
| 09:07AM | 4 | A    Yes. |
| 09:07AM | 5 | Q    So tell the jury what you talked about with Norman Akau |
| 09:07AM | 6 | and his friend Zeph Salas. |
| 09:07AM | 7 | A    I was just asking them -- I no can remember.  I was just |
| 09:07AM | 8 | asking them if there was -- if they was interested, you know. |
| 09:07AM | 9 | And I -- and I know I offered them money.  I know I offered |
| 09:07AM | 10 | them money because -- but I don't know the amount. |
| 09:07AM | 11 | Q    Interested means what?  Interested -- |
| 09:07AM | 12 | A    Interested in killing somebody. |
| 09:07AM | 13 | Q    Did you name the individual? |
| 09:07AM | 14 | A    I'm sure -- I'm sure I did, but I cannot remember because |
| 09:07AM | 15 | with them, I had named more than one person, you know.  So -- |
| 09:08AM | 16 | but I know -- I know if I -- if I did name 'em, I know I never |
| 09:08AM | 17 | say his name.  You know, like I said, Hey, this -- if you like |
| 09:08AM | 18 | make some money, I get somebody that like down this boy, like |
| 09:08AM | 19 | that. |
| 09:08AM | 20 | Q    Do you recall whether Mr. Akau, your cousin, agreed to |
| 09:08AM | 21 | help or not? |
| 09:08AM | 22 | A    Oh, he wanted to talk to Zeph first.  He said, Hey, let me |
| 09:08AM | 23 | talk to Zeph. |
| 09:08AM | 24 | Q    So did he come back to you after that later? |
| 09:08AM | 25 | A    Yeah. |

| | | | |
|---|---|---|---|
| 09:08AM | 1 | Q | And give you an answer? |
| 09:08AM | 2 | A | Yeah. |
| 09:08AM | 3 | Q | What was the answer? |
| 09:08AM | 4 | A | Yes. |
| 09:08AM | 5 | Q | So was there anyone else that you were talking to or any |
| 09:08AM | 6 | | other plans that you were making during this same approximate |
| 09:08AM | 7 | | time? |
| 09:08AM | 8 | A | With Miske? |
| 09:08AM | 9 | Q | In regard to what he had asked you, to kill Mr. Fraser. |
| 09:09AM | 10 | A | Yes, so now -- just like he was telling me for make some |
| 09:09AM | 11 | | plans, right, Miske was talking to me about -- about different |
| 09:09AM | 12 | | plans that -- that he wanted me to be involved in too. |
| 09:09AM | 13 | Q | And what were those plans? |
| 09:09AM | 14 | A | So he had couple different options.  He rented these |
| 09:09AM | 15 | | two -- he rented these two apartments back to back in -- in |
| 09:09AM | 16 | | Hawaii Kai.  The back of the door, the screen door lead |
| 09:09AM | 17 | | straight out to the water where you can just pull something up |
| 09:09AM | 18 | | and go right into the water. |
| 09:09AM | 19 | | And around that time he was kind of -- everything was |
| 09:09AM | 20 | | moving fast because -- because he had -- he had Fraser -- he |
| 09:09AM | 21 | | bought him one car already.  He had -- I don't know what living |
| 09:09AM | 22 | | situation they was going through, Fraser and his -- and his |
| 09:09AM | 23 | | girlfriend.  But he had told him, Hey, I get one house over |
| 09:10AM | 24 | | here, you guys can move into the house, you know. |
| 09:10AM | 25 | | And he told me he got those apartments specifically |

| | | |
|---|---|---|
| 09:10AM | 1 | for that, because he got one back to back, one that he -- he |
| 09:10AM | 2 | was staying in sometimes and one that was meant for the -- |
| 09:10AM | 3 | Fraser and them to stay in. |
| 09:10AM | 4 | Q    Okay.  Let me have you stop there for a minute and have |
| 09:10AM | 5 | you look at Exhibit 2-23, please. |
| 09:10AM | 6 |        Do you recognize the area that's shown in this map, |
| 09:10AM | 7 | Mr. Miller? |
| 09:10AM | 8 | A    Yes. |
| 09:10AM | 9 | Q    Is that the area where this apartment or condo was located |
| 09:10AM | 10 | that you just described? |
| 09:10AM | 11 | A    Yes. |
| 09:10AM | 12 | Q    And what part of the -- the island is this? |
| 09:10AM | 13 | A    This is Hawaii Kai area, like Aina Haina. |
| 09:10AM | 14 | Q    So is Exhibit 2-23 an accurate map of that area as you |
| 09:10AM | 15 | know it? |
| 09:10AM | 16 | A    Yes. |
| 09:10AM | 17 |        MR. INCIONG:  Your Honor, I would move to admit |
| 09:10AM | 18 | Exhibit 2-23. |
| 09:10AM | 19 |        MR. KENNEDY:  No objection, Your Honor. |
| 09:10AM | 20 |        THE COURT:  I'm thinking I need to clarify what this |
| 09:11AM | 21 | area covers.  He said, This is Hawaii Kai area like Aina Haina. |
| 09:11AM | 22 | Well, Aina Haina and Hawaii Kay are vastly different, as you |
| 09:11AM | 23 | know. |
| 09:11AM | 24 | BY MR. INCIONG: |
| 09:11AM | 25 | Q    Mr. Miller is this Hawaii Kai or Aina Haina? |

09:11AM   1    A    I don't know.  I just know this whole -- for me I call it

09:11AM   2    Hawaii Kai from -- from Kahala to Hanauma Bay.  So I can name

09:11AM   3    some places over here if you like.  Right here is the little

09:11AM   4    canoe shack right there that's always there.

09:11AM   5    Q    Well, let me ask it this way:  Does this map show the area

09:11AM   6    in which this apartment was located that you became aware of?

09:11AM   7    A    Yes.

09:11AM   8    Q    And does it accurately show that -- that portion of the

09:11AM   9    island, whether it's Hawaii Kai or known by any other name?

09:11AM  10    A    Yes.

09:12AM  11            MR. INCIONG:  Your Honor, I would move to admit at

09:12AM  12    this time.

09:12AM  13            THE COURT:  Any objection?

09:12AM  14            MR. KENNEDY:  No objection, Your Honor.

09:12AM  15            THE COURT:  Without objection, 2-23 is admitted.

09:12AM  16            (Exhibit 2-23 was received in evidence.)

09:12AM  17            MR. INCIONG:  Thank you, Your Honor.  May I publish

09:12AM  18    that?

09:12AM  19            THE COURT:  Yes.

09:12AM  20    BY MR. INCIONG:

09:12AM  21    Q    So, Mr. Miller, this is the area you described where the

09:12AM  22    apartment is located?

09:12AM  23    A    Yes.

09:12AM  24    Q    And that red dot, is that an approximate location of where

09:12AM  25    the apartment was?

09:12AM     1     A     Yes.

09:12AM     2     Q     You just circled it with the green?

09:12AM     3     A     Mm-hmm, that's where -- that's where the apartments I

09:12AM     4     think -- the back of 'em open right up to the -- to that little

09:12AM     5     -- that little harbor right there.

09:12AM     6     Q     Okay.  So those are -- there's water behind the units

09:12AM     7     there in that area, it looks like; is that correct?

09:12AM     8     A     Yes.

09:12AM     9     Q     Okay.  Let me have you look at Exhibit 2-24 next, please.

09:12AM     10            Do you recognize what's shown in this photo?

09:12AM     11     A     Yes.

09:12AM     12     Q     How do you recognize that?

09:12AM     13     A     That's the -- that's the apartments where -- where -- that

09:13AM     14     garage right there is where he kept the jet skis.  Those two

09:13AM     15     apartments at the end is the apartments that he rented, the --

09:13AM     16     the lower two apartments.

09:13AM     17     Q     These are the apartments that you're referencing that

09:13AM     18     Mr. Miske had rented in that Hawaii Kai neighborhood?

09:13AM     19     A     Yes.

09:13AM     20     Q     Does that photo accurately show the -- the entrance and

09:13AM     21     the units from that particular angle?

09:13AM     22     A     Yes.

09:13AM     23            MR. INCIONG:  Your Honor, I would move to admit

09:13AM     24     Exhibit 2-24.

09:13AM     25            THE COURT:  Any objection?

09:13AM    1                MR. KENNEDY:  No objection.

09:13AM    2                THE COURT:  Without objection, 2-24 is admitted.  You

09:13AM    3    may publish.

09:13AM    4                (Exhibit 2-24 was received in evidence.)

09:13AM    5                MR. INCIONG:  Thank you, Your Honor.

09:13AM    6    BY MR. INCIONG:

09:13AM    7    Q    So is this the -- the entry that residents or people

09:13AM    8    visiting, I guess, would come in and drive in to that

09:13AM    9    particular complex, sir?

09:13AM    10   A    Yes.

09:13AM    11   Q    And you indicated that you could see the units in this

09:13AM    12   shot.  Is that true?

09:13AM    13   A    Yeah, I know that -- but I know these corner units on the

09:13AM    14   bottom over there, that's what look like.

09:13AM    15   Q    Okay.  Let me have you look at one other photo at this

09:14AM    16   time, Exhibit 2-101, please.

09:14AM    17                MR. INCIONG:  2-101.

09:14AM    18   BY MR. INCIONG:

09:14AM    19   Q    Mr. Miller, while we are waiting for that, let me ask you

09:14AM    20   a related but separate topic.  So were you ever aware of an

09:14AM    21   incident involving Mr. Miske and Mr. Fraser over a watch?

09:14AM    22   A    Yes.

09:14AM    23   Q    How did you become aware of that incident?

09:14AM    24   A    So I never know about the initial incident to where there

09:14AM    25   was -- I know that at one time Caleb was -- him and Caleb, they

09:15AM    1    was like just -- they was friends.  I think they was like

09:15AM    2    sleeping at the beach or in their cars and stuff like that.

09:15AM    3    But they were staying at Miske's -- one night Caleb wen' open

09:15AM    4    the shop, stay -- stay at his office, sleep at his office.  And

09:15AM    5    they found out that the watch that -- Rolex watch that Miske

09:15AM    6    had gave his son was missing.  And Fraser wasn't with him

09:15AM    7    anymore.

09:15AM    8          So after I found out about 'em, like there was -- they

09:15AM    9    went chasing somewhere, couldn't get the watch back or anything

09:15AM    10   like that.  And, yeah, I mean the only part I -- I knew was one

09:15AM    11   time they was in -- like Johnnie and them and Kaulana and them,

09:15AM    12   I think they was calling him about something, meeting up for

09:15AM    13   one car or something like that.

09:15AM    14   Q    Just hold on one second.  So Johnnie and them is who?

09:16AM    15   A    Kaulana Freitas.

09:16AM    16   Q    Okay.  And you said Johnnie.  Who is Johnnie?

09:16AM    17   A    Johnnie Stancil.

09:16AM    18   Q    And they were meeting him.  Who is "him"?

09:16AM    19   A    Like it -- Fraser.

09:16AM    20   Q    Were you present or involved with that at all?

09:16AM    21   A    Where, with them calling 'em?

09:16AM    22   Q    Yes.

09:16AM    23   A    No.

09:16AM    24   Q    Did you ever go to the location they were?

09:16AM    25   A    Yeah.

09:16AM    1    Q    Okay.  Where --

09:16AM    2    A    The only location I was in -- that I went to was Johnnie

09:16AM    3    and Kaulana them -- this is what I was told from Mikey -- they

09:16AM    4    called him and met at the -- they were supposed to meet about

09:16AM    5    something at one park in Kaneohe.  So -- and it had a bunch of

09:16AM    6    people there.

09:16AM    7         So Miske had called me, I had met up -- I had met up

09:16AM    8    with Miske at -- in Kalihi, and he told me, Hey, go grab -- go

09:16AM    9    grab one piece.  He told me go grab one gun.  So --

09:17AM   10    Q    Why?

09:17AM   11    A    I don't know.  He never tell me why at that time.  He

09:17AM   12    just -- he never explain to me why at that time.  He just told

09:17AM   13    me go grab one, and I never -- I never questioned him at the

09:17AM   14    time.

09:17AM   15         So I had one car parked in Makiki.  I drove over

09:17AM   16    there, had one gun inside, I wen' grab the gun out the car, and

09:17AM   17    then drove down to -- to Kaneohe, and --

09:17AM   18    Q    What did you find when you got there?

09:17AM   19    A    Well, Miske had -- had a bunch of people parked in the

09:17AM   20    parking lot.  So I had one gun on me, so I don't know what he

09:17AM   21    was going tell me after that.  So had a bunch of people that

09:17AM   22    was parked over there.  I mean that was -- that was with Miske

09:17AM   23    in the parking lot.  Miske, Josiah --

09:17AM   24    Q    Who is Josiah?

09:17AM   25    A    I don't know Josiah -- oh, Josiah Akau.  I would say

| | | |
|---|---|---|
| 09:17AM | 1 | Johnnie and them, Johnnie and Kaulana. |
| 09:17AM | 2 | Q    That's John Stancil and Kaulana Freitas? |
| 09:17AM | 3 | A    John Stancil, Kaulana.  Russell Boy. |
| 09:18AM | 4 | Q    Who is Russell Boy? |
| 09:18AM | 5 | A    Moscoto.  Miske.  They was -- they was all over there.  So |
| 09:18AM | 6 | I seen them all over there all grouped up.  And I had one gun |
| 09:18AM | 7 | on me, so I never like go to the crowd.  So I parked on the -- |
| 09:18AM | 8 | on the -- across from the park where they was at, got one |
| 09:18AM | 9 | parking lot with one swimming pool and a gym and a boxing gym. |
| 09:18AM | 10 | So I just parked over there -- parked my truck over there, and |
| 09:18AM | 11 | I was just waiting for Miske to say what was going on. |
| 09:18AM | 12 | And, yeah, I guess the kid never like meet 'em at that |
| 09:18AM | 13 | time, and they -- they couldn't get 'em.  That's what I was |
| 09:18AM | 14 | told after the fact, that they -- he never like meet or they |
| 09:18AM | 15 | couldn't get him.  And Johnnie them couldn't get them to |
| 09:18AM | 16 | actually come and meet them. |
| 09:18AM | 17 | Q    Okay.  So you never saw him there, you never saw |
| 09:18AM | 18 | Mr. Fraser? |
| 09:18AM | 19 | A    I never seen him -- I never seen him over there, but he |
| 09:18AM | 20 | was supposed to meet -- he was supposed to meet them.  They was |
| 09:19AM | 21 | setting him up for meet him over there. |
| 09:19AM | 22 | Q    How long were you there? |
| 09:19AM | 23 | A    I was there like maybe -- maybe couple of hours.  I just |
| 09:19AM | 24 | sat and waited across from where he had that crowd set up at. |
| 09:19AM | 25 | Yeah, because I only remember that because I was like |

09:19AM   1   having -- I was eating dinner with my family, and when he

09:19AM   2   called me, I just remember like -- I never even tell them I had

09:19AM   3   to leave, but I just -- I just left, you know.  Like I just

09:19AM   4   left the dinner and I never called, never said why.  I just let

09:19AM   5   the dinner.

09:19AM   6   Q    What was so urgent to cause you to leave like that?

09:19AM   7   A    When he -- when he -- when he called me, he said, Hey,

09:19AM   8   meet me right now, you know, in Kalihi.  I never -- I never --

09:19AM   9   he never tell me what was for, he never tell me nothing.  It

09:19AM  10   was just an urgent -- that's -- we had that relationship to

09:19AM  11   like I could just read him and could tell something was --

09:19AM  12   something was up.

09:19AM  13   Q    Okay.  About how long did that incident take place?  Was

09:20AM  14   this before the car accident, after the car accident?

09:20AM  15   A    Before.

09:20AM  16   Q    Before.  Okay.

09:20AM  17   A    Before the car accident.

09:20AM  18   Q    All right.  So let me have you look now -- we'll go back

09:20AM  19   to Exhibit 2-101.  Do you see that in front of you?

09:20AM  20   A    Yes.

09:20AM  21   Q    Do you recognize that?

09:20AM  22   A    Yes.

09:20AM  23   Q    How do you recognize that?

09:20AM  24   A    That's the gate to where the two apartments was.  The

09:20AM  25   garage is over here on the right.  And so one of these swinging

09:20AM   1   gates right here, I think get one like this on this side that

09:20AM   2   you need a key for open 'em, but you could -- you can jump over

09:20AM   3   the wall and open 'em from the inside.

09:20AM   4   Q    Okay.  So those are like a pedestrian gate?

09:20AM   5   A    Yeah.

09:20AM   6   Q    Does this photo accurately show that entrance to those

09:20AM   7   condos or apartments in Hawaii Kai you described?

09:20AM   8   A    Yes.

09:20AM   9        MR. INCIONG:  Your Honor, I would move to admit 2-101.

09:21AM   10       THE COURT:  Mr. Kennedy, any objection?

09:21AM   11       MR. KENNEDY:  No objection.

09:21AM   12       THE COURT:  Without objection, 2-101 is admitted.  You

09:21AM   13   may publish.

09:21AM   14           (Exhibit 2-101 was received in evidence.)

09:21AM   15       MR. INCIONG:  Thank you, Your Honor.

09:21AM   16   BY MR. INCIONG:

09:21AM   17   Q    So this is just a different angle of that same gate I

09:21AM   18   believe we saw in the last photo; is that correct?

09:21AM   19   A    Yes.

09:21AM   20   Q    And the circle you have there, that's the pedestrian gate

09:21AM   21   that you were pointing out?

09:21AM   22   A    Yes.

09:21AM   23   Q    All right.  Do you know whether or not Mr. Fraser ever

09:21AM   24   moved into these condos?

09:21AM   25   A    Yes.

| 09:21AM | 1 | Q | How do you know that? |

09:21AM   1   Q   How do you know that?

09:21AM   2   A   I seen him there.  I mean, he was -- he was there.

09:21AM   3   Q   Okay.  Who was --

09:21AM   4   A   I don't even know if he knew that Mikey had the apartment

09:21AM   5   on the -- on the opposite side next to 'em, but it was right --

09:21AM   6   it was close together.

09:21AM   7        So I used to always go over there, and this is

09:21AM   8   around -- this is around the same time -- before Fraser was in

09:21AM   9   there, he had like -- he had like workers that he was -- that

09:21AM   10  he was letting stay there because they was building his Lumahai

09:22AM   11  house.  That's what he told me, but...

09:22AM   12  Q   Was Fraser there living -- was Fraser living there alone?

09:22AM   13  A   No, he was with -- he was with -- Delia was there, Ashley

09:22AM   14  was there.  Johnnie was staying on the -- on the apartment to

09:22AM   15  the left for a little while.

09:22AM   16  Q   So Delia is who?

09:22AM   17  A   Delia is Caleb's baby mama.

09:22AM   18  Q   Caleb's -- and his wife?

09:22AM   19  A   Yeah, his wife.  Yeah.

09:22AM   20  Q   Ashley is who?

09:22AM   21  A   Ashley is -- that was Fraser's girlfriend.

09:22AM   22  Q   Did you know Ashley's last name?

09:22AM   23  A   No.

09:22AM   24  Q   So what reason would you be there, would you be visiting?

09:22AM   25  A   I was -- I used to -- I seen Mikey on the daily since I --

09:22AM  1   since I came out of prison at that point.  I see him -- I see

09:22AM  2   him every day, so -- whether it's at the shop, I go there with

09:22AM  3   him, but -- so one specific time that I'm there, he talking to

09:23AM  4   me about -- about different options over there.  And we walk

09:23AM  5   into the other apartment and he tells me, he says, Hey, this

09:23AM  6   fucking kid -- he was like -- he was sitting -- like he had his

09:23AM  7   back towards me and they was like trimming something on him

09:23AM  8   like his hair or something like that.  And he told me --

09:23AM  9   Q     You mean giving him a haircut?  Is that what you mean?

09:23AM  10  A     Huh?

09:23AM  11  Q     Giving him a haircut, is that what you mean?

09:23AM  12  A     I don't know if they was giving him a haircut or not, but

09:23AM  13  what -- he told me like -- they was trimming something, like

09:23AM  14  they was shaving, you know, maybe the -- like he was giving him

09:23AM  15  a haircut kind of -- kind of similar but not all the way.

09:23AM  16         You know, but this is what he was telling me.  Like he

09:23AM  17  had a chair -- he was sitting in the bathroom, he had his back

09:23AM  18  faced -- Fraser's back was facing Miske, you know.  They was

09:23AM  19  doing something with his hair, and he said -- he said, I wen'

09:23AM  20  look like that.  And I was like -- I was like, fuck, I had

09:23AM  21  to -- I had to hold back.  I wanted to just grab this fucker

09:24AM  22  from the back, choke him, choke him out, and then take him

09:24AM  23  right out -- take him right out of the back door to the ocean.

09:24AM  24  You know, he said that went through his head.

09:24AM  25  Q     Mr. Miske told you that's what he was thinking?

09:24AM    1    A    Yeah, he said -- he said, I had to hold back -- I had to

09:24AM    2    hold back from doing that at that time.   And he was like -- he

09:24AM    3    was like, What they going say?   He supposed to be here, his

09:24AM    4    hair supposed to be here.   He was staying here, you know.

09:24AM    5    That's what -- that's what he told me.

09:24AM    6    Q    So meaning referring to any evidence being left behind?

09:24AM    7    A    Any evidence being left behind.   You know, it's not like

09:24AM    8    he wasn't here.   Yeah, he was here, he's supposed to be here.

09:24AM    9    He was staying here.

09:24AM   10    Q    Did Mr. Miske say why he did hold back instead of actually

09:24AM   11    going ahead and doing that?

09:24AM   12    A    No, he never say.   He never -- he just told me took a lot

09:24AM   13    for him not to do that at that point, you know.   Like he's --

09:24AM   14    he's a calculating person, you know.   So I'm sure a lot of

09:25AM   15    things went through his mind that day.

09:25AM   16    Q    So how do -- how would you describe Ashley Wong and

09:25AM   17    Jonathan Fraser's relationship?

09:25AM   18    A    I don't know the relationship personally, but from -- from

09:25AM   19    what he used to describe to me, when he was making plans --

09:25AM   20    when we was making plans together --

09:25AM   21    Q    And "he" is Mr. Miske?

09:25AM   22    A    "He" is Mr. Miske.   He used to tell me, These fuckers is

09:25AM   23    connected at the hip.   If she go put gas -- if he go put gas,

09:25AM   24    she go put gas.   If he walk into the store for grab one fucking

09:25AM   25    lollypop, she going inside to get the same lollypop, you know,

09:25AM  1  like that.  If they go shower, they go shower together.  He

09:25AM  2  said, This fucking two is connected at the hip.  They do

09:25AM  3  everything together.

09:25AM  4  Q    Why did that matter to Miske?

09:25AM  5  A    He wanted -- he wanted to get her out the way.  Like he

09:25AM  6  wanted -- all his plans was -- was set up, but he wanted to get

09:25AM  7  Ashley out the way.

09:25AM  8  Q    So he could do what?

09:26AM  9  A    So he could kill Fraser.

09:26AM  10  Q    Do you know how it came to be that Mr. Fraser was actually

09:26AM  11  living in that condo?

09:26AM  12  A    I think they was having problems or something, I don't

09:26AM  13  know.  But he seen -- he seen the opportunity and -- and he

09:26AM  14  took 'em.  Like I said, at that point he already bought him a

09:26AM  15  car.  He already -- he already was telling him, Hey, this is

09:26AM  16  what -- this is what my son would have wanted.  You know, so he

09:26AM  17  was -- if they -- if they would say, No more place for stay, he

09:26AM  18  was already -- he was already uncle already to him.

09:26AM  19  Q    And "he" is Mr. Miske?

09:26AM  20  A    "He" is Mr. Miske.  Miske was already uncle to him.  He

09:26AM  21  said, He was calling me uncle.

09:26AM  22      You know, Miske used to -- Miske used to call me -- in

09:26AM  23  this same time period, Miske used to call me like FaceTime me

09:26AM  24  like that, talk to me like that, and then just flash in the

09:26AM  25  back of his -- of his Rover Fraser sitting in the back seat,

09:27AM   1   you know, like that.  Just, boom, like that, and then turn 'em

09:27AM   2   away like that, you know, for show me like -- and then later on

09:27AM   3   he used to, when I used to meet up with him in person, he was

09:27AM   4   like -- he was like, Look, fucking, I doing my part.  You know

09:27AM   5   what I mean?  Do yours.  That's what he used to tell me.  Like

09:27AM   6   he get him -- get him close already.  He got the -- he got the

09:27AM   7   hooks in him already, you know.

09:27AM   8   Q    You mentioned a car that he bought Mr. Fraser.

09:27AM   9   A    Yes.

09:27AM   10  Q    Can I show you Exhibit 2-48 at this time, please.

09:27AM   11       Do you recognize what's shown in that photo,

09:27AM   12  Mr. Miller?

09:27AM   13  A    Yes.

09:27AM   14  Q    How do you recognize that?

09:27AM   15  A    I seen this car few times, it was parked outside of the --

09:27AM   16  outside of the apartments when he was staying there.  And then

09:28AM   17  when me and Miske used to drive down that dead-end loop right

09:28AM   18  there, he was sitting down right there, and he told me that's

09:28AM   19  the kind car they like, these little racing cars.

09:28AM   20       MR. INCIONG:  Your Honor, I believe this has already

09:28AM   21  been admitted into evidence, and I would move to publish it at

09:28AM   22  this time.

09:28AM   23       THE COURT:  Yes, it has been and you may.

09:28AM   24       MR. INCIONG:  Thank you, Your Honor.

09:28AM   25  BY MR. INCIONG:

09:28AM    1    Q    So this is the car that you recognized that Mr. Miske

09:28AM    2    bought Jonathan Fraser?

09:28AM    3    A    Yes.

09:28AM    4    Q    And you saw that car parked on the -- on the street

09:28AM    5    outside these condos that we've been talking about?

09:28AM    6    A    Yes.

09:28AM    7    Q    Now, you mentioned that Mr. Miske had talked to you about

09:28AM    8    how Jonathan Fraser and Ashley Wong were connected at the hip,

09:28AM    9    I think was the term you used.

09:28AM    10   A    Yeah, that's the term I used to use.

09:28AM    11   Q    Did he tell you about any plans to -- to separate them?

09:28AM    12   A    Yeah.

09:28AM    13   Q    Tell us about those.

09:28AM    14   A    Well, he told me -- he told me he had Delz.  That's --

09:29AM    15   Delz is Caleb's wife, baby mama.  He told me -- one of the

09:29AM    16   plans that me and him had talked about was -- was -- we was

09:29AM    17   parked outside one day at the dead-end loop right there looking

09:29AM    18   at the -- looking at the car.  We just parked right there

09:29AM    19   idling, air conditioner on, and turn on the radio, and we were

09:29AM    20   talking about -- he was like, Hey, if -- if Delz can take the

09:29AM    21   girl away, we can sit right here, and -- and as soon as he come

09:29AM    22   out, jump in his car, follow him, tell him, Hey, let's go, we

09:29AM    23   go fishing right now, you know.  So after we go fishing, boom,

09:29AM    24   take him to the boat -- to the harbor right there.  I'll be

09:29AM    25   waiting in the cabin of the boat.

09:29AM  1              He had -- he had stuff that could turn the -- the

09:29AM  2    tracking devices off in the boat, we could just go.  He would

09:30AM  3    always tell me triple Merc, you could just fuckin' -- we could

09:30AM  4    just book 'em out there.  This thing is quick, you know.

09:30AM  5    And --

09:30AM  6    Q    Let me -- let me follow up on a few questions.  So Triple

09:30AM  7    Merc, what are you referring to?

09:30AM  8    A    The Mercury -- the Mercury motors on the -- on the boat.

09:30AM  9    That's what he used to call 'em, triple Mercs.

09:30AM  10   Q    Is this the Painkiller you're referring to?

09:30AM  11   A    The Painkiller, yeah.  The Boston whaler.

09:30AM  12   Q    Okay.  So that was the boat he was referring to?

09:30AM  13   A    Yes.

09:30AM  14   Q    So what about this turning off the tracking, what did you

09:30AM  15   mean by that?

09:30AM  16   A    He had -- he had one guy that -- again, this is what he

09:30AM  17   told me, he had one guy that used to fix his skis, his jet

09:30AM  18   skis, that knew how to turn off the GPS devices and stuff that

09:30AM  19   was in his boat.

09:30AM  20   Q    And why was that important?

09:30AM  21   A    Because if -- if something happened, they wouldn't be able

09:30AM  22   to track 'em.  You know, if that plan went, if the plan that

09:31AM  23   was set that day went through, they wouldn't be able to track

09:31AM  24   the -- the boat, how far the thing went, where the thing went.

09:31AM  25   Q    Okay.  I see.

09:31AM    1    A    Yeah, that's what --

09:31AM    2    Q    All right.  So go on, you were talking about how the

09:31AM    3    discussion about separating Ashley Wong with using Delia's

09:31AM    4    help.

09:31AM    5    A    Yeah.

09:31AM    6    Q    So how was that going to happen?

09:31AM    7    A    Oh, he was going schedule one -- like one nail day or one

09:31AM    8    spa day where Delz could just take the girl away.  You know, he

09:31AM    9    said that's the only way that -- that's the only way you can

09:31AM   10    separate 'em.  Otherwise, like if you no do 'em like that, he

09:31AM   11    would be waiting outside the spa or the nail place for 'em.

09:31AM   12    Q    Okay.  So that was -- so this was a separate plan or

09:31AM   13    option to --

09:31AM   14    A    Yeah, that was -- that was one different option.

09:32AM   15    Q    Did you ever have any discussions about any of these

09:32AM   16    options or others with Jason Yokoyama?

09:32AM   17    A    So Jason Yokoyama, I cannot say I discussed one plan with

09:32AM   18    him, you know.

09:32AM   19    Q    Okay.

09:32AM   20    A    But -- but a bit before we -- a week before Fraser got --

09:32AM   21    got murdered, we met at one -- we met at one Filipino

09:32AM   22    restaurant.  Me and Miske was there first, Filipino restaurant

09:32AM   23    in Kalihi on -- on King Street.

09:32AM   24    Q    Why were you meeting there with Mr. Miske?

09:32AM   25    A    We was there -- we was there every day.  I mean, we was

09:32AM   1   together every day, so I'm always meeting him talking about

09:32AM   2   something.

09:32AM   3   Q    Okay.  But on this particular day, why?  Do you recall

09:32AM   4   why?

09:32AM   5   A    So at that point we're discussing like the -- like his

09:32AM   6   plans is already -- is already rolling.  You know, he's got

09:33AM   7   multiple plans, and he's just waiting to tell me when -- in his

09:33AM   8   terms when all the -- all the stars line up, you know.

09:33AM   9   Everything is ready to go.  You know, different cars parked.

09:33AM   10  Q    That was the term he used?

09:33AM   11  A    That's the term he used.  Every -- like the plan was set,

09:33AM   12  just waiting for all of the stars to line up.

09:33AM   13  Q    Okay.

09:33AM   14  A    So we're at this -- we're at this Filipino restaurant, and

09:33AM   15  we're talking about certain stuff.

09:33AM   16        Jason pulls -- I never know he was coming.  But Jason

09:33AM   17  pulls up, and he comes into the restaurant with us.  Miske

09:33AM   18  walks off for a few minutes, and Jason is talking about -- he's

09:33AM   19  talking to me like, Hey, why don't you talk to this guy.

09:33AM   20  What's up, whatever?  If somebody can talk to him, you can talk

09:33AM   21  to him.  And if he -- if he like somebody go with him, he like

09:33AM   22  he volunteer himself to -- to help him out.  That's the only

09:33AM   23  conversation I had with him.

09:34AM   24  Q    That's what Jason was saying to you?

09:34AM   25  A    Yeah, that's what Jason was saying to me.

09:34AM   1   Q    Mr. Miske was not present at that time?

09:34AM   2   A    He walked out for like -- he jumped on the phone real

09:34AM   3   quick and then came back in.  Because Jason knows he's not

09:34AM   4   going to talk like that in front of Miske, you know.

09:34AM   5   Q    Did you bring anything to that meeting in particular that

09:34AM   6   had anything to do with these plans, or did Mr. Yokoyama that

09:34AM   7   you recall?

09:34AM   8   A    Yokoyama brought -- Yokoyama brought -- to that meeting,

09:34AM   9   he brought one -- he brought one silver like bag that you

09:34AM   10  keep -- that you could put fish inside.  He brought a silver

09:34AM   11  fish bag, look like a surfboard bag, like you could stick one

09:34AM   12  surfboard inside.  But this was for put fish, like if you

09:34AM   13  caught -- if you caught ahi or something way out in the ocean,

09:34AM   14  you could put 'em in this bag and nothing would leak out of the

09:34AM   15  bag.

09:34AM   16  Q    How big was this bag approximately?

09:34AM   17  A    I mean, like I say, you could probably fit one surfboard

09:34AM   18  inside there.

09:35AM   19  Q    Okay.  Did you see Mr. Yokoyama give that fish bag to

09:35AM   20  Mr. Miske?

09:35AM   21  A    Yes.

09:35AM   22  Q    And what did Mr. Miske do with it?

09:35AM   23  A    Okay, so he never -- like Miske never pull out his hands

09:35AM   24  and put 'em inside, but Yokoyama was in one -- he was in a

09:35AM   25  burner car, and he wasn't in his regular car.  So he came

09:35AM 1    out -- came out the car -- the bag was folded up.  He came out

09:35AM 2    the car.  Miske wen' pop his trunk, he wen' throw the bag

09:35AM 3    inside and close 'em.  Yeah.

09:35AM 4    Q    Now, you mentioned before you were gathering these various

09:35AM 5    items that Mr. Miske requested, wire, weights --

09:35AM 6    A    Yes.

