MICHAEL J. KENNEDY
Law Offices of Michael Jerome Kennedy, PLLC
Nevada State Bar #10103; California State Bar #193901
333 Flint Street, Reno NV 89501
775-221-7100 (office); 775-233-0914 (mobile)
Email: michael@mjkennedylaw.com
LYNN E. PANAGAKOS   7696
841 Bishop Street, Suite 2201
Honolulu, Hawai`i  96813
Telephone: (808) 542-9943
E-mail:  lynnpanagakos@yahoo.com

*Attorneys for Michael J. Miske, Jr. (01)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>       vs.<br><br>MICHAEL J. MISKE, JR. (01),<br><br>                            Defendant. | CR. NO. 19-00099-DKW-KJM<br><br>**DEFENDANT MICHAEL J. MISKE, JR.'S THIRTY-FOURTH SUPPLEMENTAL EXHIBIT LIST; CERTIFICATE OF SERVICE** |
|---|---|

**DEFENDANT'S THIRTY-FOURTH SUPPLEMENTAL EXHIBIT LIST**

Mr. Miske respectfully submits his thirty-fourth supplemental exhibit list.[1]

DATED: April 9, 2024.

 */s/ Michael J. Kennedy*                             */s/ Lynn E. Panagakos*
MICHAEL J. KENNEDY                        LYNN E. PANAGAKOS
Counsel for Defendant
MICHAEL J. MISKE, JR (01)

---

[1] Mr. Miske reserves the right to add to, delete from, or otherwise modify this list during the course of trial.  See ECF No. 1272, PageID.11971, n.1.

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| UNITED STATES OF AMERICA v. MICHAEL J. MISKE JR. et al. | THIRTY-FOURTH SUPPLEMENTAL EXHIBIT LIST CR. NO. 19-00099 DKW |

| Presiding Judge: Hon. Derrick K. Watson | Plaintiff's Attorneys: Mark A. Inciong, Michael D. Nammar, W. KeAupuni Akina | Defense Attorneys: Lynn Panagakos, Michael Kennedy |
|---|---|---|
| Trial Date: January 8, 2024 | Court Reporter: Gloria Bediamol | Courtroom Deputy: Tammy Kimura |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9019-026 | | | | Photograph of Keola Lai re Ryan Teramoto |
| 9019-027 | | | | Photograph of Keola Lai re Ryan Teramoto |
| 9019-028 | | | | Photograph of Keola Lai re Ryan Teramoto |
| 9019-029 | | | | Photograph of Keola Lai re Ryan Teramoto |
| 9019-030 | | | | Photograph of Keola Lai re Ryan Teramoto |
| 9019-031 | | | | Photograph of Keola Lai re Ryan Teramoto |
| 9019-032 | | | | Photograph of Keola Lai re Ryan Teramoto |
| 9450-005 | | | | 2013 Google Earth Photograph of 6659 Hawaii Kai Drive |
| 9459-001 | | | | HPD Report 16-192247; 00191216 |

CERTIFICATE OF SERVICE

I, Lynn E. Panagakos, hereby certify that a true and correct copy of this document this filing has been duly served on all counsel of record through the court's electronic filing system.

DATED: Honolulu, Hawai`i, April 9, 2024.

/s/ Lynn E. Panagakos
LYNN E. PANAGAKOS