CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

MICHAEL D. NAMMAR
MARK A. INCIONG      CA BAR #163443
W. KEAUPUNI AKINA #11565
Assistant U.S. Attorneys
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:      Michael.Nammar@usdoj.gov
            Mark.Inciong@usdoj.gov
            Keaupuni.Akina@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | CR. NO. 19-00099 DKW |
|---|---|
| Plaintiff, | |
| vs. | GOVERNMENT'S THIRTEENTH SUPPLEMENTAL EXHIBIT LIST; CERTIFICATE OF SERVICE |
| MICHAEL J. MISKE, JR.,      (01) aka "Bro," | |
| Defendant. | |

GOVERNMENT'S THIRTEENTH SUPPLEMENTAL EXHIBIT LIST

The Government hereby submits its thirteenth supplemental exhibit list, attached hereto, in the above-captioned matter. The Government reserves the right to add to, delete from, or otherwise modify this list during the course of the trial.

DATED: April 10, 2024, at Honolulu, Hawaii.

                        CLARE E. CONNORS
                        United States Attorney
                        District of Hawaii

By   */s/ Mark A. Inciong*
       MICHAEL D. NAMMAR
       MARK A. INCIONG
       W. KEAUPUNI AKINA
       Assistant U.S. Attorneys

# UNITED STATES DISTRICT COURT
# DISTRICT OF HAWAII

**UNITED STATES OF AMERICA**　　　　　**THIRTEENTH SUPPLEMENTAL EXHIBIT LIST**

　　　　　　　**v.**　　　　　　　　　　　　　**CR. NO. 19-00099 DKW**

**MICHAEL J. MISKE JR. et al.,**

| **Presiding Judge:**<br>Derrick K. Watson | **Plaintiff's Attorneys:**<br>Mark A. Inciong<br>Michael D. Nammar<br>W. KeAupuni Akina | **Defense Attorneys:**<br>Lynn Panagakos<br>Michael Kennedy |
|---|---|---|
| **Trial Date**<br>January 8, 2024 | **Court Reporter:** | **Courtroom Deputy:**<br>Tammy Kimura |

| EXH. NO. | DESCRIPTION | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|
| 1-905A | MMS for QHN8 Image 1 | | |
| 1-905B | MMS for QHN8 Image 2 | | |
| 1-905C | MMS for QHN8 Image 3 | | |
| 1-905D | MMS for QHN8 Image 4 | | |
| 1-905E | MMS for QHN8 Image 5 | | |
| 1-905F | MMS for QHN8 Image 6 | | |
| 1-905G | MMS for QHN8 Image 7 | | |
| 1-905H | MMS for QHN8 Image 8 | | |
| 1-905I | MMS for QHN8 Image 9 | | |

| | | | |
|---|---|---|---|
| 1-905J | MMS for QHN8 Image 10 | | |
| 1-905K | MMS for QHN8 Image 11 | | |
| 1-905L | MMS for QHN8 Image 12 | | |
| 1-905M | MMS for QHN8 Image 13 | | |
| 1-905N | MMS for QHN8 Image 14 | | |
| 1-905O | MMS for QHN8 Image 15 | | |
| 1-905P | MMS for QHN8 Image 16 | | |
| 1-923A | 1B9 Image #1 | | |
| 1-923B | 1B9 Image #2 | | |
| 1-923C | 1B9 Image #3 | | |
| 1-923D | 1B9 Image #4 | | |
| 1-937A | MMS for 1B8 Image 1 | | |
| 1-937B | MMS for 1B8 Image 2 | | |
| 1-937C | MMS for 1B8 Image 3 | | |
| 1-938A | Image for 1B8 Image 1 | | |
| 1-938B | Image for 1B8 Image 2 | | |
| 1-938C | Image for 1B8 Image 3 | | |
| 1-938D | Image for 1B8 Image 4 | | |
| 1-938E | Image for 1B8 Image 5 | | |
| 1-938F | Image for 1B8 Image 6 | | |
| 1-956A | Image from 1B350 Image#1 | | |
| 1-956B | Image from 1B350 Image#2 | | |
| 1-956C | Image from 1B350 Image#3 | | |
| 1-956D | Image from 1B350 Image#4 | | |
| 1-956E | Image from 1B350 Image#5 | | |

