CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

MICHAEL D. NAMMAR
MARK A. INCIONG      CA BAR #163443
W. KEAUPUNI AKINA #11565
Assistant U.S. Attorneys
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email:    Michael.Nammar@usdoj.gov
          Mark.Inciong@usdoj.gov
          Keaupuni.Akina@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL J. MISKE, JR.,      (01) <br> aka "Bro," <br><br> Defendant. | CR. NO. 19-00099 DKW <br><br> GOVERNMENT'S FIFTEENTH SUPPLEMENTAL EXHIBIT LIST; CERTIFICATE OF SERVICE |

GOVERNMENT'S FIFTEENTH SUPPLEMENTAL EXHIBIT LIST

The Government hereby submits its fifteenth supplemental exhibit list, attached hereto, in the above-captioned matter. The Government reserves the right to add to, delete from, or otherwise modify this list during the course of the trial.

DATED: April 16, 2024, at Honolulu, Hawaii.

                                        CLARE E. CONNORS
                                      United States Attorney
                                      District of Hawaii

By   */s/ Mark A. Inciong*
      MICHAEL D. NAMMAR
      MARK A. INCIONG
      W. KEAUPUNI AKINA
      Assistant U.S. Attorneys

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF HAWAII

**UNITED STATES OF AMERICA**          **FIFTEENTH SUPPLEMENTAL EXHIBIT LIST**

v.                                    CR. NO. 19-00099 DKW

**MICHAEL J. MISKE JR. et al.,**

| **Presiding Judge:** Derrick K. Watson | **Plaintiff's Attorneys:** Mark A. Inciong<br>Michael D. Nammar<br>W. KeAupuni Akina | **Defense Attorneys:** Lynn Panagakos<br>Michael Kennedy |
|---|---|---|
| **Trial Date** January 8, 2024 | **Court Reporter:** | **Courtroom Deputy:** Tammy Kimura |

| EXH. NO. | DESCRIPTION | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|
| 2-023A | 6233 Keokea Place | | |
| 2-155 | February 5, 2021, Area 1 and 2 map | | |
| 2-155A | February 5, 2021, Area 1 flag map | | |
| 2-155B | February 5, 2021, Area 2 flag map | | |
| 2-156 | February 18, 2021, Area 3 map | | |
| 2-157 | Ashley Wong handwritten notes | | |
| 2-158 | Ashley Wong Written Statement July 31, 2016 HPD #16-303138 | | |
| 2-159 | Photo of Kaneohe Bay and Makalani street sign | | |

| | | | |
|---|---|---|---|
| 2-160 | Photo 1 Caleb and Fraser's car at the crash scene | | |
| 2-161 | Photo 2 Caleb and Fraser's car at the crash scene | | |
| 2-162 | Photo 3 Caleb and Fraser's car at the crash scene | | |
| 2-163 | Photo 4 Caleb and Fraser's car at the crash scene | | |
| 2-164 | Photo 5 Caleb and Fraser's car at the crash scene | | |

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on the following counsel on the date and in the manner described below:

Served Electronically through CM/ECF:

| | |
|---|---|
| Lynn Panagakos, Esq. | Attorneys for Defendant |
| Michael Jerome Kennedy, Esq. | MICHAEL J. MISKE, JR. |

DATED:  April 16, 2024, at Honolulu, Hawaii.

*/s/ Kari Sherman*
U.S. Attorney's Office
District of Hawaii