CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

MICHAEL D. NAMMAR
MARK A. INCIONG     CA BAR #163443
W. KEAUPUNI AKINA #11565
AISLINN AFFINITO
Assistant U.S. Attorneys
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:      Michael.Nammar@usdoj.gov
            Mark.Inciong@usdoj.gov
            Keaupuni.Akina@usdoj.gov
            Aislinn.Affinito@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | CR. NO. 19-00099 DKW |
|---|---|
| Plaintiff, | |
| vs. | GOVERNMENT'S THIRTY-THIRD SUPPLEMENTAL EXHIBIT LIST; CERTIFICATE OF SERVICE |
| MICHAEL J. MISKE, JR.,     (01) aka "Bro," | |
| Defendant. | |

GOVERNMENT'S THIRTY-THIRD SUPPLEMENTAL EXHIBIT LIST

The Government hereby submits its thirty-third supplemental exhibit list, attached hereto, in the above-captioned matter. The Government reserves the right to add to, delete from, or otherwise modify this list during the course of the trial.

DATED: May 27, 2024, at Honolulu, Hawaii.

>                                CLARE E. CONNORS
>                                United States Attorney
>                                District of Hawaii
>
>
> By    */s/ Mark A. Inciong*
>                                MICHAEL D. NAMMAR
>                                MARK A. INCIONG
>                                W. KEAUPUNI AKINA
>                                AISLINN AFFINITO
>                                Assistant U.S. Attorneys

## UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

**UNITED STATES OF AMERICA**

**THIRTY-THIRD SUPPLEMENTAL EXHIBIT LIST**

v.

CR. NO. 19-00099 DKW

**MICHAEL J. MISKE JR.,**

| **Presiding Judge:**<br>Derrick K. Watson | **Plaintiff's Attorneys:**<br>Mark A. Inciong<br>Michael D. Nammar<br>W. KeAupuni Akina<br>Aislinn Affinito | **Defense Attorneys:**<br>Lynn Panagakos<br>Michael Kennedy |
|---|---|---|
| **Trial Date**<br>January 8, 2024 | **Court Reporter:** | **Courtroom Deputy:**<br>Tammy Kimura |

| EXH. NO. | DESCRIPTION | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|
| 1-595A | Picture of Room A, 1226 Kuuna St. | | |
| 1-597A | Picture of Item 11 from 1226 Kuuna St. | | |
| 1-601A | Picture of Item 23 from 1226 Kuuna St. | | |
| 1-603A | Picture of Room H, 1226 Kuuna St. | | |
| 1-605A | Picture of Item 31 from 1226 Kuuna St. | | |
| 1-607B | HPD Police T-Shirt, Physical Item seized from 1226 Kuuna St. | | |
| 1-1087A | Picture of Room E, 1226 Kuuna St. | | |

| | | | |
|---|---|---|---|
| 1-1096A | Picture of Room I, 1226 Kuuna St. | | |
| 9-1335 | Hawaii Partners Bank Records - Ferrari Purchase | | |
| 9-1336 | IRS Tax Form Flow Chart | | |
| 9-1337 | Miske Flow of Funds and Reported Income | | |
| 9-1338 | Miske Flow of Funds and 6 Lumahai | | |
| 9-1339 | Timeline – Go Dark Texts | | |
| 9-1340 | Timeline -Truck Lease | | |
| 10-42 | Bail Support Letters Summary | | |
| 10-43 | Email Attachment Metadata Combined | | |
| 10-44 | Google Business Certification Varnadore and Miske | | |
| 10-45 | Google Business Certification Varnadore, Delia, Diaz | | |
| 10-46 | Miske Detention Support Letters (ECF No. 141-4 ) | | |
| 10-47 | mmaloha808 Emails Inbound and Outbound | | |
| 10-48 | natasha.rae.smith808 Emails Inbound and Outbound | | |
| 10-49 | Subscriber Information - sheenadiaz91 | | |
| 10-50 | Subscriber Information - varnadore.a | | |
| 10-51 | Sheena Diaz Support Letter (Original) | | |
| 10-52 | Larry Kapu Support Letter (Original) | | |
| 10-53 | Michael Worden Support Letter (Original) | | |

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on the following counsel on the date and in the manner described below:

Served Electronically through CM/ECF:

| | |
|---|---|
| Lynn Panagakos, Esq. | Attorneys for Defendant |
| Michael Jerome Kennedy, Esq. | MICHAEL J. MISKE, JR. |

DATED: May 27, 2024, at Honolulu, Hawaii.

/s/ Kari Sherman
U.S. Attorney's Office
District of Hawaii