CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

MICHAEL D. NAMMAR
MARK A. INCIONG      CA BAR #163443
W. KEAUPUNI AKINA #11565
Assistant U.S. Attorneys
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:   (808) 541-2850
Facsimile:   (808) 541-2958
Email:       Michael.Nammar@usdoj.gov
             Mark.Inciong@usdoj.gov
             Keaupuni.Akina@usdoj.gov
Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 19-00099 DKW-KJM |
| Plaintiff, | STIPULATION OF PARTIES REGARDING SUPPORT LETTERS FILED WITH THE DISTRICT COURT ON BEHALF OF THE DEFENDANT |
| vs. | |
| MICHAEL J. MISKE, JR.,        (01) | |
| Defendant. | |

**STIPULATION**

IT IS HEREBY STIPULATED and agreed by the undersigned parties that:

1.  On August 29, 2018, legal counsel for the Defendant, Michael J. Miske, Jr., received an email from the account mmaloha808@gmail.com, attaching a copy of a support letter bearing a signature for Allen Lau.  The mmaloha808 Gmail account belongs to the Defendant, Michael J. Miske, Jr.

2.  On August 29, 2018, legal counsel for the Defendant received an email from the account delia.fabro@gmail.com, attaching a copy of a support letter bearing a signature for Delia Miske and a copy of a signed support letter bearing a signature for Kurt Nosal.

3.  On September 5, 2018, legal counsel for the Defendant received an email from the account varnadore.a@gmail.com, attaching a copy of a support letter bearing a signature for Angela Varnadore.

4.  On September 17, 2018, legal counsel for the Defendant received an email from the account varnadore.a@gmail.com, attaching a copy of a support letter bearing a signature for Brian P.K. Marinas.

5.  On January 7, 2019, legal counsel for the Defendant received an email from the account varnadore.a@gmail.com, attaching a copy of a support letter bearing a signature for Larry Kapu, a copy of a support letter bearing a signature for Michael Worden, and a copy of a support letter bearing a signature for Sheena Diaz.

6.     On August 7, 2020, legal counsel for the Defendant filed on behalf of the Defendant copies of the received support letters bearing signatures for Angela Varnadore, Larry Kapu, Brian P.K. Marinas, Allen Lau, and Kurt Nosal, with the United States District Court for the District of Hawaii, in the matter *United States v. Michael J. Miske, Jr.*, 19-cr-00099-DKW-1 (ECF No. 141-4).  Legal counsel for the Defendant also filed with the District Court additional support letters bearing signatures for Kahu Curt P. Kekuna and Makani Christensen.  Legal counsel for the Defendant submitted each of these letters on behalf of the Defendant and for consideration by the District Court in connection with the Defendant's bail proceeding, which was pending before the Court in August 2020.  Legal counsel for the Defendant cited to these letters during their argument opposing detention at the bail proceeding, and the District Court took these letters into consideration in making its determination in the bail proceeding.

IT IS SO STIPULATED.


/s/ Mark Inciong
MICHAEL D. NAMMAR
MARK A. INCIONG
W. KEAUPUNI AKINA

Attorneys for the United States


Lynn Panagakos, Esq.
Michael Jerome Kennedy, Esq.

Attorneys for Defendant
MICHAEL J. MISKE, JR.