MICHAEL J. KENNEDY
Law Offices of Michael Jerome Kennedy, PLLC
Nevada State Bar #10103; California State Bar #193901
333 Flint Street, Reno NV 89501
775-221-7100 (office); 775-233-0914 (mobile)
Email: michael@mjkennedylaw.com
LYNN E. PANAGAKOS   7696
841 Bishop Street, Suite 2201
Honolulu, Hawai`i  96813
Telephone: (808) 542-9943
E-mail:  lynnpanagakos@yahoo.com

*Attorneys for Michael J. Miske, Jr. (01)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. MISKE, JR. (01),<br><br>Defendant. | CR. NO. 19-00099-DKW-KJM<br><br>**DEFENDANT MICHAEL J. MISKE, JR.'S SIXTY-FIFTH SUPPLEMENTAL EXHIBIT LIST; CERTIFICATE OF SERVICE** |

**DEFENDANT'S SIXTY-FIFTH SUPPLEMENTAL EXHIBIT LIST**

Mr. Miske respectfully submits his sixty-fifth supplemental exhibit list.[1]

DATED: May 30, 2024.

 */s/ Michael J. Kennedy*                */s/ Lynn E. Panagakos*
MICHAEL J. KENNEDY           LYNN E. PANAGAKOS
Counsel for Defendant
MICHAEL J. MISKE, JR (01)

---

[1] Mr. Miske reserves the right to add to, delete from, or otherwise modify this list during the course of trial.  See ECF No. 1272, PageID.11971, n.1.

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| UNITED STATES OF AMERICA | SIXTY-FIFTH SUPPLEMENTAL |
| v. | EXHIBIT LIST |
| MICHAEL J. MISKE JR. et al. | CR. NO. 19-00099 DKW |

| **Presiding Judge:**<br>Hon. Derrick K. Watson | **Plaintiff's Attorneys:**<br>Mark A. Inciong<br>Michael D. Nammar<br>W. KeAupuni Akina | **Defense Attorneys:**<br>Lynn Panagakos<br>Michael Kennedy |
| --- | --- | --- |
| **Trial Date:**<br>January 8, 2024 | **Court Reporter:**<br>Gloria Bediamol | **Courtroom Deputy:**<br>Tammy Kimura |

| Exhibit No. | Marked | ID Only | Admitted | Description |
| --- | --- | --- | --- | --- |
| 9008-090 | | | | CAST Analysis of cell phones on March 5, 2017 |
| 9534-001 | | | | 2/19/14 Email chain re Mike Miske's 2013 - Out of Pocket Expense; 00223681 |
| 9534-002 | | | | 20030314 41-623 Mekia St |
| 9534-003 | | | | 20030314 47-631 Hui Ulili St |
| 9534-004 | | | | 20051102 41-537 Inoaole St |
| 9534-005 | | | | 20051209 1008 Koko Kai Pl |
| 9534-006 | | | | 20060526 45-537A Paleka St |
| 9534-007 | | | | 20070313 45-537B Paleka St |
| 9534-008 | | | | 20070803 2866 Numana Rd |
| 9534-009 | | | | 20070816 217 Kellog St Apt 5 |
| 9534-010 | | | | 20071219 215 Kellog St Apt 4 |

CERTIFICATE OF SERVICE

I, Lynn E. Panagakos, hereby certify that a true and correct copy of this document this filing has been duly served on all counsel of record through the court's electronic filing system.

DATED: Honolulu, Hawai`i, May 30, 2024.

/s/ Lynn E. Panagakos
LYNN E. PANAGAKOS