CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

MICHAEL D. NAMMAR
MARK A. INCIONG       CA BAR #163443
W. KEAUPUNI AKINA #11565
AISLINN AFFINITO
Assistant U.S. Attorneys
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:     Michael.Nammar@usdoj.gov
           Mark.Inciong@usdoj.gov
           Keaupuni.Akina@usdoj.gov
           Aislinn.Affinito@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>          vs.<br><br>MICHAEL J. MISKE, JR.,       (01)<br>     aka "Bro,"<br><br>                        Defendant. | CR. NO. 19-00099 DKW<br><br>GOVERNMENT'S THIRTY-SIXTH SUPPLEMENTAL EXHIBIT LIST; CERTIFICATE OF SERVICE |

GOVERNMENT'S THIRTY-SIXTH SUPPLEMENTAL EXHIBIT LIST

The Government hereby submits its thirty-sixth supplemental exhibit list, attached hereto, in the above-captioned matter. The Government reserves the right to add to, delete from, or otherwise modify this list during the course of the trial.

DATED:  June 2, 2024, at Honolulu, Hawaii.

>CLARE E. CONNORS
>United States Attorney
>District of Hawaii
>
>By   */s/ Mark A. Inciong*
>MICHAEL D. NAMMAR
>MARK A. INCIONG
>W. KEAUPUNI AKINA
>AISLINN AFFINITO
>Assistant U.S. Attorneys

# UNITED STATES DISTRICT COURT
# DISTRICT OF HAWAII

**UNITED STATES OF AMERICA**

**THIRTY-SIXTH SUPPLEMENTAL EXHIBIT LIST**

v.

CR. NO. 19-00099 DKW

**MICHAEL J. MISKE JR.,**

| Presiding Judge:<br>Derrick K. Watson | Plaintiff's Attorneys:<br>Mark A. Inciong<br>Michael D. Nammar<br>W. KeAupuni Akina<br>Aislinn Affinito | Defense Attorneys:<br>Lynn Panagakos<br>Michael Kennedy |
|---|---|---|
| **Trial Date**<br>January 8, 2024 | **Court Reporter:** | **Courtroom Deputy:**<br>Tammy Kimura |

| EXH. NO. | DESCRIPTION | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|
| 9-1348 | Hagerty Insurance Agency, LLC letter to Miske dated August 22, 2018 | | |
| 9-1349 | Appraisal and purchase documents related to Miske artwork | | |
| 10-54 | Pilates Membership on Hold | | |

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on the following counsel on the date and in the manner described below:

Served Electronically through CM/ECF:

| | |
|---|---|
| Lynn Panagakos, Esq.<br>Michael Jerome Kennedy, Esq. | Attorneys for Defendant<br>MICHAEL J. MISKE, JR. |

DATED: June 2, 2024, at Honolulu, Hawaii.

/s/ Kari Sherman
U.S. Attorney's Office
District of Hawaii