CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

MICHAEL D. NAMMAR
MARK A. INCIONG     CA BAR #163443
W. KEAUPUNI AKINA #11565
AISLINN AFFINITO
Assistant U.S. Attorneys
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:      Michael.Nammar@usdoj.gov
            Mark.Inciong@usdoj.gov
            Keaupuni.Akina@usdoj.gov
            Aislinn.Affinito@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>MICHAEL J. MISKE, JR.,     (01)<br>   aka "Bro,"<br><br>    Defendant. | CR. NO. 19-00099 DKW<br><br>GOVERNMENT'S THIRTY-NINTH SUPPLEMENTAL EXHIBIT LIST; CERTIFICATE OF SERVICE |

GOVERNMENT'S THIRTY-NINTH SUPPLEMENTAL EXHIBIT LIST

The Government hereby submits its thirty-ninth supplemental exhibit list, attached hereto, in the above-captioned matter. The Government reserves the right to add to, delete from, or otherwise modify this list during the course of the trial.

DATED:  June 13, 2024, at Honolulu, Hawaii.

          CLARE E. CONNORS
          United States Attorney
          District of Hawaii


     By */s/ Mark A. Inciong*
        MICHAEL D. NAMMAR
        MARK A. INCIONG
        W. KEAUPUNI AKINA
        AISLINN AFFINITO
        Assistant U.S. Attorneys

## UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

**UNITED STATES OF AMERICA**

**v.**

**MICHAEL J. MISKE JR.,**

**THIRTY-NINTH SUPPLEMENTAL EXHIBIT LIST**

**CR. NO. 19-00099 DKW**

| **Presiding Judge:** Derrick K. Watson | **Plaintiff's Attorneys:** Mark A. Inciong<br>Michael D. Nammar<br>W. KeAupuni Akina<br>Aislinn Affinito | **Defense Attorneys:** Lynn Panagakos<br>Michael Kennedy |
|---|---|---|
| **Trial Date** January 8, 2024 | **Court Reporter:** | **Courtroom Deputy:** Tammy Kimura |

| EXH. NO. | DESCRIPTION | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|
| 1-1128 | Interview with Tori Clegg on March 7, 2024 | | |
| 1-1129 | Tori Clegg TRO Petition v. Michael Miske, Case # 15-1-1761; August 7, 2015 | | |
| 1-1130 | Grand Jury Transcript of Tori Clegg October 11, 2017 | | |
| 1-1131 | Clegg Photo ID'd by Kawika Dahlin | | |
| 9-1354 | Burton Kong Resume | | |

| | | | |
|---|---|---|---|
| 9-1355 | Letter offering employment by KTPC/Delia to Kong on February 26, 2019 | | |
| 9-1356 | CRX Hawaii Contract | | |
| 9-1357 | Ida Invoice | | |
| 9-1358 | Kostylo Invoice | | |
| 9-1359 | Nelson Invoice | | |
| 9-1360 | O'Malley Invoice | | |
| 9-1361 | Palehua Invoice | | |
| 9-1362 | Salsedo Invoice | | |
| 9-1363 | Wurderman Invoice | | |
| 9-1364 | Kill Tax Debt Text between Miske and Tricia Castro | | |
| 9-1365 | Miske text with Tricia Castro regarding Allen Lau | | |
| 9-1366 | Conditional Waiver and Release of Lien CRX Hawaii | | |
| 9-1367 | Curt Kekuna Character Letter filed | | |
| 9-1368 | Allen Lau Character Letter filed | | |
| 9-1369 | Grand Jury Transcript of Lau on July 14, 2022 | | |
| 9-1370 | Interview of Allen Lau | | |

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on the following counsel on the date and in the manner described below:

Served Electronically through CM/ECF:

| | |
|---|---|
| Lynn Panagakos, Esq. | Attorneys for Defendant |
| Michael Jerome Kennedy, Esq. | MICHAEL J. MISKE, JR. |

DATED: June 13, 2024, at Honolulu, Hawaii.

*/s/ Kari Sherman*
U.S. Attorney's Office
District of Hawaii