MICHAEL J. KENNEDY
Law Offices of Michael Jerome Kennedy, PLLC
Nevada State Bar #10103; California State Bar #193901
333 Flint Street, Reno NV 89501
775-221-7100 (office); 775-233-0914 (mobile)
Email: michael@mjkennedylaw.com
LYNN E. PANAGAKOS   7696
841 Bishop Street, Suite 2201
Honolulu, Hawai`i  96813
Telephone: (808) 542-9943
E-mail:  lynnpanagakos@yahoo.com

*Attorneys for Michael J. Miske, Jr. (01)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| UNITED STATES OF AMERICA, | CR. NO. 19-00099-DKW-KJM |
|---|---|
| Plaintiff, | |
| vs. | **DEFENDANT MICHAEL J. MISKE, JR.'S SIXTY-NINTH SUPPLEMENTAL EXHIBIT LIST; CERTIFICATE OF SERVICE** |
| MICHAEL J. MISKE, JR. (01), | |
| Defendant. | |

**DEFENDANT'S SIXTY-NINTH SUPPLEMENTAL EXHIBIT LIST**

Mr. Miske respectfully submits his sixty-ninth supplemental exhibit list.[1]

DATED: June 13, 2024.

*/s/Michael J. Kennedy*                */s/ Lynn E. Panagakos*
MICHAEL J. KENNEDY                    LYNN E. PANAGAKOS
Counsel for Defendant
MICHAEL J. MISKE, JR (01)

---

[1] Mr. Miske reserves the right to add to, delete from, or otherwise modify this list during the course of trial.  See ECF No. 1272, PageID.11971, n.1.

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| UNITED STATES OF AMERICA | SIXTY-NINTH SUPPLEMENTAL |
| v. | EXHIBIT LIST |
| MICHAEL J. MISKE JR. et al. | CR. NO. 19-00099 DKW |

| **Presiding Judge:** Hon. Derrick K. Watson | **Plaintiff's Attorneys:** Mark A. Inciong<br>Michael D. Nammar<br>W. KeAupuni Akina | **Defense Attorneys:** Lynn Panagakos<br>Michael Kennedy |
|---|---|---|
| **Trial Date:** January 8, 2024 | **Court Reporter:** Gloria Bediamol | **Courtroom Deputy:** Tammy Kimura |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9536-029 | | | | Pacific Rim Bank Credit Approval Memorandum 3/12/10; Exhibit 9-1188 pages 46-53 |
| 9536-030 | | | | Kamaaina Termite & Pest Control Statement in Actual 3/12/10; Exhibit 9-1188 pages 54-57 |
| 9537-010 | | | | 1B599 Extraction - Photographs of Lumahai Construction in 2015 |
| 9539-001 | | | | Character Reference Letter from Kahu Curt Kekuna, filed 8/07/20 |
| 9540-001 | | | | FD-302 Tia Nakanelua 1/08/24 |

CERTIFICATE OF SERVICE

I, Lynn E. Panagakos, hereby certify that a true and correct copy of this document this filing has been duly served on all counsel of record through the court's electronic filing system.

DATED: Honolulu, Hawai`i, June 13, 2024.

/s/ Lynn E. Panagakos
LYNN E. PANAGAKOS