MICHAEL J. KENNEDY
Law Offices of Michael Jerome Kennedy, PLLC
Nevada State Bar #10103; California State Bar #193901
333 Flint Street, Reno NV 89501
775-221-7100 (office); 775-233-0914 (mobile)
Email: michael@mjkennedylaw.com
LYNN E. PANAGAKOS   7696
841 Bishop Street, Suite 2201
Honolulu, Hawai`i  96813
Telephone: (808) 542-9943
E-mail:  lynnpanagakos@yahoo.com

*Attorneys for Michael J. Miske, Jr. (01)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| UNITED STATES OF AMERICA,<br><br>                                  Plaintiff,<br><br>vs.<br><br>MICHAEL J. MISKE, JR. (01),<br><br>                                  Defendant. | CR. NO. 19-00099-DKW-KJM<br><br>**DEFENDANT MICHAEL J. MISKE, JR.'S SEVENTIETH SUPPLEMENTAL EXHIBIT LIST; CERTIFICATE OF SERVICE** |
|---|---|

**DEFENDANT'S SEVENTIETH SUPPLEMENTAL EXHIBIT LIST**

Mr. Miske respectfully submits his seventieth supplemental exhibit list.[1]

DATED: June 16, 2024.

| */s/ Michael J. Kennedy*<br>MICHAEL J. KENNEDY<br>Counsel for Defendant<br>MICHAEL J. MISKE, JR (01) | */s/ Lynn E. Panagakos*<br>LYNN E. PANAGAKOS |
|---|---|

---

[1] Mr. Miske reserves the right to add to, delete from, or otherwise modify this list during the course of trial.  See ECF No. 1272, PageID.11971, n.1.

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| UNITED STATES OF AMERICA v. MICHAEL J. MISKE JR. et al. | | SEVENTIETH SUPPLEMENTAL EXHIBIT LIST CR. NO. 19-00099 DKW |

| **Presiding Judge:** Hon. Derrick K. Watson | **Plaintiff's Attorneys:** Mark A. Inciong Michael D. Nammar W. KeAupuni Akina | **Defense Attorneys:** Lynn Panagakos Michael Kennedy |
|---|---|---|
| **Trial Date:** January 8, 2024 | **Court Reporter:** Gloria Bediamol | **Courtroom Deputy:** Tammy Kimura |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9156-020 | | | | Image Extraction Report re Training |
| 9156-021 | | | | [1B533] Emails with Wes Otani re Fume checklist |
| 9441-002 | | | | [1B533] MM & Sean Chaves 4/14/20 (signal) |
| 9441-003 | | | | [1B533] MM & Sean Chaves 4/01/20 (signal) |
| 9441-004 | | | | [1B533] MM & Sean Chaves 3/13/20 (signal) |
| 9441-005 | | | | [1B533] MM & Sean Chaves 2/24/20 (Signal) |
| 9441-006 | | | | [1B533] MM & Sean Chaves 4/26/20 (signal) |
| 9441-006a | | | | Video File Export re 4/26/20 Signal Conversation |
| 9441-007 | | | | 1/06/20 Sales Meeting Video |
| 9536-031 | | | | Kamaaina Termite & Pest Control First Hawaiian Bank September 2010 Statement |
| 9536-032 | | | | January - November 2018 Makana Pacific Development LLC Profit and Loss Statement |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9536-033 | | | | January - December 2018 Makana Pacific Development LLC Profit and Loss Statement |
| 9536-034 | | | | Kamaaina Plumbing LLC 3/12/10 Statement in Actual |
| 9536-035 | | | | Kamaaina Termite & Pest Control 3/12/10 Statement in Actual |

CERTIFICATE OF SERVICE

I, Lynn E. Panagakos, hereby certify that a true and correct copy of this document this filing has been duly served on all counsel of record through the court's electronic filing system.

DATED: Honolulu, Hawai`i, June 16, 2024.

/s/ Lynn E. Panagakos
LYNN E. PANAGAKOS