IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. MISKE, JR.,<br><br>Defendant. | CR 19-00099-DKW-KJM-1<br><br>**COURT PROPOSED SPECIAL VERDICT FORM FOR FORFEITURE– DRAFT 1** |

1. We, the Jury, unanimously find that Defendant Michael J. Miske, Jr.'s interest in the following properties was acquired or maintained in violation of 18 U.S.C. Section 1962:

   (a) The real property located at 6 Lumahai Street, Portlock, Honolulu, Hawaiʻi, and any rental income derived therefrom.

   _____ NO          _____ YES

   (b) The real property located at 614 Paokano Loop, Kailua, Hawaiʻi.

   _____ NO          _____ YES

   (c) $611,123.60 constituting proceeds of the sale of the real property located at 559 Kumukahi Place, Hawaii Kai, Honolulu, Hawaiʻi.

   _____ NO          _____ YES

1

(d)  The "Painkiller", 2014 37.5-foot Boston Whaler Pleasure Craft, Hull No. BWCE1942D414, Registration No. HA-9849-H, held in the name of Hawaii Partners LLC.

_____ NO            _____ YES

(e)  Hawaii Longline Limited Entry Permit issued to the fishing vessel "Rachel", Vessel Number 1050716, held in the name of Kama'aina Holdings LLC.

_____ NO            _____ YES

(f)  $676,785.56 constituting proceeds of the sale of the "Rachel", a Tuna Longliner Fishing Vessel, U.S. Registration Number 1050716, registered to Kama'aina Holdings LLC.

_____ NO            _____ YES

(g)  2017 Ferrari F12 Berlinetta, VIN ZFF74UFA5H0223173, held in the name of Hawaii Partners LLC.

_____ NO            _____ YES

(h)  $81,656.56 in funds seized from Hawaii Central Federal Credit Union, Account #XXXXX075, held in the name of Michael J. Miske.

_____ NO            _____ YES

(i)  $300,372.85 in funds seized from Bank of Hawaii, Account #XXXXX415, held in the name of Kama'aina Termite and Pest Control, Inc.

_____ NO            _____ YES

(j)  $1,063,427.35 in funds seized from Bank of Hawaii, Account #XXXXXXX602, held in the name of Kama'aina Termite and Pest Control, Inc.

_____ NO            _____ YES

(k)  $206,725.80 in funds seized from Bank of Hawaii, Account #XXXXX414, held in the name of Oahu Termite and Pest Management LLC, dba Oahu Termite and Pest Control LLC.

_____ NO        _____ YES

(l)  $170,105.72 in funds seized from Bank of Hawaii, Account #XXXXXXX218, held in the name of Oahu Termite and Pest Management LLC, dba Oahu Termite and Pest Control LLC.

_____ NO        _____ YES

(m)  $22,710.48 in funds seized from Bank of Hawaii, Account #XXXXX220, held in the name of Kama'aina Plumbing and Renovations LLC.

_____ NO        _____ YES

(n)  Bank of Hawaii Cashier's Check No. 429111 in the amount of $1,162,826.76 payable to Kama'aina Termite and Pest Control.

_____ NO        _____ YES

(o)  1951 Volkswagen, VIN 10234188, Hawaii License Plate: SYB865, Registered Owner:  Hawaii Partners LLC.

_____ NO        _____ YES

(p)  1956 Volkswagen, VIN 109382821, Hawaii License Plate: 56VDUB, Registered Owner:  Hawaii Partners LLC.

_____ NO        _____ YES

(q)  1957 Volkswagen, VIN:  1529889, Hawaii License Plate:  BBYGRL, Registered Owner:  Hawaii Partners LLC.

_____ NO        _____ YES

(r)  1961 Volkswagen Van, VIN: 685167, Hawaii License Plate: SYB762, Registered Owner: Hawaii Partners LLC.

_____ NO          _____ YES

(s)  1970 Ford Bronco, VIN: U15GLG85573, Hawaii License Plate: TTY105, Registered Owner: Hawaii Partners LLC.

_____ NO          _____ YES

(t)  Painting entitled "Ludavico & Ludovio" by RETNA.

_____ NO          _____ YES

(u)  Painting entitled "Watermark" by RETNA.

_____ NO          _____ YES

(v)  Painting entitled "Forever Young" by RETNA.

_____ NO          _____ YES

(w)  Painting entitled "Sangre Oscura" by RETNA.

_____ NO          _____ YES

(x)  Painting entitled "Graffiti Does It" by OG Slick;

_____ NO          _____ YES

(y)  Sculpture entitled "Slick Skull" by OG Slick.

_____ NO          _____ YES

(z)  Sculpture entitled "Uzi Does It" by OG Slick.

_____ NO          _____ YES

(aa)   Painting entitled "Speaking in Tongues" by Alex "DEFER" Kizu.

_____ NO                          _____ YES

(bb)   Painting entitled "Spiritual Language" by Alex "DEFER" Kizu.

_____ NO                          _____ YES

(cc)   Painting with unknown title by David Flores.

