# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 19-00099 DKW-KJM |
| CASE NAME: | USA v. (01) Michael J. Miske, Jr. |
| ATTYS FOR PLA: | Mark A. Inciong<br>Michael David Nammar<br>Aislinn Affinito |
| ATTYS FOR DEFT: | (01) Lynn E. Panagakos<br>(01) Michael Jerome Kennedy |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Derrick K. Watson | REPORTER: | Gloria Bediamol |
| DATE: | 6/25/2024 | TIME: | 8:45 a.m. - 3:05 p.m. |

COURT ACTION:  EP: Further Jury Trial (Day 92) held.

Defendant (1) Michael J. Miske, Jr. present, in custody.

FBI agent Tom Palmer present.

[8:40 a.m.] Out of the presence of the jurors, discussion held regarding Govt.'s objection to the testimony of defense expert Scott Bakken. Pursuant to Rules 401 and 403 of the Federal Rules of Evidence, Mr. Bakken will not be permitted to testify with respect to Keoni Adric.

[8:55 a.m.] 16 Jurors present.

Defendant's Witnesses
Ron Brandvold - CST.  Direct, Cross, Redirect.
Admitted Exhibits: 5500-045, 5500-046, 5500-056.

Paul Christensen - CST.  Direct, Cross, Redirect.
Admitted Exhibit: 9549-001.

Julian Yates - CST.  Direct.
Admitted Exhibit: 5500-060.

Scott Bakken, Expert in the field of RICO investigations, surveillance techniques to include consensual monitoring and aerial surveillance a well as designing or creating an implementing investigatory plans - CST.  Direct, Cross, Redirect.
Admitted Exhibits: 9550-015, 9550-016, 9550-017, 9550-018, 9550-014, 9550-019, 9550-020, 9550-039, 9550-011, 9550-012, 9550-013,

[11:45 a.m.] Jurors excused for the day.

[2:05 p.m.] Defendant (1) Michael J. Miske, Jr.'s presence waived.

Objections to the [1582] Court Proposed Jury Instructions - Draft 2; [1583] Court Proposed Special Verdict Form - Draft 2; [1584] Court Proposed Jury Instructions - Forfeiture Draft 1; and [1585] Court Proposed Special Verdict Form for Forfeiture - Draft 1 stated on the record.

Further Jury Trial (Day 93) set for 6/26/2024 at 8:30 a.m. in Aha Kupono before Chief Judge Derrick K. Watson.

Defendant (1) Michael J. Miske, Jr. is remanded to the custody of the U.S. Marshals Services.

Submitted by: Tammy Kimura, Courtroom Manager