Case 1:19-cr-00099-DKW-KJM    Document 1744-47    Filed 07/24/24    Page 1 of 19
                                                                                    PageID.22000
Case 1:19-cr-00099-DKW-KJM    Document 1727    Filed 07/21/24    Page 1 of 9    PageID.22608

CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

MICHAEL D. NAMMAR
MARK A. INCIONG     CA BAR #163443
W. KEAUPUNI AKINA #11565
AISLINN AFFINITO
Assistant U.S. Attorneys
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:      Michael.Nammar@usdoj.gov
            Mark.Inciong@usdoj.gov
            Keaupuni.Akina@usdoj.gov
            Aislinn.Affinito@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUL 2 4 2024
at____ o'clock and____ min.____M
Lucy H. Carrillo, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | CR. NO. 19-00099 DKW |
|---|---|
| Plaintiff, | |
| vs. | GOVERNMENT'S FORTY-SEVENTH SUPPLEMENTAL EXHIBIT LIST; CERTIFICATE OF SERVICE |
| MICHAEL J. MISKE, JR.,     (01) aka "Bro," | |
| Defendant. | |

GOVERNMENT'S FORTY-SEVENTH SUPPLEMENTAL EXHIBIT LIST

The Government hereby submits its forty-seventh supplemental exhibit list, attached hereto, in the above-captioned matter. The Government reserves the right to add to, delete from, or otherwise modify this list during the course of the trial.

DATED: July 21, 2024, at Honolulu, Hawaii.

                          CLARE E. CONNORS
                          United States Attorney
                          District of Hawaii

By    */s/ KeAupuni Akina*
        MICHAEL D. NAMMAR
        MARK A. INCIONG
        W. KEAUPUNI AKINA
        AISLINN AFFINITO
        Assistant U.S. Attorneys

# UNITED STATES DISTRICT COURT
# DISTRICT OF HAWAII

| UNITED STATES OF AMERICA | FORTY-SEVENTH SUPPLEMENTAL EXHIBIT LIST |
|---|---|
| v. | |
| MICHAEL J. MISKE JR., | CR. NO. 19-00099 DKW |

| Presiding Judge: Derrick K. Watson | Plaintiff's Attorneys: Mark A. Inciong, Michael D. Nammar, W. KeAupuni Akina, Aislinn Affinito | Defense Attorneys: Lynn Panagakos, Michael Kennedy |
|---|---|---|
| Trial Date January 8, 2024 | Court Reporter: | Courtroom Deputy: Tammy Kimura |

| EXH. NO. | DESCRIPTION | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|
| 11-1 | Certificate of Authenticity, Title Guaranty Escrow Services, Inc. | | |
| 11-2 | Title Guaranty Escrow file for Kamaaina Termite and Pest Control - Keola Lai | | |
| 11-3 | Title Guaranty Escrow Services, Inc Receipts/Disbursement Ledger (Select Transactions) and Disbursement Destination | | 7/22/24 |
| 11-4 | Settlement Statement - 6 Lumahai, Loan No. 11000086 | | |

Case 1:19-cr-00099-DKW-KJM   Document 1744-47   Filed 07/24/24   Page 4 of 10
                                                                   PageID.22003
Case 1:19-cr-00099-DKW-KJM   Document 1727   Filed 07/21/24   Page 4 of 9   PageID.22611

| 11-5 | First Hawaiian Bank Official Bank Check No. 12908241 for $1,141,440.76 dated April 12, 2010 | | |
|---|---|---|---|
| 11-6 | Schedule of Payments to Pacific Rim Bank/First Foundation Bank | | 7/22/24 |
| 11-7 | Certificate of Authenticity, Pacific Rim Bank | | |
| 11-8 | Pacific Rim Bank - Loan History from April 12, 2010 to February 13, 2015 | | 7/22/24 |
| 11-9 | Pacific Rim Bank - Sample Loan Payments on June 4, 2010 & November 22, 2010 | | 9/22/24 |
| 11-10 | Pacific Rim Bank Credit Approval Memorandum dated May 17, 2013 for Personal Loan Extension | | |
| 11-11 | Pacific Rim Bank $150,000 Loan Payment on March 7, 2011 | | 7/22/24 |
| 11-12 | First Foundation Bank - Loan Payment History from March 13, 2015 to January 20, 2017 | | |
| 11-13 | First Foundation Bank - Authorization for ACH dated November 21, 2016 | | |
| 11-14 | Certificate of Authenticity, Fidelity National Title Group | | |
| 11-15 | First Foundation Payoff Statement dated March 12, 2018 | | |
| 11-16 | Certificate of Authenticity, Northwest Funding Group | | |
| 11-17 | Fidelity National Title & Escrow Final Refinance Statement - 6 Lumahai | | |
| 11-18 | Fidelity National Title & Escrow Check No. 501052779 to Michael John Miske, Jr. for $1,909,115.30 | | |
| 11-19 | Schedule - Bank of Hawaii Account No. Ending 7729, March 23, 2018 to July 26, 2018 | | 7/22/24 |
| 11-20 | Final Buyer Statement - 614 Paokano Loop, Escrow No. T1-105-3863 | | 7/22/24 |

