MICHAEL J. KENNEDY
Law Offices of Michael Jerome Kennedy, PLLC
Nevada State Bar #10103; California State Bar #193901
333 Flint Street
Reno, NV 89501
775-221-7100 (office); 775-233-0914 (mobile)
Email: michael@mjkennedylaw.com

LYNN E. PANAGAKOS   7696
841 Bishop Street, Suite 2201
Honolulu, Hawai`i  96813
Telephone: (808) 542-9943
E-mail: lynnpanagakos@yahoo.com

*Attorneys for Michael J. Miske, Jr. (01)*

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 2 4 2024

at____ o'clock and____ min.____M
Lucy H. Carrillo, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>         vs.<br><br>MICHAEL J. MISKE, JR. (01),<br>JOHN B. STANCIL (02),<br>DELIA FABRO MISKE (12),<br>JASON K. YOKOYAMA (13),<br><br>                              Defendants. | CR. NO. 19-00099-DKW-KJM<br><br>**DEFENDANT MICHAEL J. MISKE,<br>JR.'S FIRST SUPPLEMENTAL<br>EXHIBIT LIST; CERTIFICATE OF<br>SERVICE** |

## DEFENDANT MICHAEL J. MISKE, JR.'S FIRST SUPPLEMENTAL EXHIBIT LIST

Case 1:19-cr-00099-DKW-KJM   Document 1216   Filed 01/24/24   Page 2 of 35 PageID.23160

Defendant Michael J. Miske, Jr. respectfully submits his first supplemental exhibit list. Mr. Miske reserves the right to add to, delete from, or otherwise modify this list during the course of trial.[1]

DATED: January 24, 2024

*/s/ Michael J. Kennedy*
MICHAEL J. KENNEDY

*/s/ Lynn E. Panagakos*
LYNN E. PANAGAKOS

Counsel for Defendant
MICHAEL J. MISKE, JR (01)

---

[1] The government has produced 72 grand jury transcripts, two cellphone extractions, recordings of witness interviews, and approximately 14,000 pages of additional discovery since the filing of the defense's original exhibit list. Included in Mr. Miske's newly added exhibits are the 72 grand jury transcripts. The government has identified 947 trial witnesses and has produced approximately 2.5 million pages and 80 terabytes of digital data in discovery. The government estimates that it is going to take 80 trial days to present its case-in-chief. Under these circumstances, it is utterly impossible for the defense, at this juncture, to anticipate all exhibits it will use in its cross examination of all of the government's witnesses, or to envision the full scope of the defense case-in-chief.

Case 1:19-cr-00099-DKW-KJM   Document 1212   Filed 01/24/24   Page 3 of 35   PageID.11972

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

**UNITED STATES OF AMERICA**

v.

**MICHAEL J. MISKE JR. et al.**

**FIRST SUPPLEMENTAL EXHIBIT LIST**

**CR. NO. 19-00099 DKW**

| Presiding Judge:<br>Hon. Derrick K. Watson | Plaintiff's Attorneys:<br>Mark A. Inciong<br>Michael D. Nammar<br>W. KeAupuni Akina | Defense Attorneys:<br>Lynn Panagakos<br>Michael Kennedy |
|---|---|---|
| Trial Date:<br>January 8, 2024 | Court Reporter: | Courtroom Deputy:<br>Tammy Kimura |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 5013 | | | | Photographs re  MIL #4 (ECF 1040): 9/20/16 Attempted Murder with Firearm – near 2240 Metcalf Street; 00193868 - 00194047 |
| 5014 | | | | Photographs re  MIL #5 (ECF 1043): 10/13/16 Attempted Murder – near 1271 North King Street; 0019241 - 00194340 |
| 5015 | | | | Photographs re  MIL #6 (ECF 1045): 10/27/15 Robbery & Arson – robbery of BVNK and arson of white Acura Integra; 00189105 - 00189188 |
| 5016 | | | | Photographs re  MIL #7 (ECF 1047): 3/4/17 Robbery – robbery of game room; 00197781 – 00197820 |
| 5017 | | | | Photographs re  MIL #8 (ECF 1050): 9/12/16 Robbery & Assault – robbery and assault of Nate Lum; 00193759 - 00193763 |
| 5018 | | | | Photographs re  MIL #9 (ECF 1053): 8/24/16 Home Invasion – robbery of Brandon Ota and Jonathan Kamalu; 00192369 - 00192399 |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 5019 | | | | Photographs re MIL #10 (ECF 1055): 5/14/16 Robbery – robbery and assault of Mike Char; 00191109 - 00191215 |
| 5020 | | | | Photographs re MIL #11 (ECF 1059): 2/24/16 Robbery & Assault – theft of gold chain from Shaun Olkowski; 00190281 – 00190438 |
| 6004 | | | | Photographs re 4/20/16 Home Invasion; 00190781 - 00190974 |
| 6005 | | | | Photographs re 4/4/16 Drive-by Shooting; 00190587 - 00190650 |
| 6006-001 | | | | FD-1087 re Aerial Surveillance video on 1/09/15 at Kailua, Hawaii (1D1); 00000410 |
| 6006-002 | | | | Video File - Aerial Surveillance video on 1/09/15 at Kailua, Hawaii (1D1); 00225076 |
| 6006-003 | | | | Video File - Aerial Surveillance video on 1/09/15 at Kailua, Hawaii (1D1); 00225077 |
| 6006-004 | | | | Video File - Aerial Surveillance video on 1/09/15 at Kailua, Hawaii (1D1); 00225078 |
| 6007-001 | | | | FD-1087 re Aerial Surveillance on 1/21/15 Honolulu, Hawaii (1D2); 00000434 |
| 6007-002 | | | | Video File - Aerial Surveillance on 1/21/15 Honolulu, Hawaii (1D2); 00225079 |
| 6007-003 | | | | Video File - Aerial Surveillance on 1/21/15 Honolulu, Hawaii (1D2); 00225080 |
| 6008-001 | | | | FD-1087 re Bureau Aviation on 6/29/15 at Honolulu, Hawaii (1D3); 00000993 |
| 6008-002 | | | | Video File - Bureau Aviation on 6/29/15 at Honolulu, Hawaii (1D3); 00225081 |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 6008-003 | | | | Video File - Bureau Aviation on 6/29/15 at Honolulu, Hawaii (1D3); 00225082 |
| 6009-001 | | | | FD-1087 re Aerial Surveillance on 10/21/15 (1D7); 00001976 |
| 6009-002 | | | | Video File - Aerial Surveillance on 10/21/15 (1D7); 00225098 |
| 6009-003 | | | | Video File - Aerial Surveillance on 10/21/15 (1D7); 00225099 |
| 6010-001 | | | | FD-1087 re Aerial Surveillance on 5/11/16 at Kailua, Hawaii (1D10); 00008226 |
| 6010-002 | | | | Video File - Aerial Surveillance on 5/11/16 at Kailua, Hawaii (1D10); 00225338 |
| 6011-001 | | | | FD-1087 re Aerial Surveillance on 7/25/16 and 7/26/16 at Honolulu, Hawaii (1D26); 00008589 |
| 6011-002 | | | | Video File - Aerial Surveillance on 7/25/16 and 7/26/16 at Honolulu, Hawaii (1D26); 00225401 |
| 6012-001 | | | | FD-1087 re Aerial Surveillance on 8/08/16 at Honolulu, Hawaii (1D28); 00008615 |
| 6012-002 | | | | Video File - Aerial Surveillance on 8/08/16 at Honolulu, Hawaii (1D28); 00225406 |
| 6013-001 | | | | FD-1087 re Aerial Surveillance on 9/08/16 at Honolulu, Hawaii (1D34); 00008745 |
| 6013-002 | | | | Video File - Aerial Surveillance on 9/08/16 at Honolulu, Hawaii (1D34); 00225416 |
| 6014-001 | | | | FD-1087 re Aerial Surveillance on 3/10/20 at Honolulu, Hawaii (1D186); 00253937 |

