Schlueter, Kwiat & Kennedy LLLP

MICHAEL H. SCHLUETER 8534
JASON R. KWIAT         9188
ANDREW M. KENNEDY      9734
NICOLE K. BOWMAN.      11118
ELI N. BOWMAN          11168
75-167 Kalani Street, Suite 201
Kailua-Kona, Hawaii 96740
Tel. No. (808) 987-7275
Fax No. (808) 443-0339
andrew@kona-lawyer.com

Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| UNITED STATES OF AMERICA | Cr. No. 19-00099 DKW |
|---|---|
| vs. | STIPULATION AND ORDER MODIFYING CONDITIONS OF RELEASE AS TO HUNTER J. WILSON (10) |
| HUNTER J WILSON (10), | |
| Defendant. | |

**STIPULATION AND ORDER MODIFYING CONDITIONS OF RELEASE AS TO HUNTER J. WILSON (10)**

COMES NOW, Defendant HUNTER J. WILSON (10), by and through

counsel Andrew M. Kennedy, of SCHLUETER, KWIAT & KENNEDY LLLP,

1

by agreement with Assistant United States Attorney Mark Inciong and United States Probation Officer David Kahunahana, stipulate as follows:

Remove condition(s)

(7p3) Comply with the Location Monitoring program under the direction of Pretrial Services. The Court authorizes release under the CURFEW restriction. Unless otherwise ordered in Special Condition (7o), you are restricted to your residence during the curfew hours as determined by Pretrial Services. (See Dkt. No. 194 Filed 1/15/2021)

(7p5) You must abide by the program requirements and instructions of Pretrial Services related to the proper operation of the specified Location Monitoring technology: PASSIVE GLOBAL POSITIONING SATELLITE (GPS) MONITORING (See Dkt. No. 73 Filed 7/21/2020)

The reason for this stipulation is as follows: Mr. Wilson has been on pre-trial supervision for over 4 years. He has performed well on pre-trial supervision. His sentencing is not scheduled to take place until January 22, 2025. The parties agree that Mr. Wilson no longer requires GPS monitoring in order to comply with the conditions of his release.

DATED:    Honolulu, Hawaii, September 9, 2024

        /S/ Mark Inciong
        MARK INCIONG, ESQ.
        ASSISTANT U.S. ATTORNEY

DATED:    Honolulu, Hawaii, September 9, 2024

        /S/ David Kahunahana
        DAVID KAHUNAHANA
        SENIOR U.S. PROBATION OFFICER

DATED:   Kailua-Kona, HI,   September 9, 2024

/S/ Andrew M. Kennedy
ANDREW M. KENNEDY, ESQ.
ATTORNEY FOR HUNTER J. WILSON

IT IS SO ORDERED

DATED:   September 10, 2024 at Honolulu, Hawaii.



/s/ Derrick K. Watson
Derrick K. Watson
Chief United States District Judge

*United States of America v. Hunter J. Wilson (10)*, Cr. No. 19-00099 DKW; STIPULATION AND ORDER MODIFYING CONDITIONS OF RELEASE AS TO HUNTER J. WILSON (10)