**WARNING:** **THIS DOCUMENT IS FILED UNDER SEAL PURSUANT TO CRIMLR32.2**

GARY K. SPRINGSTEAD
Attorney for Defendant, Michael J. Buntenbah
Michigan Attorney (P59726)
Admitted *pro hac vice* to represent Mr. Buntenbah in this case (*See* ECF 92)
SPRINGSTEAD BARTISH BORGULA & LYNCH
60 Monroe Center St., N.W., Suite 500
Grand Rapids, Michigan 49503
Tel: (616) 458-5500
gary@sbbllaw.com

DAVID HENDRICKSON
Law Office of David S. Hendrickson
7192 Kalanianaole Hwy Ste A-143A #141
Honolulu, HI 96825
808-729-8937
Email: david@themilitarydefenselawyer.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

_____

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | CR 19-CR-00099-07 DKW-KJM |
| v. | Hon. Derrick K. Watson |
| | Hon. Kenneth J. Mansfield |
| MICHAEL J. BUNTENBAH, | |
| Defendant. | |

**ATTACHMENT B TO DEFENDANT'S SENTENCING MEMORANDUM AND MOTION FOR A DOWNWARD VARIANCE PURSUANT TO 18 USC § 3553**



Mr. Buntenbah with his family- his minor son, son in law Isaac, daughter Nani, son Michael, mother Nan, daughter in law Temari, son Thomas, and his minor grandchildren.



Mr. Buntenbah with his son and grandchildren.



Mr. Buntenbah at his son Thomas's wedding with Brandie, daughter Nani, ex-wife Jolynn, son Michael, and his minor son.



Mr. Buntenbah with his children, grandchildren, and siblings at home in Kaneohe.



Mr. Buntenbah and his family at son Michael's graduation with his prior in-laws, ex-wife Jolynn, son Thomas, daughter in law Temari, and daughter Nani.



Mr. Buntenbah and his company employees with the University of Hawaii Baseball Team volunteering at the Hawaii Food Bank Warehouse during Kupuna Food Packing.



Mr. Buntenbah and his company employees at the Hawaii Foodbank volunteering for Keiki Food Box Packing after the COVID pandemic.