**WARNING:  THIS DOCUMENT IS FILED UNDER SEAL PURSUANT TO CRIMLR32.2**

GARY K. SPRINGSTEAD
Attorney for Defendant, Michael J. Buntenbah
Michigan Attorney (P59726)
Admitted *pro hac vice* to represent Mr. Buntenbah in this case (*See* ECF 92)
SPRINGSTEAD BARTISH BORGULA & LYNCH
60 Monroe Center St., N.W., Suite 500
Grand Rapids, Michigan 49503
Tel: (616) 458-5500
gary@sbbllaw.com

DAVID HENDRICKSON
Law Office of David S. Hendrickson
7192 Kalanianaole Hwy Ste A-143A #141
Honolulu, HI 96825
808-729-8937
Email: david@themilitarydefenselawyer.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

_____

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | CR 19-CR-00099-07 DKW-KJM |
| v. | Hon. Derrick K. Watson |
| | Hon. Kenneth J. Mansfield |
| MICHAEL J. BUNTENBAH, | |
| Defendant. | |

**ATTACHMENT C TO DEFENDANT'S SENTENCING MEMORANDUM AND MOTION FOR A DOWNWARD VARIANCE PURSUANT TO 18 USC § 3553**

Date: 09/05/2024

To The Honorable Judge Derrick K. Watson,

Intro

     My name is Christopher Robert Brown Jr. I am the Associate Head/Linebackers Coach for the University of Hawaii Football Team. I am writing a character reference letter for a dear friend Mike Buntenbah. I have known Mike for 30 years and he is one of the most loyal loving friends that I have ever had. I first met Mike at Bret's gym in Kailua, Hawaii in 1994 and have had a growing relationship ever since. Mike is always a guy that is fun to be around. He is a friend to talk to and a person who would "give the shirt off his back for you". Through the years, Mike has always been a person that I can call in hard times. He is a person that would take the time to listen and help when needed. He is a good man who has always had incredible love for others.

     As the owner of Defend Hawaii, Mike has been very generous and giving to the community. Mike has made it his mission to have the people of Hawaii proud of their culture. He stresses the importance of knowing your roots and having pride in our island heritage. Mike has been very generous in giving back to the people by donating his time, effort and clothing apparel to the people of our state. He is constantly doing community service events such as the Hawaii food bank to help the unfortunate of the island. He also stresses the importance of keeping Hawaii traditions and ways of life alive. He and his company take people in the community to the Lo'i to teach them how Kalo is grown and how poi is made. Mike and Defend Hawaii have worked side by side with The University of Hawaii Football Team with community projects such as the Hawaii Food Bank. They also have been very generous in donating clothing apparel to the football team and sponsorships with players who need financial assistance. Mike goes above and beyond to help our football program whenever it is needed. We are very grateful for his unconditional support.

     Mike is a good man that belongs in the community. He has a good heart and knows he put himself in a situation that has had tremendous amounts of repercussions to his life. He has admitted his faults and mistakes and deserves a chance to make it right. I am proud that he has strengthened his Faith in God and realizes the most important thing in life is his family. I believe through his Faith, he will live his best life from this moment forward.


Sincerely

Christopher R Brown

Associate Head Coach/Linebackers Coach

University of Hawaii

Aloha,

To Whom It May Concern,

My name is Paula Gregory, I am the wife of Anthony Gregory Jr.  I have gotten to know Mike Malone over the past years and would like to share with you.

Mike has not only been a great father to his children and grandchildren, but he has also been a father figure to many other young adults who didn't have fathers of their own or had fathers who were absent.   He stepped up when others didn't care and helped groom these young individuals to give them a better path in life.  He gave them a place to live, food on the table but most importantly gave these kids hope, hope knowing someone really cared about them which gave them a sense of security and self-confidence, and helped them focus on goals in life, instead of doing bad things.  He taught them the necessary values in life to be successful as a person.  And even when or if they failed, he was always there with love.  He wasn't one to judge anyone.

Mike may have made some wrong choices in his past but everyone in life goes through that and shouldn't be judged by it.  Mike truly gave back to his community in many ways. Here are a few examples, Mike and his employees would work hard volunteering at many shelters and programs.  From serving at the Hawaii Food Bank during Covid, to packing and delivering bags of food to deliver to the Kupuna who didn't want to leave their homes and stepping up instantly when the Maui Fires happened.  He used his personal and company vehicles to go out and collect donations of food, supplies, clothing from his company and water to send to families on Maui who were affected by the fires.

I believe Mike Malone is a man of good character, a loving and caring father, grandfather and hanai father.   A man of God and a serving man of his community.  What he has contributed to our community shows a great example of his integrity and character.

Thank you for your time.

