GARY K. SPRINGSTEAD
Attorney for Defendant, Michael J. Buntenbah
Michigan Attorney (P59726)
Admitted *pro hac vice* to represent Mr. Buntenbah in this case (*See* ECF 92)
SPRINGSTEAD BARTISH BORGULA & LYNCH
60 Monroe Center St., N.W., Suite 500
Grand Rapids, Michigan 49503
Tel: (616) 458-5500
gary@sbbllaw.com

DAVID HENDRICKSON
Law Office of David S. Hendrickson
7192 Kalanianaole Hwy Ste A-143A #141
Honolulu, HI 96825
808-729-8937
Email: david@themilitarydefenselawyer.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

_____

UNITED STATES OF AMERICA

        Plaintiff,           CR 19-CR-00099-07 DKW-KJM

v.           Hon. Derrick K. Watson
        Hon. Kenneth J. Mansfield

MICHAEL J. BUNTENBAH,

        Defendant.

---

**ATTACHMENT D TO DEFENDANT'S SENTENCING MEMORANDUM AND MOTION FOR A DOWNWARD VARIANCE PURSUANT TO 18 USC § 3553**

# CERTIFICATE OF COMPLETION

This certifies that

## Michael Buntenbah

Has successfully completed

## Non-Residential Drug Abuse Programming

At Federal Detention Center – Honolulu, Hawai'i

On this 31st day of October 2024

Thank you for your participation in the program!



_____
B. Fisher MSW, Drug Treatment Specialist
FDC Honolulu

_____
Dr. Janiak, Staff Psychologist
FDC Honolulu

# CERTIFICATE OF ACHIEVEMENT

FOR

## Michael Buntenbah

## National Parenting Program Level I

4 hours

**Completed on May 2, 2024**

S.R. Manini, RAC

**SENSITIVE BUT UNCLASSIFIED**

Bureau of Prisons
Psychology Services
# Group Participation

| Inmate Name: | BUNTENBAH, MICHAEL | | | Reg #: | 12249-122 |
|---|---|---|---|---|---|
| Date of Birth: | | Sex: M | Facilitator: | (P)Fisher, Brooke DTS | |
| Date: | 08/07/2024 | Group Facility: HON | Group Title: | [229] 5A NR DAP | |

Status: Completed
Enroll Date: 08/07/2024    End Date: 10/31/2024
Total Hours: 18.0

## SESSION DATA:

Number of Sessions: 12    First Session Date: 08/08/2024    Last Session Date: 10/31/2024

| Date | Title | Duration | Attendance | Participation |
|---|---|---|---|---|
| 10/31/2024 | Closing week | 90 | Complete Session | Good |
| 10/24/2024 | RSA-Conflict Resolution | 90 | Complete Session | Good |
| 10/18/2024 | RSA-Communication | 90 | Complete Session | Good |
| 10/10/2024 | Conflict resolution | 90 | Complete Session | Good |
| 10/03/2024 | Communication | 90 | Complete Session | Good |
| 09/26/2024 | Rational self-counseling | 90 | Complete Session | Good |
| 09/20/2024 | 8 Criminal thinking errors | 90 | Complete Session | Good |
| 09/13/2024 | ABCs of thinking | 90 | Complete Session | Good |
| 09/05/2024 | Facts about feelings | 90 | Complete Session | Good |
| 08/28/2024 | 8 Positive Attitudes | 90 | Complete Session | Good |
| 08/15/2024 | Introduction | 90 | Complete Session | Good |
| 08/08/2024 | Orientation | 90 | Complete Session | Good |

| Attendance | | Participation | |
|---|---|---|---|
| Complete Session Present | 100.0 % | Good | 100.0 % |
| Incomplete Session Excused | 0.0 % | Fair | 0.0 % |
| Incomplete Session Not Excused | 0.0 % | Poor | 0.0 % |
| Absent Excused | 0.0 % | Not Apply | 0.0 % |
| Absent Not Excused | 0.0 % | | |

FROM: 12249122
TO:
SUBJECT:
DATE: 11/17/2024 08:17:07 PM

Completed From Feb-Oct 2024
Honolulu FDC NRES Drug Counsel Participant 08-08-2024 1220
Honolulu FDC National Parent PRG Phase 1 04-29-2024 0800 05-02-2024
Honolulu FDC California to American Packet 09-01-2024 0922 09-27-2024
Honolulu FDC Resume Writing Workshop 06-13-2024 0900 08-01-2024
Honolulu FDC Modern Romeo and Juliet 06-01-2024 0757 07-01-2024
Honolulu FDC Diamnd Dot Art Rec. Leisure 04-04-2024 1123 06-27-2024
Honolulu FDC Cardmaking-Leisure 04-04-2024 1111 06-26-2024
Honolulu FDC Coloring-Leisure 04-04-2024 1108 06-26-2024
Honolulu FDC Card Stamping 04-02-2024 1046 06-25-2024
Honolulu FDC Beading-Leisure 04-01-2024 1042 06-24-2024
Honolulu FDC Manifest Destiny Ace 05-28-2024 0840 06-07-2024
Honolulu FDC Climate Change Ace Packet 04-01-2024 1106 04-08-2024
Honolulu FDC Mind Bend 1-3 Learning Packet 10-02-2024 0926 10-08-2024
Honolulu FDC Mapskills 1-5 Learning Packet 09-03-2024 1430 10-02-2024
Honolulu FDC Investment 1-7 Learning Packet 08-06-2024 1405 09-04-2024
Honolulu FDC NRES Drug Tmt Waiting 04-16-2024 0835 08-08-2024
Honolulu FDC Finance Resp-Unassigned 07-15-2024 0630 10-09-2024
Honolulu FDC Hawaiian History 08-02-2024 1049 08-20-2024
Honolulu FDC Beach Body 04-01-2024 1247 06-24-2024
Honolulu FDC Core Strengthening 04-01-2024 1247 06-24-2024
Honolulu FDC Yoga-Wellness 04-01-2024 1248 06-24-2024
Honolulu FDC Steps-Aerobic Exercise 04-01-2024 1248 06-24-2024

Enrolled, but not completed:

Honolulu FDC Houses of Healing Wait 03-13-2024 0932 Current
Honolulu FDC Threshold Wait 03-13-2024 0932 Current
Honolulu FDC Finance Resp-Unassigned 07-15-2024 0630 Current
Honolulu FDC Anger Management CBT Wait 06-13-2024 1147 Current
Honolulu FDC Criminal Thinking Wait 06-13-2024 1317 Current
Honolulu FDC Resolve Workshop Waiting 06-13-2024 1150 Current
Honolulu FDC Alcoholics Anonymous Wait 04-12-2024 0650 Current
Honolulu FDC Criminal Thinking Wait 06-13-2024 1317 Current
Honolulu FDC Threshold Wait 12-10-2023 1713 Current