MICHAEL J. KENNEDY
Law Offices of Michael Jerome Kennedy, PLLC
Nevada State Bar #10103; California State Bar #193901
333 Flint Street
Reno, NV 89501
775-221-7100 (office); 775-233-0914 (mobile)
Email: michael@mjkennedylaw.com

LYNN E. PANAGAKOS  7696
841 Bishop Street, Suite 2201
Honolulu, Hawai`i  96813
Telephone: (808) 542-9943
E-mail: lynnpanagakos@yahoo.com

*Attorneys for Michael J. Miske, Jr. (01)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| UNITED STATES OF AMERICA, | CR. NO. 19-00099-DKW-KJM |
|---|---|
| Plaintiff, | MICHAEL J. MISKE, JR.'S CERTIFICATE OF DEATH |
| vs. | |
| MICHAEL J. MISKE, JR. (01), | |
| Defendant. | |

MICHAEL J. MISKE, JR.'S CERTIFICATE OF DEATH

Counsel for Michael J. Miske, Jr. hereby file his Certificate of Death, attached hereto.

DATED: February 20, 2025, Honolulu, Hawai`i.

/s/ Michael J. Kennedy
MICHAEL J. KENNEDY
/s/ Lynn E. Panagakos
LYNN E. PANAGAKOS
Counsel for Defendant
MICHAEL J. MISKE, JR (01)

## CERTIFICATE OF SERVICE

I, Lynn E. Panagakos, hereby certify that a true and correct copy of this filing has been duly served on all counsel of record through the court's electronic filing system.

DATED: Honolulu, Hawai`i, February 20, 2025.

/s/ Lynn E. Panagakos
LYNN E. PANAGAKOS

# CERTIFICATE OF DEATH

**STATE OF HAWAII
DEPARTMENT OF HEALTH**



CERTIFICATE NO. 151 2024 - 011764

**Name of Decedent**
MICHAEL   JOHN   MISKE JR.

**City, Town or Location of Death**
Honolulu

**County of Death**
HONOLULU

**Island of Death**
OAHU

**Date Found**
December 01, 2024

**Actual or Presumed Time of Death**
Unknown

**Date of Birth**
[redacted]

**Age at Death**
50   YEAR(s)

**Sex**
MALE

**Race**
Hawn/Chin/Cauc

**Citizenship**
UNITED STATES

**Ever In Armed Forces?**
NO

**Social Security Number**
[redacted]

**Marital Status**
NEVER MARRIED

**Father's Name**
Michael John Miske Sr.

**Mother's Name (Prior to First Marriage)**
Maydeen P.A. Lau

**Disposition**
CREMATION
Date: December 16, 2024
Permit #: 308146

Cemetery/Crematory: NUUANU MEMORIAL PARK & MORTUARY, LLC
Location: HONOLULU, HI 96817
Funeral Home: NUUANU MEMORIAL PARK & MORTUARY LLC

Certifier: Masahiko Kobayashi   MEDICAL EXAMINER/CORONER
Date Certified: December 2, 2024        Original Date Certified: December 2, 2024
Date Pronounced Dead: December 1, 2024       Time Pronounced Dead: 10:02 AM

Date Filed by State Registrar: December 13, 2024
OHSM 1.2 (Rev.1/2013)   This copy serves as prima facie evidence of the fact of death in any court proceeding. [HRS 338-13(b), 338-19]   1328436

**ANY ALTERATIONS INVALIDATE THIS CERTIFICATE**

I CERTIFY THIS IS A TRUE
COPY OR ABSTRACT
OF THE RECORD ON
FILE IN THE HAWAII STATE
DEPARTMENT OF HEALTH

2025 FEB -5

GRACE MARIE VO
STATE REGISTRAR