KENNETH M. SORENSON
Acting United States Attorney
District of Hawaii

MARK A. INCIONG    CA BAR #163443
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:   Mark.Inciong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 19-00099 DKW-KJM-02 |
|---|---|
| Plaintiff, | ) |
| | ) ORDER FOR DISMISSAL OF |
| | ) COUNTS 1, 7-10, 12-14 AND 16-19 |
| vs. | ) OF THE THIRD SUPERSEDING |
| | ) INDICTMENT |
| JOHN B. STANCIL,    (02) | ) |
| | ) |
| Defendant. | ) |
| | ) |

ORDER FOR DISMISSAL OF COUNTS 1, 7-10, 12-14 AND 16-19
<u>OF THE THIRD SUPERSEDING INDICTMENT</u>

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses Counts 1, 7, 8, 9, 10, 12, 13, 14, 16, l7, 18, and 19 of the Third Superseding Indictment in CR. No. 19-00099 DKW against Defendant JOHN STANCIL on the grounds that the Defendant entered a guilty plea to the Information in CR. No. 24-00005 DKW and was sentenced on February 11, 2025 to 240 months imprisonment in that matter.

Pursuant to the plea agreement entered into by the Defendant and the United States, the Government agreed to dismiss Counts 1, 7, 8, 9, 10, 12, 13, 14, 16, l7, 18, and 19 of the Third Superseding Indictment in the above-captioned matter after Defendant was sentenced in CR. No. 24-00005 DKW.  Accordingly, the dismissal is in the interests of justice.

DATED:   February 21, 2025, Honolulu, Hawaii.

KENNETH M. SORENSON
Acting United States Attorney
District of Hawaii

By  /s/ Mark A. Inciong
   MARK A. INCIONG
   Assistant U.S. Attorney

//

//

//

Leave of court is granted for the filing of the foregoing dismissal.

DATED: February 21, 2025 at Honolulu, Hawaii.



Derrick K. Watson
Chief United States District Judge

United States v. Stancil
CR. No. 19-00099 DKW-KJM-02
"Order for Dismissal of Third Superseding Indictment"