09:35AM 7    Q    -- guns.  Were there vehicles that you obtained for him

09:35AM 8    for that purpose?

09:35AM 9    A    Yes.

09:35AM 10   Q    Do you recall any specific vehicles you had obtained just

09:35AM 11   prior to this meeting with Mr. Yokoyama?

09:35AM 12   A    Well, so -- so Yokoyama, Jason, before -- before that

09:35AM 13   happened -- this now we're going back before that meeting,

09:35AM 14   maybe a week or something before that meeting.  Before that

09:36AM 15   meeting at the Filipino restaurant, he gets in contact with me

09:36AM 16   and he's bringing two -- he's bringing two burner cars down

09:36AM 17   there.  One of them was like one SUV.  All the burners was like

09:36AM 18   family looking cars.  You know.

09:36AM 19   Q    Okay.  And he's bringing them where?

09:36AM 20   A    To Waipahu, in the area right there by -- by McDonald's

09:36AM 21   get street -- get like streets over there to where get

09:36AM 22   apartments, and if you no more one parking stall, you gotta

09:36AM 23   park on the street.

09:36AM 24   Q    Why there?

09:36AM 25   A    Huh?

| | | |
|---|---|---|
| 09:36AM | 1 | Q    Why there? |
| 09:36AM | 2 | A    I told you that's where we parked cars like that.  We park |
| 09:36AM | 3 | 'em all in -- in places that you gotta -- you gotta move 'em |
| 09:36AM | 4 | around. |
| 09:36AM | 5 | Q    Okay.  So -- what one was an SUV.  What was the other one |
| 09:36AM | 6 | for? |
| 09:36AM | 7 | A    One was a white van. |
| 09:36AM | 8 | Q    So he brought -- how did he bring two of you at one time? |
| 09:36AM | 9 | A    I don't know how he brought 'em, but by the time he called |
| 09:36AM | 10 | me for give me the keys, one was parked over here and he was |
| 09:37AM | 11 | jumping out the -- the van.  So whoever brought him -- whoever |
| 09:37AM | 12 | brought him over there, but you're going to have to ask Jason |
| 09:37AM | 13 | that question, not me. |
| 09:37AM | 14 | Q    So did you take the keys at that time? |
| 09:37AM | 15 | A    Yeah, I took both of the keys, yeah. |
| 09:37AM | 16 | Q    Okay.  Did you ever meet again with Mr. Yokoyama to give |
| 09:37AM | 17 | the keys back to either of those vehicles? |
| 09:37AM | 18 | A    Yes.  Yes. |
| 09:37AM | 19 | Q    When was that? |
| 09:37AM | 20 | A    So after -- after that -- after that meeting at the |
| 09:37AM | 21 | Filipino restaurant in Kalihi, Mikey sent word to me, Hey, |
| 09:37AM | 22 | Yokoyama is coming for the -- specifically is coming for the |
| 09:37AM | 23 | van, the white van.  So I said, Okay. |
| 09:37AM | 24 | And Jason comes down, hey, he going be there in -- |
| 09:37AM | 25 | he's going to be there at 4:00.  All right.  At 4:00, I walk |

09:37AM   1   out my girlfriend's house, I walk down the street, and then

09:37AM   2   Jason is walking down the street, and I seen one Escalade was

09:38AM   3   dropping him off.  So he's walking down the street, he come and

09:38AM   4   talk to me.  I gave him -- I said, Hey, you coming from the

09:38AM   5   van?  He said, Yeah, yeah, I gotta give this -- Miske is asking

09:38AM   6   me for the van.

09:38AM   7           So I gave him the keys for the van, and I gotta walk

09:38AM   8   down the road for show him where this van is parked.  You know,

09:38AM   9   because those cars, you always had to move 'em around.  So if I

09:38AM  10   was holding stuff inside of something and if I ever need 'em, I

09:38AM  11   used to just start 'em up and move 'em, so the -- so the

09:38AM  12   battery no die.

09:38AM  13   Q    But did you show him where the van was parked?

09:38AM  14   A    Yes.

09:38AM  15   Q    Did you see him leave in that van?

09:38AM  16   A    Yes.

09:38AM  17   Q    Did you ever see that van again?

09:38AM  18   A    No.

09:38AM  19   Q    Now, going back to -- I mentioned just a few minutes ago

09:38AM  20   these items that you were obtaining for Mr. Miske.  Couple of

09:38AM  21   them were weights and wires.  Do you remember that?

09:38AM  22   A    Mm-hmm.

09:38AM  23   Q    What was your understanding of why the weights and wires

09:39AM  24   were needed?

09:39AM  25   A    He never tell me -- I knew -- I knew what the thing was

09:39AM   1    for.

09:39AM   2    Q    So what was your understanding?

09:39AM   3    A    Like -- like he --

09:39AM   4         MR. KENNEDY:  Objection, Your Honor.  Speculation.

09:39AM   5         THE COURT:  Overruled.  Go ahead.

09:39AM   6         THE WITNESS:  Huh?

09:39AM   7         THE COURT:  Go ahead.

09:39AM   8         THE WITNESS:  Oh, okay.

09:39AM   9         Yeah, I know -- I know what the thing was for.  Like

09:39AM  10    if -- when the -- when the kid was going die, wrap 'em up, put

09:39AM  11    the weights, and send 'em in the ocean.

09:39AM  12    BY MR. INCIONG:

09:39AM  13    Q    What would that do?

09:39AM  14    A    What -- what would do?

09:39AM  15    Q    What would using the weights and wire, what would that do?

09:39AM  16    A    Oh, that would sink him down to the bottom.  That would

09:39AM  17    send him down to the bottom.

09:39AM  18    Q    So you agreed with Mr. Miske to help him prepare and plan

09:39AM  19    for Mr. Fraser's murder?

09:39AM  20    A    Yes.

09:39AM  21    Q    Other than obtaining these various items that you've

09:39AM  22    described over the last day and earlier today, did you

09:40AM  23    participate in the murder of Jonathan Fraser?

09:40AM  24    A    No.

09:40AM  25    Q    How did you find out Mr. Fraser had been killed?

09:40AM   1   A    So, I never know he -- he was gone until the day after.  I

09:40AM   2   don't know social media, I don't really watch the -- I no more

09:40AM   3   know Facebook or nothing, so I never really hip to that.  I

09:40AM   4   rarely watch the news.

09:40AM   5         So the day after I was at -- I was at my girlfriend's

09:40AM   6   house again watching my son, and he came over there, Miske came

09:40AM   7   to my -- my girlfriend's house over in Waipio.

09:40AM   8   Q    Did he tell you he was coming before he arrived?

09:40AM   9   A    No.  No, he just came.

09:40AM   10  Q    So it was a surprise for you to see him there?

09:40AM   11  A    Yes.

09:40AM   12  Q    How would you describe Mr. Miske's demeanor at that time?

09:40AM   13  A    So let -- let me go back.  I wasn't surprised to see him

09:41AM   14  because I would just pop up on him.  And strangely, for my

09:41AM   15  whole life, he always popped up on me, you know.  Like he

09:41AM   16  always -- in a -- in one good way like -- I don't know.  He

09:41AM   17  always just popped up on me, you know.  So I wasn't -- I wasn't

09:41AM   18  surprised to see him when he came to the house.  I was --

09:41AM   19  Q    So you weren't surprised --

09:41AM   20  A    Huh?

09:41AM   21  Q    You weren't surprised --

09:41AM   22  A    No.

09:41AM   23  Q    -- but you didn't know he was coming.

09:41AM   24  A    I never know he was coming, no.

09:41AM   25  Q    Okay.  So tell us about when he arrives at your house.

09:41AM   1   A      So come to my house.  I said, Hey, come inside.  Open the

09:41AM   2   door, screen door, come inside.

09:41AM   3          Then he tell me, What's up?  Talk to my son a little

09:41AM   4   bit.  And then he tell me, Hey, you never heard what happened?

09:41AM   5   And I was like -- I was like, What?  And then he told me he

09:41AM   6   said, Done.  Done deal already.  I got him.  And at that point

09:41AM   7   I knew he -- I knew what he was talking about.

09:42AM   8   Q      What was he talking about?

09:42AM   9   A      Fraser.  Fraser was gone.  He did him already.

09:42AM   10          You know, so at that point he started -- he started --

09:42AM   11   he threw 'em right in my face, you know, because --

09:42AM   12   Q      What do you mean?

09:42AM   13   A      Like he threw 'em in my face, like, Hey, I did him.  I did

09:42AM   14   him my way, and I did him without you, you know.  When I needed

09:42AM   15   you, you wasn't there for me.  So he started -- he started /the

09:42AM   16   mental game he started putting on me, you know, at that -- at

09:42AM   17   that meeting.

09:42AM   18   Q      Did he share any details with you at that time about

09:42AM   19   what -- how it had happened?

09:42AM   20   A      Yeah.  So going back to leading up in the few weeks before

09:42AM   21   he -- before he go, right?  I never thought he was going do

09:42AM   22   him.  I mean, I really never thought he was going do him.  So

09:43AM   23   when he -- because he always said that kind of stuff, so I

09:43AM   24   never thought he really was going do him.

09:43AM   25          And when he told me that the thing was done, I -- I

09:43AM  1    was surprised that he did him.  I was like, Damn, he really --
09:43AM  2    he was serious when he was talking to me about 'em.
09:43AM  3           And so going back, he tells me, I did him -- I did him
09:43AM  4    my way.  I did him without you.  You know, he said when I
09:43AM  5    needed you, you wasn't -- you wasn't there for me.  And
09:43AM  6    everything I did for you, you wasn't -- you wasn't there for
09:43AM  7    me.  You know, so...
09:43AM  8    Q    Did Mr. Miske mention his son at all during this
09:43AM  9    conversation?
09:43AM  10   A    Yeah.
09:43AM  11   Q    How so?
09:43AM  12   A    He told me, Hey, you -- you would be proud of me.  You
09:43AM  13   know, you would be proud of me.  Everything was -- everything
09:43AM  14   went -- all the stars wen' line up.  Everything wen' perfect.
09:43AM  15   Everything wen' good.  Left my house, switch -- switch multiple
09:44AM  16   cars, underground over here, parking over here, you know.  Down
09:44AM  17   to the T, exactly how we wen' plan 'em, but I did 'em without
09:44AM  18   you.  That's what he -- that's how he is.
09:44AM  19   Q    Did Mr. Miske express any satisfaction at that point?
09:44AM  20   A    Well, he was -- he said, Never help.  You know, he said --
09:44AM  21   he said the pain is still there of his son dying, you know.
09:44AM  22   But he told me after -- after it was done, he said, I went out
09:44AM  23   there and go see my son.  I went out there, jump in the water,
09:44AM  24   go see him, and let him know that -- that the promise that I
09:44AM  25   made to him was done.  Yeah, that's what he -- that's what he

09:44AM   1   told me about -- about that.

09:44AM   2   Q    So how would you describe like the mood at the time

09:45AM   3   between you two?

09:45AM   4   A    It was quiet for a little bit because I was -- I was

09:45AM   5   thinking a lot.  You know, I was -- I couldn't believe that he

09:45AM   6   did it, you know.  I still never believe.  I was like, Damn, he

09:45AM   7   really -- he really did it.

09:45AM   8        But I knew he was serious when he got into telling me

09:45AM   9   that how his son was -- how he went to go see his son and let

09:45AM   10  him know that the promise that he made, he did.  It's done.

09:45AM   11  Q    Was Mr. Miske emotional while he was telling you this?

09:45AM   12  A    Well, of course he was emotional.  But -- but more he was

09:45AM   13  there for -- he was there for shove it in my face, you know.

09:45AM   14  He was there for -- and I knew at that point, what wen' through

09:45AM   15  my head, I was like, man, this guy going -- I was thinking

09:45AM   16  right there like for the rest of my life, this guy going to

09:45AM   17  try, you know, mentally attack me, now like fuck, I wasn't I

09:46AM   18  wasn't there for him, you know.  I never thought he was going

09:46AM   19  do 'em.  I was doubting him, and he did 'em.

09:46AM   20  Q    Was that the last time you and Mr. Miske ever discussed

09:46AM   21  this?

09:46AM   22  A    No.  No.  We discussed 'em multiple times after that, not

09:46AM   23  in -- not in full length and not as -- not as emotional as that

09:46AM   24  first time, but he told me multiple times, different places.

09:46AM   25  Q    Did he tell you other additional details that you didn't

09:46AM   1   know about the first time you spoke about who was involved

09:46AM   2   or --

09:46AM   3   A    Yeah, yeah, yeah.  He told me -- well, even at that first

09:46AM   4   meeting he told me -- he told me, he said -- he said, Yeah

09:46AM   5   because of you, I had to use dummies like fucking -- like

09:46AM   6   Hammah, you know.

09:46AM   7           And Hammah is Lance Bermudez.  That was his nickname.

09:46AM   8           And even more, I was still in shock.  I was like -- I

09:46AM   9   was like, Why the fuck you use -- why the fuck you use -- use

09:47AM  10   him?  And he was like, No, but he was there, he came through.

09:47AM  11   You wasn't there.  That's all that matters, you wasn't there.

09:47AM  12   Q    So you had these additional discussions later on as time

09:47AM  13   went on.  Did the story stay consistent or did it change at all

09:47AM  14   as to how it had happened?

09:47AM  15   A    Yeah, I mean -- the thing would change like -- but in a

09:47AM  16   way that he was telling me.  Like, Okay, Hammah -- Hammah

09:47AM  17   wasn't -- when I would tell him, What the fuck you use guys

09:47AM  18   like Hammah for?  You know.  And he would shoot me back like, I

09:47AM  19   don't give a fuck.

09:47AM  20           But Hammah would be in jail, and then he would be

09:47AM  21   like, Fuck, you should bail him out and fucking kill him.  You

09:47AM  22   know, he wouldn't say kill, but like you should fucking merc

09:47AM  23   this fucker.  Like that, you know.  But then times again after

09:47AM  24   that, like I said, he would say, I don't give a fuck -- I don't

09:48AM  25   give a fuck what people think.  I would never use fucking

09:48AM   1   idiots like that.

09:48AM   2        So he would throw me -- he would throw me mixed

09:48AM   3   signals.  That's how he is.  He throws something to you, and

09:48AM   4   you the only person that he told, so if it comes back to him,

09:48AM   5   he know that you the one that told -- talking about 'em.

09:48AM   6   Q    Have you experienced that before where there were

09:48AM   7   different -- he would tell you different versions of the same

09:48AM   8   event?

09:48AM   9   A    Yes.  Yes.

09:48AM   10  Q    And the purpose was then he could tell who was talking

09:48AM   11  if you --

09:48AM   12  A    Yeah.  Yeah, that's -- like he tell you -- he will tell

09:48AM   13  you -- he would tell you one version and only you, and if the

09:48AM   14  thing came back to him, he knew that -- that you said something

09:48AM   15  about that.

09:48AM   16  Q    Did he ever tell you where Jonathan Fraser was or where he

09:48AM   17  had left him?

09:48AM   18  A    No.  He told me he just out there.

09:48AM   19  Q    Did you ever see Jonathan Fraser again?

09:48AM   20  A    No.

09:48AM   21  Q    Did you notice any changes in Mr. Miske after he had told

09:49AM   22  you this?

09:49AM   23  A    Yeah.

09:49AM   24  Q    What changes did you see?

09:49AM   25  A    He felt -- he felt emboldened.  You know, I think he -- he

| | | |
|---|---|---|
| 09:49AM | 1 | finally got to where he always wanted to be.  You know, he |
| 09:49AM | 2 | was -- not only now he was successful, now he was -- now he was |
| 09:49AM | 3 | feared, you know.  Nobody -- everybody that looked down on him |
| 09:49AM | 4 | earlier in his life could no longer do that, you know. |
| 09:49AM | 5 | Q    Did he act on that in any way that you knew? |
| 09:49AM | 6 | A    Rephrase that -- that question. |
| 09:49AM | 7 | Q    Based on what you just described, did he take any action? |
| 09:49AM | 8 | A    Take any action -- what kind of action? |
| 09:49AM | 9 | Q    You said these past wrongs that you referenced that were |
| 09:49AM | 10 | past wrongs -- |
| 09:49AM | 11 | A    Yeah, yeah, yeah. |
| 09:49AM | 12 | Q    -- did he try to right those wrongs in any way? |
| 09:49AM | 13 | A    Yeah.  Like after he -- after that was done, after he was |
| 09:50AM | 14 | like -- you know, you could tell everybody look at him |
| 09:50AM | 15 | different now, you know, like -- like -- I don't know.  You |
| 09:50AM | 16 | look at somebody and know that they wen' kill somebody, but |
| 09:50AM | 17 | they are able to walk around and they are successful, make them |
| 09:50AM | 18 | feel like they -- you know, make them feel like he unstoppable. |
| 09:50AM | 19 | Q    Okay.  What about your relationship with him, did that |
| 09:50AM | 20 | change after that? |
| 09:50AM | 21 | A    Yeah, our relationship.  Yeah. |
| 09:50AM | 22 | Q    How did that change? |
| 09:50AM | 23 | A    Our relationship got bad after that.  Real bad.  It was |
| 09:50AM | 24 | the worst.  Worst it's ever been.  You know. |
| 09:50AM | 25 | Q    And why was that? |

09:50AM  1    A    Okay.  So if we go back leading up to Fraser's murder,

09:50AM  2    right, I'm already -- I'm already on oxy.  I'm taking

09:50AM  3    maximum -- I'm already past 20 at a time -- multiple times a

09:51AM  4    day.  So he's noticing this now.  You know, he looking at me,

09:51AM  5    my pupils is small, you know.  I'm always -- I'm always -- my

09:51AM  6    voice is cracking.  And I not as -- I not as reliable as I used

09:51AM  7    to be when I talk to him.  So our relationship started

09:51AM  8    deteriorating fast, you know, because he look at me like --

09:51AM  9    like I was one druggie, you know, like I was fucked up on these

09:51AM  10   oxys and --

09:51AM  11   Q    Were you?

09:51AM  12   A    Yeah.

09:51AM  13   Q    Did you ever tell your -- any of your treating doctors how

09:51AM  14   much you were actually taking at a time of these oxycodone?

09:51AM  15   A    No.  No.  The doctors, they don't -- I don't know why they

09:51AM  16   no care, but you just -- you go over there sometimes and you

09:51AM  17   don't even gotta see them, they just -- the prescription is

09:51AM  18   waiting for you at the receptionist desk, you just go over

09:52AM  19   there and grab the prescription and walk out.  You know.  You

09:52AM  20   don't even need -- and if you go over there, the doctor just

09:52AM  21   grab his little rubber hammer, pound your -- how this feel?

09:52AM  22   Oh.  You know.  Okay, you get a prescription.  You don't need

09:52AM  23   anything else, I give you this.  And you're gone.

09:52AM  24   Q    All right.  So despite the fact that your relationship was

09:52AM  25   kind of going downhill, it sounded like.  Is that -- would that

| | | |
|---|---|---|
| 09:52AM | 1 | be accurate? |
| 09:52AM | 2 | A    Yes. |
| 09:52AM | 3 | Q    Did Mr. Miske continue to ask you to do any things for |
| 09:52AM | 4 | him? |
| 09:52AM | 5 | A    Yes. |
| 09:52AM | 6 | Q    What sorts of things? |
| 09:52AM | 7 | A    Yeah, so after the -- after Fraser's -- after the Fraser |
| 09:52AM | 8 | murder, he went -- he was -- he was kicking back a little |
| 09:52AM | 9 | while.  He did a lot of rubbing in my face, but he was like, |
| 09:52AM | 10 | Hey, you know, get -- get something done already.  Get |
| 09:52AM | 11 | something done already. |
| 09:53AM | 12 |         You know, this -- this guy was -- he started |
| 09:53AM | 13 | complaining about this guy that was -- he was in the union over |
| 09:53AM | 14 | there at the -- at the ILWU union.  His name was Elgin.  I |
| 09:53AM | 15 | don't know his full name at that time.  We used to just call |
| 09:53AM | 16 | him A -- A1. |
| 09:53AM | 17 | Q    Miske called him A1? |
| 09:53AM | 18 | A    Yeah. |
| 09:53AM | 19 | Q    And he told you he -- he was affiliated with the union |
| 09:53AM | 20 | somehow? |
| 09:53AM | 21 | A    Yes. |
| 09:53AM | 22 | Q    So what else did Mr. Miske tell you, if anything? |
| 09:53AM | 23 | A    He told me that -- that the connection that he used to |
| 09:53AM | 24 | have, this guy Elgin was blocking him, you know, like he was |
| 09:53AM | 25 | taking his -- the guy he had over there that could just -- that |

| | | |
|---|---|---|
| 09:53AM | 1 | could just get him jobs like that before was blocking him, like |
| 09:53AM | 2 | he was in the union hall pounding the tables. So... |
| 09:53AM | 3 | Q    The person you knew as A1 -- |
| 09:53AM | 4 | A    Yeah. |
| 09:53AM | 5 | Q    -- had replaced someone that Mr. Miske knew? |
| 09:54AM | 6 | A    I don't know if it was replaced, but he was blocking him. |
| 09:54AM | 7 | You know, he just told me that he was blocking him from being |
| 09:54AM | 8 | able to do what he -- what he could do before that. |
| 09:54AM | 9 | Q    And what was that? |
| 09:54AM | 10 | A    Huh? |
| 09:54AM | 11 | Q    Do what? |
| 09:54AM | 12 | A    Get people -- get people in like nothing, you know. Be |
| 09:54AM | 13 | able to through his connection get people jobs, get people |
| 09:54AM | 14 | working over there on the docks. |
| 09:54AM | 15 | Q    So this is the stevedores union? |
| 09:54AM | 16 | A    Yes. Yeah, ILWU, I think so. |
| 09:54AM | 17 | Q    Did you know whether Mr. Miske had gotten those sorts of |
| 09:54AM | 18 | jobs for any of his friends or relatives? |
| 09:54AM | 19 | A    Yeah. |
| 09:54AM | 20 | Q    Who? |
| 09:54AM | 21 | A    I mean, I'm not -- I'm not there, but I know -- I know |
| 09:54AM | 22 | Johnnie was working there. |
| 09:54AM | 23 | Q    John Stancil? |
| 09:54AM | 24 | A    John Stancil was working there, his brother. His son -- |
| 09:54AM | 25 | his son was working there. |

09:54AM  1    Q    Caleb Miske?

09:54AM  2    A    Caleb was working there.

09:54AM  3    Q    All right.  So what did Mr. Miske tell you he wanted to

09:54AM  4    have happen since he had this person blocking him now?

09:55AM  5    A    So at first with this guy Elgin, he was like -- he was

09:55AM  6    like, Hey, just -- just keep one -- keep one eye on him.  You

09:55AM  7    know, he's pulling out one egg.  One egg was like a GPS

09:55AM  8    tracking device that he -- that he showed me how to use.  The

09:55AM  9    first one I had he gave to me, and we had some other stuff

09:55AM  10   going on with that, but he told me, Hey, have a -- go call your

09:55AM  11   cousin, have her order the egg, and charge 'em up and put 'em

09:55AM  12   under his car.  So I don't know where he live at that time.  I

09:55AM  13   didn't know nothing about that, but --

09:55AM  14   Q    Before you explain that, so this egg is what exactly?

09:55AM  15   A    The egg, I just told you was -- look like one egg, look

09:55AM  16   like one big egg about this big (indicating).  Like one

09:55AM  17   little -- it's about this big for fit in your hand, and inside

09:56AM  18   get one GPS tracking device that lasts for months that fit

09:56AM  19   inside.  It's waterproof, you can go through the car wash.

09:56AM  20   Later on when I was following him, he drove 'em right through

09:56AM  21   the car wash, and the thing was under the frame, I thought was

09:56AM  22   going to come off, never even come off.

09:56AM  23   Q    So what does this GPS tracking device allow you to do if

09:56AM  24   it's affixed to the car?

09:56AM  25   A    You can follow -- you can follow a guy around without

09:56AM   1   actually following him around.

09:56AM   2   Q    How do you -- how do you monitor the tracking device?  How

09:56AM   3   is that done?

09:56AM   4   A    You log in online.  You log into some website online, you

09:56AM   5   put in a password, and the thing just pop up like that, it

09:56AM   6   blink like that.  And then wherever he move, the thing just

09:56AM   7   keep blinking.

09:56AM   8   Q    So you could track the location on your -- on a phone?

09:56AM   9   A    Yes.

09:56AM  10   Q    So how did you learn about this tracking device or how to

09:56AM  11   use it?

09:56AM  12   A    From Miske.  He gave the first -- he gave me the first one

09:57AM  13   that I used, and then -- and then the ones that I was looking

09:57AM  14   at, the thing kept dying, like the battery kept dying.  So I

09:57AM  15   was like, What the fuck you using?  The ones that I get the

09:57AM  16   battery keep dying, and the thing is dying like once a week.

09:57AM  17   And he said, You gotta get this, get the Monster.

09:57AM  18   Q    The monster?

09:57AM  19   A    Yeah, that's the brand that he had, the Monster.  The

09:57AM  20   thing lasts for months.

09:57AM  21   Q    So had you talked about it or had he given you any

09:57AM  22   trackers to use before you discussed A1?

09:57AM  23   A    Yeah.  Yeah, he let me use his.

09:57AM  24   Q    But for -- I'm talking for A1.  Was that the first time

09:57AM  25   you used trackers or had you used --

| | | |
|---|---|---|
| 09:57AM | 1 | A    No, we used them before.  We used them before.  We use 'em |
| 09:57AM | 2 | on Ryan Teramoto before. |
| 09:57AM | 3 | Q    We'll get to Ryan Teramoto in a minute. |
| 09:57AM | 4 |      So you were familiar with these. |
| 09:57AM | 5 | A    Huh? |
| 09:57AM | 6 | Q    You were familiar with how to use these? |
| 09:57AM | 7 | A    Yes. |
| 09:57AM | 8 | Q    But who introduced them to you for the very first time? |
| 09:58AM | 9 | A    Miske. |
| 09:58AM | 10 | Q    Okay.  So you put this egg or tracker on Mr. -- on Elgin's |
| 09:58AM | 11 | car? |
| 09:58AM | 12 | A    Yes. |
| 09:58AM | 13 | Q    Yes.  How did you know where he lived? |
| 09:58AM | 14 | A    So one day Miske, we at the -- we at the -- we at his |
| 09:58AM | 15 | M Nightclub, he had one nightclub over there.  So we're |
| 09:58AM | 16 | talking.  It's like -- I don't know, we talking like, |
| 09:58AM | 17 | fucking -- I forget what it was, but like maybe Halloween or |
| 09:58AM | 18 | something that you could put masks on.  And he was like, This |
| 09:58AM | 19 | would be perfect time for fucking merc somebody.  You get one |
| 09:58AM | 20 | mask on, you trick or treating. |
| 09:58AM | 21 |      But -- and then he started talking about Elgin, and he |
| 09:58AM | 22 | say, Hey, what's up with Elgin?  I was like, you know, You |
| 09:58AM | 23 | never follow up, let me know where he live or what. |
| 09:58AM | 24 |      So right from there we leave, we jump in -- we jump in |
| 09:58AM | 25 | Jason's car, we wen' use Jason's car that day.  Yokoyama.  So |

09:58AM  1  we leave, we go up, we drive to the -- he takes me to the

09:59AM  2  Capital One -- the Honda building we used to call 'em.  So he

09:59AM  3  takes me to the Honda building and shows me, Hey, this is where

09:59AM  4  he -- this is where he lives.  And I was like, Fucking, how you

09:59AM  5  going get through the gate?  The thing get gates that you gotta

09:59AM  6  go through.  You need one clicker to get through.  It's a

09:59AM  7  secured parking lot.  So he was like, Hey, just watch -- watch,

09:59AM  8  this is how you do 'em.

09:59AM  9       So we park outside of the -- of the building, you

09:59AM  10  know, like on a road.  So where we parked, you get one spot

09:59AM  11  where you can park, and the entrance was right here, had a ramp

09:59AM  12  that goes up, and the entrance was right here.

09:59AM  13       So he said, You gotta wait for the -- wait for the

09:59AM  14  slow, wait for the aunties, the old ladies that drive slow.  So

09:59AM  15  we sat right there, waited maybe 20 minutes.  So one car pulled

09:59AM  16  up -- and this is an expensive building, you know, cameras all

10:00AM  17  over the place.  So the car pulled up the stuff, and then

10:00AM  18  stopped by the gate like that, we could see the gate -- you

10:00AM  19  know, the gate opening.

10:00AM  20       So he was like, Okay, wait little while.  When the --

10:00AM  21  when the lady go through, we pull up behind her, and we just

10:00AM  22  shoot through before the gate stop.  I was like, Fuck, you

10:00AM  23  gotta do that every time?  He said, Nah, just get the -- just

10:00AM  24  put the fucking egg on the car.

10:00AM  25       So we drive through.  He knows he lives in that

10:00AM   1   building, but he don't know where the -- where his car is

10:00AM   2   parked.  So we are driving through the parking lot looking

10:00AM   3   at -- looking for his car.  We driving all around, driving

10:00AM   4   off -- finally, we find his car, and pull next to his car like

10:00AM   5   that.  And he said, Hey, this is -- this is the car right here.

10:00AM   6   Just remember this is -- take down license plate, remember the

10:00AM   7   color, and this is his parking stall right here.  It was one

10:00AM   8   tandem parking stall.

10:00AM   9   Q    What kind of a vehicle was it?

10:01AM  10   A    Was one black truck.  Like one black -- yeah, black truck.

10:01AM  11   Q    So did you put the tracker on right at that occasion?

10:01AM  12   A    No, not at the -- not at that moment because we wasn't

10:01AM  13   in -- we was in somebody else's car.  So I went back later on,

10:01AM  14   like after -- we was done over there already, I went back later

10:01AM  15   on, and I did the same thing.  I parked by -- I wen' grab one

10:01AM  16   of those burner cars that he had, though, switch the license

10:01AM  17   plate on the car.  I wen' park in the -- across the street wait

10:01AM  18   for one slow car come in, wait for the gate get open, pulled

10:01AM  19   back up through the gate, and I parked next to his -- I parked

10:01AM  20   next to his truck.

10:01AM  21           So the van that I had, I had 'em blocking the camera.

10:01AM  22   Had one camera pointing right here.  So I went through the

10:01AM  23   back, open the sliding door of the van, slide out of the van,

10:01AM  24   and put the -- the tracking device on the inside of his frame.

10:02AM  25   Q    What side of the car did you place the tracking device?

10:02AM   1   A    On the driver's side.

10:02AM   2   Q    And is it magnetic?  Is that how --

10:02AM   3   A    Yeah, it was magnetic.  So the tracker is placed inside of

10:02AM   4   a hard plastic case, like one magnet on top.  So the frame get

10:02AM   5   two bars like that, if you just stick 'em on top, the inside

10:02AM   6   never going to come off.

10:02AM   7   Q    How long did it take you to place that and leave?

10:02AM   8   A    For place the egg on the car?

10:02AM   9   Q    Yeah.

10:02AM  10   A    It was quick.  It was pretty fast.  I mean, I went up

10:02AM  11   there -- I waited longer than it took me to -- to put the egg

10:02AM  12   on top.

10:02AM  13   Q    All right.  And then were you able to actually activate

10:02AM  14   and follow that vehicle using the -- the phone app that you

10:02AM  15   described?

10:02AM  16   A    Yes.

10:02AM  17          MR. INCIONG:  Your Honor, may I show physical

10:02AM  18   Exhibit 1-001 to Mr. Miller at this time?

10:02AM  19          THE COURT:  Yes.

10:03AM  20   BY MR. INCIONG:

10:03AM  21   Q    Mr. Miller, I've placed what's been marked as

10:03AM  22   Exhibit 1-001 in front of you.

10:03AM  23   A    Yes.

10:03AM  24   Q    Have you seen that item before?

10:03AM  25   A    Yes.

10:03AM    1    Q    How do you recognize that?

10:03AM    2    A    This is the -- this is the one we used right here, that's

10:03AM    3    how the thing looked.

10:03AM    4    Q    Okay.  Is there a handwriting on there that you recognize?

10:03AM    5    A    Yes.

10:03AM    6    Q    Okay.  What is -- what is written?

10:03AM    7    A    "1."

10:04AM    8    Q    Is that your handwriting?

10:04AM    9    A    Yes.

10:04AM    10    Q    Do you recognize that as one of the trackers that you used

10:04AM    11    to follow people at Mr. Miske's request?

10:04AM    12    A    Yes.  So the thing show -- the reason I put "1" is I had

10:04AM    13    two of them.  So on the phone it would show you, you know, if

10:04AM    14    the battery die, you get two days left, whatever.  So when that

10:04AM    15    was showing -- when that was showing, I used to -- I used to go

10:04AM    16    to where the thing was at, grab the one off, put this egg

10:04AM    17    inside, and this one is fully charged.

10:04AM    18    Q    So you had a backup basically?

10:04AM    19    A    Yeah, I had two of them.  One from when the battery die,

10:04AM    20    you put on the other one.

10:04AM    21    Q    Okay.  So that was number 1 that you have there?

10:04AM    22    A    Yes.

10:04AM    23    Q    Does that look like it did in the same -- substantially

10:04AM    24    the same condition as when you were using it to follow people?

10:04AM    25    A    Yes.

10:04AM    1              MR. INCIONG:  Your Honor, I would move to admit

10:04AM    2    Exhibit 1-0001.

10:04AM    3              THE COURT:  Any objection?

10:04AM    4              MR. KENNEDY:  No objection.

10:04AM    5              THE COURT:  Without objection, 1-1 is admitted.