| | | | |
|---|---|---|---|
| 1-956F | Image from 1B350 Image#6 | | |
| 1-956G | Image from 1B350 Image#7 | | |
| 1-956H | Image from 1B350 Image#8 | | |
| 1-956I | Image from 1B350 Image#9 | | |
| 1-956J | Image from 1B350 Image#10 | | |
| 1-956K | Image from 1B350 Image#11 | | |
| 1-956L | Image from 1B350 Image#12 | | |
| 1-956M | Image from 1B350 Image#13 | | |
| 1-956N | Image from 1B350 Image#14 | | |
| 1-956O | Image from 1B350 Image#15 | | |
| 1-956P | Image from 1B350 Image#16 | | |
| 1-956Q | Image from 1B350 Image#17 | | |
| 1-956R | Image from 1B350 Image#18 | | |
| 1-956S | Image from 1B350 Image#19 | | |
| 1-956T | Image from 1B350 Image#20 | | |
| 1-956U | Image from 1B350 Image#21 | | |
| 1-956V | Image from 1B350 Image#22 | | |
| 1-956W | Image from 1B350 Image#23 | | |
| 1-956X | Image from 1B350 Image#24 | | |
| 1-956Y | Image from 1B350 Image#25 | | |
| 1-956Z | Image from 1B350 Image#26 | | |
| 1-956AA | Image from 1B350 Image#27 | | |
| 1-956BB | Image from 1B350 Image#28 | | |
| 1-956CC | Image from 1B350 Image#29 | | |
| 1-956DD | Image from 1B350 Image#30 | | |

| | | | |
|---|---|---|---|
| 1-956EE | Image from 1B350 Image#31 | | |
| 1-956FF | Image from 1B350 Image#32 | | |
| 1-956GG | Image from 1B350 Image#33 | | |
| 1-956HH | Image from 1B350 Image#34 | | |
| 1-956II | Image from 1B350 Image#35 | | |
| 1-956JJ | Image from 1B350 Image#36 | | |
| 1-956KK | Image from 1B350 Image#37 | | |
| 1-956LL | Image from 1B350 Image#38 | | |
| 1-957A | Video Report from 1B350 - Video 1 | | |
| 1-957B | Video Report from 1B350 - Video 2 | | |
| 1-957C | Video Report from 1B350 - Video 3 | | |
| 1-957D | Video Report from 1B350 - Video 4 | | |
| 1-957E | Video Report from 1B350 - Video 5 | | |
| 1-957F | Video Report from 1B350 - Video 6 | | |
| 1-957G | Video Report from 1B350 - Video 7 | | |
| 1-957H | Video Report from 1B350 - Video 8 | | |
| 1-957I | Video Report from 1B350 - Video 9 | | |
| 1-957J | Video Report from 1B350 - Video 10 | | |
| 1-957K | Video Report from 1B350 - Video 11 | | |
| 1-957L | Video Report from 1B350 - Video 12 | | |
| 1-957M | Video Report from 1B350 - Video 13 | | |
| 1-966A | N-Force #17 - Video #1 | | |
| 1-966B | N-Force #17 - Video #2 | | |
| 1-966C | N-Force #17 - Video #3 | | |
| 1-966D | N-Force #17 - Video #4 | | |

| | | | |
|---|---|---|---|
| 1-967A | N-Force #17 - Image #1 | | |
| 1-967B | N-Force #17 - Image #2 | | |
| 1-967C | N-Force #17 - Image #3 | | |
| 1-967D | N-Force #17 - Image #4 | | |
| 1-967E | N-Force #17 - Image #5 | | |
| 1-1116 | gingerbreadjr2412 reach out | | |
| 1-1116a | Email gingerbreadjr2412 | | |
| 1-1117 | Discovery received by Jacob Smith in FDC | | |
| 1-1118 | Discovery with bates and ACO header | | |
| 4-144 | Photograph of Jared Spiker | | |

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on the following counsel on the date and in the manner described below:

Served Electronically through CM/ECF:

| | |
|---|---|
| Lynn Panagakos, Esq. | Attorneys for Defendant |
| Michael Jerome Kennedy, Esq. | MICHAEL J. MISKE, JR. |

DATED: April 10, 2024, at Honolulu, Hawaii.

*/s/ Kari Sherman*
U.S. Attorney's Office
District of Hawaii