_____ NO                          _____ YES

**Please Turn to the Next Page**

2. We, the Jury, unanimously find that the following property constitutes an interest in, security of, claim against, or a property or contractual right of any kind affording a source of influence over any enterprise that Defendant Michael J. Miske, Jr. established, operated, controlled, conducted, or participated in the conduct of in violation of 18 U.S.C. Section 1962:

(a) The real property located at 6 Lumahai Street, Portlock, Honolulu, Hawaiʻi, and any rental income derived therefrom.

_____ NO            _____ YES

(b) The real property located at 614 Paokano Loop, Kailua, Hawaiʻi.

_____ NO            _____ YES

(c) $611,123.60 constituting proceeds of the sale of the real property located at 559 Kumukahi Place, Hawaii Kai, Honolulu, Hawaiʻi.

_____ NO            _____ YES

(d) The "Painkiller", 2014 37.5-foot Boston Whaler Pleasure Craft, Hull No. BWCE1942D414, Registration No. HA-9849-H, held in the name of Hawaii Partners LLC.

_____ NO            _____ YES

(e) Hawaii Longline Limited Entry Permit issued to the fishing vessel "Rachel", Vessel Number 1050716, held in the name of Kama'aina Holdings LLC.

_____ NO            _____ YES

(f) $676,785.56 constituting proceeds of the sale of the "Rachel", a Tuna Longliner Fishing Vessel, U.S. Registration Number 1050716, registered to Kama'aina Holdings LLC.

_____ NO             _____ YES

(g) 2017 Ferrari F12 Berlinetta, VIN ZFF74UFA5H0223173, held in the name of Hawaii Partners LLC.

_____ NO             _____ YES

(h) $81,656.56 in funds seized from Hawaii Central Federal Credit Union, Account #XXXXX075, held in the name of Michael J. Miske.

_____ NO             _____ YES

(i) $300,372.85 in funds seized from Bank of Hawaii, Account #XXXXX415, held in the name of Kama'aina Termite and Pest Control, Inc.

_____ NO             _____ YES

(j) $1,063,427.35 in funds seized from Bank of Hawaii, Account #XXXXXXX602, held in the name of Kama'aina Termite and Pest Control, Inc.

_____ NO             _____ YES

(k) $206,725.80 in funds seized from Bank of Hawaii, Account #XXXXX414, held in the name of Oahu Termite and Pest Management LLC, dba Oahu Termite and Pest Control LLC.

_____ NO             _____ YES

(l) $170,105.72 in funds seized from Bank of Hawaii, Account #XXXXXXX218, held in the name of Oahu Termite and Pest Management LLC, dba Oahu Termite and Pest Control LLC.

_____ NO             _____ YES

(m)     $22,710.48 in funds seized from Bank of Hawaii, Account #XXXXX220, held in the name of Kama'aina Plumbing and Renovations LLC.

         _____ NO          _____ YES

(n)     Bank of Hawaii Cashier's Check No. 429111 in the amount of $1,162,826.76 payable to Kama'aina Termite and Pest Control.

         _____ NO          _____ YES

(o)     1951 Volkswagen, VIN 10234188, Hawaii License Plate: SYB865, Registered Owner: Hawaii Partners LLC.

         _____ NO          _____ YES

(p)     1956 Volkswagen, VIN 109382821, Hawaii License Plate: 56VDUB, Registered Owner: Hawaii Partners LLC.

         _____ NO          _____ YES

(q)     1957 Volkswagen, VIN: 1529889, Hawaii License Plate: BBYGRL, Registered Owner: Hawaii Partners LLC.

         _____ NO          _____ YES

(r)     1961 Volkswagen Van, VIN: 685167, Hawaii License Plate: SYB762, Registered Owner: Hawaii Partners LLC.

         _____ NO          _____ YES

(s)     1970 Ford Bronco, VIN: U15GLG85573, Hawaii License Plate: TTY105, Registered Owner: Hawaii Partners LLC.

         _____ NO          _____ YES

(t)     Painting entitled "Ludavico & Ludovio" by RETNA.

         _____ NO          _____ YES

(u) Painting entitled "Watermark" by RETNA.

_____ NO            _____ YES

(v) Painting entitled "Forever Young" by RETNA.

_____ NO            _____ YES

(w) Painting entitled "Sangre Oscura" by RETNA.

_____ NO            _____ YES

(x) Painting entitled "Graffiti Does It" by OG Slick;

_____ NO            _____ YES

(y) Sculpture entitled "Slick Skull" by OG Slick.

_____ NO            _____ YES

(z) Sculpture entitled "Uzi Does It" by OG Slick.

_____ NO            _____ YES

(aa) Painting entitled "Speaking in Tongues" by Alex "DEFER" Kizu.

_____ NO            _____ YES

(bb) Painting entitled "Spiritual Language" by Alex "DEFER" Kizu.

_____ NO            _____ YES

(cc) Painting with unknown title by David Flores.

_____ NO            _____ YES

**Please Turn to the Next Page**

3. We, the Jury, unanimously find that the following property constitutes, or is derived from, any proceeds that Defendant Michael J. Miske, Jr. obtained, directly or indirectly, from racketeering activity in violation of 18 U.S.C. Section 1962:

(a) The real property located at 6 Lumahai Street, Portlock, Honolulu, Hawaiʻi, and any rental income derived therefrom.