2

Case 1:19-cr-00099-DKW-KJM   Document 1744-47   Filed 07/24/24   Page 5 of 10
                                                                          PageID.22612
Case 1:19-cr-00099-DKW-KJM   Document 1727   Filed 07/21/24   Page 5 of 9   PageID.22004

| 11-21 | Certificate of Authenticity, First American Title Company | | |
|---|---|---|---|
| 11-22 | Settlement Statement - 559 Kumukahi Place dated December 31, 2019 | | 7/22/24 |
| 11-23 | Certificate of Authenticity, Finance Factors Ltd. | | |
| 11-24 | Order Approving Commissioner, Civil 12-1-0118-01 (JHC) (Foreclosure) dated November 25, 2018 | | |
| 11-25 | KTPC Substitution Letter to First American Title signed by Kaulana Freitas approved by Michael Miske dated June 12, 2019 | | 7/22/24 |
| 11-26 | Certificate of Authenticity, Home Point Financial Corporation | | |
| 11-27 | Statement - Bank of Hawaii, Michael J. Miske 729 dated May 31, 2018 | | |
| 11-28 | Deposit Ticket for Law Office of James Dandar and Bank of Hawaii Cashier's Checks made payable to Kaulana Freitas totaling $140,000 | | 7/22/24 |
| 11-29 | First American Title - Receipt for Deposit $140,000 from Law Office of James Dandar dated December 6, 2018 and Copy of Check | | |
| 11-30 | Email String - Mike Miske and James Dandar, Re: Miske - updated approval 10/23/19 | | |
| 11-31 | Certificate of Authenticity, Hawaiian Financial Federal Credit Union | | |
| 11-32 | Statement - Hawaiian Financial FCU Account No. 469 in the name of Nila M Miske as Minor C/O Delia-Ann Miske dated December 31, 2019 | | |
| 11-33 | Withdrawal Slip and Cashier' Check - Hawaiian Financial FCU Account No. 469 in the name of Nila M Miske as Minor C/O Delia-Ann M Miske for $250,000 | | |
| 11-33a | Statement - Bank of Hawaii Account Ending 902, Delia-Anne Mele Fabro dated May 31, 2019 | | 7/23/24 |
| 11-33b | Deposit Ticket and Check from Michael J Miske Jr dated May 23, 2019 for $200,000 | | 7/23/24 |
| 11-33c | Statement - Bank of Hawaii Account Ending 902, Delia-Anne Mele Fabro dated August 22, 2019 | | |

3

Case 1:19-cr-00099-DKW-KJM   Document 1744-47   Filed 07/24/24   Page 6 of 10
                                PageID.22005
Case 1:19-cr-00099-DKW-KJM   Document 1737   Filed 07/21/24   Page 6 of 9   PageID.22613