Case 1:19-cr-00099-DKW-KJM   Document 1746   Filed 07/24/24   Page 6 of 35
PageID.23164
Case 1:19-cr-00099-DKW-KJM   Document 1273   Filed 01/24/24   Page 6 of 35   PageID.11975

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 6014-003 | | | | Video File -  Aerial Surveillance on 3/10/20 at Honolulu, Hawaii (1D186); 00270487 / 212821 |
| 6014-004 | | | | Video File -  Aerial Surveillance on 3/10/20 at Honolulu, Hawaii (1D186); 00270487 / 212833 |
| 6015 | | | 1/24/2024 | 8/01/18 Wayne Miller Search Photographs; 00029611 - 00029817 |
| 6016 | | | | 9/11/18 Wayne Miller Search Photographs, Ford Crown Victoria SBB 565; 00268578 - 00268841 |
| 6017-001 | | | | Photographs of 10/15/16 Robbery of Game Room by Lance Bermudez and Dayson Kaae; 00198827 - 00198850 |
| 6017-002 | | | | Video File - 10/15/16 Robbery of Game Room by Lance Bermudez and Dayson Kaae; 00198967 |
| 6018 | | | | Audio File – 911 call regarding police locating Jagermeister bottle |
| 6019-001 | | | | Surveillance Photos; 00131336 - 00131337 |
| 6020-001 | | | | Video File – Aerial Surveillance, 7/28/2016; 00225404 |
| 6021-001 | | | | Pole Cam Video 7/08/16; 00225405 |
| 7003 | | | 2/2/24 | Search Warrant Inventory: Kama`aina Termite & Pest Control; 00330024 |
| 7004 | | | | Search Warrant Inventory: Oahu Termite & Pest Control; 00330058 |
| 7005 | | | | Search Warrant Inventory: 1226 Kuuna Street; ECF 450-6 |
| 7006 | | | | Search Warrant Inventory: 559 Kumakahi Place; 00330014 |

Case 1:19-cr-00099-DKW-KJM   Document 1746   Filed 07/24/24   Page 7 of 35
Case 1:19-cr-00099-DKW-KJM   Document 1212   Filed 01/24/24   Page 7 of 35   PageID.11976
PageID.23165

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 7007 | | | | Search Warrant Inventory: 6 Lumahai St.; ECF 450-7 |
| 7300 | | | | Grand Jury Testimony of Stanley Aio 9/26/18 |
| 7301 | | | | Grand Jury Testimony of Ashlin Akau 10/10/18 |
| 7302 | | | | Grand Jury Testimony of Josiah Akau 8/01/19 |
| 7303 | | | | Grand Jury Testimony of Lance Bermudez 9/05/18 |
| 7304 | | | | Grand Jury Testimony of Michael Botha 11/7/18 |
| 7305 | | | | Grand Jury Testimony of Shane Busby 10/24/18 |
| 7306 | | | | Grand Jury Testimony of Alfredo Cabael, Jr. 1/16/19 |
| 7307 | | | | Grand Jury Testimony of Chesiree Canite 5/23/19 |
| 7308 | | | | Grand Jury Testimony of Antonia Castleforte 6/06/19 |
| 7309 | | | | Grand Jury Testimony of Alexa Catobus 5/09/19 |
| 7310 | | | | Grand Jury Testimony of Ahmed Chergui 9/26/18 |
| 7311 | | | | Grand Jury Testimony of Puakaiuiokalani Ching 3/13/19 |
| 7312 | | | | Grand Jury Testimony of Paul Christensen 7/14/22 |
| 7313 | | | | Grand Jury Testimony of Tori Clegg 10/11/17 |
| 7314 | | | | Grand Jury Testimony of Kelcie Coloma 6/06/19 |
| 7315 | | | | Grand Jury Testimony of Matt Cosbie 11/07/18 |
| 7316 | | | | Grand Jury Testimony of Richard Crago 10/24/18 |
| 7317 | | | | Grand Jury Testimony of Sheena Diaz 7/14/22 |

Case 1:19-cr-00099-DKW-KJM   Document 1746   Filed 07/24/24   Page 8 of 35
PageID.23166
Case 1:19-cr-00099-DKW-KJM   Document 1272   Filed 01/24/24   Page 8 of 35   PageID.11977

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 7318 | | | | Grand Jury Testimony of Abraham Estocado 3/13/19 |
| 7319 | | | | Grand Jury Testimony of Heather Freeman 10/11/17 |
| 7320 | | | | Grand Jury Testimony of Timothy Goodrich 9/19/18 |
| 7321 | | | | Grand Jury Testimony of Yijie Guan 6/06/19 |
| 7322 | | | | Grand Jury Testimony of Myron Guerrero 9/26/18 |
| 7323 | | | | Grand Jury Testimony of Derek Higa 5/23/19 |
| 7324 | | | | Grand Jury Testimony of Joshua Joyce 12/19/18 |
| 7325 | | | | Grand Jury Testimony of Frederick Kaluna, Jr. 9/19/18 |
| 7326 | | | | Grand Jury Testimony of Dominique Kamae 6/06/19 |
| 7327 | | | | Grand Jury Testimony of Dane Kamalu 5/09/19 |
| 7328 | | | | Grand Jury Testimony of Alexander Kamm 10/24/18 |
| 7329 | | | | Grand Jury Testimony of Larry Kapu, Jr. 4/14/22 |
| 7330 | | | | Grand Jury Testimony of Jason Kawakami 5/09/19 |
| 7331 | | | | Grand Jury Testimony of Shane Kim 4/25/19 |
| 7332 | | | | Grand Jury Testimony of Lindsey Kinney 9/12/18 |
| 7333 | | | | Grand Jury Testimony of Kerry Kitteringham 5/09/19 |
| 7334 | | | | Grand Jury Testimony of Mark Lapena 4/11/19 |
| 7335 | | | | Grand Jury Testimony of Allen Lau 7/14/22 |
| 7336 | | | | Grand Jury Testimony of John Lauro 5/23/19 |
| 7337 | | | | Grand Jury Testimony of Kyle Liu 1/30/19 |