Paula Gregory

Aloha,

To Whom It May Concern,


My name is Anthony Gregory Jr., I am the owner and founder of Mana Construction Inc. I am also on the Board of Directors at Habilitat and very involved with the community and church. I was also the owner of Ikaika Construction. I have been Mike Malone's neighbor for the past 20 years. We live right across the street from him. I have come to know Mike as a friend living across the street from him all these years. I have known him and all his children and become life family. All these years of knowing Mike, he has been very involved with his children's lives. He ended up with full custody of his children, he worked hard sending his kids to some of the best private schools. I have seen him work with his kids from elementary school to college. He was there every step of the way, taking them to school, helping them in all their sports and activities. And taking care of all their needs. He did this as a single father. I've always looked on him as an amazing dad and grandfather to all his children and family. I also have a few kids that work for my company that Mike helped raise because they were the same age as his children. He fed them, he housed them and treated them as his own children. Because of Mike's involvement in their lives, there are many successful young adults today. Mike and I have worked together in many ways to help serve and deliver food at the food bank, homeless shelters, feeding families during covid. Help gather and deliver food to Maui during the Maui fires. Mike also has volunteered at our churches, Anchor church and Inspire church. We also attended a life group with a few other men. So, in conclusion, I do know Mike had some problems, some decisions and mistakes he's made, but I know his true character is that he has a repentant and loving heart. And from what I've seen in the past 20 years of knowing Mike, he was one of the most caring and giving people I know. He is an amazing father to his children, an amazing friend, someone that was always there to help others. A great example of this is Mike would take my 81-year-old father out for breakfast and lunch. Just to spend time with him and let him share his stories. He treated my father and family as his own.

So, with that, I hope and pray that this will give you a good sense of Mike's character and the man I know he is.


Thank you and Aloha,

Anthony H. Gregory Jr.

April 22, 2024

Randy Lueder
Director of Facilities & Risk Management
Goodwill Industries of Hawaii
███████████
Ewa Beach HI 96706

Re: Mike Buntenbah

Dear Judge,

I am writing this letter in reference to Mike Buntenbah and his pending sentencing. I have known Mike since 1989 and have remained a close friend with him since that time. Mike was in my wedding party in 2004 and even did my best man toast, since my best man was deathly afraid of public speaking.

We grew up in Hawaii during a time where non-Hawaiian males were challenged at every step growing up. Being the only 2 Caucasians (haoles) in our friend group (I'm mixed with Filipino and Mike being pure) we were constantly challenged, because we weren't Hawaiian. I've literally seen Mike berated, harassed and physically assaulted for being white and people thinking he was an easy target, because he was the haole of the group. I know this led to Mike learning how to defend himself with Kickboxing and later mma. Mike got me into training mma and besides my wife and kids, was the best hobby and lifestyle that I have ever been introduced too, because of the discipline, respect and character that it has brought to my life. I still coach kids wrestling to this day.

There have been times when I needed to train for a competition or job opportunity and I knew I could count on Mike to help push me to run, lift weights, diet tips and encourage me to give it my best. He is always the guy to plan and coordinate friend BBQ's, birthday dinners and checking in with people from time to time to see how they are doing. In November 2019, Mike, myself and about 5 other friends took a guy's trip to San Francisco to watch an NHL and NFL game. When we arrived at SFO and was waiting for the rental vehicle, there was an elderly woman who did not speak English, know where to go and didn't appear to have any funds on her, but she only had a return ticket to Paris the next day. Mike took it upon himself to use google translator and spend 1.5 hours to make sure that she was going to be ok. He ended up giving her some money for food and we drove her back to the airline terminal, where he walked her into customer service and made sure that airline staff could get a translator and make sure she was in the correct area to make her flight the following morning. That is one small example of Mikes generosity and his character.

Mike is a loving father, grandfather, business owner and contributing member to the community and I know his sentencing will have an impact on a numerous amount of people that depend on him financially and socially for all that he does.

I humbly ask that you take this into account when determining his sentence.

Please feel free to contact me for further clarification or if you have questions.

Sincerely,

Randy Lueder

Nicole Springstead <nicole@sbbllaw.com>

**Mike Buntenbah Character letter**

**Arnie Gosiaco** <arnzbg@gmail.com>
To: Mikes Letter <nicole@sbbllaw.com>

To Whom It May Concern

My name is Arnie Gosiaco, and I am a painter by trade, currently serving as a supervisor for WE Painting. I have been employed with WE Pai[nting...] dear friend Mike, whom I have known for over 30 years since we first met in high school. Over the years, Mike has become one of my closest f[riends...] birthdays, and graduations together.

I am fully aware of the case involving Mike, and during this challenging time, I have made every effort to support him. I encouraged Mike to jo[in...] on several occasions. Mike has always demonstrated a big heart and a willingness to help anyone in need, whether they are friends or strangers[...] consistently volunteered his time to assist others.

Together, we have helped people from my church move out of their homes, volunteered at the Hawai'i Food Bank, and distributed food to the h[omeless...] commitment to giving back to the community. He is always ready to lend a hand and offer support to those who need it most.

Moreover, Mike is a genuine family man. He cares deeply for his kids and has always gone above and beyond to support them as a single dad.[...] prioritizes their well-being and ensures they have everything they need.

Mike is a person of strong character, and his actions speak volumes about his compassion and generosity. I sincerely hope that this letter provid[es...] and the positive impact he has had on those around him.

Thank you for your time and consideration.

Sincerely,

Arnie Gosiaco
6/18/24
808-284-1592
Email:arnzbg@gmail.com