10:04AM    6              (Exhibit 1-0001 was received in evidence.)

10:04AM    7              MR. INCIONG:  Thank you, Your Honor.

10:04AM    8              I would like to show Mr. Miller a photo, which is

10:05AM    9    marked as 1-002 at this time, please.

10:05AM   10              THE COURT:  All right.

10:05AM   11    BY MR. INCIONG:

10:05AM   12    Q    Mr. Miller, do you see that photograph?

10:05AM   13    A    Yes.

10:05AM   14    Q    Is that a photo of the item that you just identified as

10:05AM   15    Exhibit 1-0001?

10:05AM   16    A    Yes.

10:05AM   17              MR. INCIONG:  Your Honor, I would move to admit

10:05AM   18    Exhibit 1-0002 at this time.

10:05AM   19              MR. KENNEDY:  No objection.

10:05AM   20              THE COURT:  Without objection, 1-2 is admitted.  You

10:05AM   21    may publish.

10:05AM   22              (Exhibit 1-0002 was received in evidence.)

10:05AM   23              MR. INCIONG:  May I publish that, Your Honor?

10:05AM   24              THE COURT:  Yes.

10:05AM   25    BY MR. INCIONG:

10:05AM  1    Q    So, Mr. Miller, this is one of the tracking devices that

10:05AM  2    you just described?

10:05AM  3    A    Yes.

10:05AM  4    Q    And this is -- this would go inside the -- what you

10:05AM  5    described as the egg that you had the magnetic attachment

10:05AM  6    feature?

10:05AM  7    A    Yes.  Like look like one plastic case, like if you ever

10:05AM  8    seem a Pelican hard case, look like that, waterproof.

10:05AM  9    Q    All right.  Now, how did you -- how were these devices

10:05AM  10   activated when you first got them to enable the tracking

10:05AM  11   feature to work?  Is there a process that it had to go through?

10:06AM  12   A    Actually, I forget -- I forget the process.

10:06AM  13   Q    Did you use anyone to assist you and help you activate it?

10:06AM  14   A    My cousin -- my cousin is the one that -- my cousin used

10:06AM  15   to work at Mikey's shop.

10:06AM  16   Q    What was your cousin's name?

10:06AM  17   A    Sheena.

10:06AM  18   Q    What's her last name?

10:06AM  19   A    Kiko.

10:06AM  20   Q    How do you spell the last name?

10:06AM  21   A    K-I-K-O.

10:06AM  22   Q    She said -- she worked at Mr. Miske's shop?

10:06AM  23   A    Yeah.

10:06AM  24   Q    In what capacity?

10:06AM  25   A    I don't know.  She -- every time I seen her, she was in

10:06AM    1    the office.

10:06AM    2    Q    Okay.  Could I have you look at 1-0010, please.

10:06AM    3         MR. INCIONG:  If we could show that Mr. Miller only.

10:06AM    4    BY MR. INCIONG:

10:06AM    5    Q    Do you see that looks like a screenshot, Mr. Miller?

10:06AM    6    A    Yes.

10:06AM    7    Q    Do you recognize that?

10:06AM    8    A    Yes.

10:06AM    9    Q    Have you seen that before?

10:06AM    10   A    Yes.

10:06AM    11   Q    Where did you see that?

10:06AM    12   A    On the phone.  I think if this -- if this the one I'm

10:06AM    13   thinking about, like I remember her giving it to me, and then

10:06AM    14   like, Hey, this is the password and -- because once I did 'em,

10:07AM    15   I just never did turn 'em off.  All I had to do was press the

10:07AM    16   button on the app, and that thing would show.

10:07AM    17   Q    So this was -- was this information that you used to

10:07AM    18   activate and then track the -- or use tracking device?

10:07AM    19   A    Yes.

10:07AM    20   Q    Does this accurately -- is this an accurate photo or

10:07AM    21   depiction of that screenshot that you recognize from seeing

10:07AM    22   being provided from your cousin?

10:07AM    23   A    Yes.

10:07AM    24   Q    There is an email address on there, s.leahneal@yahoo.com.

10:07AM    25   A    Yes.

10:07AM    1    Q    Do you see that?

10:07AM    2    A    Yes.

10:07AM    3    Q    Do you know whose email that is?

10:07AM    4    A    That's my cousin Sheena.

10:07AM    5          MR. INCIONG:  Your Honor, I would move to admit

10:07AM    6    Exhibit 1-10 at this time.

10:07AM    7          THE COURT:  Any objection?

10:07AM    8          MR. KENNEDY:  No objection.

10:07AM    9          THE COURT:  Without objection, 1-10 is admitted.

10:07AM   10          (Exhibit 1-0010 was received in evidence.)

10:07AM   11          MR. INCIONG:  Thank you, Your Honor.  May I publish

10:07AM   12    that?

10:07AM   13          THE COURT:  Yes, you can.

10:07AM   14    BY MR. INCIONG:

10:07AM   15    Q    So, Mr. Miller, so this -- this is an email basically that

10:07AM   16    was received, correct?

10:07AM   17    A    Yes.

10:07AM   18    Q    Advising that the GPS tracking device had been activated?

10:08AM   19    A    Yes.

10:08AM   20    Q    And then providing a password that you referenced as well?

10:08AM   21    A    Yes.

10:08AM   22    Q    And then down at the bottom it says you can download apps.

10:08AM   23    Do you see that, where it says if you have an Android device,

10:08AM   24    you can download the tracking app?

10:08AM   25    A    Yeah.

10:08AM   1   Q    Is that what you used to -- to follow the vehicles once

10:08AM   2   the tracker had been placed on it?

10:08AM   3   A    Yes.

10:08AM   4   Q    Okay.  So you talked about what you called -- you referred

10:08AM   5   to as the Honda building.

10:08AM   6   A    Yeah.

10:08AM   7   Q    Where is the Honda building located?

10:08AM   8   A    Downtown by -- by the church -- across the church --

10:08AM   9   across Safeway.

10:08AM   10             MR. INCIONG:  Okay.  Can I show Mr. Miller

10:08AM   11   Exhibit 1-15 at this time, please?

10:08AM   12   BY MR. INCIONG:

10:08AM   13   Q    Do you recognize what's shown in this photo?

10:08AM   14   A    Yes.

10:08AM   15   Q    How do you recognize that?

10:08AM   16   A    Been there a few times.

10:09AM   17   Q    Is that the Honda building that you referenced?

10:09AM   18   A    Yes.

10:09AM   19   Q    Does that photo accurately show that that building in that

10:09AM   20   area, as you recall, when you were watching that place and

10:09AM   21   going in and out of the parking garage as you testified to?

10:09AM   22   A    Yeah, that's the parking lot right there.

10:09AM   23             MR. INCIONG:  Your Honor, I would move to admit

10:09AM   24   Exhibit 1-15.

10:09AM   25             THE COURT:  Any objection?

| | | |
|---|---|---|
| 10:09AM | 1 | MR. KENNEDY:  No objection. |
| 10:09AM | 2 | THE COURT:  Without objection, 1-15 is admitted. |
| 10:09AM | 3 | (Exhibit 1-0015 was received in evidence.) |
| 10:09AM | 4 | MR. INCIONG:  May I publish that, Your Honor? |
| 10:09AM | 5 | THE COURT:  You can, yes. |
| 10:09AM | 6 | MR. INCIONG:  Thank you. |
| 10:09AM | 7 | BY MR. INCIONG: |
| 10:09AM | 8 | Q    So, Mr. Miller, this is the Honda building that you've |
| 10:09AM | 9 | been referencing? |
| 10:09AM | 10 | A    Yes. |
| 10:09AM | 11 | Q    And I think you drew on the screen a minute ago, but could |
| 10:09AM | 12 | you show for the jury's knowledge where the parking ramp is? |
| 10:09AM | 13 | A    Right -- it's the parking lot right there. |
| 10:09AM | 14 | Q    But that's on the lower part of the building? |
| 10:09AM | 15 | A    Yeah, the lower part of the building.  The ramp stay on |
| 10:09AM | 16 | the other side. |
| 10:09AM | 17 | Q    Okay.  Let me have you look at Exhibit 1-16 next. |
| 10:10AM | 18 | Do you recognize what's shown in this photo? |
| 10:10AM | 19 | A    Yeah, that's the -- that's the ramp.  That's not the ramp |
| 10:10AM | 20 | we used, but that's the building for go into the front entrance |
| 10:10AM | 21 | right there. |
| 10:10AM | 22 | Q    Okay.  Do you recognize that as another entry into that |
| 10:10AM | 23 | same building you just identified in the previous exhibit? |
| 10:10AM | 24 | A    Yes, because for go up that ramp right there, you got to |
| 10:10AM | 25 | pass the front lobby and get like -- they always had security |

10:10AM   1   guards and stuff up there.

10:10AM   2   Q    Okay.  Does this photo accurately show that part of the

10:10AM   3   building?

10:10AM   4   A    Yes.

10:10AM   5          MR. INCIONG:  Your Honor, I would move to admit

10:10AM   6   Exhibit 1-16.

10:10AM   7          THE COURT:  Any objection?

10:10AM   8          MR. KENNEDY:  No objection.

10:10AM   9          THE COURT:  Without objection, 1-16 is admitted.

10:10AM   10          (Exhibit 1-0016 was received in evidence.)

10:10AM   11          THE COURT:  You may publish.

10:10AM   12          MR. INCIONG:  Thank you, Your Honor.

10:10AM   13   BY MR. INCIONG:

10:10AM   14   Q    So, Mr. Miller, this is -- this is one of the entrances

10:10AM   15   into this building then; is that correct?

10:10AM   16   A    Yes.

10:10AM   17   Q    This is not the one that you would use?

10:10AM   18   A    No.

10:10AM   19   Q    And could you tell the jury again why you did not use this

10:10AM   20   particular entrance?

10:10AM   21   A    Because if you go up this ramp, get like one right here,

10:11AM   22   that's like the main front entrance, so they get one security

10:11AM   23   desk and always had secure -- always had people over there.

10:11AM   24   Q    So you wanted to avoid that?

10:11AM   25   A    Yes.

10:11AM    1    Q    All right.  Let me have you look next at Exhibit 1-17.

10:11AM    2         Do you recognize this?

10:11AM    3    A    The same one.

10:11AM    4    Q    Okay.  Just a different and close -- closer view?

10:11AM    5    A    Yeah.

10:11AM    6    Q    Does that accurately show that -- that ramp?

10:11AM    7    A    Yeah.

10:11AM    8         MR. INCIONG:  Your Honor, I would move to admit

10:11AM    9    Exhibit 1-17.

10:11AM   10         THE COURT:  Any objection?

10:11AM   11         MR. KENNEDY:  No objection.

10:11AM   12         THE COURT:  1-17 is admitted.  You may publish.

10:11AM   13         (Exhibit 1-0017 was received in evidence.)

10:11AM   14         MR. INCIONG:  Thank you, Your Honor.

10:11AM   15    BY MR. INCIONG:

10:11AM   16    Q    Is this a closer view of that same ramp?  Is that true?

10:11AM   17    A    Yes.

10:11AM   18    Q    Okay.  Let me have you look at Exhibit 1-18.  Do you

10:11AM   19    recognize what's shown here?

10:11AM   20    A    Yes.

10:11AM   21    Q    How do you recognize that?

10:11AM   22    A    So this is about where -- so the ramp that we used to use

10:12AM   23    is about in that area right there.  Right there.

10:12AM   24    Q    Okay.  So is this around the corner from the --

10:12AM   25    A    Yeah, so -- so when I was saying earlier how we used to

| | | |
|---|---|---|
| 10:12AM | 1 | park right there, we used to park like in the middle of these |
| 10:12AM | 2 | cars and wait for one car -- parked right here, wait for one |
| 10:12AM | 3 | car drive, and then go into the building like that. |
| 10:12AM | 4 | Q    Okay.  Does this photo accurately show that area adjacent |
| 10:12AM | 5 | to the Honda building as you recall when you were parked and |
| 10:12AM | 6 | entering the building? |
| 10:12AM | 7 | A    Yes. |
| 10:12AM | 8 | MR. INCIONG:  Your Honor, I would move to admit |
| 10:12AM | 9 | Exhibit 1-18. |
| 10:12AM | 10 | THE COURT:  Mr. Kennedy? |
| 10:12AM | 11 | MR. KENNEDY:  No objection. |
| 10:12AM | 12 | THE COURT:  Without objection, 1-18 is admitted.  You |
| 10:12AM | 13 | may publish. |
| 10:12AM | 14 | (Exhibit 1-0018 was received in evidence.) |
| 10:12AM | 15 | MR. INCIONG:  Thank you. |
| 10:12AM | 16 | BY MR. INCIONG: |
| 10:12AM | 17 | Q    So, Mr. Miller, you've -- you've drawn on there already, |
| 10:12AM | 18 | but could you describe -- if you can go ahead and do it again, |
| 10:12AM | 19 | and explain for the jury just where those two particular points |
| 10:12AM | 20 | that you recognize. |
| 10:12AM | 21 | A    Oh, okay.  So right in this area right here, get one ramp |
| 10:12AM | 22 | that goes up.  So we used to park anywhere from here to here, |
| 10:13AM | 23 | but mostly right here.  And then you can get cars that drive |
| 10:13AM | 24 | that way or this way.  And if you put on one blinker, then you |
| 10:13AM | 25 | get ready to go up with them.  So they will pull up over there |

10:13AM  1    into the stuff, get the -- get the gate up there, and then

10:13AM  2    follow them inside.

10:13AM  3    Q    Okay.  So this is a second ramp you were referring to, not

10:13AM  4    the one we just saw pictures of.

10:13AM  5    A    Yeah, this is a back ramp right there going into the

10:13AM  6    parking lot.

10:13AM  7    Q    All right.  So let me have you look next at Exhibit 1-19.

10:13AM  8         Do you recognize what's shown there?

10:13AM  9    A    No, that's not the -- yeah, I know it's the building.

10:13AM  10   Q    Okay.  Well, let's skip that one for the moment, and go to

10:14AM  11   Exhibit 1-20.  1-20, please.

10:14AM  12        Do you recognize what this shows?

10:14AM  13   A    That's the same ramp.  That's the same one we was looking

10:14AM  14   at.

10:14AM  15   Q    Well, we've been talking about two ramps, so which ramp

10:14AM  16   are you referencing?

10:14AM  17   A    Yeah, I talking about the one -- this is the same picture

10:14AM  18   we showed earlier, just this is -- this is the opposite view.

10:14AM  19   Q    Okay.  Is this the ramp that you would not enter the

10:14AM  20   building through?

10:14AM  21   A    Yeah.

10:14AM  22   Q    Okay.  So from this view, though, what can you see?  Do

10:14AM  23   you recognize anything at the bottom of that ramp or across the

10:14AM  24   street that you recognize?

10:14AM  25   A    The church.

10:14AM    1    Q    What church is that?

10:14AM    2    A    I don't know.

10:14AM    3    Q    Okay.  Does this -- that photo accurately show that view

10:14AM    4    from the ramp looking across that street?

10:14AM    5    A    Yes.

10:14AM    6            MR. INCIONG:  Your Honor, I would move to admit

10:14AM    7    Exhibit 1-20.

10:14AM    8            THE COURT:  Any objection, Counsel?

10:14AM    9            MR. KENNEDY:  No, Your Honor.

10:14AM   10            THE COURT:  1-20 is admitted then without objection.

10:14AM   11    You may publish.

10:14AM   12            (Exhibit 1-0020 was received in evidence.)

10:14AM   13            MR. INCIONG:  Thank you, Your Honor.

10:14AM   14    BY MR. INCIONG:

10:14AM   15    Q    So as you said, Mr. Miller, I think, so this is just a

10:14AM   16    view looking down that same main ramp where the security is at

10:15AM   17    the top of it?

10:15AM   18    A    Yes.

10:15AM   19    Q    Could I have you look at Exhibit 1-21, please, at this

10:15AM   20    time.

10:15AM   21            Do you recognize this photo?

10:15AM   22    A    Yes.

10:15AM   23    Q    How do you recognize that?

10:15AM   24    A    Well, this is -- this is the ramp I was talking about

10:15AM   25    right here that goes up, then get one gate right there when you

10:15AM    1    go up.

10:15AM    2    Q    This is the gate -- or the ramp that you entered?

10:15AM    3    A    Yes.

10:15AM    4    Q    All right.  Does this photo accurately show that area

10:15AM    5    surrounding that second entrance?

10:15AM    6    A    Yes.

10:15AM    7         MR. INCIONG:  Your Honor, I would move to admit

10:15AM    8    Exhibit 1-21.

10:15AM    9         THE COURT:  Any objection?

10:15AM    10        MR. KENNEDY:  No objection.

10:15AM    11        THE COURT:  Without objection, 1-21 is admitted.  You

10:15AM    12   may publish.

10:15AM    13        (Exhibit 1-0021 was received in evidence.)

10:15AM    14        THE COURT:  And once you finish questioning with

10:15AM    15   respect to this exhibit, Mr. Inciong, I think it would be time

10:15AM    16   to take a break.

10:15AM    17        MR. INCIONG:  Okay.  Sure.

10:15AM    18   BY MR. INCIONG:

10:15AM    19   Q    So, Mr. Miller, you recognize this is that -- that back

10:15AM    20   entry or the gate that you entered into when you were first

10:15AM    21   accompanied by Mr. Miske, and then when you went back to place

10:16AM    22   the tracker on the vehicle?

10:16AM    23   A    Yes.

10:16AM    24   Q    This is the only entrance that you actually entered

10:16AM    25   through?

10:16AM    1    A    Yes.

10:16AM    2              MR. INCIONG:  Your Honor, that's all I have on this

10:16AM    3    photo.

10:16AM    4              THE COURT:  All right.  So let's go ahead then and

10:16AM    5    take our first break of the day.

10:16AM    6              As we do so, I'll remind our jurors to please refrain

           7    from discussing the substance of this case with anyone,

           8    including each other, until I advise you otherwise; to refrain

           9    from accessing any media or other accounts of this case that

           10   may be out there; and finally, please do not conduct any

           11   independent investigation into the facts, circumstances or

10:16AM    12   persons involved.

10:16AM    13             So we'll try to keep it to about a 15- or 20-minute

10:16AM    14   break, and then we will continue with the direct examination of

10:16AM    15   Mr. Miller.

10:16AM    16             (Proceedings were recessed at 10:16 a.m. to 10:42

10:42AM    17   a.m.)

10:42AM    18             THE COURT:  All.  Right back from our first break of

10:42AM    19   the day.

10:42AM    20             Mr. Inciong, you may resume when you're ready.

10:43AM    21             MR. INCIONG:  Thank you, Your Honor.

10:43AM    22   BY MR. INCIONG:

10:43AM    23   Q    Mr. Miller, before we proceed, I want to go back and ask a

10:43AM    24   follow-up question on one thing you've testified already to.

10:43AM    25             Going back to the day when Mr. Miske came to your

10:43AM   1   apartment and -- and told you it was done.  Do you remember

10:43AM   2   that?  Yes?

10:43AM   3   A    Yes.

10:43AM   4   Q    So I believe you testified something to the effect that he

10:43AM   5   was throwing it in your face.

10:43AM   6   A    Yes.

10:43AM   7   Q    What did you mean by that?

10:43AM   8   A    Like throwing it in my face like the fact that -- that

10:43AM   9   everything he did for me, and when I needed 'em, I wasn't

10:43AM  10   there.  You know, I wasn't -- I wasn't there for him.

10:43AM  11   Q    Did you feel guilty when he told you that?

10:43AM  12   A    Yes.

10:43AM  13   Q    Why?

10:43AM  14   A    I mean that was my -- that was my closest -- like I said,

10:43AM  15   when you said father or braddah, you know, that was my -- my

10:43AM  16   friend.  When I say all of the above, that was -- that's how I

10:43AM  17   felt about him, you know.  My whole life.

10:44AM  18   Q    Did that guilt stay with you?

10:44AM  19   A    Yes.  I mean --

10:44AM  20   Q    To this day?

10:44AM  21   A    Right up to this day.

10:44AM  22   Q    So when he started to ask you to follow people such as

10:44AM  23   Elgin Calles, A1 --

10:44AM  24   A    Yeah.

10:44AM  25   Q    -- did you feel obligated in any way to do that?

10:44AM    1    A    Yes.

10:44AM    2    Q    Did you feel like you owed him?

10:44AM    3    A    Yes.

10:44AM    4    Q    Why?

10:44AM    5    A    I don't know how to explain it, Mark.  You know, I felt

10:44AM    6    like -- I felt like -- I said before, anything he said couldn't

10:44AM    7    be -- in my head wasn't wrong, Your Honor.  I would try find a

10:44AM    8    way to make it right, even if it was wrong.  You know.

10:44AM    9         So -- yeah, he was -- like he was a -- he was a close

10:44AM    10   friend, he did whatever I asked him to do.  You know, when I

10:44AM    11   was in prison, we stayed in contact.  He --

10:45AM    12   Q    Were you hoping to repair your relationship by doing

10:45AM    13   things like following A1, Elgin?

10:45AM    14   A    Yes.

10:45AM    15   Q    What did you hope to get back to?

10:45AM    16   A    Well, when he was telling me, Just get something done

10:45AM    17   already, you know, like I felt like I needed to -- I felt like

10:45AM    18   I needed to do what he said.

10:45AM    19   Q    All right.  Let me have you look -- this is going to be

10:45AM    20   the last photo in this particular series -- at Exhibit 1-21-A.

10:45AM    21         Do you recognize what's shown there?

10:45AM    22   A    Yes.

10:45AM    23   Q    How do you recognize that?

10:45AM    24   A    This is the street going -- going into where -- where I

10:45AM    25   said earlier that we was parked right there.  Yeah.  And this

10:45AM  1   is the street that turns in right there.

10:45AM  2   Q    Okay.  So this is the street -- a view of the street that

10:45AM  3   leads to that back entrance to Capitol Place?

10:45AM  4   A    Yes.

10:45AM  5   Q    Does this photo accurately show that area as it appeared

10:46AM  6   when you were watching that location?

10:46AM  7   A    Yes.

10:46AM  8            MR. INCIONG:  Your Honor, I would move to admit

10:46AM  9   Exhibit 1-21-A.

10:46AM  10           THE COURT:  Any objection?

10:46AM  11           MR. KENNEDY:  No objection.

10:46AM  12           THE COURT:  Without objection, 1-21-Alpha is admitted.

10:46AM  13  You may publish.

10:46AM  14           (Exhibit 1-0021-A was received in evidence.)

10:46AM  15           MR. INCIONG:  Thank you, Your Honor.

10:46AM  16  BY MR. INCIONG:

10:46AM  17  Q    So describe, if you could, and show the jury where the

10:46AM  18  back entrance or the entrance you entered into was on this

10:46AM  19  corner?

10:46AM  20  A    Yeah, the back -- the entrance was right there.  The part

10:46AM  21  we showed earlier where I used to park used to be right down

10:46AM  22  this street right here.  It's the road turning in right here.

10:46AM  23  And sometimes if you look right here in this area, get one --

10:46AM  24  get one little parking section right there.

10:46AM  25           So when -- after I knew all his patterns and stuff

| | | |
|---|---|---|
| 10:46AM | 1 | like that, I started bringing guys with me.  We used to park |
| 10:46AM | 2 | right there, because from right here, park right there, you can |
| 10:46AM | 3 | see the front exit and the back exit right there.  So you could |
| 10:46AM | 4 | see -- and this was both one-ways, so if you came out here, he |
| 10:47AM | 5 | had to drive past us over here, and if he went right there, |
| 10:47AM | 6 | came out right there, we could see him come out right there, |
| 10:47AM | 7 | and then leave and immediately we would go straight over there. |
| 10:47AM | 8 | Q    Okay.  Thank you. |
| 10:47AM | 9 |         MR. INCIONG:  We can take that down then for the |
| 10:47AM | 10 | moment, Your Honor. |
| 10:47AM | 11 | BY MR. INCIONG: |
| 10:47AM | 12 | Q    So you just mentioned -- you said you knew his pattern or |
| 10:47AM | 13 | learned his pattern.  What did you mean by that? |
| 10:47AM | 14 | A    I knew -- by that time I knew where he used to go, where |
| 10:47AM | 15 | he used to work, what time he used to work, when he used to go |
| 10:47AM | 16 | to the gym, where he used to park. |
| 10:47AM | 17 | Q    And you are referring to A1? |
| 10:47AM | 18 | A    A1, yeah.  Yeah, where his mom used to -- another house |
| 10:47AM | 19 | that he used to go to, Papakolea. |
| 10:47AM | 20 | Q    So were you using a combination of actually following him |
| 10:47AM | 21 | yourself in a vehicle as well as using this tracking device? |
| 10:47AM | 22 | A    Yes. |
| 10:47AM | 23 | Q    Were you giving reports periodically to Mr. Miske? |
| 10:48AM | 24 | A    Yes. |
| 10:48AM | 25 | Q    What would he -- how would he respond? |

10:48AM  1   A    Oh, he would give me some feedback, like he would tell me,

10:48AM  2   Hey, I think he drink at -- at these bars.  I think stuff like

10:48AM  3   that.  Yeah.

10:48AM  4   Q    Approximately how long did you follow A1 Elgin for?

10:48AM  5   A    For a while.  I don't -- I don't know how -- I cannot give

10:48AM  6   one exact date.  Long time.

10:48AM  7   Q    Weeks, months?

10:48AM  8   A    Months, yeah.

10:48AM  9   Q    Did Mr. Miske ever tell you with any sort of specificity

10:48AM  10  what he wanted done to A1?

10:48AM  11  A    Well, it was weird on this one because at first he was

10:48AM  12  like -- he was like, Hey, just -- this one just at the most,

10:48AM  13  third base 'em, you know.

10:48AM  14  Q    "Third base" meant what again?

10:48AM  15  A    Put 'em in the hospital, fuck 'em up.  You know, just fuck

10:48AM  16  him up bad.  Real bad.  You know what I mean.  Not -- so he get

10:48AM  17  the message.  Not to kill 'em.  You know, that's what he told

10:48AM  18  me.  At that time he was just like take -- take the tight end.

10:49AM  19  He used to refer to Jake as the tight end.

10:49AM  20  Q    Tight end, what did that mean?

10:49AM  21  A    Like somebody that not going hit a home run, somebody that

10:49AM  22  not going to kill somebody, but just can shake somebody up real

10:49AM  23  bad, beat them up real bad, put them in the hospital.  Yeah.

10:49AM  24  Q    Did you know Jake Smith?

10:49AM  25  A    Yes.

| | | |
|---|---|---|
| 10:49AM | 1 | Q    What did you know about Jake Smith? |
| 10:49AM | 2 | A    He was -- he was a young kid going around -- he remind me |
| 10:49AM | 3 | of myself a little bit, he used to go around, he was robbing |
| 10:49AM | 4 | people, yeah. |
| 10:49AM | 5 | Q    Did he have any sort of reputation for -- for violence or |
| 10:49AM | 6 | assaults? |
| 10:49AM | 7 | A    Yes. |
| 10:49AM | 8 | Q    What was that? |
| 10:49AM | 9 | A    Yeah, he used -- he used to rob people.  Always had -- |
| 10:49AM | 10 | always had guns on him.  Used to bang people up.  Yeah. |
| 10:49AM | 11 | Q    "Bang people up" mean beat people up? |
| 10:49AM | 12 | A    Yeah.  Yes. |
| 10:49AM | 13 | Q    Did you know whether he was trained in any martial art? |
| 10:49AM | 14 | A    Yeah, his dad -- his dad owned like one -- his dad owned |
| 10:50AM | 15 | like one kickboxing gym or something like that, a martial arts |
| 10:50AM | 16 | gym. |
| 10:50AM | 17 | Q    Okay.  Now, you mentioned that you used to bring some guys |
| 10:50AM | 18 | with you once had established the patterns.  Is that what you |
| 10:50AM | 19 | said? |
| 10:50AM | 20 | A    Yes. |
| 10:50AM | 21 | Q    Was Jake Smith one of these guys? |
| 10:50AM | 22 | A    Yes.  Jake -- Jake Smith was a -- so when he was -- when |
| 10:50AM | 23 | he was telling me he just -- just no go farther than third |
| 10:50AM | 24 | base, you know, put this fucker in the hospital.  That's what |
| 10:50AM | 25 | he used to tell me.  Then that's when Jake started coming at |

10:50AM   1    those times.

10:50AM   2    Q    Did Mr. Miske's wishes ever change in regard to A1?

10:50AM   3    A    Yeah, he would go back and forth because -- because it was

10:50AM   4    taking long.  This guy, he never went to like -- to like

10:50AM   5    isolated places.  And he always parked like where it always had

10:50AM   6    people and stuff like that.  So sometimes he would be like --

10:50AM   7    he would be like, Hey, fuck 'em, just get rid of this fucker

10:51AM   8    already.  That's what he used to tell me.

10:51AM   9    Q    What did that mean to you?

10:51AM   10   A    Kill 'em.

10:51AM   11   Q    Did you talk to additional people about doing that for

10:51AM   12   you?

10:51AM   13   A    Yes.

10:51AM   14   Q    Who did you ask about that?

10:51AM   15   A    Oh, I talked -- I talked to my cousin Norm, Norman Akau.

10:51AM   16   I talked to -- Harry Boy came with us.  Yeah.

10:51AM   17   Q    Harry Boy is who?

10:51AM   18   A    Kauhi.

10:51AM   19   Q    Harry Kauhi?

10:51AM   20   A    Yes.

10:51AM   21   Q    Okay.  Let me have you look at Exhibit 1-37, please.

10:51AM   22        Do you recognize that?

10:51AM   23   A    Yes.

10:51AM   24   Q    Who is that?

10:51AM   25   A    Miske.

10:51AM   1    Q    Is this the person that you have previously identified in

10:51AM   2    court as the defendant?

10:51AM   3    A    Yes.

10:51AM   4              MR. INCIONG:  Your Honor, I would move to admit

10:51AM   5    Exhibit 1-37.

10:51AM   6              MR. KENNEDY:  No objection, Your Honor.

10:51AM   7              THE COURT:  Without objection, 1-37 is admitted.  You

10:51AM   8    can publish.

10:51AM   9              (Exhibit 1-0037 was received in evidence.)

10:51AM   10             MR. INCIONG:  Your Honor, may I use the face board for

10:51AM   11   this next section of the testimony, please?

10:52AM   12             THE COURT:  What do you mean?

10:52AM   13             MR. INCIONG:  I mean start displaying this photo along

10:52AM   14   with some subsequent ones on the face board.

10:52AM   15             THE COURT:  As long as they're faces that have been

10:52AM   16   admitted into evidence.

10:52AM   17             MR. INCIONG:  Yes.

10:52AM   18             THE COURT:  Yes.

10:52AM   19             MR. INCIONG:  Yes, of course.

10:52AM   20   BY MR. INCIONG:

10:52AM   21   Q    So Mr. Miske was the one who told you about A1, correct?

10:52AM   22   A    Yes.

10:52AM   23   Q    Now, you mentioned Norman Akau.

10:52AM   24             MR. INCIONG:  Could I have Exhibit 1-33 that's

10:52AM   25   previously been admitted into evidence?

```
10:52AM    1    BY MR. INCIONG:

10:52AM    2    Q    That's -- that's your cousin Norman Akau?

10:52AM    3    A    Yes.

10:52AM    4    Q    And you talked to him about actually carrying out a full

10:52AM    5    hit on -- on A1?

10:52AM    6    A    Yes.

10:52AM    7    Q    Harry Kauhi is another name that you mentioned, correct?

10:52AM    8    A    Yes.

10:52AM    9         MR. INCIONG:  Could I show Mr. Miller Exhibit 1-61 at

10:52AM   10    this time?

10:52AM   11         THE COURT:  Yes.

10:52AM   12    BY MR. INCIONG:

10:52AM   13    Q    Do you recognize who's shown in that photograph?

10:52AM   14    A    Yes.

10:52AM   15    Q    How do you recognize that?

10:52AM   16    A    That's Harry -- Harry Boy Kauhi.

10:52AM   17    Q    How do you know him?

10:52AM   18    A    Oh, I know him since I was young too.

10:53AM   19    Q    Does this photo accurately show Mr. Kauhi as he appeared

10:53AM   20    about that time you were following A1?

10:53AM   21    A    Yes.

10:53AM   22         MR. INCIONG:  Your Honor, I would move to admit

10:53AM   23    Exhibit 1-61.

10:53AM   24         THE COURT:  Any objection?

10:53AM   25         MR. KENNEDY:  No objection.
```

| | | |
|---|---|---|
| 10:53AM | 1 | THE COURT:  1-61 is admitted without objection.  You |
| 10:53AM | 2 | may publish. |
| 10:53AM | 3 | (Exhibit 1-0061 was received in evidence.) |
| 10:53AM | 4 | MR. INCIONG:  Thank you, Your Honor. |
| 10:53AM | 5 | BY MR. INCIONG: |
| 10:53AM | 6 | Q    So that's Harry Kauhi? |
| 10:53AM | 7 | A    Yes. |
| 10:53AM | 8 | Q    He's from Waimanalo as well? |
| 10:53AM | 9 | A    Yes. |
| 10:53AM | 10 | MR. INCIONG:  Could I show Mr. Miller Exhibit dash I'm |
| 10:53AM | 11 | sorry, 1-41, which I believe has been previously admitted? |
| 10:53AM | 12 | THE COURT:  Yes, it has. |
| 10:53AM | 13 | MR. INCIONG:  May I publish that? |
| 10:53AM | 14 | THE COURT:  Yes. |
| 10:53AM | 15 | BY MR. INCIONG: |
| 10:53AM | 16 | Q    Who is that, Mr. Miller? |
| 10:53AM | 17 | A    Jake -- Jake Smith. |
| 10:53AM | 18 | MR. INCIONG:  And then finally, may I show previously |
| 10:53AM | 19 | admitted Exhibit 1-1079 to the witness?  And publish? |
| 10:53AM | 20 | THE COURT:  Yes. |
| 10:53AM | 21 | BY MR. INCIONG: |
| 10:53AM | 22 | Q    Who is in that photo, sir? |
| 10:53AM | 23 | A    Ali'i Kaanoi. |
| 10:53AM | 24 | Q    How do you know Ali'i? |
| 10:54AM | 25 | A    I know him since -- that's one of my childhood friends. |

| | | |
|---|---|---|
| 10:54AM | 1 | Q    Was he involved at all in the following of Elgin Calles? |
| 10:54AM | 2 | A    Yes. |
| 10:54AM | 3 | MR. INCIONG:  Okay.  So I am going to place each of |
| 10:54AM | 4 | those pictures on the face board at this time, Your Honor.  All |
| 10:54AM | 5 | have been previously admitted.  That's Mr. Miske, Mr. Akau, |
| 10:54AM | 6 | Mr. Kauhi, Mr. Smith, and Mr. Wilcox or Kaanoi. |
| 10:54AM | 7 | THE COURT:  Okay. |
| 10:54AM | 8 | BY MR. INCIONG: |
| 10:54AM | 9 | Q    So, Mr. Miller, all of these individuals you were speaking |
| 10:54AM | 10 | with and were involved in the A1 following? |
| 10:54AM | 11 | A    Yes. |
| 10:54AM | 12 | Q    Now, you indicated you've established A1's pattern -- kind |
| 10:54AM | 13 | of daily pattern, I guess.  Is that -- is that true? |
| 10:54AM | 14 | A    Yes. |
| 10:54AM | 15 | Q    Did you know where he liked to eat, for example? |
| 10:54AM | 16 | A    Yes. |
| 10:54AM | 17 | Q    Was there a particular place that you followed him -- |
| 10:54AM | 18 | followed him on occasion to where he ate? |
| 10:54AM | 19 | A    Yes. |
| 10:54AM | 20 | Q    Do you recall where that was? |
| 10:54AM | 21 | A    Yeah, on Sand Island on the way -- on the way to the |
| 10:55AM | 22 | stevedores. |
| 10:55AM | 23 | MR. INCIONG:  May I show Exhibit 1-11 to the witness, |
| 10:55AM | 24 | please? |
| 10:55AM | 25 | THE COURT:  Go ahead. |

10:55AM    1                MR. INCIONG:  I'm sorry.  I'll do 1-12 first.  My

10:55AM    2    apologies.