_____ NO          _____ YES

(b) The real property located at 614 Paokano Loop, Kailua, Hawaiʻi.

_____ NO          _____ YES

(c) $611,123.60 constituting proceeds of the sale of the real property located at 559 Kumukahi Place, Hawaii Kai, Honolulu, Hawaiʻi.

_____ NO          _____ YES

(d) The "Painkiller", 2014 37.5-foot Boston Whaler Pleasure Craft, Hull No. BWCE1942D414, Registration No. HA-9849-H, held in the name of Hawaii Partners LLC.

_____ NO          _____ YES

(e) Hawaii Longline Limited Entry Permit issued to the fishing vessel "Rachel", Vessel Number 1050716, held in the name of Kamaʻaina Holdings LLC.

_____ NO          _____ YES

(f) $676,785.56 constituting proceeds of the sale of the "Rachel", a Tuna Longliner Fishing Vessel, U.S. Registration Number 1050716, registered to Kamaʻaina Holdings LLC.

_____ NO          _____ YES

(g)   2017 Ferrari F12 Berlinetta, VIN ZFF74UFA5H0223173, held in the name of Hawaii Partners LLC.

_____ NO        _____ YES

(h)   $81,656.56 in funds seized from Hawaii Central Federal Credit Union, Account #XXXXX075, held in the name of Michael J. Miske.

_____ NO        _____ YES

(i)   $300,372.85 in funds seized from Bank of Hawaii, Account #XXXXX415, held in the name of Kama'aina Termite and Pest Control, Inc.

_____ NO        _____ YES

(j)   $1,063,427.35 in funds seized from Bank of Hawaii, Account #XXXXXXX602, held in the name of Kama'aina Termite and Pest Control, Inc.

_____ NO        _____ YES

(k)   $206,725.80 in funds seized from Bank of Hawaii, Account #XXXXX414, held in the name of Oahu Termite and Pest Management LLC, dba Oahu Termite and Pest Control LLC.

_____ NO        _____ YES

(l)   $170,105.72 in funds seized from Bank of Hawaii, Account #XXXXXXX218, held in the name of Oahu Termite and Pest Management LLC, dba Oahu Termite and Pest Control LLC.

_____ NO        _____ YES

(m)   $22,710.48 in funds seized from Bank of Hawaii, Account #XXXXX220, held in the name of Kama'aina Plumbing and Renovations LLC.

_____ NO        _____ YES

(n)   Bank of Hawaii Cashier's Check No. 429111 in the amount of $1,162,826.76 payable to Kama'aina Termite and Pest Control.

    _____  NO      _____ YES

(o)   1951 Volkswagen, VIN 10234188, Hawaii License Plate: SYB865, Registered Owner: Hawaii Partners LLC.

    _____  NO      _____ YES

(p)   1956 Volkswagen, VIN 109382821, Hawaii License Plate: 56VDUB, Registered Owner: Hawaii Partners LLC.

    _____  NO      _____ YES

(q)   1957 Volkswagen, VIN: 1529889, Hawaii License Plate: BBYGRL, Registered Owner: Hawaii Partners LLC.

    _____  NO      _____ YES

(r)   1961 Volkswagen Van, VIN: 685167, Hawaii License Plate: SYB762, Registered Owner: Hawaii Partners LLC.

    _____  NO      _____ YES

(s)   1970 Ford Bronco, VIN: U15GLG85573, Hawaii License Plate: TTY105, Registered Owner: Hawaii Partners LLC.

    _____  NO      _____ YES

(t)   Painting entitled "Ludavico & Ludovio" by RETNA.

    _____  NO      _____ YES

(u)   Painting entitled "Watermark" by RETNA.

    _____  NO      _____ YES

(v)  Painting entitled "Forever Young" by RETNA.

　　　_____ NO　　　　　　_____ YES

(w)  Painting entitled "Sangre Oscura" by RETNA.

　　　_____ NO　　　　　　_____ YES

(x)  Painting entitled "Graffiti Does It" by OG Slick;

　　　_____ NO　　　　　　_____ YES

(y)  Sculpture entitled "Slick Skull" by OG Slick.

　　　_____ NO　　　　　　_____ YES

(z)  Sculpture entitled "Uzi Does It" by OG Slick.

　　　_____ NO　　　　　　_____ YES

(aa)  Painting entitled "Speaking in Tongues" by Alex "DEFER" Kizu.

　　　_____ NO　　　　　　_____ YES

(bb)  Painting entitled "Spiritual Language" by Alex "DEFER" Kizu.

　　　_____ NO　　　　　　_____ YES

(cc)  Painting with unknown title by David Flores.

　　　_____ NO　　　　　　_____ YES

**Please Turn to the Next Page to have the jury foreperson sign and date this Special Verdict Form.**

13

DATED: _____, 2024 at Honolulu, Hawaiʻi.

SIGNED: _____
                JURY FOREPERSON