| | | | |
|---|---|---|---|
| 11-33d | Withdrawal Slip and Cashier's Check - Bank of Hawaii Account Ending 902 dated August 22, 2019 for $268,979.77 | | |
| 11-33e | Statement - Hawaiian Financial FCU Account No. 469 in the name of Nila M Miske as Minor C/O Delia-Ann Miske dated September 30, 2019 | | |
| 11-33f | Deposit Ticket and Cashier's Check to Delia-Anne Mele Fabro dated August 22, 2019 for $268,979.77 | | |
| (11-34) | Chart - 559 Kumukahi Real Estate Purchase | | 7/22/24 |
| 11-35 | Certificate of Authenticity, Central Pacific Bank | | |
| (11-36) | Central Pacific Bank Business Credit Application - Kamaaina Holdings LLC (Purchase Equipment), $250,000 | | 7/22/24 |
| 11-37 | Loan Boarding Data - Central Pacific Bank Loan 957, Kamaaina Holdings LLC for $250,000 (Purchase Equipment) | | |
| 11-38 | Promissory Note -Central Pacific Bank Loan 957, Kamaaina Holdings LLC for $250,000 (Purchase Equipment) | | |
| 11-39 | Loan History and Statements - Central Pacific Bank Loan 957, Kamaaina Holdings LLC (Purchase Equipment) | | |
| 11-40 | Checking Deposit Slip - Central Pacific Bank Account No. 274, Michael J. Miske, Jr. and Drawdown Request from Central Pacific Bank Loan 957 for $250,000 | | |
| (11-41) | Central Pacific Bank Business Credit Application - Kamaaina Holdings LLC (Working Capital), $250,000 | | 7/22/24 |
| 11-42 | Loan Boarding Data - Central Pacific Bank Loan 965, Kamaaina Holdings LLC for $250,000 (Working Capital) | | |
| 11-43 | Line of Credit Agreement & Addendum - Central Pacific Bank Loan 965, Kamaaina Holdings LLC for $250,000 (Working Capital) | | |
| 11-44 | Disbursement Request and Authorization - Central Pacific Bank Loan 965, Kamaaina Holdings LLC, $250,000 | | |
| 11-45 | Loan History and Statements - Central Pacific Bank Loan 965, Kamaaina Holdings LLC (Working Capital) | | |

Case 1:19-cr-00099-DKW-KJM   Document 1744-47   Filed 07/24/24   Page 7 of 10
                          PageID.22614
Case 1:19-cr-00099-DKW-KJM   Document 1737   Filed 07/21/24   Page 7 of 9   PageID.22006

| 11-46 | Signature Card - Central Pacific Bank Account No. 741, Kamaaina Holdings LLC | | |
|---|---|---|---|
| 11-47 | Statement - Central Pacific Bank Account No. 741, Kamaaina Holdings LLC, June 2016 | | |
| 11-48 | Credit & Debit Memo - Central Pacific Bank Account No. 741, Kamaaina Holdings LLC from Loan 965, $250,000 | | |
| 11-49 | Signature Card - Central Pacific Bank Account No. 274, Michael J. Miske Jr or Delia-Ann Fabro | | |
| 11-50 | Statement - Central Pacific Bank Account No. 274, Michael J Miske Jr, June 2016 | | |
| 11-51 | Central Pacific Bank Official Check No. 2553723 made payable to John Perell from Kamaaina Holdings LLC for $425,000 | | 7/22/24 |
| 11-52 | Bill of Sale - Painkiller, John Perell (seller) to Hawaii Partners LLC (buyer) dated June 14, 2016 for $425,000 | | |
| 11-53 | Text Messages between Tricia Castro and 808-780-0771 re: Painkiller | | 7/22/24 |
| 11-54 | Chart - Painkiller Boat Purchase | | 7/22/24 |
| 11-55 | Buy-Sell Agreement - F/V Rachel | | 7/22/24 |
| 11-56 | Bill of Sale - F/V Rachel | | 7/22/24 |
| 11-57 | Info Sheet for Buyer - F/V Rachel | | |
| 11-58 | Wire Transaction Report, Bank of the West from Kamaaina Holdings LLC to Kim Marine Documentation, Inc for $900,521 | | |
| 11-58a | First Hawaiian Bank Signature Card Account Ending 836, Kamaaina Holdings LLC | | |
| 11-58b | Statement - First Hawaiian Bank Accounting Ending 836, Kamaaina Holdings LLC dated December 31, 2010 | | |
| 11-59 | Chart - Rachel and Longline Permit Purchase | | 7/22/24 |

Case 1:19-cr-00099-DKW-KJM   Document 1744-47   Filed 07/24/24   Page 8 of 10
                                    PageID.22007
Case 1:19-cr-00099-DKW-KJM   Document 1737   Filed 07/21/24   Page 8 of 9   PageID.22615