Case 1:19-cr-00099-DKW-KJM   Document 1746   Filed 07/24/24   Page 9 of 35
PageID.23167
Case 1:19-cr-00099-DKW-KJM   Document 1272   Filed 01/24/24   Page 9 of 35   PageID.11978

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 7338 | | | | Grand Jury Testimony of Mark Macpherson 6/18/20 |
| 7339 | | | | Grand Jury Testimony of Brian Marinas 5/12/22 |
| 7340 | | | | Grand Jury Testimony of Jeffrey Martin 2/13/19 |
| 7341 | | | | Grand Jury Testimony of Shawn Meador 8/01/19 |
| 7342 | | | | Grand Jury Testimony of David Melton 12/19/18 |
| 7343 | | | | Grand Jury Testimony of William Merle 2/27/19 |
| 7344 | APR 0 1 2024 | | | Grand Jury Testimony of Laurence Miller 4/25/19 |
| 7345 | | | | Grand Jury Testimony of Wayne Miller 6/20/19 |
| 7346 | | | | Grand Jury Testimony of Jonathan Morris 12/06/17 |
| 7347 | | | | Grand Jury Testimony of Michael Naito 12/08/22 |
| 7348 | | | | Grand Jury Testimony of Kurt Nosal 9/26/19 |
| 7349 | | | | Grand Jury Testimony of Kurt Nosal 5/26/22 |
| 7350 | | | | Grand Jury Testimony of Jonah Ortiz 10/10/18 |
| 7351 | | | | Grand Jury Testimony of Thomas Palmer 7/15/21 |
| 7352 | | | | Grand Jury Testimony of Thomas Palmer 12/08/22 |
| 7353 | | | | Grand Jury Testimony of Larry Peterson 3/13/19 |
| 7354 | | | | Grand Jury Testimony of Shaun Ramos-Harrington 9/26/19 |
| 7355 | | | | Grand Jury Testimony of Steven Saiki 11/07/18 |
| 7356 | | | | Grand Jury Testimony of Bradley Shinagawa 5/09/19 |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 7357 | | | | Grand Jury Testimony of Jacob Smith 8/01/19 |
| 7358 | | | | Grand Jury Testimony of Jason Smith 11/20/19 |
| 7359 | | | | Grand Jury Testimony of John Speed 11/07/18 |
| 7360 | | | | Grand Jury Testimony of Timothy Taboada 8/29/19 |
| 7361 | | | | Grand Jury Testimony of Laurie Tamai 6/06/19 |
| 7362 | | | | Grand Jury Testimony of Fredrick Taufa 10/09/19 |
| 7363 | | | | Grand Jury Testimony of Jai Troche 7/18/19 |
| 7364 | | | | Grand Jury Testimony of Roger Uson 9/26/18 |
| 7365 | | | | Grand Jury Testimony of Angela Varnadore 7/14/22 |
| 7366 | | | | Grand Jury Testimony of Joseph Villagomez 9/12/18 |
| 7367 | | | | Grand Jury Testimony of Shane Williams 7/18/19 |
| 7368 | | | | Grand Jury Testimony of Carly Wilson 4/14/22 |
| 7369 | | | | Grand Jury Testimony of Michael Worden 11/06/19 |
| 7370 | | | | Grand Jury Testimony of Michael Worden 7/14/22 |
| 7371 | | | | Grand Jury Testimony of Bryan Yoshida 10/10/18 |
| 8000-001 | | | | SMS Extraction Report (1B425) |
| 8001-001 | | | | Timeline Extraction Report (1B427) |
| 8003-001 | | | | Chat Extraction Report re 808-589-8890 CuzSpam (1B423) |
| 8003-002 | | | | SMS Extraction Report (1B423) |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 8008-001 | | | | Timeline Extraction Report (1B307) |
| 8008-002 | | | | Video Extraction Report (1B307) |
| 8008-003 | | | | Video File – Extraction from Embedded Video Extraction Report (1B307) |
| 8008-004 | | | | Video Extraction Report (1B307) |
| 8008-005 | | | | Video File – Extraction from Embedded Video Extraction Report (1B307) |
| 8008-006 | | | | Video File – Extraction from Embedded Video Extraction Report (1B307) |
| 8008-007 | | | | Video File – Extraction from Embedded Video Extraction Report (1B307) |
| 8008-008 | | | | Video File – Extraction from Embedded Video Extraction Report (1B307) |
| 8008-009 | | | | Video File – Extraction from Embedded Video Extraction Report (1B307) |
| 8008-010 | | | | Timeline Extraction Report (1B307) |
| 8008-011 | | | | Conversation, Instant Message Extraction Report between 808-394-7987 and 808-277-4238 (1B307) |
| 8008-012 | | | | Video File – Extraction Embedded in Conversation, Instant Message Extraction Report between 808-394-7987 and 808-277-4238 (1B307) |
| 8008-013 | | | | Video File – Extraction Embedded in Conversation, Instant Message Extraction Report between 808-394-7987 and 808-277-4238 (1B307) |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 8008-014 | | | | Video File – Extraction  Embedded in Conversation, Instant Message Extraction Report between 808-394-7987 and 808-277-4238 (1B307) |
| 8008-015 | | | | Video File – Extraction  Embedded in Conversation, Instant Message Extraction Report between 808-394-7987 and 808-277-4238 (1B307) |
| 8008-016 | | | | Conversation, Instant Message Extraction Report re 808-394-7987 and 808-223-9242 AntyRonnel (1B307) |
| 8008-017 | | | | Conversation, Instant Message Extraction Report re 808-394-7987 and 808-870-3441 (1B307) |
| 8008-018 | | | | SMS Extraction Report re ChrisCarLot 808-853-8909 (1B307) |
| 8008-019 | | | | Conversation, Instant Message Extraction Report re 808-394-7987 and 808-308-1775 Clayvietnam (1B307) |
| 8008-020 | | | | Conversation, Instant Message Extraction Report re 808-394-7987 and 808-450-6012 Dusk (1B307) |
| 8008-021 | | | | Video File – Extraction Embedded in  Conversation, Instant Message Extraction Report re 808-394-7987 and 808-450-6012 Dusk (1B307) |
| 8008-022 | | | | Video File – Extraction  Embedded in Conversation, Instant Message Extraction Report re 808-394-7987 and 808-450-6012 Dusk (1B307) |
| 8008-023 | | | | Video File – Extraction  Embedded in Conversation, Instant Message Extraction Report re 808-394-7987 and 808-450-6012 Dusk (1B307) |
| 8008-024 | | | | Video File – Extraction  Embedded in Conversation, Instant Message Extraction Report re 808-394-7987 and 808-450-6012 Dusk (1B307) |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 8008-025 | | | | Video File – Extraction  Embedded in Conversation, Instant Message Extraction Report re 808-394-7987 and 808-450-6012 Dusk (1B307) |
| 8008-026 | | | | Video File – Extraction  Embedded in Conversation, Instant Message Extraction Report re 808-394-7987 and 808-450-6012 Dusk (1B307) |
| 8008-027 | | | | Video File – Extraction  Embedded in Conversation, Instant Message Extraction Report re 808-394-7987 and 808-450-6012 Dusk (1B307) |
| 8008-028 | | | | Timeline Extraction Report re  SMS Messages Extraction Report re 808-394-7987 and 808-799-4818 (1B307) |
| 8008-029 | | | | Conversation, SMS Messages Extraction Report re 808-394-7987 and 808-799-4818 (1B307) |
| 8008-030 | | | | Conversation, Instant Messages Extraction Report re 808-394-7987 and 808-781-9071 Jonahaolenew (1B307) |
| 8008-031 | | | | Conversation, Instant Messages Extraction Report re 808-394-7987 and 808-469-5665 Migo (1B307) |
| 8008-032 | | | | Video File – Extraction Embedded in  Conversation, Instant Messages Extraction Report re 808-394-7987 and 808-469-5665 Migo (1B307) |
| 8008-033 | | | | Video File – Extraction Embedded in  Conversation, Instant Messages Extraction Report re 808-394-7987 and 808-469-5665 Migo (1B307) |
| 8008-034 | | | | Conversation, Instant Messages Extraction Report re 808-394-7987 and 808-699-4970 Kalei (1B307) |
| 8008-035 | | | | Chat Extraction Report re 808-394-7987 and 808-542-4516 Preston (1B307) |