10:55AM    3    BY MR. INCIONG:

10:55AM    4    Q    Mr. Miller, do you recognize what's shown in the map in

10:55AM    5    Exhibit 1-12?

10:55AM    6    A    Yes.

10:55AM    7    Q    What part of the island or Honolulu does that show?

10:55AM    8    A    That's the Sand Island area, Downtown, Kalihi.  This where

10:55AM    9    like Matson and stuff stay over there.

10:55AM   10    Q    So this eating place that you referenced, is that shown

10:55AM   11    here on this map?

10:55AM   12    A    Right there in this area right here.

10:55AM   13    Q    Okay.  Is this map accurate of the area that you know from

10:55AM   14    following Mr. Calles, A1?

10:55AM   15    A    Yes.

10:55AM   16                MR. INCIONG:  Your Honor, I would move to admit

10:55AM   17    Exhibit 1-12.

10:56AM   18                THE COURT:  Mr. Kennedy, any objection?

10:56AM   19                MR. KENNEDY:  No objection, Your Honor.

10:56AM   20                THE COURT:  Without objection, 1-12 is admitted, and

10:56AM   21    you may publish.

10:56AM   22                (Exhibit 1-0012 was received in evidence.)

10:56AM   23                MR. INCIONG:  Thank you, Your Honor.

10:56AM   24    BY MR. INCIONG:

10:56AM   25    Q    So this is the area you just described, correct,

10:56AM   1   Mr. Miller?

10:56AM   2   A     Yes.

10:56AM   3   Q     And it shows the Sand Island is on the left and bottom

10:56AM   4   left area --

10:56AM   5   A     Yeah.

10:56AM   6   Q     -- correct?

10:56AM   7         Where approximately is the restaurant that you

10:56AM   8   followed A1 to?

10:56AM   9   A     Right around this area, right there.

10:56AM   10  Q     Is that Sand Island Road?

10:56AM   11  A     Yes.

10:56AM   12  Q     All right.  Let me have you look at Exhibit 1-13 next.

10:56AM   13  Actually we can skip that for now.

10:56AM   14        Let me have you look at some photos, Mr. Miller,

10:56AM   15  starting with Exhibit 1-22.

10:56AM   16        Do you recognize what's shown in this photo?

10:56AM   17  A     Yes.

10:56AM   18  Q     How do you recognize that?

10:56AM   19  A     Sand Island Road right there.

10:56AM   20  Q     Is that the road that leads to the restaurant you're

10:56AM   21  referring to?

10:57AM   22  A     Yes.

10:57AM   23  Q     Is that an accurate shot of that area of Sand Island Road?

10:57AM   24  A     Yes.

10:57AM   25        MR. INCIONG:  Your Honor, I would move to admit 1-22.

10:57AM    1              THE COURT:  Any objection?

10:57AM    2              MR. KENNEDY:  No objection.

10:57AM    3              THE COURT:  Without objection, 1-22 is admitted, and

10:57AM    4    you may show it to the jury.

10:57AM    5                  (Exhibit 1-022 was received in evidence.)

10:57AM    6              MR. INCIONG:  Thank you, Your Honor.

10:57AM    7    BY MR. INCIONG:

10:57AM    8    Q    That shows Sand Island Road, correct, sir?

10:57AM    9    A    Yes.

10:57AM   10    Q    Is that kind of the main -- the main street that travels

10:57AM   11    up and down the Sand Island area?

10:57AM   12    A    Yes.

10:57AM   13    Q    All right.  Could I have you look at Exhibit 1-23.

10:57AM   14              MR. INCIONG:  If we could just show that to the

10:57AM   15    witness.

10:57AM   16    BY MR. INCIONG:

10:57AM   17    Q    Do you recognize what's shown here?

10:57AM   18    A    Yes.

10:57AM   19    Q    How do you recognize that?

10:57AM   20    A    Oh, that's the same road.

10:57AM   21    Q    Do you recognize anything on the -- the upper part or

10:57AM   22    where the cars are parked in that part of the road?

10:57AM   23    A    Yeah, I think that's -- I think that's -- you can't really

10:57AM   24    see 'em, but I think that's the restaurant right there.

10:57AM   25    Q    Okay.  Does this photo accurately show that portion of the

| | | |
|---|---|---|
| 10:57AM | 1 | road adjacent to the restaurant as you saw it when you were |
| 10:57AM | 2 | following A1? |
| 10:57AM | 3 | A    Yes. |
| 10:58AM | 4 |         MR. INCIONG:  Your Honor, I would move to admit 12 -- |
| 10:58AM | 5 | I'm sorry, 1-23. |
| 10:58AM | 6 |         THE COURT:  Any objection? |
| 10:58AM | 7 |         MR. KENNEDY:  No objection, Your Honor. |
| 10:58AM | 8 |         THE COURT:  Without objection, 1-23 is admitted.  You |
| 10:58AM | 9 | may publish. |
| 10:58AM | 10 |         (Exhibit 1-0023 was received in evidence.) |
| 10:58AM | 11 |         MR. INCIONG:  Thank you. |
| 10:58AM | 12 | BY MR. INCIONG: |
| 10:58AM | 13 | Q    So as you said, Mr. Miller, is this another shot of Sand |
| 10:58AM | 14 | Island Road? |
| 10:58AM | 15 | A    Yes. |
| 10:58AM | 16 | Q    But the businesses that are on the upper part there, the |
| 10:58AM | 17 | parking lot, is that where the -- the restaurant was located, |
| 10:58AM | 18 | you believe? |
| 10:58AM | 19 | A    Yes. |
| 10:58AM | 20 | Q    Okay.  Could we go to 1-24 next. |
| 10:58AM | 21 |         Do you recognize what's shown in that photo? |
| 10:58AM | 22 | A    Yes. |
| 10:58AM | 23 | Q    Is that just a different angle of a -- a view of that |
| 10:58AM | 24 | restaurant across Sand Island Road? |
| 10:58AM | 25 | A    Yes. |

| | | |
|---|---|---|
| 10:58AM | 1 | Q    Does that accurately show the restaurant and the road as |
| 10:58AM | 2 | it appeared when you were following A1? |
| 10:58AM | 3 | A    Yes. |
| 10:58AM | 4 | MR. INCIONG:  Your Honor, I would move to admit 1-24. |
| 10:58AM | 5 | THE COURT:  Any objection? |
| 10:58AM | 6 | MR. KENNEDY:  No objection. |
| 10:58AM | 7 | THE COURT:  Without objection, 1-24 is admitted.  You |
| 10:58AM | 8 | may publish. |
| 10:58AM | 9 | (Exhibit 1-0024 was received in evidence.) |
| 10:58AM | 10 | MR. INCIONG:  Thank you, Your Honor. |
| 10:58AM | 11 | BY MR. INCIONG: |
| 10:58AM | 12 | Q    So this is more of a straight-on view of -- of the |
| 10:59AM | 13 | restaurant; is that correct? |
| 10:59AM | 14 | A    Yes. |
| 10:59AM | 15 | Q    Do you recall the name of the restaurant? |
| 10:59AM | 16 | A    I don't even know the name right here, but we used to call |
| 10:59AM | 17 | 'em -- this restaurant, they give you like pickle onion when |
| 10:59AM | 18 | you -- when you order food. |
| 10:59AM | 19 | Q    Okay. |
| 10:59AM | 20 | A    That's what I remember. |
| 10:59AM | 21 | Q    Could you put an X or circle where you believe the part of |
| 10:59AM | 22 | the building it's located? |
| 10:59AM | 23 | A    (Witness complies.) |
| 10:59AM | 24 | Q    Okay.  So you have been to that restaurant before as well |
| 10:59AM | 25 | yourself? |

| | | | |
|---|---|---|---|
| 10:59AM | 1 | A | Yes. |
| 10:59AM | 2 | | MR. INCIONG:  Okay.  Could we show Mr. Miller |
| 10:59AM | 3 | Exhibit 1-25, please. |
| 10:59AM | 4 | BY MR. INCIONG: |
| 10:59AM | 5 | Q | Do you recognize this, sir? |
| 10:59AM | 6 | A | Yes. |
| 10:59AM | 7 | Q | How do you recognize that? |
| 10:59AM | 8 | A | That -- that's the restaurant. |
| 10:59AM | 9 | Q | Is that the front entry to the restaurant? |
| 10:59AM | 10 | A | Yeah. |
| 10:59AM | 11 | Q | Can you see the name of it now? |
| 10:59AM | 12 | A | Yes. |
| 10:59AM | 13 | Q | Does that refresh your recollection as -- |
| 10:59AM | 14 | A | Yes. |
| 10:59AM | 15 | Q | Is this an accurate shot of the front area or entrance to |
| 10:59AM | 16 | that restaurant? |
| 10:59AM | 17 | A | Yes. |
| 10:59AM | 18 | | MR. INCIONG:  Your Honor, I would move to admit 1-25. |
| 11:00AM | 19 | | THE COURT:  Any objection? |
| 11:00AM | 20 | | MR. KENNEDY:  No objection. |
| 11:00AM | 21 | | THE COURT:  Without objection, 1-25 is admitted.  You |
| 11:00AM | 22 | may publish. |
| 11:00AM | 23 | | (Exhibit 1-0025 was received in evidence.) |
| 11:00AM | 24 | | MR. INCIONG:  Thank you, Your Honor. |
| 11:00AM | 25 | BY MR. INCIONG: |

11:00AM   1   Q    Now, Mr. Miller, this is the front door, front entrance to

11:00AM   2   that restaurant?

11:00AM   3   A    Yes.

11:00AM   4   Q    And can you see the name now?

11:00AM   5   A    Yes.

11:00AM   6   Q    And what is the name of this restaurant?

11:00AM   7   A    Penny's.

11:00AM   8        MR. INCIONG:  Could we have the witness shown

11:00AM   9   Exhibit 1-26, please.

11:00AM  10   BY MR. INCIONG:

11:00AM  11   Q    Do you recognize this, sir?

11:00AM  12   A    Yes.

11:00AM  13   Q    This is just a closer view of the last photograph?

11:00AM  14   A    Yes.

11:00AM  15   Q    Does this accurately show the front area or entrance to

11:00AM  16   the restaurant?

11:00AM  17   A    Yes.

11:00AM  18        MR. INCIONG:  Your Honor, I would move to admit

11:00AM  19   Exhibit 1-26.

11:00AM  20        THE COURT:  Any objection?

11:00AM  21        MR. KENNEDY:  No objection.

11:00AM  22        THE COURT:  1-26 is admitted without objection.  You

11:00AM  23   may publish.

11:00AM  24        (Exhibit 1-0026 was received in evidence.)

11:00AM  25        MR. INCIONG:  Thank you, Your Honor.

| | | |
|---|---|---|
| 11:00AM | 1 | BY MR. INCIONG: |
| 11:00AM | 2 | Q    So this is just the front door, front entrance, sir? |
| 11:00AM | 3 | A    Yes. |
| 11:00AM | 4 | Q    Is there any other entrance that you're aware of? |
| 11:00AM | 5 | A    I think you could -- at that door right there, I think you |
| 11:01AM | 6 | could walk inside that one too. |
| 11:01AM | 7 | Q    Okay. |
| 11:01AM | 8 | A    That's the same restaurant, if I'm not mistaken. |
| 11:01AM | 9 | Q    All right.  And the other door, could you put an X |
| 11:01AM | 10 | where -- |
| 11:01AM | 11 | A    (Witness complies.)  This one, yeah. |
| 11:01AM | 12 | Q    Okay. |
| 11:01AM | 13 | MR. INCIONG:  All right.  Could we have Mr. Miller |
| 11:01AM | 14 | shown Exhibit 1-27. |
| 11:01AM | 15 | I think we can skip that.  Could we look at 1-28? |
| 11:01AM | 16 | BY MR. INCIONG: |
| 11:01AM | 17 | Q    Do you recognize this, Mr. Miller? |
| 11:01AM | 18 | A    Yeah. |
| 11:01AM | 19 | Q    How do you recognize that? |
| 11:01AM | 20 | A    That's the -- that's to the right of the restaurant if |
| 11:01AM | 21 | we're looking at 'em. |
| 11:01AM | 22 | Q    Okay.  Are there other businesses that are adjacent there? |
| 11:01AM | 23 | A    Yeah. |
| 11:01AM | 24 | Q    Is there parking that's also available there? |
| 11:01AM | 25 | A    Yes. |

11:01AM   1   Q    Do you recognize this as looking the same or substantially

11:01AM   2   the same as when you saw it?

11:01AM   3   A    Yes.

11:01AM   4        MR. INCIONG:  Okay.  I would move to admit 1-28,

11:01AM   5   please.

11:01AM   6        THE COURT:  Any objection?

11:01AM   7        MR. KENNEDY:  No objection.

11:01AM   8        THE COURT:  Without objection, 1-28 is admitted.  You

11:01AM   9   may publish.

11:01AM  10        (Exhibit 1-0028 was received in evidence.)

11:02AM  11        MR. INCIONG:  Thank you, Your Honor.

11:02AM  12   BY MR. INCIONG:

11:02AM  13   Q    So this would -- this would be just to the right of the

11:02AM  14   entrance to Penny's.  Is that true?

11:02AM  15   A    Yes.

11:02AM  16        MR. INCIONG:  All right.  Finally, could we have the

11:02AM  17   witness shown Exhibit 1-29.

11:02AM  18   BY MR. INCIONG:

11:02AM  19   Q    Do you recognize that?

11:02AM  20   A    Yes.

11:02AM  21   Q    How do you recognize that?

11:02AM  22   A    The same -- same picture, different angle.

11:02AM  23   Q    Is there -- does this show -- is there a parking garage

11:02AM  24   there adjacent to the restaurant?

11:02AM  25   A    Yeah, looks like one Hawaii Transmission over there.

11:02AM    1    Q    Does this photo accurately show that portion --

11:02AM    2    A    Yes.

11:02AM    3    Q    -- of the building next to Penny's restaurant?

11:02AM    4    A    Yes.

11:02AM    5         MR. INCIONG:  Your Honor, I would move to admit

11:02AM    6    Exhibit 1-29.

11:02AM    7         THE COURT:  Any objection?

11:02AM    8         MR. KENNEDY:  No objection.

11:02AM    9         THE COURT:  Without objection, 1-29 is admitted, and

11:02AM   10    you may publish.

11:02AM   11         (Exhibit 1-0029 was received in evidence.)

11:02AM   12         MR. INCIONG:  Thank you, Your Honor.

11:02AM   13    BY MR. INCIONG:

11:02AM   14    Q    So this was the place that you knew A1 went to eat,

11:02AM   15    correct?

11:02AM   16    A    Yes.

11:02AM   17    Q    You mentioned there were other places that you had

11:03AM   18    established he would visit on a -- on a regular basis?

11:03AM   19    A    Yes.

11:03AM   20    Q    Did you have -- make any plans to actually do anything

11:03AM   21    more than -- than follow him?

11:03AM   22    A    Yes.

11:03AM   23    Q    Tell us about those.

11:03AM   24    A    So this specific time?

11:03AM   25    Q    Well, let's go back before -- before we talk about this

11:03AM    1    specific location.

11:03AM    2    A    Okay.

11:03AM    3    Q    Were there any other locations that you attempted to

11:03AM    4    encounter A1?

11:03AM    5    A    Yeah, I mean before -- so before when -- when we was going

11:03AM    6    with Jake when the -- when the plan was still -- when the plan

11:03AM    7    was still third base 'em, we was following him, and he was

11:03AM    8    going around town a lot, but he was at a restaurant in -- in

11:03AM    9    Downtown area somewhere, close to Kapahulu, he was like at one

11:03AM    10    Japanese restaurant over there, and he was parked in the back.

11:03AM    11        So -- so Jake had -- I was sitting in the back.  Jake

11:04AM    12    was sitting in the -- in the front.  And we wen' park next to

11:04AM    13    his -- I think it was an SUV.  We wen' park blocking the view

11:04AM    14    to -- to the restaurant and his truck was parked right there.

11:04AM    15    So when he was in the restaurant eating, we kind of -- we could

11:04AM    16    kind of see him when he was coming out.  And I told Jake, I

11:04AM    17    said, Hey, Jake, just when he come out -- when he come out,

11:04AM    18    when he -- when he opening his car, just walk behind him and

11:04AM    19    just -- just clean him out.  You know, he had a little baton

11:04AM    20    stick like that, you know, but he was going -- he was going

11:04AM    21    knock him out first, and then just beat him till -- I told him

11:04AM    22    just don't stop.  I told him, Don't even stop, you know.  Even

11:04AM    23    if somebody comes, just don't stop.  Just keep going.

11:05AM    24    Q    What did you tell him that?

11:05AM    25    A    Because that's -- was the definition of third basing the

11:05AM    1    guy.

11:05AM    2    Q    The definition from Mr. Miske?

11:05AM    3    A    Yes.

11:05AM    4    Q    Okay.  Did that happen?

11:05AM    5    A    No.

11:05AM    6    Q    Why not?

11:05AM    7    A    Because exactly when -- when he was walking out, had a

11:05AM    8    group of -- had a group of old ladies that was -- that was just

11:05AM    9    coming back with him.  You know, like right in front of him.

11:05AM    10   And they had their car parked like right next to his.  So,

11:05AM    11   yeah, that never -- that never --

11:05AM    12   Q    It was called off?

11:05AM    13   A    Yeah.  Jake -- Jake wanted to still do 'em, but, you know,

11:05AM    14   I was like, Hey, we gotta -- we no leaving these -- these

11:05AM    15   ladies are going to call the cops quick, you know, as soon as

11:05AM    16   they see that.

11:05AM    17   Q    Do you recall other places that you followed A1?

11:05AM    18   A    Yeah, I followed him a lot.

11:06AM    19   Q    Where are some other places?

11:06AM    20   A    Even outside of his -- sometimes he used to park outside.

11:06AM    21   I don't know if maybe he had guests over that used to park in

11:06AM    22   the parking spot, but he used to park outside of his -- outside

11:06AM    23   of the Honda building where we used to park -- where I said we

11:06AM    24   used to park and follow him in, he was parked out there.  So I

11:06AM    25   would look at the tracker sometimes at night and would be -- it

11:06AM  1    would be late at night, and the car was parked over there.  So

11:06AM  2    I thought -- I thought like he was coming out or something like

11:06AM  3    that.

11:06AM  4          So I got in touch with -- with Jake and them, and I

11:06AM  5    told 'em, Hey, let's go to -- let's go to town.  So we took two

11:06AM  6    cars, parked one.  Ali'i was in the other car, parked.  Me and

11:06AM  7    Jake was in one watching if he came out that day.  He never

11:06AM  8    came out.  And we stayed there all the way till the morning and

11:06AM  9    he never came out.

11:06AM  10         MR. INCIONG:  Could I have the witness shown

11:07AM  11   Exhibit 1-11, please.

11:07AM  12   BY MR. INCIONG:

11:07AM  13   Q    Do you recognize this, Mr. Miller?

11:07AM  14   A    Yes.

11:07AM  15   Q    How do you recognize that?

11:07AM  16   A    That's Sand Island Road.  Kind of blurry, but yeah.

11:07AM  17   Q    But what is this -- not so much as the -- what's the

11:07AM  18   content right now, but how do you recognize this particular

11:07AM  19   map?  How did you get that or where did you see that?

11:07AM  20   A    Okay.  So this is the restaurant that we was looking at

11:07AM  21   earlier.  If this is the --

11:07AM  22   Q    So let me -- let me clarify.  So I'm not asking you about

11:07AM  23   what is actually specifically shown yet, but as far as this --

11:07AM  24   this visual, this map, where did you see this before?  Where

11:07AM  25   did you get this from, if you you've seen it before?

| | | | |
|---|---|---|---|
| 11:07AM | 1 | A | Oh, it's from -- it's from the -- the tracker. |
| 11:07AM | 2 | Q | Okay.  So is this an example of an image that you would |
| 11:08AM | 3 | | receive from the tracking device? |
| 11:08AM | 4 | A | Yes. |
| 11:08AM | 5 | Q | Is this -- do you recognize this being one that you |
| 11:08AM | 6 | | received when you were following A1? |
| 11:08AM | 7 | A | Yes. |
| 11:08AM | 8 | Q | Some of the locations that are now noted on there, are |
| 11:08AM | 9 | | those consistent with where you followed A1? |
| 11:08AM | 10 | A | Yes. |
| 11:08AM | 11 | Q | Is this image an accurate representation of the |
| 11:08AM | 12 | | information you had received from the tracker? |
| 11:08AM | 13 | A | Yes. |
| 11:08AM | 14 | | MR. INCIONG:  Your Honor, I would move to admit |
| 11:08AM | 15 | | Exhibit 1-11. |
| 11:08AM | 16 | | THE COURT:  Any objection? |
| 11:08AM | 17 | | MR. KENNEDY:  No objection. |
| 11:08AM | 18 | | THE COURT:  Without objection, 1-11 is admitted.  You |
| 11:08AM | 19 | | may publish. |
| 11:08AM | 20 | | (Exhibit 1-0011 was received in evidence.) |
| 11:08AM | 21 | | MR. INCIONG:  Thank you, Your Honor. |
| 11:08AM | 22 | | BY MR. INCIONG: |
| 11:08AM | 23 | Q | So this would -- this would pop up on your phone if you're |
| 11:08AM | 24 | | using the app using the tracking device? |
| 11:08AM | 25 | A | Yes. |

11:08AM  1    Q    And was this in real time?

11:08AM  2    A    Yes.

11:08AM  3    Q    So it would show you exactly where the vehicle was and

11:08AM  4    where it was moving?

11:08AM  5    A    Yeah.

11:08AM  6    Q    And --

11:08AM  7    A    Like if the -- if the vehicle was moving, it would show

11:08AM  8    exactly what street, where the thing was parking, how fast the

11:09AM  9    thing was going and stuff.

11:09AM  10   Q    So this says on this particular exhibit "To Sand Island

11:09AM  11   Parkway."  That's where the restaurant was located?

11:09AM  12   A    Yes.

11:09AM  13   Q    And from Queen Street, was that in the vicinity of where

11:09AM  14   A1 lived, at least generally?

11:09AM  15   A    Yeah, I mean -- Queen Street?  Ah, no.  I don't know why I

11:09AM  16   said that.

11:09AM  17   Q    Okay.  Well, this is -- this is a snapshot in time,

11:09AM  18   correct?

11:09AM  19   A    Yes.

11:09AM  20   Q    So this would just show at that particular moment where

11:09AM  21   the vehicle was located?

11:09AM  22   A    Yes.

11:09AM  23   Q    If it was five minutes later, the picture would look

11:09AM  24   different --

11:09AM  25   A    Yes.

11:09AM   1   Q    -- if the vehicle was moving.  Is that true?

11:09AM   2   A    Yes.

11:09AM   3   Q    Okay.  Did you rely on these -- these images and this

11:09AM   4   information from the tracker to follow A1?

11:09AM   5   A    Yes.  The image is like this.

11:09AM   6   Q    Okay.  So was there an occasion that you actually took a

11:10AM   7   group other than just yourself to the Penny's on Sand Island

11:10AM   8   Parkway to follow A1 there?

11:10AM   9   A    Yes.

11:10AM  10   Q    Who do you recall was with you on that particular day?

11:10AM  11   A    Norm was there -- Norman Akau, my cousin, and Harry Boy

11:10AM  12   and Ali'i.  So Norm -- I was in a different car, Norman and

11:10AM  13   Harry -- Harry Boy was in a different car, and Ali'i was in a

11:10AM  14   different car.

11:10AM  15   Q    Okay.  So three cars total?

11:10AM  16   A    Yes.

11:10AM  17   Q    For the four of you total?

11:10AM  18   A    Yes.

11:10AM  19   Q    All right.  So according to the tracking device, was

11:10AM  20   Mr. Calles, A1, at the Penny's location?

11:10AM  21   A    Yes.

11:10AM  22   Q    Did you physically or visually see his vehicle as well?

11:10AM  23   A    Yes.

11:10AM  24   Q    What was the plan that day?

11:10AM  25   A    So I was -- I was sitting -- they was parked somewhere in

11:10AM   1   the area.

11:10AM   2   Q     Who is "they"?

11:10AM   3   A     Norm -- Norm and Harry Boy.

11:10AM   4   Q     Okay.

11:10AM   5   A     They was parked in the area somewhere but close by.  So I

11:11AM   6   was following 'em at that time.

11:11AM   7   Q     You were following A1?

11:11AM   8   A     Yeah, I was following 'em at that time because I was the

11:11AM   9   only one that had the --

11:11AM   10  Q     The app?

11:11AM   11  A     -- the app, yeah, so I could follow.  So when I was --

11:11AM   12  when I was communicating with them, they never know where he

11:11AM   13  was at until I -- I told 'em, I said, Hey, he just pulled up

11:11AM   14  already going into the restaurant.  There's no people over here

11:11AM   15  right now.  Come over here.

11:11AM   16        And they got there, they sat over there and they was

11:11AM   17  waiting, but I told them -- at that time I was waiting on Ali'i

11:11AM   18  because -- because before they was -- before they was going do

11:11AM   19  'em, I wanted to have that -- that tracking device off the car.

11:11AM   20  Q     Okay.  So you were going to remove the tracker?

11:12AM   21  A     Yes.

11:12AM   22  Q     And Justin Wilcox, Ali'i, was going to do that?

11:12AM   23  A     Yes.

11:12AM   24  Q     Okay.  So what happened then?

11:12AM   25  A     So Norm them was waiting, they was waiting -- they was

| | | |
|---|---|---|
| 11:12AM | 1 | waiting for me, and I was telling them wait.  They never know |
| 11:12AM | 2 | that Ali'i was in the other car coming to take that -- the egg |
| 11:12AM | 3 | off of the car. |
| 11:12AM | 4 | So anyways, in the meantime while they're waiting, |
| 11:12AM | 5 | Norm is telling me, Hey, he's coming out right now.  He's got |
| 11:12AM | 6 | his food in his hand.  There's a -- the light was green, the |
| 11:12AM | 7 | traffic light was green.  There's nobody in the parking lot. |
| 11:12AM | 8 | And I told him, No, you -- he gotta get the tracker off.  So |
| 11:12AM | 9 | don't -- don't do it. |
| 11:12AM | 10 | Q    Don't do what? |
| 11:12AM | 11 | A    Don't kill 'em.  Don't shoot 'em. |
| 11:12AM | 12 | Q    So nothing happened that day either? |
| 11:12AM | 13 | A    No. |
| 11:12AM | 14 | Q    Were you -- were you able to ever get the tracker off? |
| 11:12AM | 15 | A    Well, at that -- I cannot remember because at that point |
| 11:13AM | 16 | he had came out and gotten into his truck already.  So there |
| 11:13AM | 17 | was no -- there was no sense in grabbing the tracker off now. |
| 11:13AM | 18 | Q    Okay.  I see.  How are you -- the four of you, I guess how |
| 11:13AM | 19 | were you communicating with each other during this time? |
| 11:13AM | 20 | A    We had like the -- like the little -- almost like the |
| 11:13AM | 21 | Nextel beeps, like the Nextel beep phones like that, like -- |
| 11:13AM | 22 | like walkies. |
| 11:13AM | 23 | Q    So are these actual phones or walkie talkies or both? |
| 11:13AM | 24 | A    I don't know if it was both.  I don't know what was -- I |
| 11:13AM | 25 | know it was the beep ones.  I cannot remember. |

11:13AM  1   Q    All right.  But this app that you were using, that had to

11:13AM  2   be done through a cellular phone?

11:13AM  3   A    Yes.

11:13AM  4   Q    That had to connect through a cellular phone, through the

11:13AM  5   internet?

11:13AM  6   A    Yeah.  Like I say, but if this was that, but it was

11:13AM  7   exactly like this, this picture right here that I used to use.

11:13AM  8   Q    Okay.  So did you report back to Mr. Miske about these,

11:13AM  9   you know, close calls, I'll call them, with Jake at the

11:14AM  10  Japanese restaurant and on this occasion at Penny's?

11:14AM  11  A    Yes.

11:14AM  12  Q    What was his response, if any?

11:14AM  13  A    He was -- at that point he was -- he just wanted something

11:14AM  14  done already, you know.  I was telling him, I said, Hey, it's

11:14AM  15  hard, Dude.  You know.  This guy keep -- this guy keep driving

11:14AM  16  around, so he would go back and forth.  He said, Hey, just --

11:14AM  17  just fucking third base 'em if you cannot get on -- if the

11:14AM  18  stars no line up, just fucking -- just third base 'em already.

11:14AM  19  Just fucking -- yeah, he was getting -- he was getting -- he

11:14AM  20  just wanted something done at that point.

11:14AM  21  Q    So was he frustrated?