| 11-60 | Chart - Rachel Vessel Maintenance | | 7/22/24 |
| --- | --- | --- | --- |
| 11-61 | Certificate of Authenticity, Hawaii Central Federal Credit Union | | |
| 11-62 | Hawaii Central FCU Member Service Agreement - Michael J. Miske | | |
| 11-63 | Schedule - Hawaii Central FCU 075, Michael J. Miske, August 20, 2019 to July 17, 2020 | | 7/22/24 |
| 11-64 | Hawaii Central FCU Sample Statement and Deposits - Michael J. Miske 075 | | |
| 11-65 | Bank of Hawaii Corporation Signature Card for Kamaaina Termite and Pest Control, Account Ending 415 | | |
| 11-66 | Bank of Hawaii Corporation Signature Card for Kamaaina Termite and Pest Control, Account Ending 602 | | |
| 11-67 | Schedule of Transactions - Bank of Hawaii, Kamaaina Termite and Pest Control 602, April 1, 2020 to June 30, 2020 | | 7/22/24 |
| 11-68 | Bank of Hawaii Limited Liability Company Signature Card for Oahu Termite and Pest Management LLC, Account Ending 414 | | |
| 11-69 | Bank of Hawaii Limited Liability Company Signature Card for Oahu Termite & Pest Management LLC dba Oahu Termite & Pest Control, Account Ending 218 | | |
| 11-70 | Bank of Hawaii Limited Liability Company Signature Card for Kama'aina Plumbing and Renovations LLC 220 | | |
| 11-71 | Bank of Hawaii Withdrawal Slip and Credit Record dated May 5, 2020 for Purchase of Cashier's Check to Kamaaina Termite and Pest Control | | 7/22/24 |
| 11-72 | Bank of Hawaii Cashier's Check No. 429111 payable to Kama'aina Termite and Pest Control for $1,162,826.76 | | 7/22/24 |
| 11-73 | DMV Registration Information for 1951 Volkswagon in the name of Hawaii Partners LLC | | 7/22/24 |
| 11-74 | DMV Registration Information for 1956 Volkswagon in the name of Hawaii Partners LLC | | |
| 11-75 | DMV Notice of Transfer for 1957 Volkswagon - Kaulana Freitas | | |

6

Case 1:19-cr-00099-DKW-KJM   Document 1744-47   Filed 07/24/24   Page 9 of 10
PageID.22008
Case 1:19-cr-00099-DKW-KJM   Document 1727   Filed 07/21/24   Page 9 of 9   PageID.22616

| 11-76 | DMV Registration Information for 1957 Volkswagon in the name of Hawaii Partners LLC | | 7/22/24 |
| 11-77 | DMV Registration Information for 1961 Volkswagon in the name of Delia-Anne M Fabro | | |
| 11-78 | DMV Registration Information for 1961 Volkswagon in the name of Hawaii Partners LLC | | |
| 11-79 | DMV Registration Information for 1970 Ford Bronco in the name of Hawaii Partners LLC | | |
| 11-80 | Photo - Painting of Ludavico and Ludovio, Retna | | 7/22/24 |
| 11-81 | Photo - Painting of Watermark, Retna | | |
| 11-82 | Photo - Painting of Forever Young, Retna (front and back) | | |
| 11-83 | Invoice - Painting of Forever Young, Retna dated April 19, 2019 | | |
| 11-84 | Photo - Painting of Sangre Oscura, Retna | | 7/22/24 |
| 11-85 | Photo - Painting of Graffiti Does It, OG Slick | | |
| 11-86 | Photo - Sculpture of Slick Skull, OG Slick | | |
| 11-87 | Photo - Sculpture of Uzi Does It, OG Slick | | |
| 11-88 | Photo - Painting of Speaking in Tongues, Alex "DEFER" Kizu | | |
| 11-89 | Photo - Painting of Spiritual Language, Alex "DEFER" Kizu | | |
| 11-90 | Photo - Painting Unknown Title, David Flores | | |
| 11-91 | Schedule - Financial Institution Accounts Previously Seized | | 7/22/24 |

Case 1:19-cr-00099-DKW-KJM   Document 1744-47   Filed 07/24/24   Page 10 of 10
                                            PageID.22009
Case 1:19-cr-00099-DKW-KJM   Document 1727-1   Filed 07/21/24   Page 1 of 1   PageID.22617

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on the following counsel on the date and in the manner described below:

Served Electronically through CM/ECF:

| | |
|---|---|
| Lynn Panagakos, Esq.<br>Michael Jerome Kennedy, Esq. | Attorneys for Defendant<br>MICHAEL J. MISKE, JR. |

DATED: July 21, 2024, at Honolulu, Hawaii.

/s/KeAupuni Akina
U.S. Attorney's Office
District of Hawaii