11

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 8008-036 | | | | Conversation, Instant Messages Extraction Report re 808-394-7987 and 857-498-7875 Matty C (1B307) |
| 8008-037 | | | | Chat Extraction Report re 808-394-7987 and 808-723-0960 MikeB (1B307) |
| 8008-038 | | | | Conversation, Instant Messages Extraction Report re 808-394-7987 and 808-627-2720 NormanAkau (1B307) |
| 8008-039 | | | | Conversation, Instant Messages Extraction Report re 808-394-7987 and 808-478-1345 Ran (1B307) |
| 8008-040 | | | | Conversation, Instant Messages Extraction Report re 808-394-7987 and 808-426-0272 UrossL (1B307) |
| 8008-041 | | | | Video File – Extraction Embedded in  Conversation, Instant Messages Extraction Report re 808-394-7987 and 808-426-0272 UrossL (1B307) |
| 8008-042 | | | | Video File – Extraction Embedded in  Conversation, Instant Messages Extraction Report re 808-394-7987 and 808-426-0272 UrossL (1B307) |
| 8008-043 | | | | Conversation, Instant Messages Extraction Report re 808-394-7987 and 808-341-7597 Sheenz (1B307) |
| 8008-044 | | | | Conversation, Instant Messages Extraction Report re 808-394-7987 and 808-798-8746 Tarama (1B307) |
| 8008-045 | | | | Conversation, Instant Messages Extraction Report re 808-394-7987 and 702-626-7136 TbigSole (1B307) |
| 8008-046 | | | | Timeline Extraction Report, Instant Messages  and Call Log 808-394-7987 and 808-589-6244 (1B307) |
| 8008-047 | | | | Timeline Extraction Report, 808-589-6244 (1B307) |

Case 1:19-cr-00099-DKW-KJM   Document 1272   Filed 01/24/24   Page 15 of 35 PageID.11984

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 8008-048 | | | | Video File – Extraction from Embedded Timeline Extraction Report, Timeline Extraction Report, 808-589-6244 (1B307) |
| 8008-049 | | | | Video File – Extraction from Embedded Timeline Extraction Report, Timeline Extraction Report, 808-589-6244 (1B307) |
| 8008-050 | | | | Video File – Extraction from Embedded Timeline Extraction Report, Timeline Extraction Report, 808-589-6244 (1B307) |
| 8008-051 | | | | Video File – Extraction from Embedded Timeline Extraction Report, Timeline Extraction Report, 808-589-6244 (1B307) |
| 8008-052 | | | | Video File – Extraction from Embedded Timeline Extraction Report, Timeline Extraction Report, 808-589-6244 (1B307) |
| 8008-053 | | | | Video File – Extraction from Embedded Timeline Extraction Report, Timeline Extraction Report, 808-589-6244 (1B307) |
| 8008-054 | | | | Video File – Extraction from Embedded Timeline Extraction Report, Timeline Extraction Report, 808-589-6244 (1B307) |
| 8008-055 | | | | Video File – Extraction from Embedded Timeline Extraction Report, Timeline Extraction Report, 808-589-6244 (1B307) |
| 8008-056 | | | | Video File – Extraction from Embedded Timeline Extraction Report, Timeline Extraction Report, 808-589-6244 (1B307) |
| 8008-057 | | | | Video File – Extraction from Embedded Timeline Extraction Report, Timeline Extraction Report, 808-589-6244 (1B307) |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 8008-058 | | | | Video File – Extraction from Embedded  Timeline Extraction Report,  Timeline Extraction Report, 808-589-6244 (1B307) |
| 8008-059 | | | | Video File – Extraction from Embedded  Timeline Extraction Report,  Timeline Extraction Report, 808-589-6244 (1B307) |
| 8008-060 | | | | Video File – Extraction from Embedded  Timeline Extraction Report,  Timeline Extraction Report, 808-589-6244 (1B307) |
| 8008-061 | | | | Video File – Extraction from Embedded  Timeline Extraction Report,  Timeline Extraction Report, 808-589-6244 (1B307) |
| 8008-062 | | | | Video File – Extraction from Embedded Timeline Extraction Report, 808-589-6244 (1B307) |
| 8008-063 | | | | Video File – Extraction from Embedded Timeline Extraction Report, Report, 808-589-6244 (1B307) |
| 8008-064 | | | | Conversation, Instant Messages Extraction Report re 808-394-7987 and 808-799-9660 Tyrone (1B307) |
| 8008-065 | | | | Conversation, Instant Messages Extraction Report re 808-394-7987 and 707-972-6032 Gurshey (1B307) |
| 8008-066 | | | | Video File – Extraction Embedded in Conversation, Instant Messages Extraction Report re 808-394-7987 and 707-972-6032 Gurshey (1B307) |
| 8008-067 | | | | Video File – Extraction Embedded in Conversation, Instant Messages Extraction Report re 808-394-7987 and 707-972-6032 Gurshey (1B307) |
| 8008-068 | | | | Video File – Extraction Embedded in Conversation, Instant Messages Extraction Report re 808-394-7987 and 707-972-6032 Gurshey (1B307) |