11:14AM  22  A    Yeah.  Like I said earlier, places where we used to meet

11:14AM  23  up at, at Kaka'ako Park down there by John Dominis get that

11:14AM  24  long walkway --

11:14AM  25  Q    Right.

| | | |
|---|---|---|
| 11:14AM | 1 | A    -- I used to meet him at places like that, and walk back |
| 11:15AM | 2 | and forth with him talking about this type of stuff. |
| 11:15AM | 3 | Q    Okay.  Now, I want to show you a few videos. |
| 11:15AM | 4 | MR. INCIONG:  If we could show the witness, it's |
| 11:15AM | 5 | Exhibit 1-009.  And there are three videos in particular, video |
| 11:15AM | 6 | number 2, number 5 and number 6. |
| 11:15AM | 7 | BY MR. INCIONG: |
| 11:15AM | 8 | Q    Mr. Miller, prior to coming to court today, do you recall |
| 11:15AM | 9 | viewing the video clips that were part of this exhibit? |
| 11:15AM | 10 | A    Yes. |
| 11:15AM | 11 | Q    Did you recognize those videos? |
| 11:15AM | 12 | A    Yes. |
| 11:15AM | 13 | Q    Did you take those videos yourself? |
| 11:15AM | 14 | A    Yes. |
| 11:15AM | 15 | Q    Was it in the time frame that you were following A1? |
| 11:15AM | 16 | A    Yes. |
| 11:15AM | 17 | MR. INCIONG:  Your Honor, I would move to admit based |
| 11:15AM | 18 | on the witness's foundation and the stipulation to |
| 11:15AM | 19 | authenticity. |
| 11:15AM | 20 | THE COURT:  Moving to admit what? |
| 11:16AM | 21 | MR. INCIONG:  Exhibit -- I'm sorry, video number 2, |
| 11:16AM | 22 | number 5 and number 6 that are part of that exhibit.  It's |
| 11:16AM | 23 | Exhibit Number 1-009.  There are a number of videos that are |
| 11:16AM | 24 | included in that.  There's just the three, number 2, number 5 |
| 11:16AM | 25 | and number 6 that I'm referencing. |

| | | |
|---|---|---|
| 11:16AM | 1 | THE COURT:  Do you have any objection to the videos |
| 11:16AM | 2 | being played, Mr. Kennedy? |
| 11:16AM | 3 | MR. KENNEDY:  So just so I'm clear, what I'm looking |
| 11:16AM | 4 | at now doesn't have a number on it, but can you let me know |
| 11:16AM | 5 | which ones are -- |
| 11:16AM | 6 | MR. INCIONG:  Yes. |
| 11:16AM | 7 | MR. KENNEDY:  -- the videos that you're willing -- |
| 11:16AM | 8 | MR. INCIONG:  Yes.  If you look in the up are |
| 11:16AM | 9 | left-hand corner of each box, it says the number. |
| 11:16AM | 10 | MR. KENNEDY:  Kind of hard to see.  Should blow it up. |
| 11:16AM | 11 | MR. INCIONG:  Could you blow up -- |
| 11:16AM | 12 | MR. KENNEDY:  Pretty small. |
| 11:16AM | 13 | MR. INCIONG:  Could you blow up number 2 for counsel, |
| 11:17AM | 14 | please? |
| 11:17AM | 15 | MR. KENNEDY:  Okay.  So 2 would coordinate to which |
| 11:17AM | 16 | number of the exhibit? |
| 11:17AM | 17 | MR. INCIONG:  The exhibit number is 1-009. |
| 11:17AM | 18 | MR. KENNEDY:  Okay.  So that would be 2. |
| 11:17AM | 19 | MR. INCIONG:  And this is video number 2, yes. |
| 11:17AM | 20 | MR. KENNEDY:  And then -- |
| 11:17AM | 21 | MR. INCIONG:  And then video number 5 -- |
| 11:17AM | 22 | MR. KENNEDY:  I'm sorry? |
| 11:17AM | 23 | MR. INCIONG:  Video number 5 is the next one.  If you |
| 11:17AM | 24 | scroll down, can show you number 5.  And 6 is the next one. |
| 11:17AM | 25 | MR. KENNEDY:  And these are all part of 1-009? |

| | | |
|---|---|---|
| 11:17AM | 1 | MR. INCIONG:  Yes. |
| 11:17AM | 2 | MR. KENNEDY:  Three videos? |
| 11:17AM | 3 | MR. INCIONG:  Yes.  1-009 is an extraction off of a |
| 11:17AM | 4 | cell phone. |
| 11:18AM | 5 | THE COURT:  I think we're looking at each other. |
| 11:18AM | 6 | Mr. Kennedy, I have -- |
| 11:18AM | 7 | MR. KENNEDY:  I'm sorry, Your Honor. |
| 11:18AM | 8 | THE COURT:  My question was pending, do you have an |
| 11:18AM | 9 | objection to the videos either being admitted or played? |
| 11:18AM | 10 | MR. KENNEDY:  I -- I guess I have an objection only |
| 11:18AM | 11 | to -- I don't know how they would get to the jury. |
| 11:18AM | 12 | THE COURT:  Well, I have that issue too.  That's why I |
| 11:18AM | 13 | asked the question the way I asked it. |
| 11:18AM | 14 | MR. KENNEDY:  And so that would be -- |
| 11:18AM | 15 | THE COURT:  Do you have any objection to the videos? |
| 11:18AM | 16 | MR. KENNEDY:  Yes, I don't think they could use the |
| 11:18AM | 17 | internet to play them.  It looks like what this is, you know, |
| 11:18AM | 18 | you would click on it and play, but what I see here doesn't |
| 11:18AM | 19 | have an exhibit number on it.  So I don't know how they |
| 11:18AM | 20 | would -- the jury would actually get it. |
| 11:18AM | 21 | THE COURT:  I'm going address that in a minute.  My |
| 11:18AM | 22 | question is, do you have an objection to the admission of the |
| 11:18AM | 23 | videos and/or playing them to the jury? |
| 11:19AM | 24 | MR. KENNEDY:  No, I do not, Your Honor, with that. |
| 11:19AM | 25 | THE COURT:  Okay.  So you may admit -- each of these |

11:19AM   1    videos will be admitted.  You may play them and publish them to

11:19AM   2    the jury, but they need to be marked.

11:19AM   3              MR. INCIONG:  I'll mark them separately.

11:19AM   4              THE COURT:  Separately 1-009 in the format --

11:19AM   5              MR. INCIONG:  A, B and C?

11:19AM   6              THE COURT:  If you separate them out, the three videos

11:19AM   7    we've spoken of, you can number them however you wish.

11:19AM   8              MR. INCIONG:  Okay.

11:19AM   9              THE COURT:  They will come into evidence, but the

11:19AM  10    problem is 1-009 isn't a video, it's a two-page report.

11:19AM  11              MR. INCIONG:  Yes, it's an extraction report.

11:19AM  12    Correct.

11:19AM  13              THE COURT:  Right.  So with that, I think that

11:19AM  14    addresses Mr. Kennedy's concern, which is also my concern.  But

11:19AM  15    you may publish the videos themselves.

11:19AM  16              MR. INCIONG:  Thank you, Your Honor.  Appreciate it.

11:19AM  17              So can we begin with then video number 2, which we

11:19AM  18    will remark separately.

11:20AM  19              We need volume, please.

11:20AM  20              (Video was played.)

11:20AM  21    BY MR. INCIONG:

11:20AM  22    Q    Who is talking on that video, sir?

11:20AM  23    A    That's me.

11:20AM  24    Q    Who took that video?

11:20AM  25    A    Me.

| | | | |
|---|---|---|---|
| 11:20AM | 1 | Q | What were you doing at that time? |
| 11:20AM | 2 | A | I was looking for -- for Elgin. |
| 11:20AM | 3 | Q | Who were you directing that video to? |
| 11:20AM | 4 | A | I was -- I was showing that to Mikey. |
| 11:20AM | 5 | Q | Mr. Miske? |
| 11:20AM | 6 | A | Yes. |
| 11:20AM | 7 | Q | It doesn't sound like you were very happy. |
| 11:20AM | 8 | A | No. |
| 11:20AM | 9 | Q | Why not? |
| 11:20AM | 10 | A | I mean, I no remember the talks we was having, but it was |
| 11:20AM | 11 | | Christmas Eve, you know, and -- and he told me -- I forget how |
| 11:21AM | 12 | | that whole thing went down, though, but I went out there for |
| 11:21AM | 13 | | see if he was there, and he wasn't there. |
| 11:21AM | 14 | Q | So you went out there based on the information that |
| 11:21AM | 15 | | someone gave you? |
| 11:21AM | 16 | A | Yes. |
| 11:21AM | 17 | Q | Who gave you that information? |
| 11:21AM | 18 | A | Miske. |
| 11:21AM | 19 | Q | But you did not see Mr. Calles, A1? |
| 11:21AM | 20 | A | No. |
| 11:21AM | 21 | Q | This was Christmas Eve. Do you recall what year? |
| 11:21AM | 22 | A | No. |
| 11:21AM | 23 | Q | Was this after Jonathan Fraser disappeared? |
| 11:21AM | 24 | A | I don't know. I don't know. |
| 11:21AM | 25 | Q | Why did you feel the need to be out on Christmas Eve |

11:21AM   1    looking for A1?

11:21AM   2    A    I never feel a need, you know.

11:21AM   3    Q    But why were you there?

11:21AM   4    A    I don't really remember that whole -- what I was feeling

11:21AM   5    at that time, Mark.

11:21AM   6    Q    Okay.

11:21AM   7    A    You know, what needs I was feeling, I don't remember.

11:21AM   8    Q    Well, it was Christmas Eve, you mentioned that a couple of

11:21AM   9    times, right?

11:21AM   10   A    Yeah, Christmas Eve.

11:21AM   11   Q    So were there other things you would have been doing

11:21AM   12   instead?

11:21AM   13   A    Yeah, of course you'd be.

11:22AM   14   Q    So why were you there?

11:22AM   15   A    I was there for see if Elgin was there.

11:22AM   16        MR. INCIONG:  If we could show video number 5 next,

11:22AM   17   please.

11:22AM   18        (Video was played.)

11:22AM   19   BY MR. INCIONG:

11:22AM   20   Q    Whose voice was on that video?

11:22AM   21   A    Mines.

11:22AM   22   Q    Who took that video?

11:22AM   23   A    Me.

11:22AM   24   Q    What were you focusing on in that video?

11:22AM   25   A    That's his black truck right there.

11:22AM   1   Q   That was A1's black truck?

11:22AM   2   A   Black truck, yeah.

11:22AM   3   Q   You were following him that day?

11:22AM   4   A   Yes.

11:23AM   5   Q   You heard the date that you said?

11:23AM   6   A   Yes.

11:23AM   7   Q   It was April 19th?

11:23AM   8   A   Right.

11:23AM   9   Q   Do you know the year?

11:23AM  10   A   No.

11:23AM  11   Q   So the other video you said December 24th, correct?

11:23AM  12   A   Right.

11:23AM  13   Q   So either way, whether it was before or after that,

11:23AM  14   there's a few months in between at least?

11:23AM  15   A   Yes.

11:23AM  16   Q   Is that how approximately how long you were following

11:23AM  17   Mr. Calles around?

11:23AM  18   A   Yes.

11:23AM  19        MR. INCIONG:  Finally, could we show video number 6.

11:23AM  20        (Video was played.)

11:24AM  21   BY MR. INCIONG:

11:24AM  22   Q   Who took that video, sir?

11:24AM  23   A   Me.

11:24AM  24   Q   Was this the same day as the video you just saw before?

11:24AM  25   A   I don't know.

11:24AM    1    Q    It was it the same location?

11:24AM    2    A    Yes.

11:24AM    3    Q    Where was that exactly?

11:24AM    4    A    That's in front of BJ Penn's gym.

11:24AM    5    Q    Is that the Kaka'ako area?

11:24AM    6    A    Yes.

11:24AM    7    Q    All right.  Why did you take that video?

11:24AM    8    A    I used to go back and show 'em to Mikey and telling him

11:24AM    9    like, Hey, this fucking -- he's always -- like he's always in

11:24AM   10    the Downtown area.  You know, I ask his feedback what he think

11:24AM   11    about that.

11:24AM   12    Q    So you were communicating regularly with Mr. Miske as to

11:24AM   13    where A1's whereabouts?

11:24AM   14    A    Yes.

11:24AM   15    Q    As far as anything you arranged, was an assault or

11:24AM   16    anything more ever carried out on A1?

11:24AM   17    A    No.

11:24AM   18    Q    Was this the only person that Mr. Miske asked you to

11:25AM   19    follow around during this time period?

11:25AM   20    A    No.

11:25AM   21    Q    You testified earlier in the case about someone by the

11:25AM   22    name of Joe Boy Tavares.

11:25AM   23    A    Yes.

11:25AM   24    Q    Did Joe Boy Tavares's name ever come up again?

11:25AM   25    A    Yes.

| | | | |
|---|---|---|---|
| 11:25AM | 1 | Q | When did that come up? |
| 11:25AM | 2 | A | That name always came up.  You know, he always -- that -- |
| 11:25AM | 3 | | that name, I just can remember that name came up.  He just |
| 11:25AM | 4 | | hated him. |
| 11:25AM | 5 | Q | So initially you said this is when you were young and you |
| 11:25AM | 6 | | were checking up on Joe Boy back in the back roads, right? |
| 11:25AM | 7 | A | Yes. |
| 11:25AM | 8 | Q | Did you ever do more than that? |
| 11:25AM | 9 | A | Well, specifically this is after -- this is after -- after |
| 11:25AM | 10 | | his son died when that whole Fraser thing was going on. |
| 11:25AM | 11 | Q | Okay. |
| 11:25AM | 12 | A | But -- so he's -- he don't care about nothing at this |
| 11:25AM | 13 | | point, you know.  He's like -- |
| 11:25AM | 14 | Q | Who is "he"? |
| 11:25AM | 15 | A | Miske.  So -- |
| 11:26AM | 16 | Q | Why is that? |
| 11:26AM | 17 | A | Huh? |
| 11:26AM | 18 | Q | What do you mean he doesn't care about nothing? |
| 11:26AM | 19 | A | Like he -- he no care.  He never -- his whole mood just |
| 11:26AM | 20 | | wen' change.  Like he never give a shit about nothing. |
| 11:26AM | 21 | Q | This was after Fraser's disappearance? |
| 11:26AM | 22 | A | After his son, after Fraser, yeah, after all of that. |
| 11:26AM | 23 | Q | Okay. |
| 11:26AM | 24 | A | He never care about nothing already. |
| 11:26AM | 25 | Q | All right.  So go on. |

11:26AM   1    A    So specifically Joe Boy, he met with me one day and he was

11:26AM   2    like, Hey, what about -- he call 'em back roads -- he said,

11:26AM   3    What about back roads down there?  What the hell?  Go down

11:26AM   4    there and -- go down there and fucking just -- just down 'em

11:26AM   5    already.

11:26AM   6         And -- so anyways we're talking, he's giving me shit

11:26AM   7    about -- about me not being there for him again.  And I told

11:26AM   8    him, I said, Going to go talk to -- going to go talk to

11:26AM   9    somebody.

11:26AM  10         So I went back, I talked to Harry Boy, and I was like,

11:26AM  11    Hey, what you think about -- about Joe Boy back there?  You

11:27AM  12    know, I guess somebody like pay for -- for clip 'em.  And then

11:27AM  13    he was like -- at first he was like, Joe Boy?  And I was like,

11:27AM  14    Yeah.  And he was like -- he wen' agree, he wanted for do 'em.

11:27AM  15    So I was like, All right.

11:27AM  16         I went back to Miske, I told him, I'm going to grab

11:27AM  17    you some scrips because it going to cost 'em, you going have

11:27AM  18    to -- you're going to have to follow 'em and everything like

11:27AM  19    that, going cost 'em -- going to cost some money for do that,

11:27AM  20    so I going grab -- grab some money from Miske.  I never say 'em

11:27AM  21    like that, but that's what I was -- that's what I was about to

11:27AM  22    do.

11:27AM  23         So I went back -- the time frame is not all lined up,

11:27AM  24    but I just giving you an overview on 'em.  I wen' to go see

11:27AM  25    Miske after talking to Harry Boy, and told Miske, I get

11:27AM   1   somebody that like do 'em.  Just give me some money.  So he --

11:27AM   2   he went -- he met me after that, he gave me ten grand, you

11:28AM   3   know, as like one down payment.  You know, he said, We'll talk

11:28AM   4   about the rest when it's done.  Just fucking get this shit

11:28AM   5   done.

11:28AM   6        So I left, I went back to go see Harry Boy, and I told

11:28AM   7   Harry Boy what -- what went on, and -- and I gave him the

11:28AM   8   money -- I gave him -- I gave him eight grand.  I told him, Hey

11:28AM   9   you, gotta get one car over here for two grand, just one burner

11:28AM  10   car that you can throw away.  So he took the money.

11:28AM  11        And then I went with him a few times.  I told him, I

11:28AM  12   was doing -- I was doing some other stuff.  So we gotta -- you

11:28AM  13   know what I mean, you got the money already, do -- do what you

11:28AM  14   said you was going do.  So he agreed.

11:28AM  15        The couple of times I went with him, this specific guy

11:28AM  16   that we talking about, he always go to -- he always go to the

11:28AM  17   chicken fights.  Every week he go to gambling places, roll dice

11:29AM  18   and stuff like that.  So I went with Harry Boy a few places and

11:29AM  19   showed him, I said, Hey, this is where he's at, if he rolling

11:29AM  20   dice over here, that warehouse right there.  I told him, Hey,

11:29AM  21   if you go to the fights right here, anywhere on these roads, no

11:29AM  22   more nobody on these roads in Waianae, I said, When he coming

11:29AM  23   back from the fights -- I showed him the -- I said, Look, he

11:29AM  24   always goes down these roads right here.  So you still living

11:29AM  25   in Nalo.  Do what you said you was going do.

11:29AM 1            So I'm talking to him like that and -- yeah, that's

11:29AM 2    what went on with that.

11:29AM 3    Q    Okay.  And to your knowledge, did Harry Kauhi ever carry

11:29AM 4    out any of those --

11:29AM 5    A    Not to my knowledge, you know.  I know he was -- I know he

11:29AM 6    was following him, you know, but -- like he told me he came

11:29AM 7    back and told me like -- like he followed him a few times,

11:29AM 8    but -- yeah, I don't know if he did nothing, not -- not to my

11:29AM 9    knowledge.

11:30AM 10   Q    Did you and Mr. Miske ever discuss whether Mr. Kauhi had

11:30AM 11   ever carried out the plans?

11:30AM 12   A    Yeah, we talked about it after that.  I told him -- I told

11:30AM 13   him -- yeah, after that he was even more frustrated, you know.

11:30AM 14   He was like -- because he gave me the money.  You know what I

11:30AM 15   mean, he was just more frustrated after that.

11:30AM 16   Q    Because nothing had happened?

11:30AM 17   A    Yeah, nothing was happening right away.

11:30AM 18   Q    Did you find out that Mr. Miske made his own plans to try

11:30AM 19   and take action against Joe Boy Tavares?

11:30AM 20   A    Yeah.

11:30AM 21   Q    How did you find that out?

11:30AM 22   A    Well, he told me about the -- about the situation.  Like

11:30AM 23   he was fucking --

11:30AM 24   Q    What did he tell you?

11:30AM 25   A    He told me, These dummies right here -- he was talking

11:30AM  1   about -- he was talking about Lance and Jake and them -- and he

11:30AM  2   said, These fucking dummies went down there, they was waiting

11:30AM  3   across the -- they was waiting across the street from his house

11:30AM  4   in the bushes, still couldn't get 'em done.  You know.

11:31AM  5   Q    Had you talked to -- to Jake Smith or Lance Bermudez about

11:31AM  6   that?

11:31AM  7   A    No.

11:31AM  8   Q    So that was something he had arranged?

11:31AM  9   A    Yeah, that was something he said -- he said with that,

11:31AM  10  just --

11:31AM  11       MR. INCIONG:  Could we show Mr. Miller Exhibit 1-34,

11:31AM  12  please?

11:31AM  13       THE COURT:  Go ahead.

11:31AM  14  BY MR. INCIONG:

11:31AM  15  Q    Do you recognize who's shown in the --

11:31AM  16  A    Yes.

11:31AM  17  Q    How do you recognize that picture?

11:31AM  18  A    That's Bermudez.

11:31AM  19  Q    And this is the picture -- or is this the person that you

11:31AM  20  just referenced in the testimony a few seconds ago?

11:31AM  21  A    Yes.

11:31AM  22  Q    How did you know Lance Bermudez?

11:31AM  23  A    I knew -- he was running around with Jake them.  You know,

11:31AM  24  he was going around -- he was running around robbing -- robbing

11:31AM  25  everybody.

11:31AM    1    Q    Does this picture accurately show Lance as he appeared at

11:31AM    2    that time?

11:31AM    3    A    Yes.

11:31AM    4          MR. INCIONG:  Your Honor, I would move to admit

11:31AM    5    Exhibit 1-34.

11:31AM    6          THE COURT:  Any objection?

11:31AM    7          MR. KENNEDY:  No objection.

11:31AM    8          THE COURT:  Without objection, 1-34 is admitted.  You

11:32AM    9    may publish.

11:32AM   10          (Exhibit 1-0034 was received in evidence.)

11:32AM   11          MR. INCIONG:  Thank you, Your Honor.  May I publish?

11:32AM   12          THE COURT:  Yes.

11:32AM   13          MR. INCIONG:  And if I could replace -- take some of

11:32AM   14    the photos off the face board and replace it with

11:32AM   15    Mr. Bermudez --

11:32AM   16          THE COURT:  Yes.

11:32AM   17          MR. INCIONG:  -- along with Mr. Smith, who is still

11:32AM   18    there.

11:32AM   19          THE COURT:  Yes.

11:32AM   20          MR. INCIONG:  Thank you.

11:32AM   21    BY MR. INCIONG:

11:32AM   22    Q    So this is Lance Bermudez?

11:32AM   23    A    Yes.

11:32AM   24    Q    And this is the person that Mr. Miske told you he

11:32AM   25    discussed along with Jake Smith about carrying out a hit on Joe

11:32AM   1   Boy Tavares?

11:32AM   2   A    Yes.

11:32AM   3   Q    Was there anyone else that he told you was involved?

11:32AM   4   A    I cannot remember.

11:32AM   5   Q    As far as you know, did anything ever happen in regard to

11:32AM   6   Joe Boy Tavares?

11:32AM   7   A    No, not that I know.

11:32AM   8   Q    Earlier today you mentioned the name Ryan Teramoto, and I

11:32AM   9   said we would get back to that.

11:32AM   10  A    Mm-hmm.

11:32AM   11  Q    Who is Ryan Teramoto?

11:32AM   12  A    One of Miske's friends from long time ago.

11:32AM   13  Q    Did you know Ryan Teramoto?

11:33AM   14  A    Yes.

11:33AM   15  Q    You met him?

11:33AM   16  A    Yes.  I know him -- I know him for a long time too.

11:33AM   17  Q    Was there a certain nickname that you knew him as?

11:33AM   18  A    Certified.

11:33AM   19  Q    Why was he called Certified?

11:33AM   20  A    He had one company named Certified, so we used to call him

11:33AM   21  that.

11:33AM   22  Q    Was Mr. Teramoto from the same neighborhood as you?

11:33AM   23  A    Yes.

11:33AM   24  Q    So he grew up in Waimanalo as well?

11:33AM   25  A    Yes.

| | | | |
|---|---|---|---|
| 11:33AM | 1 | Q | That's how you guys all know each other? |
| 11:33AM | 2 | A | Yes. |
| 11:33AM | 3 | Q | You described him as being good friends with Mr. Miske. |
| 11:33AM | 4 | A | Yes. |
| 11:33AM | 5 | Q | Did that change at any point? |
| 11:33AM | 6 | A | Yes. |
| 11:33AM | 7 | Q | What caused that to change? |
| 11:33AM | 8 | A | So one day Miske -- Miske tells me, Fucking -- he was -- |
| 11:33AM | 9 | | he had listening devices, like he had planted listening devices |
| 11:33AM | 10 | | inside of his girlfriend's car, Tori.  Tori Clegg. |
| 11:33AM | 11 | Q | Okay. |
| 11:33AM | 12 | A | So he was hearing that she was talking to somebody, you |
| 11:34AM | 13 | | know, but he was telling me, he said, Fuck it, I cannot |
| 11:34AM | 14 | | figure -- I cannot figure out -- I know she talking to |
| 11:34AM | 15 | | somebody.  I cannot figure out who she talking to. |
| 11:34AM | 16 | | Because this thing only -- only pick up sound when |
| 11:34AM | 17 | | somebody talking, and the thing go back off again.  So, yeah, |
| 11:34AM | 18 | | he was telling me that.  Then he found out that he was -- that |
| 11:34AM | 19 | | she was actually talking to Certified.  You know. |
| 11:34AM | 20 | Q | Okay.  Let me stop you right there then for one second. |
| 11:34AM | 21 | | Let me show you a couple of photos. |
| 11:34AM | 22 | | MR. INCIONG:  If we can start with 1-0066.  This has |
| 11:34AM | 23 | | been previously admitted into evidence, I believe. |
| 11:34AM | 24 | | THE WITNESS:  Yes. |
| 11:34AM | 25 | | MR. INCIONG:  May I publish that, Your Honor? |

11:34AM    1              THE COURT:  Yes, it has been admitted.  You may

11:34AM    2    publish.

11:34AM    3              MR. INCIONG:  Thank you.

11:34AM    4    BY MR. INCIONG:

11:34AM    5    Q    This is Tori Clegg?

11:34AM    6    A    Yes.

11:34AM    7    Q    This is the girlfriend you were referencing?

11:34AM    8    A    Yes.

11:34AM    9    Q    Okay.  Can I show you now 1-0655.

11:34AM   10              MR. INCIONG:  Or show the witness, please.

11:34AM   11    BY MR. INCIONG:

11:35AM   12    Q    Do you recognize who's shown in that photo?

11:35AM   13    A    Yes.

11:35AM   14    Q    Who is that?

11:35AM   15    A    Ryan Teramoto.

11:35AM   16    Q    Is that -- that's the person you know as Certified?

11:35AM   17    A    Yes.

11:35AM   18    Q    Does that picture accurately show him, how -- how he

11:35AM   19    appears?

11:35AM   20    A    Yes.

11:35AM   21              MR. INCIONG:  Your Honor, I would move to admit

11:35AM   22    Exhibit 1-0655.

11:35AM   23              THE COURT:  Any objection?

11:35AM   24              MR. KENNEDY:  No objection.

11:35AM   25              THE COURT:  Without objection, 1-655 is admitted.  You

11:35AM   1   may publish.

11:35AM   2              (Exhibit 1-0655 was received in evidence.)

11:35AM   3              MR. INCIONG:  Thank you, Your Honor.

11:35AM   4   BY MR. INCIONG:

11:35AM   5   Q    And this is Ryan Teramoto?

11:35AM   6   A    Yes.

11:35AM   7   Q    So you indicated Mr. Miske found out that Ryan Teramoto

11:35AM   8   was talking to Tori Clegg.

11:35AM   9   A    Yes.

11:35AM  10   Q    What did he -- what did he tell you after that?

11:35AM  11   A    He told me he found -- he told me he found out he was

11:35AM  12   talking to him, and he was -- he was mad only because Ryan and

11:35AM  13   him was good friends.

11:35AM  14   Q    Okay.

11:35AM  15   A    You know, he was mad because -- he was just more mad at

11:35AM  16   Ryan because of that, they was good friends, when he found out

11:35AM  17   that they was talking.  So, yeah, he told me he had -- when he

11:36AM  18   found out, he told me he had drove down to this guy was at one

11:36AM  19   soccer game or something like that in Lanikai.

11:36AM  20   Q    Who was at a soccer game?

11:36AM  21   A    Ryan Teramoto.

11:36AM  22   Q    Okay.

11:36AM  23   A    He was on a soccer -- he was on a soccer game, and he

11:36AM  24   drove down there, he said he -- he wen' slap him around or

11:36AM  25   lumped him up a little bit.  And, yeah, that was that.

11:36AM   1              And then he told me -- he told me, This fucker was

11:36AM   2      holding one M for me, you know.  That's how good friends we

11:36AM   3      was.  But he told me, I told him, Fucking bring my money back.

11:36AM   4      Q    Okay.  "Hold one M for me," what does that mean?

11:36AM   5      A    A mil -- a million cash.  He was holding some -- he was

11:36AM   6      holding some cash for him.

11:36AM   7      Q    A million dollars.

11:36AM   8      A    Yes, in cash.

11:36AM   9      Q    What did he want done with that?

11:36AM   10     A    He told me he told -- he told Ryan, Bring my fucking

11:36AM   11     money.  You know, give me my fucking money back, like that.

11:37AM   12     Q    Were you involved with collecting that money?

11:37AM   13     A    Well, Ryan brought 'em back.  I wasn't -- actually I

11:37AM   14     remember going -- I mean not going, but we -- I was at the shop

11:37AM   15     talking to him, and either before or a little after, but I

11:37AM   16     wasn't there when Teramoto actually came for drop off the

11:37AM   17     money.  So I don't know -- in that time frame I'm at the shop

11:37AM   18     with him, he tell me, Hey, I'm going -- we're going to Chili's

11:37AM   19     in Pearl City, give the -- give the scrips to Yokoyama.

11:37AM   20     Q    Okay.  So let me make sure I understand this correctly.

11:37AM   21     So you're at the shop --

11:37AM   22     A    Yeah.

11:37AM   23     Q    -- meaning the Queen Street shop of Kama'aina Termite and

11:37AM   24     Pest Control.  The money -- you're not present when the money

11:37AM   25     is dropped off?

11:37AM    1    A    Yeah, I not -- I not there when the money was dropped off.

11:37AM    2    Q    Did you see the Monday ever?

11:37AM    3    A    The -- the money in the bag?

11:37AM    4    Q    You tell me.

11:37AM    5    A    I mean I seen the bag.  I never open up the bag and look

11:38AM    6    at the -- look at the money.

11:38AM    7    Q    How did you know there was money in there?

11:38AM    8    A    He told me we going to drop off -- we're going to Pearl

11:38AM    9    City drop off the scrips to -- to Yokoyama.

11:38AM   10    Q    Okay.  And "he" is Mr. Miske?

11:38AM   11    A    Yeah, "he" is Mr. Miske, yeah.

11:38AM   12    Q    So did you drive with him to Pearl City?

11:38AM   13    A    Yeah, we headed to Pearl City and had -- so a few of us

11:38AM   14    went that day, me, Miske, Kaulana Freitas and -- and his

11:38AM   15    brother Johnnie.

11:38AM   16    Q    John Stancil?

11:38AM   17    A    John Stancil, yeah.

11:38AM   18    Q    Okay.  Did you meet Mr. -- Jason at the -- at the Chili's?

11:38AM   19    A    Yes.

11:38AM   20    Q    Okay.  What happened --

11:38AM   21    A    Pearl City Chili's, like we park -- get one little covered

11:38AM   22    parking over there, and then get Chili's right there.

11:38AM   23    Q    And was this bag with you that you were told the money was

11:38AM   24    contained inside?

11:38AM   25    A    Yeah.

11:38AM   1   Q   Who was the bag given to?

11:38AM   2   A   Jason.  Jason grabbed the bag.

11:38AM   3   Q   Jason Yokoyama?

11:38AM   4   A   Yes.

11:39AM   5   Q   What did he do with it?

11:39AM   6   A   He took it with him.  You going to have to ask Jason.

11:39AM   7   Q   All right.  So he -- Mr. Miske took money back that he had

11:39AM   8   asked Mr. Teramoto to hold for him?

11:39AM   9   A   Yeah, up to that point they was -- they was great friends.

11:39AM  10   You know, they was really, really good friends.

11:39AM  11   Q   Was that it or was there anything else in regard to

11:39AM  12   Mr. Teramoto that Mr. Miske wanted done?

11:39AM  13   A   Oh, after -- after that he wanted to -- yeah, he was -- he

11:39AM  14   was on him after that.

11:39AM  15   Q   What does that mean, "he was on him"?

11:39AM  16   A   Like he wanted he -- he never -- I no like say he never

11:39AM  17   like -- he never like kill 'em, but he wanted him beat down

11:39AM  18   just -- and kept going, you know.  Like he wanted him beat

11:39AM  19   down -- beat down, heal up, beat down again, heal up, beat down

11:39AM  20   again, you know.  Because he told me, he said, Fuck, I like go

11:39AM  21   see this fucker in the hospital and look at him -- you know, I

11:40AM  22   look at him in his eyes so he can know that's me that did that

11:40AM  23   to him.

11:40AM  24   Q   He said that to you?

11:40AM  25   A   Like got that done to him, yeah, he told me that.  He told

| | | |
|---|---|---|
| 11:40AM | 1 | me that's -- he told me, That's what I like done to him. |
| 11:40AM | 2 | Q    You mentioned this listening device of some sort that he |
| 11:40AM | 3 | was listening to Tori Clegg's conversations on.  Did you ever |
| 11:40AM | 4 | see him actually using that listening device? |
| 11:40AM | 5 | A    One listening device, like he told me he used to -- like |
| 11:40AM | 6 | he used to -- when she was at work like that, he used to grab |
| 11:40AM | 7 | the car, take 'em to some shop, and they used to put the stuff |
| 11:40AM | 8 | inside. |
| 11:40AM | 9 | Q    I see. |
| 11:40AM | 10 | A    Like I don't know if it was a listening device in the car, |
| 11:40AM | 11 | but, yeah, he told me he had -- he had something done like |
| 11:40AM | 12 | that. |
| 11:40AM | 13 | Q    All right.  Did you take any action to try and carry out |
| 11:40AM | 14 | this -- I guess third base it would be -- |
| 11:40AM | 15 | A    Yes. |
| 11:40AM | 16 | Q    -- that Mr. Miske had requested? |
| 11:40AM | 17 | A    Yes. |
| 11:40AM | 18 | Q    What did you do? |
| 11:40AM | 19 | A    Oh, I -- so at those times he gave me the -- he gave me |
| 11:41AM | 20 | the tracker.  You know, like he gave me his tracker, his egg |
| 11:41AM | 21 | that he had at this time.  I seen him somewhere his -- I seen |
| 11:41AM | 22 | his truck somewhere, and I put -- I put the egg on his truck. |
| 11:41AM | 23 | Q    You're referring to Mr. Teramoto? |
| 11:41AM | 24 | A    Mr. Teramoto's truck, yeah. |
| 11:41AM | 25 | Q    So -- and you were using that tracker just in the same way |

11:41AM    1    you described as with A1?

11:41AM    2    A    Yes.

11:41AM    3    Q    Were you following him as well in your -- in a vehicle?

11:41AM    4    A    Yes.

11:41AM    5    Q    Was there any steps taken to carry out Mr. Miske's order?

11:41AM    6    A    Yeah, you know, I took Jake -- I took Jake with me a few

11:41AM    7    times.  So I told -- I told Jake -- I told Jake, Hey, again,

11:41AM    8    just smash this guy.

11:41AM    9         So caught him one time, he was at -- he golfs a lot,

11:41AM   10    so he was at Olomana golf course in Waimanalo.  And Jake, he

11:42AM   11    was in one burner car that -- that I had given him, and I told

11:42AM   12    him, I said, Hey, come over -- I don't know where he was, but I

11:42AM   13    told him, Hey, come over here, grab the -- go park by his

11:42AM   14    truck, grab the egg off -- off of his truck, and then just

11:42AM   15    pound him out right there.  I said, Just smash him.  Don't even

11:42AM   16    stop.

11:42AM   17         And then for that particular occasion, Miske was also

11:42AM   18    in Waimanalo during that time.  So he had jumped in -- I mean I

11:42AM   19    picked him up -- he had parked in front of his mom's house, I

11:42AM   20    picked him up, and across from Olomana had like one -- get one

11:42AM   21    rodeo place up there.  So we drove up there, parked -- I parked

11:42AM   22    up there, and then you can clearly see the -- the parking lot

11:42AM   23    area of Olomana from that -- from that view.