14

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 8008-069 | | | | Video File – Extraction Embedded in Conversation, Instant Messages Extraction Report re 808-394-7987 and 707-972-6032 Gurshey (1B307) |
| 8008-070 | | | | Video File – Extraction Embedded in Conversation, Instant Messages Extraction Report re 808-394-7987 and 707-972-6032 Gurshey (1B307) |
| 8008-071 | | | | Conversation, Instant Messages Extraction Report re 808-394-7987 and 808-782-7903 ZacDriver (1B307) |
| 8008-072 | | | | Note Extraction Report (1B307) |
| 8008-073 | | | | Timeline Extraction Report (1B307) |
| 8008-074 | | | | Timeline Extraction Report, Notes (1B307) |
| 8009-001 | | | | Extraction of SMS Messages Report (1B308) |
| 8009-002 | | | | Images Extraction Report (1B308) |
| 8009-003 | | | | Images Extraction Report (1B308) |
| 8009-004 | | | | Timeline Extraction Report re Web History and Searched Items (1B308) |
| 8009-005 | | | | Timeline Extraction Report re Images (1B308) |
| 8009-006 | | | | Carved Strings Extraction Report (1B308) |
| 8009-007 | | | | SMS Messages Extraction Report (1B308) |
| 8009-008 | | | | Call Log Extraction Report 808-379-9922 (1B308) |
| 8009-009 | | | | Call Log Extraction Report 808-379-9922 (1B308) |
| 8009-010 | | | | Conversation, SMS Messages Extraction Report 808-379-9922 Ant and 808-379-9766b (1B308) |

Case 1:19-cr-00099-DKW-KJM   Document 1746   Filed 07/24/24   Page 18 of 35
PageID.23176
Case 1:19-cr-00099-DKW-KJM   Document 1272   Filed 01/24/24   Page 18 of 35   PageID.11987

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 8009-011 | | | | SMS Messages Extraction Report (1B308) |
| 8009-012 | | | | SMS Messages Extraction Report (1B308) |
| 8009-013 | | | | Conversation, SMS Messages Extraction Report re 808-371-2665 H333Hnew and 808-379-9766 (1B308) |
| 8009-014 | | | | Call Log Extraction Report 808-371-2665 H333Hnew (1B308) |
| 8009-015 | | | | Reserved. |
| 8009-016 | | | | SMS Messages Extraction Report 1/05/15 (1B308) |
| 8009-017 | | | | SMS Messages Extraction Report 5/01/15 – 5/04/15 (1B308) |
| 8009-018 | | | | SMS Messages Extraction Report 1/05/15 (1B308) |
| 8009-019 | | | | SMS Messages Extraction Report 6/06/15 (1B308) |
| 8009-020 | | | | SMS Messages Extraction Report 11/02/14 – 11/25/14 (1B308) |
| 8009-021 | | | | SMS Messages Extraction Report 6/07/15 (1B308) |
| 8009-022 | | | | SMS Messages Extraction Report 6/10/15 (1B308) |
| 8009-023 | | | | SMS Messages Extraction Report 7/23/15 – 7/27/15 (1B308) |
| 8009-024 | | | | SMS Messages Extraction Report 6/30/15 – 7/1/15 (1B308) |
| 8009-025 | | | | SMS Messages Extraction Report 11/18/14 (1B308) |
| 8009-026 | | | | SMS Messages Extraction Report 6/17/15 – 6/18/18 (1B308) |

Case 1:19-cr-00099-DKW-KJM   Document 1172   Filed 07/24/24   Page 19 of 35   PageID.23177

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 8009-027 | | | | SMS Messages Extraction Report 1/05/15 (1B308) |
| 8009-028 | | | | SMS Messages Extraction Report 1/05/15 (1B308) |
| 8009-029 | | | | SMS Messages Extraction Report 6/21/15 (1B308) |
| 8009-030 | | | | SMS Messages Extraction Report 6/26/15 – 6/28/15 (1B308) |
| 8009-031 | | | | SMS Messages Extraction Report 10/31/14 (1B308) |
| 8009-032 | | | | SMS Messages Extraction Report 1/28/15 (1B308) |
| 8009-033 | | | | SMS Messages Extraction Report 11/26/14 (1B308) |
| 8009-034 | | | | SMS Messages Extraction Report 11/04/14 – 7/30/15 (1B308) |
| 8009-035 | | | | SMS Messages Extraction Report 11/04/14 – 7/30/15 (1B308) |
| 8009-036 | | | | Images Extraction Report (1B308) |
| 8009-037 | | | | Chats and Recents Log Extraction Report 5/19/15 (1B308) |
| 8009-038 | | | | Chat Extraction Report 808-321-8464 (1B308) |
| 8009-039 | | | | Timeline Extraction Report, Contacts (1B308) |
| 8010-001 | | | | Timeline Extraction Report, SMS Messages (1B415) |
| 8010-002 | | | | Video File Extraction Embedded in Timeline Extraction Report, SMS Messages (1B415) |
| 8010-003 | | | | SMS Messages Extraction Report re 808-765-7362 (1B415) |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 8010-004 | | | | SMS Messages Extraction Report re 808-379-9766 and 808-379 (1B415) |
| 8010-005 | | | | SMS Extraction Report re 808-223-9242 (1B415) |
| 8010-006 | | | | Conversation, SMS Messages re 808-223-9242 (1B415) |
| 8010-007 | | | | Conversation, SMS Messages re 808-450-6012 (1B415) |
| 8010-008 | | | | Conversation, SMS Messages re 808-781-9071 (1B415) |
| 8010-009 | | | | Conversation, SMS Messages re 808-542-4516 (1B415) |
| 8010-010 | | | | Conversation, SMS Messages re 808-548-1792 Kkama (1B415) |
| 8010-011 | | | | Conversation, SMS Messages re 808-203-8915 Mdoneweside (1B415) |
| 8010-012 | | | | Conversation, SMS Messages re 808-465-9720 MikeChar (1B415) |
| 8010-013 | | | | Conversation, SMS Messages re 808-785-1041 (1B415) |
| 8010-014 | | | | SMS Messages Extraction Report (1B415) |
| 8010-015 | | | | Conversation, SMS Messages re 808-457-8437 UncleRossLa (1B415) |
| 8010-016 | | | | Conversation, SMS Messages re 808-465-9803 SamUsoRichbro (1B415) |
| 8010-017 | | | | Conversation, SMS Messages re 808-726-0833 (1B415) |