11:42AM   24    Q    Okay.

11:42AM   25    A    And Jake was sitting in the car and waiting for Ryan, just

11:43AM   1   waiting for him come out, but -- but Ryan was walking, and Jake

11:43AM   2   was already -- you know, like the car -- the car Jake was in

11:43AM   3   was blacked out so you couldn't see inside.  So Ryan was

11:43AM   4   walking back, and Jake was like following him like on his tail,

11:43AM   5   you know.  And then Ryan got kind of spooked out, so he wen'

11:43AM   6   jet back in the -- into the shop, you know.

11:43AM   7         And then Jake was calling me like, Hey, this -- I

11:43AM   8   said, Jake, did you stay following this guy?  You stayed right

11:43AM   9   on his ass in a blacked-out car.  You know.  So that was --

11:43AM  10   that was one time in particular.

11:43AM  11         And then -- and then I was corresponding with Jake,

11:43AM  12   Jake was following him around, and one other time where I told

11:43AM  13   Jake, I said, Jake, this is where he live.  You know, this is

11:43AM  14   his house right here.  And Jake them was -- Ryan was coming

11:44AM  15   home, and Jake them was following him.  And then Ryan had

11:44AM  16   pulled into his garage.  Jake them drove straight in, like he

11:44AM  17   was explaining to me the story.  He was like, Fuck, I drove

11:44AM  18   straight up to him, he fucking jump out of car, left his door

11:44AM  19   open, ran in the house.  You know, he said -- he said -- he

11:44AM  20   used the term "we," Jake, but I don't know who he was with.  He

11:44AM  21   was like, Fuck, we started walking around the house, you know.

11:44AM  22   But he said after that he got -- Ryan got spooked after that

11:44AM  23   he, like he put cameras in his house and -- you know.

11:44AM  24   Q    So nothing ever was carried out.

11:44AM  25   A    That -- that I know of.  I know -- I know Jake them kept

| | | |
|---|---|---|
| 11:44AM | 1 | going back after that, but -- yeah, that was just a few of the |
| 11:44AM | 2 | incidents that I could remember. |
| 11:44AM | 3 | MR. INCIONG: All right. Can we show Mr. Miller next |
| 11:44AM | 4 | Exhibit 1-0067. |
| 11:44AM | 5 | BY MR. INCIONG: |
| 11:45AM | 6 | Q    Do you recognize who's shown in this picture? |
| 11:45AM | 7 | A    Andrea Kaneakua. |
| 11:45AM | 8 | Q    How do you know Ms. Kaneakua. |
| 11:45AM | 9 | A    That's Mikey's -- that's like his wife, his longtime |
| 11:45AM | 10 | girlfriend.  You know. |
| 11:45AM | 11 | Q    Do you know her personally? |
| 11:45AM | 12 | A    Yes. |
| 11:45AM | 13 | Q    Does this picture accurately depict Ms. Kaneakua? |
| 11:45AM | 14 | A    Yes. |
| 11:45AM | 15 | MR. INCIONG: Your Honor, I would move to admit |
| 11:45AM | 16 | Exhibit 1-0067. |
| 11:45AM | 17 | THE COURT: Any objection? |
| 11:45AM | 18 | MR. KENNEDY: No objection. |
| 11:45AM | 19 | THE COURT: Without objection, 1-67 is admitted.  You |
| 11:45AM | 20 | may publish. |
| 11:45AM | 21 | (Exhibit 1-0067 was received in evidence.) |
| 11:45AM | 22 | MR. INCIONG: Thank you, Your Honor. |
| 11:45AM | 23 | BY MR. INCIONG: |
| 11:45AM | 24 | Q    So you described Ms. Kaneakua as his wife, longtime |
| 11:45AM | 25 | girlfriend? |

11:45AM    1    A    Longtime girlfriend.  Been with him -- like that's his --
11:45AM    2    as he called his solid -- his ride or die girlfriend.  You
11:45AM    3    know, like had parts where he used to tell me when things was
11:45AM    4    going bad, he said he thought he was going down, that she would
11:45AM    5    tell him like, Hey, if you want, we out of here, we can go to
11:45AM    6    one different country or something.  That's what he used to
11:46AM    7    tell me.  Like she was down for him like that.
11:46AM    8    Q    Was she employed ever to your knowledge at Kama'aina
11:46AM    9    Termite and Pest Control?
11:46AM    10   A    Yeah, she was like the boss.  Besides him, she was the
11:46AM    11   boss.
11:46AM    12   Q    What do you mean by "the boss"?  You mean she like ran the
11:46AM    13   place?
11:46AM    14   A    Yeah, pretty much.  Besides Mikey, she was the -- she was
11:46AM    15   the --
11:46AM    16   Q    Do you recall an incident where there was a disagreement
11:46AM    17   of some sort between them and she moved away?
11:46AM    18   A    Yeah, so that -- that particular time right there, like
11:46AM    19   she was -- she had left.  He was coming to me and telling me
11:46AM    20   like, Hey, Andie had -- Andie was gone.  I was like, What?
11:46AM    21   They was beefing about something.  They was beefing about some
11:46AM    22   shit, and Andie had left, and he thought that she had left for
11:46AM    23   good.
11:46AM    24         So he had came to me, he said, Hey, what you think
11:46AM    25   about -- what you think about Andie?  I was like, Andie?  He

11:47AM   1   was like, Yeah, she went to the Big Island.  That should be --
11:47AM   2   that should be easy.  I was like -- and he was telling me she
11:47AM   3   went to the Big Island, she went to her brother's house,
11:47AM   4   whatever it was, and he thought that she had left him for good.
11:47AM   5   You know, so he wanted -- he wanted to kill her.  He told me --
11:47AM   6   he told me she knew too much.  You know, he thought she left
11:47AM   7   for good, and he wanted for kill her.  And he told me -- he
11:47AM   8   told me specifically, Go down there and ask Dusky Boy them if
11:47AM   9   they -- if they interested.
11:47AM  10   Q    So did you think this was just a heat of the moment type
11:47AM  11   of thing?
11:47AM  12   A    Yeah, I thought it was one heat of the moment thing, yeah.
11:47AM  13   I thought it was a heat of the moment thing.  But he told me,
11:47AM  14   he said, Hey, go down there and tell them -- yeah, tell them,
11:47AM  15   hey, give them 200 grand, tell them go down there and kill 'em.
11:47AM  16   Q    So he specifically asked you to talk to one person in
11:47AM  17   particular?
11:47AM  18   A    Yeah.  So he told me go down to the North Shore, talk to
11:47AM  19   North Shore about if they like do this.
11:48AM  20   Q    North Shore is who?
11:48AM  21   A    Dusky Boy.
11:48AM  22   Q    Dusky Toledo?
11:48AM  23   A    Yes.
11:48AM  24   Q    Did you do that?
11:48AM  25   A    Yes.

11:48AM  1    Q    What did Dusky Boy Toledo say?

11:48AM  2    A    So I went down there.  I told Dusky Boy, I said, Hey,

11:48AM  3    Dusky Boy, this is -- Dusky Boy was -- he wasn't interested.

11:48AM  4    He was like, No, I not going -- I ain't doing that.  You know,

11:48AM  5    I not going -- I not doing that.  That's one girl.  He never

11:48AM  6    like do 'em.

11:48AM  7    Q    Okay.  Did you --

11:48AM  8    A    But I just told him, Hey, I gotta -- I gotta pass the

11:48AM  9    message because I no like him come down here later and throw

11:48AM  10   'em to you and -- and I never even tell you.  That's what I

11:48AM  11   told Dusky Boy.  Hey, I never like -- later on you guys talk,

11:48AM  12   and he asks you, Hey, did Mills ever wen' tell you this?  And

11:48AM  13   then he say, No, then --

11:48AM  14   Q    Why -- why did that concern you?

11:48AM  15   A    I mean, I was just -- he told me for pass the message to

11:48AM  16   him, and that was the message.  So he said no, he was -- he

11:49AM  17   blew that right off.  He laughed that off.  He said, I not

11:49AM  18   doing that to one chick.

11:49AM  19           And then -- so I went back and I told Mikey, I said,

11:49AM  20   Hey, he not interested.  And Mikey was like -- he shot to me

11:49AM  21   like, Tell 'em four, what about 400 grand?  You know, that

11:49AM  22   message I never even -- I never even -- like I took 'em as --

11:49AM  23   as like he just took one more shot, you know.  I went out there

11:49AM  24   and I told Dusky Boy, and he -- he never like even more.  You

11:49AM  25   know, that was -- that was that.

| | | | |
|---|---|---|---|
| 11:49AM | 1 | Q | And when you spoke to Mr. Toledo on those two times, did |
| 11:49AM | 2 | | you tell him the amounts that was being offered? |
| 11:49AM | 3 | A | Yes.  Yeah. |
| 11:49AM | 4 | Q | And he was not interested? |
| 11:49AM | 5 | A | Not interested at all.  He said, I wouldn't do it for -- |
| 11:49AM | 6 | Q | Did you come back and tell Mr. Miske that Dusky would not |
| 11:49AM | 7 | | do it even for 400,000? |
| 11:49AM | 8 | A | Yes. |
| 11:49AM | 9 | Q | What was his reaction? |
| 11:49AM | 10 | A | He -- I don't know.  I cannot remember, but he kind of -- |
| 11:50AM | 11 | | he kind of -- so at the times when this was happening right |
| 11:50AM | 12 | | here with Andie, the situation when this was happening, it's |
| 11:50AM | 13 | | like right up to before when Caleb got into the accident, you |
| 11:50AM | 14 | | know. |
| 11:50AM | 15 | Q | Okay. |
| 11:50AM | 16 | A | So like he was -- he was pressing on this -- on this issue |
| 11:50AM | 17 | | all the way up to Caleb got into the accident. |
| 11:50AM | 18 | Q | Okay. |
| 11:50AM | 19 | A | So when Caleb got into the accident, she actually came |
| 11:50AM | 20 | | back down, you know.  So -- so he never -- he never push that |
| 11:50AM | 21 | | issue after that.  You know, they came -- she came back down to |
| 11:50AM | 22 | | the hospital.  Every day I went to the hospital, I always seen |
| 11:50AM | 23 | | her there. |
| 11:50AM | 24 | Q | So they resolved their differences? |
| 11:50AM | 25 | A | Yeah, I mean, I guess.  I never say -- I never say |

| | | |
|---|---|---|
| 11:50AM | 1 | nothing. |
| 11:50AM | 2 | Q    Was Ms. Kaneakua close to Caleb? |
| 11:50AM | 3 | A    Yes.  Almost like his mom.  And when he was younger, she |
| 11:51AM | 4 | used to -- when I used to be over at the shop, she used to be |
| 11:51AM | 5 | doing -- helping him with homework and stuff like that.  So |
| 11:51AM | 6 | they was -- they was -- that was like his mom, yeah. |
| 11:51AM | 7 | Q    All right.  So there were multiple people then during this |
| 11:51AM | 8 | time period where he was asking you to follow or seek out |
| 11:51AM | 9 | people that might be interested in carrying out these hits? |
| 11:51AM | 10 | A    Yes. |
| 11:51AM | 11 | Q    Were there others in addition to these that you've already |
| 11:51AM | 12 | talked about? |
| 11:51AM | 13 | A    Other people that he wanted to -- |
| 11:51AM | 14 | Q    Yes. |
| 11:51AM | 15 | A    Yeah. |
| 11:51AM | 16 | Q    Who? |
| 11:51AM | 17 | A    Yeah, so Teramoto, Andie we went through.  So I going |
| 11:51AM | 18 | bring up this guy Curt -- Curt Swanson.  You know.  So he used |
| 11:51AM | 19 | to talk -- |
| 11:51AM | 20 | Q    Who is Curt Swanson? |
| 11:51AM | 21 | A    Curt Swanson and Tori were -- |
| 11:51AM | 22 | Q    Who are they? |
| 11:51AM | 23 | A    Huh? |
| 11:51AM | 24 | Q    Who are they? |
| 11:51AM | 25 | A    He used to talk about these two guys like one -- like one |

11:52AM   1    group, you know.  He said they -- he said they wen' cross the

11:52AM   2    line with him one time years ago.  He was with his son -- you

11:52AM   3    know, he was with his family, and they basically like punk him

11:52AM   4    in front of his family.

11:52AM   5    Q    "Punk him" meaning what?  What does that mean?

11:52AM   6    A    Like punk him and talk down to him, like talk to him like

11:52AM   7    he was a little bitch, you know.  And he said they -- they

11:52AM   8    going pay for that.  They just think -- they just like fight or

11:52AM   9    something like that.  I no like fight.  You know what I mean,

11:52AM   10   fuck them.  That's how he used to talk.  I no like fight.

11:52AM   11   Fucking down these fuckers.  That's how he used to talk about

11:52AM   12   'em.

11:52AM   13   Q    So did he specifically ask you to -- to follow them like

11:52AM   14   you did these other people?

11:52AM   15   A    Yeah, but I don't know if -- okay, in that area was kind

11:52AM   16   of cloudy because I don't know if they -- one of them had moved

11:52AM   17   or something like that.  But in that -- he used to talk about

11:53AM   18   them the same like he used to talk about this guy Blaine.  You

11:53AM   19   know, he always -- like Blaine -- Kaakimaka his last name.

11:53AM   20   They used to -- I guess that's the same group, but he took me

11:53AM   21   down to Blaine's house one day in Kuli'ou'ou Valley, he showed

11:53AM   22   me -- he showed me his house.  He drove me down there -- Miske

11:53AM   23   drove me down there and showed me his house.

11:53AM   24   Q    Okay.  Why did -- why did he want you to know where he

11:53AM   25   lived?

11:53AM   1   A     You know, I mean, that's another guy he wanted to -- he

11:53AM   2   wanted to down, you know.  Like he was just shooting them up at

11:53AM   3   this point.  He was like, Fuck these guys, his days is over

11:53AM   4   with already.  You know.

11:53AM   5   Q     Did you take any steps toward doing anything --

11:53AM   6   A     Well, at that point he showed me -- he showed me -- we

11:53AM   7   drove past the house like that, and he was like, Hey, you see

11:53AM   8   the -- you see the where they shooting down the sidewalk,

11:53AM   9   that's the -- that's his house right there.

11:53AM   10        And then he also took me to the -- to the -- I no like

11:54AM   11  he took me.  He told me about Blaine was working at the movies

11:54AM   12  and he -- and the bunker that they keep the special effects

11:54AM   13  stuff, the group that he drives is down in the bunkers.  So I

11:54AM   14  no remember if he showed me or he told me about that specific

11:54AM   15  bunker, but you can look down on 'em and that's the bunker

11:54AM   16  right there.  Similar to the one that he had.

11:54AM   17  Q     Did you talk to anybody that might know Blaine or was

11:54AM   18  familiar with that area that could help?

11:54AM   19  A     Yes.

11:54AM   20  Q     Who was that?

11:54AM   21  A     Yeah, I talked to -- on that one I talked to Norm.

11:54AM   22  Q     Norman?

11:54AM   23  A     Akau.

11:54AM   24  Q     Your cousin?

11:54AM   25  A     Yes.

11:54AM   1   Q    Norman Akau, was he working at the movies at that time?

11:54AM   2   A    Yeah.  Yes.  I talked to -- so Norm almost every time he

11:54AM   3   like -- he wanted Zeph to be involved.

11:54AM   4   Q    That's Zeph Salas?

11:54AM   5   A    Yes.

11:54AM   6   Q    Okay.  Did they ever do anything more than just talk about

11:54AM   7   this?

11:54AM   8   A    Well, I just told -- I told him about 'em -- you know, I

11:54AM   9   told Norm about 'em.  I said, Hey, this guy is asking me all

11:55AM  10   kinds of stuff, you know.  He like -- he just like something

11:55AM  11   done, you know what I mean.  I'm pretty sure the money don't

11:55AM  12   matter, but if you need -- if you need some scrips, then this

11:55AM  13   is what he like done, you know.  And -- yeah, Norm said he

11:55AM  14   going talk to -- talk to Zeph -- he said he was going to talk

11:55AM  15   to Zeph about 'em.

11:55AM  16   Q    So during this time period after his son had died and then

11:55AM  17   Fraser was killed, he's asking you to carry out hits on all

11:55AM  18   these different people.

11:55AM  19   A    Yes.

11:55AM  20   Q    Did he ever ask you to kill someone name Jared Ishiki?

11:55AM  21   A    I don't even know who that is.  I don't know.

11:55AM  22   Q    Did he ever mention Jonathan Fraser again?

11:55AM  23   A    No.

11:55AM  24   Q    Did he ever ask you to checkup on Fraser, follow him or

11:55AM  25   make sure he was dead?

11:55AM    1    A    No.

11:55AM    2    Q    Now, I noticed all these different individuals that

11:56AM    3    Mr. Miske wanted to have killed, you asked all these other

11:56AM    4    people if they were interested.  Why not you just do it?

11:56AM    5    A    I don't know.  I was just /I was just putting together --

11:56AM    6    I was just putting things together for him at that time, you

11:56AM    7    know.  I don't know.  I was -- I was -- that was -- I was just

11:56AM    8    in a different -- different world at that time.  You know, I

11:56AM    9    was trying to -- I was trying to do too much for him.

11:56AM   10    Q    You're still addicted to the oxycodone --

11:56AM   11    A    Yeah.

11:56AM   12    Q    -- during this time?

11:56AM   13    A    Yes.

11:56AM   14    Q    Did you ever go to any sort of rehab program for that?

11:56AM   15    A    Yes.

11:56AM   16    Q    When did you do that approximately?

11:56AM   17    A    I flew to Las Vegas and -- I don't know what -- I don't

11:56AM   18    know what year it was, but I flew out to Las Vegas in the

11:57AM   19    middle.  I think it was bad already.  It was getting bad.  I

11:57AM   20    couldn't even -- I couldn't even -- at that -- when I flew to

11:57AM   21    the -- to the rehab detox center I was already taking over 25

11:57AM   22    at one time, just a handful at one time, and I wouldn't even

11:57AM   23    feel nothing.  You know, so I would have to wait one day -- I

11:57AM   24    would have to like almost go through the withdrawals, not

11:57AM   25    taking nothing one day, and then on the -- on the day after

11:57AM    1    that then take something, you know.  But that would only bring

11:57AM    2    me down to like -- if I was taking over 25, not taking 'em for

11:57AM    3    one day, I would still have to take like 20 at a time.

11:57AM    4    Q    How long was the rehab program?

11:57AM    5    A    Oh, I went up there for, ah, say a week.

11:57AM    6    Q    That's all?

11:57AM    7    A    Yeah, a couple -- I no remember.  I no remember the day,

11:57AM    8    but --

11:57AM    9    Q    Did it work?

11:57AM    10   A    No.

11:57AM    11   Q    When did you start using oxy again?

11:57AM    12   A    As soon as I -- as soon as I got back.  Yeah, the day I

11:57AM    13   got back, you know.  The day I got back I was already -- I

11:58AM    14   already was thinking in my head, I was like -- I was like, man,

11:58AM    15   I wonder if I could -- so I was like I wonder if I could just

11:58AM    16   take one again.  You know, so I was -- I took one, and I was

11:58AM    17   like one never did work.  So I immediately took like five more

11:58AM    18   after that.  You know, and I started going up from there again.

11:58AM    19   Just one downward spiral.  I was back to over 20 in a few days

11:58AM    20   trying to watch -- trying to -- my son was young at that time.

11:58AM    21   I can't even -- like I would fall asleep.  I don't even know my

11:58AM    22   son was -- I was hurting people, I was hurting my family.

11:58AM    23   Yeah.

11:58AM    24   Q    How would you describe your relationship with Mr. Miske at

11:58AM    25   this point?

11:58AM   1    A     Oh, it was worst -- it was the worst we ever been during

11:58AM   2    that point.  It was bad.

11:58AM   3    Q     Worst meaning what?

11:58AM   4    A     Our friendship, the way we used to look at each other was

11:58AM   5    the worst.  Like worst it's ever been.  If I say -- when I

11:59AM   6    first came out, the guy that was picking me up and giving me

11:59AM   7    clothes, giving me food, giving me money, giving me one job for

11:59AM   8    get out of the halfway house, yeah, at that point I was

11:59AM   9    addicted to oxys.  I couldn't get nothing done for him, you

11:59AM   10   know.  It was just -- it was bad.  I was in a bad --

11:59AM   11   Q     Had he stopped giving you those types of things?

11:59AM   12   A     Yeah.

11:59AM   13   Q     Were you communicating regularly anymore?

11:59AM   14   A     He would send -- he would send me messages still.  You

11:59AM   15   know, I would see him -- it was strange because we would always

11:59AM   16   still run into each other.  Like I could be at one store buying

11:59AM   17   one musubi, and we would -- like I would come out the store and

11:59AM   18   he would be passing, and he would see me and reverse and pull

11:59AM   19   up and we would talk, and every time we would talk, it was like

11:59AM   20   we was -- we never skip a beat, you know.  But I just knew the

12:00PM   21   relationship wasn't -- wasn't as good as it used to be, you

12:00PM   22   know, because of that, you know, because of I was -- at that

12:00PM   23   point I was addicted to oxys.  I wasn't getting nothing done.

12:00PM   24   I was -- yeah, I was in a bad, bad stage in my life.

12:00PM   25   Q     So would this have been about 2017, somewhere in that time

| | | |
|---|---|---|
| 12:00PM | 1 | frame? |
| 12:00PM | 2 | A    Yes. |
| 12:00PM | 3 | Q    Does that sound accurate? |
| 12:00PM | 4 | A    Yes. |
| 12:00PM | 5 | Q    I want to take you to June of 2017.  Did you make a |
| 12:00PM | 6 | decision at that point to contact law enforcement? |
| 12:00PM | 7 | A    Yes. |
| 12:00PM | 8 | Q    Who did you -- or how did you try to reach out to law |
| 12:00PM | 9 | enforcement? |
| 12:00PM | 10 | A    I called -- I called the FBI. |
| 12:00PM | 11 | THE COURT:  Mr. Inciong, I don't mean to interrupt, |
| 12:00PM | 12 | but I am going interrupt.  We are at noon.  It sounds like |
| 12:00PM | 13 | you're transitioning to a different topic. |
| 12:00PM | 14 | MR. INCIONG:  I am. |
| 12:00PM | 15 | THE COURT:  So maybe this would be a good time for a |
| 12:00PM | 16 | second break? |
| 12:00PM | 17 | MR. INCIONG:  That's fine, Your Honor. |
| 12:00PM | 18 | THE COURT:  Okay.  Then we will go ahead now and take |
| 12:01PM | 19 | our second break of the trial day. |
| 12:01PM | 20 | As we go to break, I'll remind our jurors to please |
| | 21 | refrain from discussing the substance of this case with anyone, |
| | 22 | including each another, until I tell you otherwise; refrain |
| | 23 | from accessing any media or other accounts of this case that |
| | 24 | may be out there; and finally, do not conduct any independent |
| | 25 | investigation into the facts, circumstances or persons |

12:01PM    1    involved.

12:01PM    2         When we resume we'll have just a little more than an

12:01PM    3    hour in the trial day left.

12:01PM    4         (Proceedings were recessed at 12:01 p.m. to 12:10

12:10PM    5    p.m.)

12:25PM    6         THE COURT:  All right.  Mr. Inciong, you may resume

12:25PM    7    when you're ready.

12:25PM    8         MR. INCIONG:  Thank you, Your Honor.

12:25PM    9    BY MR. INCIONG:

12:25PM   10    Q    Mr. Miller, when we left off you were referencing how in

12:25PM   11    the summer of 2017 you had contacted the FBI.  Why did you

12:25PM   12    contact the FBI at that time?

12:25PM   13    A    Oh, I was in -- I was in a bad place, you know, in my life

12:25PM   14    at that time.  You know, I was -- who knows how far it could

12:25PM   15    have went.  You know, I was in a bad place with myself, my

12:25PM   16    family, my friends.  Everybody.  I was just in a bad place.

12:25PM   17    And my -- and my -- the oxy addiction that I had, I was just --

12:25PM   18    I was just in a bad place.  You know, it's not like there's --

12:26PM   19    not like there's a place you can call to get help for

12:26PM   20    everything that was going through, you know.  So I just

12:26PM   21    wanted -- I needed help.  You know, I just never know where

12:26PM   22    to -- where to turn to.

12:26PM   23    Q    What were looking for from the FBI?

12:26PM   24    A    I don't know.  The initial call, I don't know what I was

12:26PM   25    looking for.  You know, I went from -- I went from never ever

12:26PM   1    considering even for myself calling the cops or dialing 911 for

12:26PM   2    anything in my life.  Never considered that.  And in instant I

12:26PM   3    contacted the FBI.  So I never know what was -- I never know

12:26PM   4    what was ahead.  I never know what I was thinking at that time,

12:26PM   5    but that's what -- that's what I did.

12:26PM   6    Q    Was there something that made you flip that -- flip over

12:26PM   7    that line?

12:26PM   8    A    I mean, I know -- I don't when I seen 'em or how I seen

12:26PM   9    'em, but I remember I seen the Fraser -- the missing -- the

12:27PM   10   missing thing, you know.  And I just remember sitting, like I

12:27PM   11   was -- I was out of it at that point in my life, you know, but

12:27PM   12   I remember seeing 'em somewhere, and I just --

12:27PM   13   Q    What do you mean "the missing thing"?

12:27PM   14   A    The Fraser, you know, the thing about Fraser, call this

12:27PM   15   number or whatever.

12:27PM   16   Q    Oh, a missing poster, something like that?

12:27PM   17   A    Yeah.  Yeah, that was the --

12:27PM   18   Q    Is that the number you called?

12:27PM   19   A    Yeah.  That's the number I called, and then that's how I

12:27PM   20   contact -- I got in touch with the FBI, that's how I contacted

12:27PM   21   them.

12:27PM   22   Q    So what happened at your first meeting with the FBI?

12:27PM   23   A    I never know what to expect.  You know, we -- we sat down

12:27PM   24   they, told me some stuff, and I never -- and then we just

12:27PM   25   talked.  We just -- we talked a lot, you know.

12:27PM  1  Q   What kinds of things did you tell the FBI at that time?

12:27PM  2  A   I was telling them about -- I was telling them about the

12:28PM  3  Fraser.  I was telling them about things about Miske.

12:28PM  4  Q   Did you have a number of requests that you made from the

12:28PM  5  FBI --

12:28PM  6  A   Yes.

12:28PM  7  Q   -- at that time as well?

12:28PM  8  A   Yes.

12:28PM  9  Q   What were asking --

12:28PM  10  A   From law enforcement in general, any law enforcement, I

12:28PM  11  asked for money.  I asked for -- I asked if they could help me

12:28PM  12  get off probation.  But as far as them giving me any or

12:28PM  13  promising me any money, never happen.

12:28PM  14  Q   How soon, if you recall, did you meet with the FBI again

12:28PM  15  after that very first meeting?

12:28PM  16  A   I don't know how soon.  I wasn't -- I wasn't keeping track

12:28PM  17  of anything in my life at that point.

12:28PM  18  Q   Did you continue to meet with the FBI?

12:28PM  19  A   Yes.

12:28PM  20  Q   Have you continued to meet with the FBI agents till

12:28PM  21  this -- this point in time today?

12:28PM  22  A   Yes.

12:29PM  23  Q   Approximately how many times do you think you've been

12:29PM  24  interviewed or met with the FBI or agents of the government?

12:29PM  25  A   Oh, a lot.

12:29PM   1   Q   Prior to coming to court to testify in this matter, did

12:29PM   2   you have access to any of the FBI reports that were prepared

12:29PM   3   summarizing your interviews with them?

12:29PM   4   A   Yes.

12:29PM   5   Q   Have you had a chance to review those?

12:29PM   6   A   I mean, I flipped through them, but...

12:29PM   7   Q   Are those your statements?

12:29PM   8   A   No.

12:29PM   9   Q   Now, did you tell the FBI about your oxycodone --

12:29PM   10  A   No.

12:29PM   11  Q   -- addiction?

12:29PM   12  A   No.

12:29PM   13  Q   They were not aware?

12:29PM   14  A   No.

12:29PM   15  Q   Did you continue to use oxycodone?

12:29PM   16  A   Yes.

12:29PM   17  Q   As part of -- well, let me ask it this way:  Did you agree

12:29PM   18  to begin cooperating and begin acting as an informant for the

12:29PM   19  FBI?

12:29PM   20  A   Yes.

12:29PM   21  Q   Did they explain to you that there were certain rules that

12:29PM   22  you had to follow as part of that?

12:29PM   23  A   Yes.

12:30PM   24  Q   Was one of those that you had to obey all laws?

12:30PM   25  A   Yes.

12:30PM  1  Q   You could not be committing any crimes?

12:30PM  2  A   Yes.

12:30PM  3  Q   Did you follow that?

12:30PM  4  A   No.

12:30PM  5  Q   What were you doing?

12:30PM  6  A   I still continued to -- I still continued to live my life.

12:30PM  7  And I was -- I was -- yeah, I was -- I never stopped nothing

12:30PM  8  that I was doing just because I was -- I was working with the

12:30PM  9  FBI.  I still continued to sell drugs.  I still continued to

12:30PM  10 rip people.  I still continued to -- yeah, nothing stopped.  I

12:30PM  11 had -- I did that -- I was talking to the FBI, but like I still

12:30PM  12 had -- I still had pride, you know, because I was -- but I was

12:30PM  13 broken down at that point.  Like I was like one prideful

12:30PM  14 person, but I was broken down, and, yeah, I was -- I was

12:30PM  15 looking for help, but I never know how to ask for it.  I wanted

12:30PM  16 a way out, but I never know how to ask for it.

12:30PM  17 Q   At some point did you begin using drugs to substitute for

12:31PM  18 the oxycodone?

12:31PM  19 A   Yes.

12:31PM  20 Q   Why?

12:31PM  21 A   Sometimes you just cannot find 'em.

12:31PM  22 Q   You can't find oxycodone?

12:31PM  23 A   Yes.

12:31PM  24 Q   What were use as a substitute?

12:31PM  25 A   Like a few times I -- I used heroin.

12:31PM   1   Q    That's also an opiate?

12:31PM   2   A    Yes.

12:31PM   3   Q    Were you continuing to speak with Mr. Miske during this

12:31PM   4   time?

12:31PM   5   A    Yes.

12:31PM   6   Q    How would you describe your relationship with him at this

12:31PM   7   point?

12:31PM   8   A    Oh, it was -- it was bad.  Bad, bad, bad.

12:31PM   9   Q    Meaning by "bad," explain what you mean by "bad."

12:31PM   10   A    Yeah, it was just bad.  It was just -- I don't know.  We

12:31PM   11   never had -- we never had the connection.  We never had the --

12:31PM   12   we never had the friendship.  Even when we talked to each

12:31PM   13   other, we know we just talking because we were there with each

12:31PM   14   other.  You know.

12:31PM   15   Q    Was there a lack of trust?

12:31PM   16   A    Of course.  Of course.  And when I was -- when I was --

12:31PM   17   when I would talk to him at that time during those times, like

12:32PM   18   he would -- I don't know if he was joking or not, but like he

12:32PM   19   would touch me like that (indicating), and he would say, I

12:32PM   20   heard -- I heard somebody working with -- talking to the FBI.

12:32PM   21        And I would look at him.  I was talking to the FBI at

12:32PM   22   that time.  And then he would put his hand on my chest like

12:32PM   23   that and say, I heard it was you.  And I mean, we both would

12:32PM   24   start looking at each other like -- you know, and then

12:32PM   25   laughing, and then that's all came about that.  But that was

12:32PM   1   tripping in my head for -- for a little while after that.

12:32PM   2   Q    That worried you?

12:32PM   3   A    Huh?

12:32PM   4   Q    That worried you?

12:32PM   5   A    Yes.

12:32PM   6   Q    Did you tell the FBI that he had said that?

12:32PM   7   A    Yes.  I said, Hey, this guy told me this.  He never did --

12:32PM   8   he never told me something like that before.  You know what I

12:32PM   9   mean, the one and only time that I -- that I do call law

12:33PM  10   enforcement, this guy tells me that -- like that.  Like, yeah

12:33PM  11   I, heard somebody working for the FBI.  Long stall.  Then he

12:33PM  12   put his hand on me, I heard it was you.  You know, that made me

12:33PM  13   trip out even more.

12:33PM  14   Q    Okay.  So let me take you to October of that year, 2017.

12:33PM  15   A    Yeah.

12:33PM  16   Q    Were you involved in the kidnapping of an accountant here

12:33PM  17   in Honolulu?

12:33PM  18   A    Yes.

12:33PM  19   Q    How did that come about?

12:33PM  20   A    So 2017, me and Miske still talking, but we're not --

12:33PM  21   we're not the same.  He call me down to the -- call me down to

12:33PM  22   the bay where we ride jet skis at.  And I go down there and we

12:33PM  23   talking, he tell me, Hey, come jump in the water with me.  So

12:33PM  24   we jump in the water.  We put on the life vests, go out with

12:33PM  25   the jet ski, got one sandbar out there.

12:34PM    1                    And -- and he told me, he say, Let me talk to you.

12:34PM    2    Just put the -- the life jackets on the jet ski and let the jet

12:34PM    3    skis float away a little bit.  We could still swim to them, but

12:34PM    4    we're talking away from them.  I was like, yeah, I don't

12:34PM    5    know -- I don't know if they putting devices on the jet skis or

12:34PM    6    not.

12:34PM    7    Q    This is Miske saying this?

12:34PM    8    A    This is Miske telling me this.

12:34PM    9    Q    Okay.