18

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 8010-018 | | | | Conversation, SMS Messages re 808-386-2127 TommyOtake (1B415) |
| 8010-019 | | | | MMS Extraction Report re 808-589-6244 MAi (1B415) |
| 8010-020 | / | | 2/2/24 | Timeline SMS Messages re 808-589-6244 MAi (1B415) |
| 8010-021 | | | | Timeline SMS Messages 808-765-7362 MAi (1B415) |
| 8010-022 | | | | Images Extraction Report (1B415) |
| 8010-023 | | | | SMS Messages Report 808-765-7362 MAi (1B415) |
| 8010-024 | | | | Timeline Extraction Report 808-765-7362 MAi (1B415) |
| 8010-025 | | | | Timeline Extraction Report SMS/MMS Messages (1B415) |
| 8010-026 | | | | Timeline Extraction Report SMS/MMS Messages (1B415) |
| 8010-027 | | | | Video File Extraction Embedded in  Timeline Extraction Report SMS/MMS Messages (1B415) |
| 8010-028 | | | | Video File Extraction Embedded in  Timeline Extraction Report SMS/MMS Messages (1B415) |
| 8010-029 | | | | Video File Extraction Embedded in  Timeline Extraction Report SMS/MMS Messages (1B415) |
| 8010-030 | | | | Video File Extraction Embedded in  Timeline Extraction Report SMS/MMS Messages (1B415) |
| 8010-031 | | | | Video File Extraction Embedded in  Timeline Extraction Report SMS/MMS Messages (1B415) |
| 8010-032 | | | | Video File Extraction Embedded in  Timeline Extraction Report SMS/MMS Messages (1B415) |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 8010-033 | | | | Video File Extraction Embedded in Timeline Extraction Report SMS/MMS Messages (1B415) |
| 8010-034 | | | | Video File Extraction Embedded in Timeline Extraction Report SMS/MMS Messages (1B415) |
| 8010-035 | | | | Video File Extraction Embedded in Timeline Extraction Report SMS/MMS Messages (1B415) |
| 8010-036 | | | | Video File Extraction Embedded in Timeline Extraction Report SMS/MMS Messages (1B415) |
| 8010-037 | | | | Video File Extraction Embedded in Timeline Extraction Report SMS/MMS Messages (1B415) |
| 8010-038 | | | | Video File Extraction Embedded in Timeline Extraction Report SMS/MMS Messages (1B415) |
| 8010-039 | | | | Video File Extraction Embedded in Timeline Extraction Report SMS/MMS Messages (1B415) |
| 8010-040 | | | | Video File Extraction Embedded in Timeline Extraction Report SMS/MMS Messages (1B415) |
| 8010-041 | | | | Video File Extraction Embedded in Timeline Extraction Report SMS/MMS Messages (1B415) |
| 8010-042 | | | | Timeline Extraction Report re 707-972-6032 (1B415) |
| 8010-043 | | | | Timeline Extraction Report 808-765-7362 (1B415) |
| 8010-044 | | | | Timeline Extraction Report, SMS Messages (1B415) |
| 8010-045 | | | | Video File Extraction Embedded in Timeline Extraction Report, SMS Messages (1B415) |
| 8010-046 | | | | Video File Extraction Embedded in Timeline Extraction Report, SMS Messages (1B415) |
| 8010-047 | | | | Video File Extraction Embedded in Timeline |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| | | | | Extraction Report, SMS Messages (1B415) |
| 8010-048 | | | | Video File Extraction Embedded in  Timeline Extraction Report, SMS Messages (1B415) |
| 8010-049 | | | | Video File Extraction Embedded in  Timeline Extraction Report, SMS Messages (1B415) |
| 8010-050 | | | | Video File Extraction Embedded in  Timeline Extraction Report, SMS Messages (1B415) |
| 8010-051 | | | | Video File Extraction Embedded in  Timeline Extraction Report, SMS Messages (1B415) |
| 8010-052 | | | | Video File Extraction Embedded in  Timeline Extraction Report, SMS Messages (1B415) |
| 8010-053 | | | | Video File Extraction Embedded in  Timeline Extraction Report, SMS Messages (1B415) |
| 8010-054 | | | | Video File Extraction Embedded in  Timeline Extraction Report, SMS Messages (1B415) |
| 8010-055 | | | | Video File Extraction Embedded in  Timeline Extraction Report, SMS Messages (1B415) |
| 8010-056 | | | | Video File Extraction Embedded in  Timeline Extraction Report, SMS Messages (1B415) |
| 8010-057 | | | | Video File Extraction Embedded in  Timeline Extraction Report, SMS Messages (1B415) |
| 8010-058 | | | | Video File Extraction Embedded in  Timeline Extraction Report, SMS Messages (1B415) |
| 8010-059 | | | | Video File Extraction Embedded in  Timeline Extraction Report, SMS Messages (1B415) |
| 8010-060 | | | | Video File Extraction Embedded in  Timeline Extraction Report, SMS Messages (1B415) |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 8010-061 | | | | Video File Extraction Embedded in Timeline Extraction Report, SMS Messages (1B415) |
| 8010-062 | | | | Video File Extraction Embedded in Timeline Extraction Report, SMS Messages (1B415) |
| 8010-063 | | | | SMS Messages Extraction Report re 808-589-6244 Mai (1B415) |
| 8010-064 | | | | MMS Messages Extraction Report re 808-548-1792 Kkama (1B415) |
| 8010-065 | | | | SMS Messages Extraction Report re 808-627-2720 NormAkau (1B415) |
| 8010-066 | | | | SMS Messages Timeline Extraction Report re 808-542-4516 Pres10 (1B415) |
| 8012-001 | | | | 1B8 – Complete Contacts Report |
| 8012-002 | | | | 1B8 – Texts with Oni Boy, 808-781-0703 |
| 8012-003 | | | | 1B8 – Texts with Abe Esto, 808-202-6206 |
| 8012-004 | | | | 1B8 – Texts with Kaiks, 808-330-6418 |
| 8012-005 | | | | 1B8 – Texts with Hunny My, 808-304-5895 |
| 8012-006 | | | | 1B8 – Texts with Luds, 808-636-0776 |
| 8012-006a | | | | 1B8 – Texts with Luds, 808-636-0776 |
| 8012-007 | | | | 1B8 – Texts with 808-202-8799 |
| 8012-008 | | | | 1B8 – Texts with Timmy, 808-561-6101 |
| 8012-009 | | | | 1B8 – Texts with Nishi, 808-728-0712 |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 8012-010 | | | | 1B8 – Texts with Kelii Molly, 808-398-9042 |
| 8012-011 | | | | 1B8 – Texts with Jarrin Young, 808-670-8863 |
| 8012-012 | | | | 1B8 – Texts with Sammy Song, 808-227-5120 |
| 8012-013 | | | | 1B8 – Texts with Uncle Norm, 808-255-4188 |
| 8012-014 | | | | 1B8 – Texts with Os, 808-306-5660 |
| 8012-015 | | | | 1B8 – Texts with Big K, 808-551-1345 |
| 8012-016 | | | | 1B8 – Texts with Jai Bags, 808-384-1136 |
| 8012-017 | | | | 1B8 – Texts with McCabe Blane, 808-304-5602 |
| 8012-018 | | | | 1B8 – Texts with 808-382-1073 |
| 8012-019 | | | | 1B8 – Texts with SquirrelchoJohnny, 808-724-4878 |
| 8012-020 | | | | 1B 8 - Video, part 1 |
| 8012-021 | | | | 1B8 – Video, part 2 |
| 8012-022 | | | | 1B8 – Image of Gun |
| 8012-023 | | | | 1B8 – Image of Marijuana with comment, 12/5/2016, 9:33 p.m. |
| 8012-024 | | | | 1B8 – Image of Marijuana |
| 8012-025 | | | | 1B8 – Group texts with 808-307-0920; 808-636-9633; 808-517-1999 |
| 8013-001 | | | | 1B9 – Complete Contacts Report |
| 8013-002 | | | | 1B9 – Texts with Dae Han Moon, 808-284-3085 |