12:34PM   10    A    We let them float away.  We at the sandbar talking, just

12:34PM   11    kicking back over there, and he told me, he said, Hey, I got

12:34PM   12    something for you to do.  And I go, All right, what is it?  And

12:34PM   13    he told me, he said, Hey, this one should be pretty easy

12:34PM   14    because -- because I get one name and a number, and they told

12:34PM   15    me that this guy ripped them.  He's an accountant.  And he said

12:34PM   16    whoever he was talking to ripped him off.  Ms, you know, as in

12:34PM   17    millions.

12:34PM   18                    So I was like, Okay.  And he was like, Hey, just take

12:34PM   19    care of this.  You know, they not going to -- they not going to

12:35PM   20    know like all the money that you get, but they said for sure he

12:35PM   21    get the money, for sure he get the cash.  That's what he told

12:35PM   22    me.

12:35PM   23    Q    Okay.  So did you have further conversations there at that

12:35PM   24    meeting or did you talk more at a later time?

12:35PM   25    A    Yeah, so from -- from that meeting -- I'm just breaking it

12:35PM    1    down.  We went a little bit more in depth in that conversation,

12:35PM    2    but from that meeting right there, he told me when we go back,

12:35PM    3    I get -- I get the -- he gave me one paper.  He said, I got one

12:35PM    4    paper with a name and a number on top of 'em.  He said, This

12:35PM    5    guy -- this guy is easy, you know.  Just -- just you know what

12:35PM    6    to do, just call 'em, tell 'em, Hey, you like set up one cash

12:35PM    7    business.  Anything to do with cash this guy going jump on 'em.

12:35PM    8    You send 'em one cash business.  You know what for do, when he

12:36PM    9    come up, grab this -- grab this fucker, like that.  You know,

12:36PM    10   in those terms.  Put 'em in the car, and he can give you

12:36PM    11   guys -- he can give you guys the money.

12:36PM    12          So -- oh, well, before this -- okay, before that

12:36PM    13   conversation, I tell him, I said, So -- so -- he tells me, Hey,

12:36PM    14   this guy's office is in the Crack Seed building, the Lin's

12:36PM    15   Crack Seed building on the top.

12:36PM    16          So I tell him, So what you like us do, just walk into

12:36PM    17   the building and -- and stick 'em right there?  He said, No,

12:36PM    18   no, no, you gotta -- you gotta call 'em.  This kind of guy, you

12:36PM    19   just gotta grab 'em.  Grab 'em, put him in the car.  He going

12:36PM    20   to give you the money.  He going tell you where the money is

12:36PM    21   at.

12:36PM    22          So that's -- that's how the transition of the

12:36PM    23   conversation went.

12:36PM    24   Q    Okay.  So this Lin's snack or Crack Seed building, did you

12:36PM    25   know where that was?

12:36PM    1    A    Mm-hmm.  We used to always go over there, grab pickled

12:37PM    2    mangoes and gummy bears and stuff.

12:37PM    3    Q    Was that close to the -- the shop?

12:37PM    4    A    Right down the road, Queen Street.  Got like one Thai food

12:37PM    5    restaurant and -- and across used to have Gold's Gym over here,

12:37PM    6    and the Crack Seed building right there.

12:37PM    7    Q    So did you do any surveillance or following this person

12:37PM    8    around once you got that information from Mr. Miske?

12:37PM    9    A    Yes.

12:37PM    10   Q    What did you do exactly?

12:37PM    11   A    So I started following him pretty soon -- pretty soon

12:37PM    12   after.  So the Crack Seed building is right here, and then got

12:37PM    13   one building gym -- get one gym right next door, so get one

12:37PM    14   parking place in that gym.  So if you go into that gym and

12:37PM    15   drive around in the parking place to the top, you can actually

12:37PM    16   see the guy's office and where his car is parked.  You know.

12:37PM    17            So another guy I was with, he calls 'em and tell 'em

12:38PM    18   he like set something up, just like one -- like set one time.

12:38PM    19   And then we waited for him on the top so we could see how he

12:38PM    20   look.  And at the time that he was set up for the guy, the guy

12:38PM    21   came walking out and went to the car.  So -- so then we knew,

12:38PM    22   okay, this is how the guy look, and this is his car that he

12:38PM    23   drives.

12:38PM    24   Q    Okay.  So did Mr. Miske have any other instructions about

12:38PM    25   how you should grab him, as you said, what you should do?

| | | | |
|---|---|---|---|
| 12:38PM | 1 | A | Oh, okay, so -- so when we was -- when we was going at |
| 12:38PM | 2 | | that time before, like he was showing me like this shop that |
| 12:38PM | 3 | | was next door down the road from his shop.  So he was like, |
| 12:38PM | 4 | | Hey, you know what for do, just flash 'em, and you can take 'em |
| 12:38PM | 5 | | in the car right after that.  It's over, he going give the |
| 12:38PM | 6 | | money.  He not -- he's an accountant, but he just like one -- |
| 12:38PM | 7 | | like one -- he not going fight back or anything like that. |
| 12:38PM | 8 | Q | "Flash 'em," what does that mean? |
| 12:39PM | 9 | A | Like flash 'em one badge, you know. |
| 12:39PM | 10 | Q | A police badge? |
| 12:39PM | 11 | A | Yeah. |
| 12:39PM | 12 | Q | So did you have a police badge? |
| 12:39PM | 13 | A | No, no.  I went to the -- I went to the shop down the road |
| 12:39PM | 14 | | from his shop and -- |
| 12:39PM | 15 | Q | On Queen Street? |
| 12:39PM | 16 | A | Yes.  I got -- got the badges from there. |
| 12:39PM | 17 | Q | There is a shop that sold police badges? |
| 12:39PM | 18 | A | Yes. |
| 12:39PM | 19 | Q | How many badges did you buy? |
| 12:39PM | 20 | A | I bought -- I bought a couple of them.  Yeah, had some |
| 12:39PM | 21 | | from there and had some at the -- like the swap meet and stuff |
| 12:39PM | 22 | | like that. |
| 12:39PM | 23 | Q | All right. |
| 12:39PM | 24 | A | But -- yeah. |
| 12:39PM | 25 | Q | Did you acquire anything else in preparation to -- to grab |

12:39PM   1   the guy?

12:39PM   2   A    Well, I already had -- I already had -- I don't think I

12:39PM   3   bought 'em at that time, but I already had like handcuffs.  You

12:39PM   4   know.

12:39PM   5   Q    So you mentioned another guy you had with me.

12:39PM   6   A    Yes.

12:39PM   7   Q    Who was that?

12:39PM   8   A    Jonah.

12:39PM   9   Q    What is Jonah's last name?

12:40PM  10   A    Ortiz.

12:40PM  11   Q    Who is Jonah Ortiz?

12:40PM  12   A    A friend that -- a friend that I met from being in prison.

12:40PM  13   Q    At that time in October of 2017, were you and Mr. Ortiz

12:40PM  14   living together?

12:40PM  15   A    I don't -- I don't know yet.  I don't think so.  Might

12:40PM  16   have been, but I'm not too sure.

12:40PM  17   Q    You lived with him at some point?

12:40PM  18   A    Yeah.  Was in Downtown, in tall building on Nimitz.

12:40PM  19   Q    Okay.  Why did you involved Mr. Ortiz?

12:40PM  20   A    That's -- I mean, that's who I was with at the time.  He

12:40PM  21   was -- he was -- he had an addict -- he had an opiate addiction

12:40PM  22   too, so he was taking pills and, you know, that's -- that's who

12:40PM  23   I was with at the time.  It's not -- it's not even one friend.

12:40PM  24   You know, he was just...

12:40PM  25   Q    Okay.  So you placed this first call to have the victim

12:40PM  1    come out to his car so you could see him?  Is that what the

12:41PM  2    purpose was?

12:41PM  3    A    Yes, that was -- that was the first call when -- when

12:41PM  4    Jonah called 'em, that was the first time just to see him walk

12:41PM  5    to his car.  So we could see him walk to his car, so see what

12:41PM  6    car he had and see what -- how he look like.

12:41PM  7    Q    And how would you describe him?

12:41PM  8    A    Smaller guy.  Look like one Japanese guy, old guy.

12:41PM  9    Q    All right.  So after you knew what he looked like, now you

12:41PM  10   knew where he worked, right?

12:41PM  11   A    Yeah.

12:41PM  12   Q    You've got the badges?

12:41PM  13   A    Yes.

12:41PM  14   Q    What did you do then?

12:41PM  15   A    So later on -- I mean, I don't know how much -- how much

12:41PM  16   later, but Jonah called him back again, so everything --

12:41PM  17   everything was going.  Jonah called him back again and told

12:41PM  18   him, Hey, set up this meeting, we meet you at -- we had looked

12:41PM  19   at this place over there by Fisherman's Wharf.  They park

12:41PM  20   buses, so we could like park between buses and stuff like that.

12:41PM  21   You couldn't really see.

12:42PM  22          But, yeah, Jonah had called him, tell 'em, Hey, meet

12:42PM  23   us -- meet us over here.  So we was waiting already for him on

12:42PM  24   the -- on the top so we could see him walk out again.  And so

12:42PM  25   as soon as he left, we drove down the -- the parking structure

12:42PM   1    and -- and headed to meet him at the -- at the Fisherman's

12:42PM   2    Wharf.

12:42PM   3    Q    Did he come and meet you there?

12:42PM   4    A    Huh?

12:42PM   5    Q    Did he come and meet you?

12:42PM   6    A    Yes.

12:42PM   7    Q    What happened at Fisherman's Wharf?

12:42PM   8    A    So fish -- Fisherman's Wharf, we pull up -- he's -- he's

12:42PM   9    over there already.  We pull up a little later, we jump out the

12:42PM  10    car.  Jonah is standing on the passenger side right here.  I'm

12:42PM  11    coming up from the back of the car right here, and I flash 'em

12:42PM  12    the -- the badge.  And he put his hands behind his back, and he

12:42PM  13    started struggling a little bit.  Jonah tied him up and put him

12:42PM  14    in the back seat of -- of the car.

12:43PM  15    Q    So you mentioned a couple of telephone calls that had been

12:43PM  16    made to set the meeting up.

12:43PM  17    A    Yes.

12:43PM  18    Q    Who made those telephone calls?

12:43PM  19    A    Jonah.

12:43PM  20    Q    Okay.  Why?

12:43PM  21    A    Oh, he no more -- he don't have one accent like mine.  I

12:43PM  22    got one strong accent.  So he could talk a little bit better.

12:43PM  23    Q    Do you recall what the story was given as to why you

12:43PM  24    wanted to meet with him?

12:43PM  25    A    So Miske had -- like I said, Miske had told me that this

12:43PM    1    guy was -- as long as you tell this guy that -- that you wanted

12:43PM    2    to start up one business doing something with cash, and you was

12:43PM    3    moving from the Big Island, something like that -- just tell

12:43PM    4    him something like that for meet up with him.

12:43PM    5            And sure enough, as soon as we told him, Hey -- Jonah

12:43PM    6    told him, Hey, we are moving from the Big Island.  We're going

12:43PM    7    to open up one business.  You know, we deal with a lot of cash.

12:43PM    8    I was told to contact you, to those terms.  And he wanted to --

12:44PM    9    he wanted to come meet us quick.  You know, like really,

12:44PM   10    really -- like exactly what he said, he came to meet us fast.

12:44PM   11    Q    Okay.  So he has now been -- you said tied up.  Do you

12:44PM   12    mean handcuffs, zip ties, rope?  How was he -- how --

12:44PM   13    A    I don't know if it is handcuffs or it was ties.  It was

12:44PM   14    either one of those.  I don't remember because -- because I

12:44PM   15    think it was Jonah was the one that was actually putting them

12:44PM   16    on.  So...

12:44PM   17    Q    Where was the victim put in the car?

12:44PM   18    A    I was the driver.  He was in the back seat.  I was the

12:44PM   19    driver.

12:44PM   20    Q    Was Mr. Ortiz in the back seat with him?

12:44PM   21    A    Yes.

12:44PM   22    Q    Was there anything else done to the victim other than just

12:44PM   23    handcuffing him?

12:44PM   24    A    Oh, okay, so we started -- we drove away from that place,

12:44PM   25    we drove away and we parked somewhere.  I can't -- I don't

12:44PM   1   remember where we wen' park, but it was like in a secluded

12:44PM   2   area, maybe a little bit coverage.

12:44PM   3          And then we started pressing him for the -- for the

12:44PM   4   money.  And he was like he was swearing up and down.  He said,

12:45PM   5   I telling you guys I don't got no money.  He knew the deal that

12:45PM   6   we was talking about.  You know, I never remember the details

12:45PM   7   of the deal, but the deal that I was telling him, he knew about

12:45PM   8   it.  And he said, I'm telling you with those guys we never --

12:45PM   9   he swore up and down, It was -- it was a business deal that

12:45PM  10   went bad.  I don't got the money.  Yeah, and -- and me, I

12:45PM  11   assaulted him during those times, and he still -- he still

12:45PM  12   swear that he never had 'em, you know.

12:45PM  13   Q    Was there anything over the victim's -- that was placed

12:45PM  14   over the victim's head?

12:45PM  15   A    Yeah, he had one -- he had one bag over his head.  He had

12:45PM  16   like a black drawstring bag over his head.

12:45PM  17   Q    Whose idea was that?

12:45PM  18   A    I was the driver.  So I could have told Jonah -- you know,

12:45PM  19   I think I told Jonah, Hey, just put something over his head.

12:45PM  20   You know, because -- yeah, after we was talking to him, I could

12:46PM  21   have told Jonah -- I think I did tell Jonah, Put the bag over

12:46PM  22   his head because he wasn't giving up nothing.  He was swearing

12:46PM  23   up and down never had nothing.  And it was a straight business

12:46PM  24   deal.  So I told Jonah, I going see this -- I going to see this

12:46PM  25   guy right now.  You know, the guy I was referring to was Miske.

12:46PM  1  Q   So before we get to that, so you said you assaulted him.

12:46PM  2  A   Yes.

12:46PM  3  Q   Tell us what that means.  What did you do?

12:46PM  4  A   I -- I -- he had something over his head already, and I

12:46PM  5  was -- he had his head down and I was punching him and -- yeah.

12:46PM  6  Q   Why?

12:46PM  7  A   I was pressing him if he had -- if he had the money, and

12:46PM  8  he was saying he wasn't.  He said he never -- he said -- he was

12:46PM  9  swearing, Yeah, I don't got it.  It was a -- it was a straight

12:46PM  10  business deal that went wrong.  I know what you guys talking

12:46PM  11  about.  That guy knows what happened.

12:47PM  12       Yeah, we never know the guy.  I never know the guy

12:47PM  13  because he never told me who the guy was or who his source was

12:47PM  14  that was telling him about this.  But he was swearing up and

12:47PM  15  down like --

12:47PM  16  Q   So how long -- how long were you holding the victim until

12:47PM  17  you went to talk to Mr. Miske?

12:47PM  18  A   For a while.

12:47PM  19  Q   How long is a while?

12:47PM  20  A   Like maybe it was getting close to dark, and then it was

12:47PM  21  dark already by the time we -- we was done with him.

12:47PM  22  Q   Were you just -- were you stopped in one place or were you

12:47PM  23  driving around?  What was going on at that time?

12:47PM  24  A   Okay, so -- so first we stopped, we did all of that, and

12:47PM  25  he told us he don't got the money.  Bag over his head, he still

12:47PM  1    don't got the money.

12:47PM  2            I said, Hey, I going to see this guy right now.

12:47PM  3    And -- and I went down there to Queen Street, I parked in -- I

12:47PM  4    parked across the street from the shop, from Miske's shop.  And

12:48PM  5    I walked inside, and I told Miske, I said, Hey, I got the -- I

12:48PM  6    got the guy, the accountant.  I got him outside.  I had him for

12:48PM  7    a while, and we was beating him up and everything, and he still

12:48PM  8    said he don't got -- he said it was a straight business deal.

12:48PM  9    I said, So what's up?

12:48PM  10           And -- and at that point he's telling me, like he's --

12:48PM  11   we're going back and forth.  You know, he's got it, I'm telling

12:48PM  12   you he's got the -- he got the money.  They said he got the

12:48PM  13   money.  And then -- and then that's when he tells me, he said,

12:48PM  14   Hey, let me -- I going to call Preston.  You know, let me call

12:48PM  15   Preston.  That's the first time I heard Preston's name right

12:48PM  16   there.  He said, Let me call Preston.

12:48PM  17           And he calls Preston.  Preston -- Preston comes out.

12:48PM  18   I'm still there, he's still there.  He calls Preston, Preston

12:48PM  19   comes.  Now they're talking.  And I guess Preston went to go

12:49PM  20   call his guy.  I never know it was this deep at this point.

12:49PM  21   This is the first time I hearing about all of this.

12:49PM  22           And at that point Miske, he left at that point.  I'm

12:49PM  23   talking to Preston, you know.  Preston is talking to Miske,

12:49PM  24   though, you know what I mean.

12:49PM  25   Q    So let me make sure we're clear.  So where -- this is

12:49PM   1   still at the shop you're talking about or this is later?

12:49PM   2   A    Yes, I'm still at the shop.  Like he -- he's parked at the

12:49PM   3   shop.  I go inside there, talk to Miske.  Miske calls Preston,

12:49PM   4   Preston comes immediately, wherever he was drop 'em, he comes

12:49PM   5   back and sees -- and sees Miske at this point.

12:49PM   6   Q    So I'm talking when you said "he left," who is "he"?

12:49PM   7   A    Miske.

12:49PM   8   Q    Okay.

12:49PM   9   A    Yeah, he went somewhere.

12:49PM  10   Q    All right.  So --

12:49PM  11   A    I left, Miske left, and then Preston -- I was in touch

12:49PM  12   with Preston after that.  And Preston said, Hey, hold on.

12:49PM  13   Q    Hold on one second.  Hold on one second.

12:49PM  14        My question is were you communicating in person, via

12:50PM  15   phone?  How were you talking to Preston now at this point?

12:50PM  16   A    Phone.  I'm talking to -- I'm talking to Preston on the

12:50PM  17   phone.

12:50PM  18   Q    Why are you talking to Preston?

12:50PM  19   A    Huh?

12:50PM  20   Q    Why?

12:50PM  21   A    Because Preston was the -- was the person that told Mikey

12:50PM  22   to -- to get this done, I guess.  I never know about Preston

12:50PM  23   until that wen' happen.

12:50PM  24   Q    Okay.

12:50PM  25   A    My interactions with Preston never start until after that

| | | |
|---|---|---|
| 12:50PM | 1 | conversation with Miske. |
| 12:50PM | 2 | Q    Okay.  So what are you and Preston discussing? |
| 12:50PM | 3 | A    So after that Preston comes back, and he's telling me |
| 12:50PM | 4 | like, Hey -- he's also telling me -- Preston is telling me |
| 12:50PM | 5 | like, Hey, they saying he got it.  You know, he gotta have it. |
| 12:50PM | 6 | I said, Preston, listen, by this time we had this guy |
| 12:50PM | 7 | for some hours already, and he's swearing -- you know what I |
| 12:50PM | 8 | mean, like he don't got nothing.  He don't got nothing. |
| 12:50PM | 9 | And then I'm constantly meeting with Preston that |
| 12:50PM | 10 | night.  We're at night already.  Preston meets me over here, |
| 12:50PM | 11 | we're talking in person -- in person.  And then he goes back |
| 12:51PM | 12 | and talk to whoever he talks to, and then he comes back and |
| 12:51PM | 13 | then he tells me that, Hey, I'm talking to the girl.  They said |
| 12:51PM | 14 | they never know it was going to go this far. |
| 12:51PM | 15 | And I was like, Who is this -- who is this girl?  He's |
| 12:51PM | 16 | talking about the girl and her father.  That's the first time I |
| 12:51PM | 17 | heard about them.  I mean, and I'm like, Fuck, man, what the -- |
| 12:51PM | 18 | what are you -- earlier you're saying that he got it for sure, |
| 12:51PM | 19 | and then now you're saying that they said -- they said, Hey, |
| 12:51PM | 20 | just let him go.  You know what I mean.  The dad said tomorrow |
| 12:51PM | 21 | they going give you guys like 20 grand already for the -- for |
| 12:51PM | 22 | the troubles. |
| 12:51PM | 23 | Q    Okay.  So during the time, this hours as you described it, |
| 12:51PM | 24 | was the victim in the car the whole time? |
| 12:51PM | 25 | A    Yes. |

| | | | |
|---|---|---|---|
| 12:51PM | 1 | Q | So was this another instance where you were using a burner |
| 12:51PM | 2 | | car to commit this crime? |
| 12:51PM | 3 | A | No. |
| 12:51PM | 4 | Q | What car were you using? |
| 12:51PM | 5 | A | I forget, because -- because I know my car was in Clark |
| 12:52PM | 6 | | shop getting painted at that time, so I know it wasn't in my |
| 12:52PM | 7 | | car.  That's all. |
| 12:52PM | 8 | Q | Do you remember -- you don't remember where you got the |
| 12:52PM | 9 | | car -- |
| 12:52PM | 10 | A | I no remember -- |
| 12:52PM | 11 | Q | -- or whose car it was? |
| 12:52PM | 12 | A | I no remember, but I know it wasn't my car.  And I no |
| 12:52PM | 13 | | remember where I got the car. |
| 12:52PM | 14 | Q | All right.  You said you assaulted the victim? |
| 12:52PM | 15 | A | Yes. |
| 12:52PM | 16 | Q | Just the one time or multiple times? |
| 12:52PM | 17 | A | Multiple times. |
| 12:52PM | 18 | Q | Throughout the time period -- |
| 12:52PM | 19 | A | No, not throughout the whole time period, just that time |
| 12:52PM | 20 | | -- just that -- just during that time.  During that time frame, |
| 12:52PM | 21 | | like it wasn't just one -- wasn't just one punch.  It was more |
| 12:52PM | 22 | | than that. |
| 12:52PM | 23 | Q | Was Mr. Ortiz assaulting him as well? |
| 12:52PM | 24 | A | Yes. |
| 12:52PM | 25 | Q | So when you finally got word to let him go, did you? |

| | | | |
|---|---|---|---|
| 12:52PM | 1 | A | Yes. |
| 12:52PM | 2 | Q | Where did you let the victim go? |
| 12:52PM | 3 | A | Back at the Fisherman's Wharf.  Yeah, Preston is |

12:52PM  4   already -- we are meeting with Preston multiple times.  Last

12:52PM  5   time we meet him at this park.  You know, he's at the -- he's

12:52PM  6   at the park.  I walk into the park, he's parked over there, and

12:53PM  7   that's when he tells me, Hey, just -- just let him go already.

12:53PM  8   They never know it was going go this far.  Yeah.

12:53PM  9   Q    You let him go?

12:53PM  10   A    Yeah.

12:53PM  11   Q    How did -- how did you release him?

12:53PM  12   A    Huh?

12:53PM  13   Q    How did you release him, you and Mr. Ortiz?

12:53PM  14   A    We just let him go.  Took him back to his -- I drove back

12:53PM  15   over there and took him back to where he was parked at, and

12:53PM  16   then -- and then Jonah let him -- he was in the back seat with

12:53PM  17   him, he let him go.

12:53PM  18   Q    Did someone blindfold him or tape his eyes before you let

12:53PM  19   him go?

12:53PM  20   A    I cannot remember that.  Yeah.  He could have been --

12:53PM  21   could have been with the bag, but I'm not -- I'm not -- I

12:53PM  22   cannot remember that at that time.  I know we pulled up and let

12:53PM  23   him go at his car for sure.

12:53PM  24   Q    So after you let him go, what did you do then?

12:53PM  25   A    I started talking with Preston.  You know, I started going

| | | |
|---|---|---|
| 12:53PM | 1 | back and forth with Preston. |
| 12:53PM | 2 | Q    Why were you talking to Preston? |
| 12:53PM | 3 | A    Because he said that -- that he just going get some money |
| 12:54PM | 4 | from the -- whoever he was talking to.  "The girl's dad," |
| 12:54PM | 5 | that's the term he was using. |
| 12:54PM | 6 | Q    Okay.  And did -- |
| 12:54PM | 7 | A    And I was telling -- I was telling Preston about that, I |
| 12:54PM | 8 | said, Hey, this guy told me that this guy had -- you know, this |
| 12:54PM | 9 | guy rip off your -- whoever it was, millions of dollars, and |
| 12:54PM | 10 | this happened, and you only come out of this with fucking 20 |
| 12:54PM | 11 | grand.  You know what I mean, like I was telling him like that. |
| 12:54PM | 12 | Q    So you wanted to get money from Preston? |
| 12:54PM | 13 | A    Yeah. |
| 12:54PM | 14 | Q    Did Preston ever say he was going to give you money? |
| 12:54PM | 15 | A    Yeah, he said he was, but he never end up -- he never end |
| 12:54PM | 16 | up doing 'em. |
| 12:54PM | 17 | Q    Did you continue discussing that with him the following |
| 12:54PM | 18 | day? |
| 12:54PM | 19 | A    I think yeah.  Yeah. |
| 12:54PM | 20 | Q    Did you ever get Mr. Miske back involved in these |
| 12:54PM | 21 | conversations? |
| 12:54PM | 22 | A    I talked to Miske -- I talked to Miske about 'em.  Like I |
| 12:54PM | 23 | talk to Miske about 'em after the -- after the fact that the |
| 12:54PM | 24 | thing wen' happen.  We was talking about 'em. |
| 12:55PM | 25 | Q    What were you talking about? |

12:55PM  1   A    About -- about the -- it was mostly about how he never had

12:55PM  2   what he said he was -- you know, and that's when he kept

12:55PM  3   pushing 'em to -- to Preston.  You know, it was --

12:55PM  4   Q    Did you ever have a meeting with all three of you, you,

12:55PM  5   Mr. Miske and Preston?

12:55PM  6   A    That day that we -- that day that we --

12:55PM  7   Q    After the day of the kidnapping.

12:55PM  8   A    No, I cannot remember that, if we did have a meeting.  We

12:55PM  9   might have.  I don't know.  I just don't remember one.

12:55PM  10  Q    Did you ever get paid anything from -- from that?

12:55PM  11  A    No.

12:55PM  12  Q    Now, so this is during the period you're -- you're

12:55PM  13  cooperating with the FBI, right?

12:55PM  14  A    Yeah, cooperating with the FBI.

12:55PM  15  Q    Did you tell them that -- that you did this?

12:55PM  16  A    No.

12:55PM  17  Q    Did you tell them that Mr. Miske had given you this

12:55PM  18  information to set this up?

12:55PM  19  A    No.

12:55PM  20  Q    You were cooperating, right?

12:55PM  21  A    Yes.

12:55PM  22  Q    So couldn't you have offered that to the FBI as part of

12:55PM  23  your cooperation?

12:55PM  24  A    Yeah, I could -- I could have did that.

12:55PM  25  Q    Why didn't you?

12:56PM   1   A     I mean, my life seems to be full of things that I could

12:56PM   2   have done and I never did.  And that's -- that's one of them.

12:56PM   3   You know, like I said, I was living in two separate worlds.  I

12:56PM   4   was living in -- I was living in the world that I knew since I

12:56PM   5   was ten years old.  The only world that I knew since I was ten

12:56PM   6   years old.  And this -- and now for the first time I ever

12:56PM   7   contacted the law was the FBI.

12:56PM   8          So, yeah, I was still -- I was still living -- I was

12:56PM   9   still living my life, but I was also -- I was also looking for

12:56PM   10  a way out, you know.

12:56PM   11  Q     Okay.

12:56PM   12  A     But I couldn't stop on my own.  I know I wouldn't stop on

12:56PM   13  my own.

12:56PM   14  Q     Mr. Miller, let me show you a series of photographs that

12:56PM   15  have already been admitted into evidence.

12:56PM   16          MR. INCIONG:  Beginning with Exhibit 5-1, please.

12:56PM   17          If we could publish that, Your Honor?

12:57PM   18          THE COURT:  Go ahead.

12:57PM   19  BY MR. INCIONG:

12:57PM   20  Q     Do you recognize what's shown in that map or diagram, sir?

12:57PM   21  A     Yes.

12:57PM   22  Q     Does this show the area of where you lured the -- the

12:57PM   23  accountant to kidnap him on -- in October of 2017?

12:57PM   24  A     Yes.

12:57PM   25          MR. INCIONG:  Could we show Mr. Miller 5-2, please?

12:57PM    1              THE COURT:  Yes.

12:57PM    2    BY MR. INCIONG:

12:57PM    3    Q    Do you recognize what's shown there?  You've seen --

12:57PM    4    A    Yes.

12:57PM    5    Q    -- this before, I believe, correct?

12:57PM    6    A    Yes.

12:57PM    7    Q    This shows what?

12:57PM    8    A    That's -- that's Queen Street right there, that's the

12:57PM    9    shop.

12:57PM    10   Q    Okay.  Is that close by to Fisherman's Wharf?

12:57PM    11   A    Yeah, Fisherman's Wharf down there.

12:57PM    12             MR. INCIONG:  All right.  Could we show Mr. Miller

12:57PM    13   5-3, and the jury as well.

12:57PM    14   BY MR. INCIONG:

12:58PM    15   Q    Does this view allow you to see both the shop and the

12:58PM    16   Fisherman's Wharf area in the same -- in the same set?

12:58PM    17   A    Yes.

12:58PM    18   Q    So it's a few blocks away, would you say?

12:58PM    19   A    Yes.

12:58PM    20             MR. INCIONG:  Could we publish 5-4 next, please?

12:58PM    21   BY MR. INCIONG:

12:58PM    22   Q    Do you recognize that person?

12:58PM    23   A    Yes.

12:58PM    24   Q    Who is that?

12:58PM    25   A    Oh, that's the accountant.

12:58PM   1   Q    That's the person that you assaulted and kidnapped?

12:58PM   2   A    Yes.

12:58PM   3        MR. INCIONG:  Could we show Mr. Miller 5-5?

12:58PM   4   BY MR. INCIONG:

12:58PM   5   Q    Do you see those red marks and area on his arm?

12:58PM   6   A    Yes.

12:58PM   7   Q    Could that have been caused by when you and Mr. Ortiz were

12:58PM   8   assaulting him?

12:58PM   9   A    Yes.

12:58PM  10        MR. INCIONG:  Could we publish 5-6 next?

12:58PM  11   BY MR. INCIONG:

12:58PM  12   Q    You said that Mr. -- or the victim was -- was tied or zip

12:58PM  13   tied.

12:58PM  14   A    Yes.

12:59PM  15   Q    And you meant his hands, correct?

12:59PM  16   A    Yes.

12:59PM  17   Q    Do you recall having difficulty cutting off the zip ties

12:59PM  18   or the bounds that were tying his hands when you released him?

12:59PM  19   A    I -- I don't recall.  That was --

12:59PM  20        MR. INCIONG:  Could we go to 5-7 next, please?

12:59PM  21        If we could zoom in, please, on the wrist area.

12:59PM  22   BY MR. INCIONG:

12:59PM  23   Q    Do you see those two indentations, Mr. Miller?

12:59PM  24   A    Yes.

12:59PM  25   Q    Could that have been caused by the -- the zip ties or

12:59PM    1    whatever you guys used to tie his hands?

12:59PM    2    A    Yes.

12:59PM    3            MR. INCIONG:  Could we go to 5-10, please?

12:59PM    4    BY MR. INCIONG:

12:59PM    5    Q    Do you see the area of the victim's shoulders and back?

01:00PM    6    A    Yes.

01:00PM    7    Q    Could that have been caused by the -- your treatment and

01:00PM    8    assaults of him on that day?

01:00PM    9    A    Yes.

01:00PM   10            MR. INCIONG:  Could we go to 5-11?

01:00PM   11    BY MR. INCIONG:

01:00PM   12    Q    Do you see those injuries to the victim's face?

01:00PM   13    A    Yes.

01:00PM   14    Q    Is that consistent with the -- the punches that you

01:00PM   15    described that you inflicted on him?

01:00PM   16    A    Yes.

01:00PM   17            MR. INCIONG:  Could we show 5-12 next.

01:00PM   18    BY MR. INCIONG:

01:00PM   19    Q    Same question, are those injuries consistent with your

01:00PM   20    punching him?

01:00PM   21    A    Yes.

01:00PM   22            MR. INCIONG:  Could we go to 5-13?

01:00PM   23    BY MR. INCIONG:

01:00PM   24    Q    Do you recognize that?