Case 1:10-cr-00099-DKW-KJM   Document 1272   Filed 01/24/24   Page 26 of 35   PageID.11995

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 8013-003 | | | | 1B9 – Texts with Dumbfuck, 808-670-8863 |
| 8013-004 | | | | 1B9 – Texts with Ham 808-202-8799 |
| 8013-005 | | | | 1B9 – Texts with Jai, 808-421-9429 |
| 8013-006 | | | | 1B9 – Texts with JB, 808-724-4878 |
| 8013-007 | | | | 1B9 – Texts with Johnny Blane, 808-724-4878 |
| 8013-008 | | | | 1B9 – Texts with Josh Kaina, 808-798-3301 |
| 8013-009 | | | | 1B9 – Texts with Kelii Young, 808-398-9042 |
| 8013-010 | | | | 1B9 – Texts with Jarrin Young, 808-670-8863 |
| 8013-011 | | | | 1B9 – Texts with Norm, 808-255-4188 |
| 8013-012 | | | | 1B9 – Texts with Oni Boy, 808-781-0703 |
| 8013-013 | | | | 1B9 – Texts with Timmy Boy, 808-561-6101 |
| 8013-014 | | | | 1B9 – Summary of Images from 1B9 |
| 8013-015 | | | | 1B9 – Timeline Extraction from 1B9 |
| 8013-016 | | | | 1B9 – Texts with (808) 670-0974 |
| 8013-017 | | | | 1B9 – Texts with Kaiks 808-330-6418 |
| 8013-018 | | | | 1B9 – Texts with Lil D 480-455-9177 |
| 8013-019 | | | | 1B9 – Texts with Dev mon 808-518-1468 |
| 8013-020 | | | | 1B9 – Texts with Harry Boy 808-358-2854 |
| 8013-021 | | | | 1B9 – Texts with Jai 808-384-1136 |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 8013-022 | | | | 1B9 – Texts with Jov 808-216-2055 |
| 8013-023 | | | | 1B9 – Texts with Babe 808-304-5895 |
| 8013-024 | | | | 1B9 – Texts with Luds 808-636-0776 |
| 8013-025 | | | | 1B9 – Texts with Lustik 808-372-3870 |
| 8013-026 | | | | 1B9 – Texts with Os 808-255-4188 |
| 8013-027 | | | | 1B9 – Texts with 808-497-5274 |
| 8013-028 | | | | 1B9 – Texts with 808-726-8696 |
| 8013-029 | | | | 1B9 – Texts with 808-670-0974 |
| 8013-030 | | | | 1B9 – Text with Jonah Towing 808-439-5605 |
| 8013-031 | | | | 1B9 – Excerpt of Call Log |
| 8013-032 | | | | 1B9 – Searched Items |
| 8013-033 | | | | 1B9 – Installed Applications |
| 8014-001 | | | | 1B350 – Complete Contacts Report |
| 8014-002 | | | | 1B350 – Participants theintent211@icloud.com; Isaiah Bitch Ass Ho +18083883604; & +18087984409 Conversation – Instant Messages |
| 8014-003 | | | | 1B350 – Participants theintent211@icloud.com; Braces +18084696596; & +18087984409 Conversation – Instant Messages (1340) |
| 8014-004 | | | | 1B350 – Extraction Report – Notes 5102442199 |
| 8014-005 | | | | 1B350 – SMS Messages with 510-244-2199 |
| 8014-006 | | | | 1B350 – SMS Messages with 808-462-9012 Abe |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 8014-007 | | | | 1B350 – Participants +18083769856; Oni Boy +18087810703; +18087984409 – Conversation – Instant Messages (6) |
| 8014-008 | | | | 1B350 – Participants +18083769856; Oni Boy +18087810703; +18087984409 Conversation – Instant Messages (18) |
| 8014-008 | | | | 1B350 – Participants +18083769856; Oni Boy +18087810703; +18087984409 Conversation – Instant Messages (222) |
| 8014-009 | | | | 1B350 – Participants +18083769856; Alen +18083915085; +18087984409 Conversation - Instant Messages (87) |
| 8014-010 | | | | 1B350 – Participants +18083769856 Ash +18083581387; +18087984409 Conversation - Instant Messages (222) |
| 8014-011 | | | | 1B350 – Participants +18087984409 Babe ; +18087240232 Conversation - Instant Messages (314) |
| 8014-012 | | | | 1B350 – Participants +18083769856 Chavell; +18082194315 Conversation - Instant Messages (1388) |
| 8014-013 | | | | 1B350 – Participants +18083769856 Dyms; +18083844928; +18087984409 Conversation - Instant Messages (221) |
| 8014-014 | | | | 1B350 – Participants +18087984409; +18083882997 Conversation - SMS Messages (96) |
| 8014-015 | | | | 1B350 – Participants +18087984409 Gionani ; +18082270385; theintent211@icloud.com Conversation - Instant Messages (1008) |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 8014-016 | | | | 1B350 – Participants theintent211@icloud.com; Kaden Boy +18082869205; +18083769856 Conversation - Instant Messages (83) + |
| 8014-017 | | | | 1B350 – Participants theintent211@icloud.com; Shorty Bull +18085851944; +18083769856; +18087984409 Conversation - Instant Messages (185) |
| 8014-018 | | | | 1B350 – Participants Keano +18083872425; +18083769856 Conversation - SMS Messages (589) |
| 8014-019 | | | | 1B350 – Participants  Keano +18083872425; +18083769856 Conversation - SMS Messages (589) |
| 8014-020 | | | | 1B350 - Timeline 808-389-9050 (39) |
| 8014-021 | | | | 1B350 - SMS Messages From (808) 389-9050 (1223) |
| 8014-022 | | | | 1B350 - Timeline (1222) (808) 798-4409 |
| 8014-023 | | | | 1B350 -  Timeline (30) (808) 277-1311 Paka Mahaulu |
| 8014-024 | | | | 1B350 – Participants +18087984409 Xan Man +18089900735 Conversation - Instant Messages (957) |
| 8014-025 | | | | 1B350 – Participants  +18087984409 SirQueefAlot +18089901568 Conversation - Instant Messages (107) |
| 8014-026 | | | | 1B350 – Extraction Report Timeline 18083938039 Ing Ricky (442) |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 8014-027 | | | | 1B350 – Extraction Report Timeline 18083938039 Ricky Ing (22) |
| 8014-028 | | | | 1B350 – Extraction Report Participants theintent211@icloud.com; Sammy +18082275120 ; +18083769856 ; +18087984409 Conversation - Instant Messages (198) |
| 8014-029 | | | | 1B350 – Participants Tatanuda +18083306418 +18083769856 ; +18087984409 Conversation - SMS Messages (102) |
| 8014-030 | | | | 1B350 – Participants theintent211@icloud.com Tekoa +18084948304 +18087984409 Conversation - Instant Messages (208) |
| 8014-031 | | | | 1B350 – Extraction Report SMS Messages 18082606394 Tbags*(33) |
| 8014-032 | | | | 1B350 – Notes (4) |
| 8014-033 | | | | 1B350 – Extraction Report Searched Items (134) |
| 8014-034 | | | | 1B350 – Extraction Report Timeline (2968) |
| 8014-035 | | | | 1B350 - SMS Messages 15102442199 (10) |
| 8014-036 | | | | 1B350 - SMS Messages 18083899050 (1232) |
| 8017-001 | | | | Conversation, Instant Messages Extraction re 808-859-4683 and 808-542-7019 (1B491) |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 8017-002 | | | | Conversation, Instant Messages Extraction re 808-343-2114 and 808-542-7019 (1B491) |
| 8038 | | | | Extraction of Tricia Castro (1B225) |
| 8038-001 | | | | Extraction Report re Tricia Castro (1B225) |
| 8039 | | | | Extraction of Jacob Smith phone (1B31) |
| 8039-001 | | | | Conversation, Instant Messages Extraction Report re Jacob Smith and James Salas (1B31) |
| 8039-002 | | | | Conversation, Instant Messages Extraction Report re 808-391-5085 Alan (1B31) |
| 8039-003 | | | | Conversation, Instant Messages Extraction Report re Jacob Smith and Kea Gentzler (1B31) |
| 8039-004 | | | | Conversation, Instant Messages Extraction Report re 808-304-5895 (1B31) |
| 8039-005 | | | | Conversation, Instant Messages Extraction Report re 808-561-6101 (1B31) |
| 8039-006 | | | | Conversation, Instant Messages Extraction Report re 808-670-8863 (1B31) |
| 8039-007 | | | | Conversation, Instant Messages Extraction Report re 808-745-4211 (1B31) |
| 8039-008 | | | | Conversation, Instant Messages Extraction Report re 808-681-2744 (1B31) |
| 8039-009 | | | | Conversation, Instant Messages Extraction Report re 808-781-0703 (1B31) |
| 8039-010 | | | | Conversation, Instant Messages Extraction Report re 808-636-0776 (1B31) |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 8039-011 | | | | Conversation, Instant Messages Extraction Report re 808-255-4188 (1B31) |
| 8039-012 | | | | Conversation, Instant Messages Extraction Report re 808-824-8325 (1B31) |
| 8039-013 | | | | Conversation, Instant Messages Extraction Report re 808-202-8799 (1B31) |
| 8039-014 | | | | Conversation, Instant Messages Extraction Report re 808-517-1999 (1B31) |
| 8039-015 | | | | Conversation, Instant Messages Extraction Report re 808-398-9042 (1B31) |
| 8039-016 | | | | Contacts, Extraction Report (1B31) |
| 8039-017 | | | | Images, Extraction Report (1B31) |
| 8039-018 | | | | Videos, Extraction Report (1B31) |
| 8039-019 | | | | Video File – Extraction Embedded in Video Extraction Report (1B31) |
| 9001-015 | | | | FD-302 re 10/10/23 Interview with Norman Akau; 00452563 |
| 9007-005 | | | | 1/15/19 DEA Report of Investigation re Abraham Estocado; 00362911 |
| 9009-014 | | | | Kaui - Kinney Instagram chat |
| 9010-080 | | | | Kimoto – Balatico Audio File – Clip 1 (1D30), 00225410 |
| 9010-081 | | | | Kimoto – Balatico Audio File – Clip 2 (1D30), 00225410 |
| 9011-081 | | | | Photographs of Advantage Auto LLC; 00045977, 00045979 |