01:00PM   25    A    Yes.

| | | | |
|---|---|---|---|
| 01:00PM | 1 | Q | What is that? |
| 01:00PM | 2 | A | That's the Fisherman's Wharf where we met him right there. |
| 01:00PM | 3 | Q | Okay.  That's the area where you -- you lured him to to |
| 01:01PM | 4 | | kidnap him? |
| 01:01PM | 5 | A | Yes. |
| 01:01PM | 6 | | MR. INCIONG:  Could we show Mr. Miller and the jury |
| 01:01PM | 7 | | 5-14? |
| 01:01PM | 8 | | BY MR. INCIONG: |
| 01:01PM | 9 | Q | Do you recognize that intersection? |
| 01:01PM | 10 | A | Yes. |
| 01:01PM | 11 | Q | That's right there adjacent to Fisherman's Wharf. |
| 01:01PM | 12 | A | Yes. |
| 01:01PM | 13 | Q | Is that true? |
| 01:01PM | 14 | A | Yes. |
| 01:01PM | 15 | | MR. INCIONG:  Okay.  5-15, please. |
| 01:01PM | 16 | | BY MR. INCIONG: |
| 01:01PM | 17 | Q | Do you see those buses parked there, Mr. Miller? |
| 01:01PM | 18 | A | Yes. |
| 01:01PM | 19 | Q | Are those similar to the buses you described that were |
| 01:01PM | 20 | | parked nearby by the victim's car when you met him? |
| 01:01PM | 21 | A | Yes. |
| 01:01PM | 22 | | MR. INCIONG:  Could we show 5-16. |
| 01:01PM | 23 | | BY MR. INCIONG: |
| 01:01PM | 24 | Q | Same -- same area, correct? |
| 01:01PM | 25 | A | Yes. |

```
01:01PM    1    Q    Is this where you met the victim and released him later
01:01PM    2    that day?
01:01PM    3    A    Yes.
01:01PM    4              MR. INCIONG:  Could we go to 5-17?
01:01PM    5    BY MR. INCIONG:
01:01PM    6    Q    Is that the same general area that you were referring to?
01:02PM    7    A    Yes.
01:02PM    8              MR. INCIONG:  Could we go to 5-18?
01:02PM    9    BY MR. INCIONG:
01:02PM   10    Q    Do you recall this vehicle?
01:02PM   11    A    Yes.
01:02PM   12    Q    Whose vehicle was that?
01:02PM   13    A    That's the accountant's.
01:02PM   14              MR. INCIONG:  Could we go to 5-19?
01:02PM   15    BY MR. INCIONG:
01:02PM   16    Q    Is that just a different view of the same vehicle?
01:02PM   17    A    Yes.
01:02PM   18              MR. INCIONG:  Okay.  Let me go now to Exhibit 5-58,
01:02PM   19    please.
01:02PM   20    BY MR. INCIONG:
01:02PM   21    Q    Do you recognize that, Mr. Miller?  How do you recognize
01:02PM   22    that?
01:02PM   23    A    It's one of the badges that -- that was used.
01:02PM   24    Q    And you bought that badge for that purpose?
01:02PM   25    A    Yes.
```

| | | |
|---|---|---|
| 01:02PM | 1 | Q    Who indicated to you that that would be the way to do this |
| 01:02PM | 2 | particular kidnapping? |
| 01:02PM | 3 | A    Just he suggested 'em to me, Miske. |
| 01:03PM | 4 |         MR. INCIONG:  Could we show Mr. Miller, 5-59? |
| 01:03PM | 5 | BY MR. INCIONG: |
| 01:03PM | 6 | Q    Do you recognize that? |
| 01:03PM | 7 | A    Yes. |
| 01:03PM | 8 | Q    Is that another one of the badges that you obtained to use |
| 01:03PM | 9 | in the kidnapping? |
| 01:03PM | 10 | A    Yes. |
| 01:03PM | 11 |         MR. INCIONG:  Could we go to 5-60 next, please? |
| 01:03PM | 12 | BY MR. INCIONG: |
| 01:03PM | 13 | Q    Is that a third badge that you acquired? |
| 01:03PM | 14 | A    Yes. |
| 01:03PM | 15 |         MR. INCIONG:  Finally, 5-61. |
| 01:03PM | 16 | BY MR. INCIONG: |
| 01:03PM | 17 | Q    Do you recognize those handcuffs? |
| 01:03PM | 18 | A    Yes. |
| 01:03PM | 19 | Q    Did you have handcuffs with you during the time you were |
| 01:03PM | 20 | kidnapping the accountant? |
| 01:03PM | 21 | A    Yes. |
| 01:03PM | 22 |         MR. INCIONG:  All right.  Thank you.  You can take |
| 01:03PM | 23 | that down for the moment. |
| 01:03PM | 24 |         Your Honor, may I approach Mr. Miller with -- this is |
| 01:03PM | 25 | Exhibits 5-23 to 5-28, which are a series of video clips? |

01:03PM   1   They're in evidence already.  I just want to ascertain whether

01:04PM   2   Mr. Miller had viewed these prior to coming to court today.

01:04PM   3          THE COURT:  They're in evidence?

01:04PM   4          MR. INCIONG:  Your Honor, you're right, I think some

01:04PM   5   of them are -- some of them are not.  The first two are not,

01:04PM   6   the rest are.

01:04PM   7          THE COURT:  You want to show them to Mr. Kennedy

01:04PM   8   first?

01:04PM   9   BY MR. INCIONG:

01:04PM  10   Q    Mr. Miller, I just placed before you a CD that's marked

01:04PM  11   with Exhibits 5-23 through 5-28-A.  Have you seen that disc

01:05PM  12   before?

01:05PM  13   A    Yes.

01:05PM  14   Q    Are there markings or handwriting that you recognize on

01:05PM  15   that disc?

01:05PM  16   A    Yes, my signature and -- and the date.

01:05PM  17   Q    What is the date?

01:05PM  18   A    1/15/24.

01:05PM  19   Q    So did you view the videotape clips that were on that

01:05PM  20   compact disc on that day?

01:05PM  21   A    Yes.

01:05PM  22   Q    Did you compare those clips to the clips that are in the

01:05PM  23   court's digital file?

01:05PM  24   A    Yes.

01:05PM  25   Q    Did you recognize anybody in the clips that you saw?

01:05PM    1    A    Yes.

01:05PM    2    Q    Who did you recognize?

01:05PM    3    A    Myself, Preston, Miske.

01:05PM    4    Q    Did you recognize those clips as being video footage of

01:05PM    5    the day of the kidnapping, October 17, 2017?

01:05PM    6    A    Yes.

01:05PM    7          MR. INCIONG:  Your Honor, I would move to admit -- I

01:05PM    8    guess some of them are admitted.  So the remaining two, which I

01:05PM    9    believe are the first two series, 5-23 and 5-24.

01:06PM   10          THE COURT:  The ones I do not have as having already

01:06PM   11    been admitted are 5-23 and 5-23-Alpha.

01:06PM   12          MR. INCIONG:  Okay.  My mistake then.

01:06PM   13          THE COURT:  Anything else in that series has been

01:06PM   14    admitted.

01:06PM   15          MR. INCIONG:  Okay.  That's my mistake.  5-23 and

01:06PM   16    5-23-A, yes.

01:06PM   17          THE COURT:  Any objection?

01:06PM   18          MR. KENNEDY:  No objection.

01:06PM   19          THE COURT:  Without objection, 5-23 an 5-23-A are each

01:06PM   20    admitted.  You may display those two and the other exhibits in

01:06PM   21    that series up to 5-28-A, if you wish.

01:06PM   22          (Exhibit 5-23 and 5-23-A were received in evidence.)

01:06PM   23          MR. INCIONG:  Thank you, Your Honor.

01:06PM   24          If we could begin with 5-23.

01:06PM   25          (Video was played.)

01:06PM   1   BY MR. INCIONG:

01:08PM   2   Q     Mr. Miller, there's a person that's just entering the

01:08PM   3   building there.  Do you know who that is?

01:08PM   4   A     Yes.

01:08PM   5   Q     Who is that?

01:08PM   6   A     That's me.

01:08PM   7   Q     And the door you just went into enters into what business?

01:08PM   8   A     That's Miske's shop.

01:08PM   9   Q     Kama'aina Termite and Pest Control?

01:08PM  10   A     Yes.

01:08PM  11   Q     Okay.

01:09PM  12           MR. INCIONG:  You can stop that at this time.

01:09PM  13           May we show Exhibit 5-23-A at this time?

01:09PM  14           THE COURT:  Yes.

01:09PM  15           MR. INCIONG:  Thank you.

01:09PM  16   BY MR. INCIONG:

01:09PM  17   Q     Do you see that, Mr. Miller?

01:09PM  18   A     Yes.

01:09PM  19   Q     Is that just a still shop grab of the video of you

01:09PM  20   entering Kama'aina Termite and Pest Control?

01:09PM  21   A     Yes.

01:09PM  22           MR. INCIONG:  All right.  Could we go to 5-24 next.

01:09PM  23           (Video was played.)

01:09PM  24   BY MR. INCIONG:

01:10PM  25   Q     Mr. Miller, do you recognize the person getting out of the

01:10PM   1   white truck parked in front of Kama'aina Termite and Pest

01:10PM   2   Control?

01:10PM   3   A    Yes.

01:10PM   4   Q    Who do you recognize that as?

01:10PM   5   A    Preston.

01:10PM   6   Q    Preston Kimoto?

01:10PM   7   A    Yes.

01:10PM   8   Q    Has he just entered that -- the same door that you had

01:10PM   9   gone into?

01:10PM  10   A    Yes.

01:10PM  11   Q    That was after you had arrived at Kama'aina?

01:10PM  12   A    Yes, after I arrived.

01:10PM  13            MR. INCIONG:  Could we show 5-24-A next, please?

01:10PM  14            THE COURT:  You may.

01:10PM  15            MR. INCIONG:  Thank you, Your Honor.

01:10PM  16            (Video was played.)

01:10PM  17   BY MR. INCIONG:

01:10PM  18   Q    Is that the -- is that Mr. Kimoto getting out of his --

01:10PM  19   his white truck?

01:10PM  20   A    Yes.

01:10PM  21   Q    And do you see the time in the upper left-hand corner

01:10PM  22   there?

01:10PM  23   A    Yes.

01:10PM  24   Q    What does the time say?

01:10PM  25   A    4:35.

01:10PM    1    Q    Let me blow that out so you can see a little bit closer.

01:11PM    2    A    Oh, 4:03:35.

01:11PM    3    Q    So 4:03 and 35 seconds --

01:11PM    4    A    Yes.

01:11PM    5    Q    -- on October 17th?  Okay.

01:11PM    6              MR. INCIONG:  Could we show video clip number 3, which

01:11PM    7    is Exhibit 5-25, please?

01:11PM    8              THE COURT:  Yes.

01:11PM    9              (Video was played.)

01:11PM   10    BY MR. INCIONG:

01:11PM   11    Q    Who is that that just came out of the Kama'aina Termite

01:11PM   12    and Pest Control and went back out into the truck?

01:11PM   13    A    Preston.

01:11PM   14    Q    Preston Kimoto?

01:11PM   15    A    Yes.

01:11PM   16              MR. INCIONG:  If we can stop that then, and show,

01:11PM   17    please, if we could, Exhibit 5-25-A.

01:11PM   18              (Video was played.)

01:11PM   19    BY MR. INCIONG:

01:11PM   20    Q    Is that a screenshot of the video clip you just saw,

01:11PM   21    Mr. Miller?

01:11PM   22    A    Yes.

01:11PM   23              MR. INCIONG:  If we could again blow up the time in

01:12PM   24    the upper right-hand corner.

01:12PM   25    BY MR. INCIONG:

| | | | |
|---|---|---|---|
| 01:12PM | 1 | Q | Do you see what time that is? |
| 01:12PM | 2 | A | Yes. |
| 01:12PM | 3 | Q | What time does that say? |
| 01:12PM | 4 | A | 4:13. |
| 01:12PM | 5 | Q | So Mr. Kimoto was there about ten minutes? |
| 01:12PM | 6 | A | Yes. |
| 01:12PM | 7 | Q | Is that -- is that consistent with your recollection? |
| 01:12PM | 8 | A | Yes. |

01:12PM  9        MR. INCIONG:  Could we go to next, please, to

01:12PM  10  Exhibit 5-26?

01:12PM  11        MR. KENNEDY:  Your Honor?

01:12PM  12        THE COURT:  Yes.

01:12PM  13        MR. KENNEDY:  I don't believe the government has moved

01:12PM  14  5-26.

01:12PM  15        THE COURT:  I have it recorded as having been

01:12PM  16  admitted.

01:12PM  17        MR. KENNEDY:  You do?

01:12PM  18        THE COURT:  On January 29th.

01:12PM  19        No?  You don't have it?

01:12PM  20        MR. INCIONG:  I think it was part of the stipulation,

01:12PM  21  Judge, I believe.

01:12PM  22        THE COURT:  I have all of them admitted through

01:12PM  23  5-28-A.

01:12PM  24        MR. INCIONG:  It's just to be sure, I will admit --

01:12PM  25        THE COURT:  (Inaudible.)

01:12PM  1          MR. KENNEDY:  No objection.  I just did not have it in

01:12PM  2     the evidence.

01:12PM  3          THE COURT:  Well, if -- if I'm wrong then, then the

01:13PM  4     record will correct me if I am.  The stipulation just now

01:13PM  5     without objections covers us.  5-26 is admitted.

01:13PM  6          (Exhibit 5-26 was received in evidence.)

01:13PM  7          MR. INCIONG:  Thank you, Your Honor.

01:13PM  8          THE COURT:  Thank you, Mr. Kennedy.

01:13PM  9          MR. KENNEDY:  You're welcome, sir.

01:13PM 10          MR. INCIONG:  May we play that, Your Honor?

01:13PM 11          THE COURT:  Yes, go ahead.

01:13PM 12          (Video was played.)

01:13PM 13     BY MR. INCIONG:

01:13PM 14     Q    Mr. Miller, did you see the person that just exited in

01:13PM 15     front of the black truck?

01:13PM 16     A    Yes.

01:13PM 17     Q    Who is that?

01:13PM 18     A    That was me.

01:13PM 19          MR. INCIONG:  Could we go to 5-26-A next, please?

01:13PM 20     BY MR. INCIONG:

01:13PM 21     Q    Is that you shown in that photo?

01:13PM 22     A    Yes.

01:13PM 23     Q    Is that a still shot of the -- the short clip you just

01:13PM 24     watched?

01:13PM 25     A    Yes.

01:13PM   1              MR. INCIONG:  If we could enlarge the time stamp in

01:13PM   2    the upper left-hand corner.

01:13PM   3    BY MR. INCIONG:

01:13PM   4    Q    Do you see what time that is?

01:13PM   5    A    4 -- is that 13 or 18?

01:14PM   6    Q    Hard to see, but I think if you look again it's -- can you

01:14PM   7    tell now?

01:14PM   8    A    4-something.  I don't know what that number is.

01:14PM   9    Q    Okay.  How long approximately were you in the shop at that

01:14PM   10   time from what you recall?

01:14PM   11   A    I don't know.  I wasn't counting.

01:14PM   12   Q    All right.  Let me have you look at a couple more clips

01:14PM   13   next, please.  5-27.

01:14PM   14              (Video was played.)

01:14PM   15   BY MR. INCIONG:

01:15PM   16   Q    Do you recognize the person that just walked out of the

01:15PM   17   shop in front of that black truck?

01:15PM   18   A    Yes.

01:15PM   19   Q    Who was that?

01:15PM   20   A    Miske.

01:15PM   21              MR. INCIONG:  We can stop that then.  And if we could

01:15PM   22   show Exhibit 5-27-A.

01:15PM   23   BY MR. INCIONG:

01:15PM   24   Q    Is that a still shot taken from that slip we just watched?

01:15PM   25   A    Yes.

```
01:15PM   1   Q   Do you see Mr. Miske in that clip?

01:15PM   2   A   Yes.

01:15PM   3   Q   What is he wearing?

01:15PM   4   A   White shirt, black shorts.

01:15PM   5   Q   Can you read the time stamp in the upper left-hand corner?

01:15PM   6   A   4:30.

01:15PM   7   Q   And it's on October 17th --

01:15PM   8   A   Yeah.

01:15PM   9   Q   -- still?  Okay.

01:15PM  10            MR. INCIONG:  And finally, if we could show a video

01:15PM  11   clip that's in Exhibit 5-28.

01:15PM  12            (Video was played.)

01:15PM  13   BY MR. INCIONG:

01:15PM  14   Q   Do you recognize the person that just crossed the street

01:15PM  15   and is going into the shop?

01:15PM  16   A   Yes.

01:15PM  17   Q   Who is that?

01:15PM  18   A   Miske.

01:15PM  19            MR. INCIONG:  Could we display 5-28-A?

01:15PM  20   BY MR. INCIONG:

01:16PM  21   Q   Is that a screenshot of that video you just saw?

01:16PM  22   A   Yes.

01:16PM  23   Q   Do you see Mr. Miske there?

01:16PM  24   A   Yes.

01:16PM  25   Q   What is he wearing?
```

01:16PM    1    A    White shirt, black shorts.

01:16PM    2    Q    Is there a time stamp -- okay.

01:16PM    3        MR. INCIONG:  Strike that question, Your Honor.

01:16PM    4    BY MR. INCIONG:

01:16PM    5    Q    So the video clips that we just saw, does that sequence of

01:16PM    6    events, is that consistent with you recall who arrived and when

01:16PM    7    at that meeting at the shop?

01:16PM    8    A    Yeah.  That's -- that's me, how I talking about I got

01:16PM    9    there, parked across the street, went in, and told 'em what

01:16PM   10    happened.

01:16PM   11    Q    That was the first meeting?

01:16PM   12    A    Yeah.

01:16PM   13    Q    First time you heard that Preston was involved?

01:16PM   14    A    Yes.  First time I heard, "Let me call Pres."

01:16PM   15    Q    Okay.  I'd like you to take a look at Exhibit 5-37 next,

01:17PM   16    please.

01:17PM   17        MR. INCIONG:  If we can scroll down to the bottom if

01:17PM   18    Exhibit 5-37.

01:17PM   19        It's previously been admitted into evidence, I

01:17PM   20    believe.

01:17PM   21        THE COURT:  Yes.

01:17PM   22        MR. INCIONG:  Thank you, Your Honor.

01:17PM   23        So if we could enlarge those two boxes, two bottom

01:17PM   24    boxes, please, so we can look at those a little better.

01:17PM   25    BY MR. INCIONG:

01:17PM   1   Q    So, Mr. Miller, looking at these, just to kind of get our

01:17PM       bearings, first of all, do you see the notation "Pres10"?

01:17PM   3   A    Yeah.

01:17PM   4   Q    Do you know who that refers to?

01:17PM   5   A    Preston.

01:17PM   6   Q    Preston Kimoto?

01:17PM   7   A    Yes.

01:17PM   8   Q    You see it in the two boxes to the right, there's the

01:17PM   9   direction outgoing body says, "Yo"?

01:17PM  10   A    Yes.

01:17PM  11   Q    Do you recall sending that particular text message to

01:18PM  12   Mr. Kimoto on that day?

01:18PM  13   A    I mean, I was texting him that day, but specific

01:18PM  14   conversations, I don't -- but I know I texted him this.

01:18PM  15   Q    Okay.  So if you look at the next box it says:  "Call me

01:18PM  16   ASAP."

01:18PM  17   A    Yeah.

01:18PM  18   Q    That's an outgoing text from your phone?

01:18PM  19   A    Yes.

01:18PM  20   Q    You were trying to get ahold of Preston at that time?

01:18PM  21   A    Yes.

01:18PM  22   Q    What time was that approximately?

01:18PM  23   A    5:30.

01:18PM  24   Q    So this is --

01:18PM  25   A    5:33.

| 01:18PM | 1  | Q | This was after the meeting that you had at Kama'aina? |
| 01:18PM | 2  | A | Yes. |
| 01:18PM | 3  |   | MR. INCIONG:  Okay.  Could we scroll up then to the |
| 01:18PM | 4  |   | next couple of boxes, please. |
| 01:18PM | 5  |   | BY MR. INCIONG: |
| 01:18PM | 6  | Q | So you send him a text at 5:37:  "WTF, brah?" |
| 01:18PM | 7  | A | Yeah. |
| 01:18PM | 8  | Q | Why are you sending that message? |
| 01:18PM | 9  | A | Yeah, he not calling me back -- I mean, he never -- he |
| 01:18PM | 10 |   | never answer me at that point, so I telling him what the fuck. |
| 01:18PM | 11 | Q | You're getting frustrated that he's not reaching you? |
| 01:18PM | 12 | A | Yes. |
| 01:19PM | 13 | Q | Okay.  Same thing in the next message up, do you see that, |
| 01:19PM | 14 |   | message 28? |
| 01:19PM | 15 | A | Yes. |
| 01:19PM | 16 | Q | "Text me back or something." |
| 01:19PM | 17 |   | MR. INCIONG:  Could we scroll up to the next couple. |
| 01:19PM | 18 |   | BY MR. INCIONG: |
| 01:19PM | 19 | Q | Now, this -- message 27 and then 26, is he now responding |
| 01:19PM | 20 |   | for the first time? |
| 01:19PM | 21 | A | Yes. |
| 01:19PM | 22 | Q | And is he agreeing then to meet you then -- |
| 01:19PM | 23 | A | Yes. |
| 01:19PM | 24 | Q | -- in 15 minutes? |
| 01:19PM | 25 | A | Yes. |

01:19PM  1    Q    Did you then meet with him later?

01:19PM  2    A    Yes.

01:19PM  3    Q    All right.

01:19PM  4         MR. INCIONG:  Could we go up then to 25.

01:19PM  5    BY MR. INCIONG:

01:19PM  6    Q    So you just acknowledged?

01:19PM  7    A    Yeah, I telling him, "Okay."

01:19PM  8    Q    And then he responds over -- just over an hour later?

01:19PM  9    A    Yes.

01:19PM  10   Q    Saying that he will call you right back?

01:19PM  11   A    Yes.

01:19PM  12   Q    Do you recall was there -- did you meet with him in

01:19PM  13   between that time or --

01:19PM  14   A    Yes.  I met with him multiple times, but we were

01:19PM  15   calling -- we were texting each other, yeah, I telling him

01:19PM  16   hurry up, he telling me he going call me back, and then he come

01:20PM  17   meet me somewhere.

01:20PM  18         That's how -- when I was telling the sequence of how

01:20PM  19   the thing wen' down, this is me texting him, Hey, what the fuck

01:20PM  20   is going on?  He texting me hold on, he gotta talk to the girl.

01:20PM  21   And I telling him okay.  And then he's telling me, I call you

01:20PM  22   right back.

01:20PM  23   Q    Do you recall where specifically you met Mr. Kimoto while

01:20PM  24   this was happening?

01:20PM  25   A    I was meeting him -- I know I met him on the side road

01:20PM   1   right there in that -- in that Downtown area, and then I met
01:20PM   2   him at a park.
01:20PM   3   Q    Do you recall the name of the park?
01:20PM   4   A    I don't know.  The park is -- it's in the middle of --
01:20PM   5   it's in the middle of the -- of the town.  I don't know the
01:20PM   6   name.  That's what I'm trying to say.
01:20PM   7   Q    In town, you mean in town in Honolulu?
01:20PM   8   A    Yeah, Honolulu area.  Get a little park in the middle,
01:20PM   9   some residential stuff.
01:20PM  10          MR. INCIONG:  Okay.  So let's go up then to text
01:20PM  11   message 23, if we could.
01:20PM  12   BY MR. INCIONG:
01:21PM  13   Q    So you're just acknowledging him?
01:21PM  14   A    Yes.
01:21PM  15   Q    You're saying, "K"?
01:21PM  16   A    Yes.
01:21PM  17   Q    All right.  So you send another message then, it looks
01:21PM  18   like now over -- maybe not quite an hour and a half later?
01:21PM  19   A    Yes.
01:21PM  20   Q    "Brah"?
01:21PM  21   A    Yes.
01:21PM  22   Q    What is -- what is the point of that at that point?
01:21PM  23   A    Telling him, "Brah," you know.
01:21PM  24   Q    He's not -- he's not communicating with you?
01:21PM  25   A    Yeah, what the fuck is going on?  That's what -- that's

01:21PM     1     what that meant.

01:21PM     2     Q     Okay.  So let's go up to 21.  "No more all night."  That's

01:21PM     3     your message, right?

01:21PM     4     A     Yes.

01:21PM     5     Q     What does that mean?

01:21PM     6     A     I telling him like I not -- not waiting all night.

01:21PM     7     Q     Okay.  So he responds one minute later looks like, not

01:21PM     8     even a minute later, maybe a few seconds later, says he's

01:21PM     9     coming now.

01:21PM     10    A     Yes.

01:21PM     11    Q     So this is in reference to one of the meetings that you

01:21PM     12    testified about?

01:21PM     13    A     Yes.

01:21PM     14           MR. INCIONG:  Okay.  Can we go up to next 19?

01:21PM     15    BY MR. INCIONG:

01:22PM     16    Q     Is that you asking him how far -- how far away he is?

01:22PM     17    A     Yes.

01:22PM     18    Q     All right.  And then he responds right back saying he's at

01:22PM     19    Ala's, five to ten minutes?

01:22PM     20    A     Yeah, Ala Moana right now.  So he telling me he would be

01:22PM     21    there in about five to ten minutes.

01:22PM     22    Q     Okay.

01:22PM     23           MR. INCIONG:  So could we go up to message 18 -- I'm

01:22PM     24    sorry, 17.

01:22PM     25    BY MR. INCIONG:

01:22PM   1   Q    So this is again you're texting him now, "Call me ASAP,"

01:22PM   2   but this is the following day, right?

01:22PM   3   A    Yes.

01:22PM   4   Q    So what happened overnight between the 17th and the 18th,

01:22PM   5   now you're -- you're wanting him to call you ASAP?

01:22PM   6   A    That's what -- that's when I'm telling him like we -- we

01:22PM   7   meet at the park.  After that he's telling me I'm at Ala Moana,

01:22PM   8   be there in five to ten minutes.  We meet at -- we meet

01:22PM   9   somewhere.  At the park, I think it was.  Meet at the park.

01:22PM   10        He's telling me about -- that's when he's telling me

01:22PM   11  they never know it would go that far, I think.  I think that's

01:22PM   12  what -- at that conversation he's telling me that the girl and

01:22PM   13  the dad, they never know it was going go that far.

01:23PM   14  Q    Okay.  So then the next day on the 18th, when you --

01:23PM   15  you're asking him to call you ASAP --

01:23PM   16  A    Yeah.

01:23PM   17  Q    -- right?

01:23PM   18        And then doesn't look like you get a response.  So few

01:23PM   19  a hours later --

01:23PM   20  A    Yes.

01:23PM   21  Q    -- you text him again saying:  "Pres, I just gotta take

01:23PM   22  care of my boys, something then.  I can wait till tomorrow, is

01:23PM   23  Thursday."

01:23PM   24  A    Yes.

01:23PM   25  Q    What is that message about?

| | | | |
|---|---|---|---|
| 01:23PM | 1 | A | So that's -- like we already talking about -- he said, |
| 01:23PM | 2 | | Hey, they just going give you -- they just going to give you |
| 01:23PM | 3 | | like 20 grand for the -- for the trouble, you know, because |
| 01:23PM | 4 | | they never know going to be -- going to take 'em that far. |
| 01:23PM | 5 | Q | Now, you say in that message "my boys," plural. |
| 01:23PM | 6 | A | Yeah. |
| 01:23PM | 7 | Q | Is that -- |
| 01:23PM | 8 | A | I was just -- it wasn't more than me and him, that's it. |
| 01:23PM | 9 | Q | There was no one involved in the kidnapping -- |
| 01:23PM | 10 | A | No. |
| 01:23PM | 11 | Q | -- that was present with the -- the victim? |
| 01:23PM | 12 | A | No. |
| 01:23PM | 13 | Q | Was a third person ever involved who came and talked to |
| 01:24PM | 14 | | the victim? |
| 01:24PM | 15 | A | No. |
| 01:24PM | 16 | Q | All right.  So let me -- let's go back up then to the |
| 01:24PM | 17 | | messages.  Message 15, Preston replies to you:  "I'm doing |
| 01:24PM | 18 | | estimates."  Braddah said hold on, and I'm going to meet him at |
| 01:24PM | 19 | | the shop right now after this and get back to you." |
| 01:24PM | 20 | | And then you respond, go up to message 14, a minute |
| 01:24PM | 21 | | later:  "Who?" |
| 01:24PM | 22 | A | Yeah. |
| 01:24PM | 23 | Q | So did you know who Preston was talking about? |
| 01:24PM | 24 | A | No, at that time I never know who he was talking about. |
| 01:24PM | 25 | | Say, "Braddah said hold on, I'm going to meet at the shop right |

01:24PM   1   now after this and get back to you."  So I'm telling him like,

01:24PM   2   "Who?"

01:24PM   3              MR. INCIONG:  Okay.  So the next message, if we could

01:24PM   4   look at message 13.

01:24PM   5   BY MR. INCIONG:

01:24PM   6   Q    Preston responds:  "Bro."

01:24PM   7   A    Yeah.

01:24PM   8   Q    Who is Bro?

01:24PM   9   A    Bro is Miske.

01:24PM  10   Q    That was a nickname that you used for him?

01:24PM  11   A    Yes.

01:24PM  12   Q    Was braddah a nickname that you ever used for him?

01:24PM  13   A    Yes.

01:24PM  14   Q    Why were you not clear when he said in the previous

01:24PM  15   message, I'm going to meet braddah at the shop?

01:24PM  16   A    Yeah, I wasn't clear who he was talking about right there.

01:25PM  17   And then when he responded and said "Bro" --

01:25PM  18   Q    Then you knew?

01:25PM  19   A    -- then I knew who he was talking about.

01:25PM  20   Q    Okay.  So you go to message 12 then, and then you ask

01:25PM  21   Preston:  "What about your guy?  He come through."

01:25PM  22              What does that mean?

01:25PM  23   A    I was asking him if his guy came through.

01:25PM  24   Q    With the money?

01:25PM  25   A    Yeah, with the money, yeah.

01:25PM  1    Q    So if we go to message 11 above that, he responds:  "Not

01:25PM  2    yet."

01:25PM  3    A    Yeah.

01:25PM  4    Q    You see that?

01:25PM  5    A    He responds:  "Not yet."

01:25PM  6    Q    And then you reply:  "Why?  I need 'em, brah?"

01:25PM  7    A    Yes.

01:25PM  8    Q    You need what?

01:25PM  9    A    The money.  So I was going -- you know, he was like -- he

01:25PM  10   was like -- at that point Preston was like, Hey, they going to

01:25PM  11   give you -- they just give you 20 grand for give you guys for

01:25PM  12   the troubles.  You know, and I was like, 20 grand?  You know.

01:25PM  13   At that point in my life 20 grand, if I going give the guy -- I

01:26PM  14   was -- I was blowing 2 grand day on oxys.  You know, so half of

01:26PM  15   that 20 grand wasn't going do nothing.  I would be gone with

01:26PM  16   that in a few days.  So that's the -- that's the conversation I

01:26PM  17   was having with him.

01:26PM  18   Q    And was this also in part because the amount of money that

01:26PM  19   Miske had told you that the accountant had?

01:26PM  20   A    Yes.

01:26PM  21   Q    You expected how much?

01:26PM  22   A    Way more than that.

01:26PM  23   Q    If we go up to box 9, Preston is telling you he's got to

01:26PM  24   finish the estimate and he'll get back to you.  Then you

01:26PM  25   respond, "K"

```
01:26PM    1    A    Yes.

01:26PM    2    Q    Okay.  You then send him another message at 5:39 p.m. on

01:26PM    3    the 18th.  "What, you guys left the shop?"  So you're asking

01:26PM    4    Preston --

01:26PM    5    A    I asking Preston that.

01:26PM    6    Q    Okay.  So you still haven't met him?

01:26PM    7    A    No, I still never met him.

01:26PM    8    Q    Okay.  Go up to message 6.  Preston replies -- or I'm

01:27PM    9    sorry, you're telling Preston you went by the shop to check

01:27PM   10    out -- check him out.  He not there.

01:27PM   11    A    Yes.

01:27PM   12    Q    Who is "he"?

01:27PM   13    A    Miske.

01:27PM   14    Q    Go up to page -- or I'm sorry, box 5.  You're ask -- or

01:27PM   15    Preston is asking you, "WYA?"

01:27PM   16    A    Yeah, asking me where I'm at.

01:27PM   17    Q    Okay.  And then he sends the next message:  "The beach is

01:27PM   18    closed."

01:27PM   19    A    Yes, he's sending that to me.

01:27PM   20    Q    Right.  Did you know what that meant?

01:27PM   21    A    That's what -- like he telling me the beach is closed, so

01:27PM   22    where we -- where me and Miske used to go for talk at that

01:27PM   23    beach down there by John Dominis where I say we walk back and

01:27PM   24    forth --

01:27PM   25    Q    Yes.
```

01:27PM    1    A      -- he letting me -- telling me no -- he telling me like,

01:27PM    2    hey, that he no like meet over there or something.  He's

01:27PM    3    telling me the beach is closed.

01:27PM    4    Q      So you're not going to meet there.

01:27PM    5    A      No.

01:28PM    6              MR. INCIONG:  Okay.  We can take that down.  Thank

01:28PM    7    you.

01:28PM    8              Your Honor, I'm going to change topics here.  I can

01:28PM    9    start for a few minutes if you would like or we can --

01:28PM   10              THE COURT:  Well, we're at -- we're practically at

01:28PM   11    1:30, so probably it doesn't make sense to start a new area at

01:28PM   12    this point.

01:28PM   13              So let's go to break for the trial day.

01:28PM   14              As we dismiss our and excuse our jurors for today, I

          15    will remind once again to refrain from discussing the substance

          16    of this case with anyone, including each other, until I advise

          17    you otherwise; to refrain from accessing any media or other

          18    accounts of this case that may be out there; and finally,

          19    please do not conduct any independent investigation into the

01:28PM   20    facts, circumstances or persons involved.

01:28PM   21              We will see you tomorrow morning at 8:30.

01:29PM   22              (Proceedings were concluded at 1:29 p.m.)

          23

          24

          25

1                   COURT REPORTER'S CERTIFICATE

2          I, Gloria T. Bediamol, Official Court Reporter, United

3    States District Court, District of Hawaii, do hereby certify

4    that pursuant to 28 U.S.C. §753 the foregoing is a complete,

5    true, and correct transcript from the stenographically reported

6    proceedings held in the above-entitled matter and that the

7    transcript page format is in conformance with the regulations

8    of the Judicial Conference of the United States.

9

10         DATED at Honolulu, Hawaii, March 29, 2024.

11

12

13                                    /s/ Gloria T. Bediamol

14                                    GLORIA T. BEDIAMOL.

15                                    RMR, CRR, FCRR

16

17

18

19

20

21

22

23

24

25