30

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9011-082 | | | | Imagery Timeline of Possible Vessel – Kaneohe to Kewala, HI; 00185653 |
| 9011-083 | | | 2/2/24 | Photograph of Gyotaku |
| 9012-014 | | | | Photographs of dropped Pins; 00046364 |
| 9012-015 | | | 2/13/24 | Photographs of dropped Pins |
| 9073-002 | | | | Audio File – Recorded interview of Seung Lee |
| 9156-016 | | | 6/2/24 | [1B530] Delia & Wes Otani QHN530_i.2023-05-22.15-34-07 |
| 9156-017 | | | | [1B533] MM & Wes Otani 11-28-19 to 7-13-20 HN-45280.2023-06-03.21-39-53 |
| 9156-018 | | | | [1B599]  MM calendar MM meeting Wes Otani Apple iC.2023-06-03.15-36-04 |
| 9156-019 | | | | [1B599] meeting Wes Otani Apple iC.2023-06-03.15-39-42 |
| 9162-003 | | | | Wayne Pestana iOS iMessage_SMS_MMS |
| 9162-004 | | | | Wayne Pestana Slack Channel Messages |
| 9173-001 | | | 1/23/24 | HPD Report 17-393980; 00199569-00199573; 00199576 |
| 9173-001a | | | | HPD Report 17-393980; 00199514 |
| 9173-002 | | | | Audio File – interview with Sueng Lee |
| 9173-003 | | | | FD-302 re 10/04/18 interview of Robert Lee; 00030698 |
| 9173-004 | | | | Notes re 10/04/18 interview of Robert Lee; 00030701 |
| 9173-005 | | | | Notes re 10/04/18 interview of Robert Lee; 00030711 |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9173-006 | | | | Photographic Line Up #1; 00030708 |
| 9173-007 | | | | Photographic Line Up #2; 00030705 |
| 9174-002 | | | | 11/09/20 Memorandum of Interview re Tia Paoa; 00330000 |
| 9399-001 | | | | Photograph of Wendy Minks re Kamaaina Brochure |
| 9399-002 | | | | Photograph of Wendy Minks re Kamaaina Brochure |
| 9399-003 | | | | Photograph of Wendy Minks re Kamaaina Brochure |
| 9399-004 | | | | Photograph of Wendy Minks re Kamaaina Brochure |
| 9399-005 | | | | Photograph of Wendy Minks re Kamaaina Brochure |
| 9400-001 | | | | FD-302 re 5/08/13 interview with Brandon Torres; 00355000 |
| 9400-002 | | | | FD-302 re 7/09/13 interview with Brandon Torres; 00355013 |
| 9401-001 | | | | 1/03/19 IRS Memorandum of Interview re William Whitney; 00223544 |

CERTIFICATE OF SERVICE

    I, Lynn E. Panagakos, hereby certify that a true and correct copy of this document this filing has been duly served on all counsel of record through the court's electronic filing system.

    DATED: Honolulu, Hawai`i, January 24, 2024.

                /s/ Lynn E. Panagakos

                LYNN E. PANAGAKOS